**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ST. CHRISTOPHER'S, INC., *et al.*,[1] | : | Case No. 24-22373 |
| | : | Main Case |
| Debtors. | : | Jointly Administered |

**ORDER GRANTING APPLICATION OF THE DEBTORS FOR
AUTHORITY TO EMPLOY SVN DEEGAN-COLLINS COMMERCIAL
REALTY AS REAL ESTATE BROKER TO DEBTOR
THE MCQUADE FOUNDATION EFFECTIVE AS OF OCTOBER 26, 2024**

Upon the application (the "Application")[2] of St. Christopher's, Inc. and The McQuade Foundation, as debtors and debtors-in-possession (collectively, the "Debtors"), for authority for Debtor The McQuade Foundation to employ SVN Deegan-Collins Commercial Realty ("SVN") as its real estate broker effective as of October 26, 2024; and upon the Declaration of Thomas A. Collins, CCIM, dated December 6, 2024 in support of the Application; and the Court being satisfied that (a) the employment of SVN is necessary and in the best interests of the Debtors, the Debtors' estates, and their creditors, (b) SVN does not have or represent any interest adverse to the Debtors, the Debtors' estate, and their creditors, and (c) SVN is a "disinterested person" as that term is defined in section 101(14) of Title 11 of the United States Code, as amended (the "Bankruptcy Code"); and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

28 U.S.C. § 1409; and good and sufficient cause appearing for the relief sought by the Application; and no objections having been filed; it is hereby

**ORDERED**, that the Application is granted as set forth herein; and it is further

**ORDERED**, that pursuant to Bankruptcy Code section 327(a), Debtor The McQuade Foundation is hereby authorized to retain and employ SVN as its real estate broker in these Chapter 11 Cases effective as of October 26, 2024; and it is further

**ORDERED**, that SVN is authorized to render the professional services described in the Application; and it is further

**ORDERED**, that ten (10) days' notice must be provided by SVN to the Debtors, the United States Trustee, and the Subchapter V Trustee prior to any increases in the commission set forth in the Application, and such notice must be filed with the Court.  The United States Trustee and the Subchapter V Trustee retain all rights to object to any commission increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any commission increase pursuant to section 330 of the Bankruptcy Code; and it is further

**ORDERED**, that the Debtors are authorized to take all actions necessary to implement the relief granted in this Order; and it is further

**ORDERED**, that notice of the Application is deemed to be good and sufficient notice of such Application, and the requirements of the Local Rules are satisfied by the contents of the Application; and it is further

**ORDERED**, that notwithstanding any stay that might be imposed by Bankruptcy Rule 6004(h) or otherwise, this Order shall be effective and enforceable immediately upon entry hereof; and it is further

**ORDERED**, that, notwithstanding anything to the contrary in the Contract, this Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order; and it is further

**ORDERED**, that to the extent the Application and/or Contract are inconsistent with this Order, the terms of this Order shall govern.

Dated: December 23, 2024

*/s/ Sean H. Lane*
Hon. Sean H. Lane
United States Bankruptcy Judge

3