**BARCLAY DAMON LLP**
Janice B. Grubin
Scott L. Fleischer
1270 Avenue of the Americas, Suite 501
New York, New York 10020
Telephone: (212) 784-5800
jgrubin@barclaydamon.com
sfleischer@barclaydamon.com

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| ST. CHRISTOPHER'S, INC., *et al.*,[1] | : | Case No. 24-22373 (SHL) |
| | : | Main Case |
| Debtors. | : | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Deborah S. Miller, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am in the employ of Barclay Damon LLP, proposed counsel for the Debtors and Debtors-in-Possession in the above-captioned bankruptcy cases.

2. On the 9th day of January, 2025, the Clerk of the Court for the United States Bankruptcy Court for the Southern District of New York entered the *Order Authorizing Debtors to Reject Certain Executory Contracts Related to the Health Homes Business, Nunc Pro Tunc to November 25, 2024* [Docket No. 193] using the CM/ECF system, which system sent notification to the following parties:

- Stephenie Lannigan Bross    sbross@sssfirm.com
- Christopher M. Desiderio    cdesiderio@nixonpeabody.com
- Kelli M Finnegan    kfinnegan@reedsmith.com
- Scott Fleischer    sfleischer@barclaydamon.com
- Janice Beth Grubin    jgrubin@barclaydamon.com
- Alan C. Hochheiser    ahochheiser@mauricewutscher.com
- Kenneth Kim    kkim@hermanlaw.com
- Greg M Kohn    gkohn@nagelrice.com
- Ilan Markus    imarkus@barclaydamon.com
- Jesse Mautner    jmautner@mersonlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

- Stuart S. Mermelstein    smermelstein@hermanlaw.com, docketing@hermanlaw.com
- Jeffrey A. Reich    reichlaw@reichpc.com
- Holly Lynn Reinhardt    hreinhardt@orangecountygov.com
- Scott M. Salant    ssalant@ddw-law.com
- Ilan D. Scharf    ischarf@pszjlaw.com, nhall@pszjlaw.com
- Eric J. Snyder    esnyder@wilkauslander.com, jstauder@wilkauslander.com
- Heidi J Sorvino-Trustee    sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com
- James I. Stang    jstang@pszjlaw.com
- United States Trustee    USTPRegion02.NYECF@USDOJ.GOV

3. On the 10th day of January, 2025, I caused to be served a copy of the foregoing *Order Authorizing Debtors to Reject Certain Executory Contracts Related to the Health Homes Business, Nunc Pro Tunc to November 25, 2024* [Docket No. 193] upon:

> The Collaborative for Children and Families, Inc.
> 590 Avenue of the Americas
> New York, NY 10011
> Attn: Jodi A. Saitowitz, President and CEO

via first class mail by depositing a copy of same in a properly addressed postage paid envelope in an official depository under the exclusive care and custody of United States Postal Service in the City of Syracuse, New York, prior to the last pick up time for that day.

Dated: January 10, 2025

                                                 */s/Deborah S. Miller*