# WE ARE YOUR DOL



New York State of Opportunity | Department of Labor

Kathy Hochul, Governor
Roberta L. Reardon, Commissioner

January 2, 2025

Clerk of Court
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS ST
WHITE PLAINS, NY  10601-0000

Re: St. Christopher's Inc.
ER# 04-53566
BANKRUPTCY# 24-22373

Dear Sir:

    We hereby withdraw our Priority Claim which was dated 12/19/2024 for $80,573.08.

Very truly yours,

Erin St Pierre
UI Employer Compliance Agent 2
(800)456-1015

ES:es

IA 37.1WD (6-12)