**WHITE AND WILLIAMS LLP**
Heidi J. Sorvino, Esq.
810 Seventh Avenue, Suite 500
New York, NY 10019
(212) 244-9500
sorvinoh@whiteandwilliams.com
*Subchapter V Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ST. CHRISTOPHER'S, INC. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-22373 (SHL)<br>Main Case<br>Jointly Administered |

**DECLARATION OF HEIDI J. SORVINO**
**DISCLOSING PROFESSIONAL FEE HOURLY RATES**

I, HEIDI J. SORVINO, declare, pursuant to section 1746 of Title 28 of the United States Code, as follows:

1. I was appointed the Subchapter V Trustee in the above-captioned case.

2. I am an attorney at law admitted to practice in the State of New York and the Bankruptcy Courts and District Courts for the Southern and Eastern Districts of New York. I am a member and the managing partner of the New York office of White and Williams LLP ("**W&W**"), which maintains an office at 810 Seventh Avenue, Suite 500, New York, New York 10019.

3. Effective on January 1, 2025, my hourly rate as Subchapter V Trustee has changed to $1,050.00 and W&W's professionals have been set as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

34187790v.1

- Partners - $525.00 to $1,050.00 per hour;

- Associates and Counsel - $350.00 to $850.00 per hour;

- Paralegals - $120.00 per hour to $295.00 per hour; and

4. The hourly rates set forth above will be the firm's standard hourly rates effective as of January 1, 2025.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: New York, New York,
January 14, 2025

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

By: /s/ *Heidi J. Sorvino*
Heidi J. Sorvino, Esq.
810 Seventh Avenue, Suite 500
New York, NY 10019
Telephone: 212.631.4417
Facsimile: 212.868.4845
Email: sorvinoh@whiteandwilliams.com

*Subchapter V Trustee*

34187790v.1

**WHITE AND WILLIAMS LLP**
Heidi J. Sorvino, Esq.
810 Seventh Avenue, Suite 500
New York, NY 10019
(212) 244-9500
sorvinoh@whiteandwilliams.com
*Subchapter V Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ST. CHRISTOPHER'S, INC. *et al.*,[1] | Case No. 24-22373 (SHL) |
| | Main Case |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Heidi J. Sorvino, Esq. hereby certify that on January 14, 2025, I served a true and correct copy of the *Declaration of Heidi J. Sorvino Disclosing Professional Fee Hourly Rates* through the Court's CM/ECF system on all participants in the case as registered CM/ECF users.

Dated:   New York, New York          */s/ Heidi J. Sorvino*
         January 14, 2025                 Heidi J. Sorvino

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

34187790v.1