

Stuart Mermelstein
Benjamin Silver
Tel 212-390-0100
Tel 561-476-0675
Fax 305-931-0877
smermelstein@hermanlaw.com
bsilver@hermanlaw.com
www.hermanlaw.com

**LETTER CONFIRMING CONSENT OF DEBTOR, ST. CHRISTOPHER'S INC. AND CREDITOR, Z.N., TO PROPOSED CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR RELIEF FROM STAY**

February 18, 2025

**VIA CM/ECF**
To all parties

  Re: *In re: St. Christopher's Inc., et al.* (Case No. 24-22373, United States Bankruptcy Court, Southern District of New York)

Good afternoon,

As the February 12th, 2025 objection deadline has passed, and no parties having timely objected to Creditor Z.N.'s Motion for Relief from Stay (Doc. No. 197) counsel for creditor and debtor St. Christopher's, Inc., respectfully request that the Court sign the proposed Consent Order, sent to the Court via email on February 13, 2025, in advance and in lieu of the scheduled hearing on February 19, 2025.

Please let us know if there is anything further needed from the parties or if the Court has any questions or concerns regarding the proposed Order.

Sincerely,

**HERMAN LAW**

*/s/ Stuart Mermelstein*

Stuart Mermelstein, Esq.
*Counsel for Creditor, Z.N.*
475 5th Avenue, 17th Floor
New York, NY 10017

**BARCLAY DAMON LLP**

*/s/ Ilan Markus*

Janice Grubin, Esq.
Ilan Markus, Esq.
*Counsel for Debtor, St. Christopher's Inc.*



Stuart Mermelstein
Benjamin Silver
Tel 212-390-0100
Tel 561-476-0675
Fax 305-931-0877
smermelstein@hermanlaw.com
bsilver@hermanlaw.com
www.hermanlaw.com

1270 Avenue of the Americas, Suite 501
New York, NY 10020
(212) 784-5800
jgrubin@barclaydamon.com
imarkus@barclaydamon.com

SM/BRS

**MEMORANUDUM ENDORSED ORDER:**
**The Court will sign the Consent Order that has been agreed to by the Movant and the Debtor, and the hearing scheduled for February 19, 2025 is cancelled. SO ORDERED.**
**Dated: February 18, 2025**
**/s/ Sean H. Lane**
**United States Bankruptcy Judge**