UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re                                                          :
                                                               :
                                                               :    Chapter 11
ST. CHRISTOPHER'S, Inc., et al.,                               :
                                                               :    Case No. 24-22373-shl
                       Debtors.                                :
                                                               x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CONSENT ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

Upon the motion, dated January 2, 2025 (the "Motion"), of Z.N. (with any subsequent successor or assign, the "Creditor"), for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), vacating the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code to allow the Creditor to prosecute and determine the liability and damages, if any, of non-debtor defendants, the Episcopal Diocese of New York and Community of St. Mary, Eastern Province, with respect to her claims brought in the case styled, *Z.N. v. County of Westchester; Episcopal Diocese of New York; Community of St. Mary, Eastern Province; City of New York; St. Christopher's, Inc.; and Does 3-10,* Index No. 53612/2020, Supreme Court of the State of New York, County of Westchester (the "State Court Action"); and due and proper notice of the Motion having been made on all necessary parties; and the Court noting the consent of the above-captioned debtors (the "Debtors") to entry of this Order and the absence of any asserted objection to the Motion;

and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that to the extent the automatic stay under section 362(a) of the Bankruptcy Code is applicable to Creditor's efforts to obtain relief against non-Debtors, Episcopal Diocese of New York and Community of St. Mary, Eastern Province in the State Court Action, cause exists under section 362(d) of the Bankruptcy Code, to grant Creditor relief from the automatic stay to permit Creditor to seek relief in the State Court Action against Episcopal Diocese of New York and Community of St. Mary, Eastern Province, but not either of the Debtors; and it is further

ORDERED that the automatic stay under section 362(a) of the Bankruptcy Code remains in full force and effect as to the Debtors, including, without limitation, regarding the State Court Action and any discovery or other action taken in connection therewith; and it is further

ORDERED that this Court shall retain exclusive jurisdiction to determine any disputes that arise regarding this order.

Dated: February 27, 2025
White Plains, New York

/s/ Sean H. Lane
United States Bankruptcy Judge