UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In Re: | Chapter 11 |
| St.Christopher'sInc.and The McQuade Foundation | Case No. 24-22373 shl |
| Debtor. | |

---

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

---

**PLEASE TAKE NOTICE** that Michelle Labayen of HERMAN LAW hereby enters his appearance pursuant to 11 U.S.C. § 1109(b), 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") on behalf of Certain Personal Injury Creditors, and requests that he be added to the service list in this case and that copies of all notices and pleadings given or filed in this case be served upon the person listed below at the following address and telephone number.

Michelle Labayen, Esq.
HERMAN LAW
475 Fifth Avenue 17th floor
New York, New York 10017
T: (561) 206-3212
F: (305) 931-0877
Email: mlabayen@hermanlaw.com
Secondary:vneal@hermanlaw.com; smermelstein@hermanlaw.com;docketing@hermanlaw.c

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), but also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements,

answering or reply papers, memoranda and briefs in support of any of the aforementioned and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex, telecopier, or otherwise. This Notice of Appearance and Request for Service of Papers shall not be deemed to be a submission to the Bankruptcy Court's jurisdiction or a waiver of the above-named party in interest's rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or, (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named party in interest is or may be entitled, in law or in equity, by all of which rights, claims, actions, defenses, setoffs, and recoupments that the above-named party in interest expressly reserves.

Dated: March 5, 2025                                   Respectfully submitted,

*/s/ Michelle Labayen*
Michelle Labayen
Mlabayen@hermanlaw.com

HERMAN LAW
475 Fifth Avenue 17th Fl
New York, NY 10017
Tel: (561) 206-3212
Fax: (305) 931-0877