**Fill in this information to identify the case:**

Debtor Name  St. Christopher's Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number:  24-22373

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  2/1/25 - 2/28/25

Date report filed:  03/20/2025
MM / DD / YYYY

Line of business:  Other Residential Care Ser

NAISC code:  6239

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Dr. Sarah Ruback (CEO)

Original signature of responsible party

Printed name of responsible party  Dr. Sarah Ruback (CEO)

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☑ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☑ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  St. Christopher's Inc.                                    Case number  24-22373

17. Have you paid any bills you owed before you filed bankruptcy?                    ☑   ☐   ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☑   ☐   ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                        $ 1,111,335.69

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                              $  109,693.08

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                                          − $  239,908.83

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.                       + $ -130,215.75
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                                  = $ 981,119.94

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                               $  72,386.07

  *(Exhibit E)*

Debtor Name St. Christopher's Inc.                                     Case number 24-22373

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                              $   192,958.05

(Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?                                   191

27. What is the number of employees as of the date of this monthly report?                        1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $          0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $          0.00

30. How much have you paid this month in other professional fees?                                 $     14,076.51 *

31. How much have you paid in total other professional fees since filing the case?                  $    418,162.61 *

* Amounts paid to ordinary course professionals.

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 73,071.27 | − | $ 109,693.08 | = | $ -36,621.81 |
| 33. **Cash disbursements** | $ 397,157.91 | − | $ 239,908.83 | = | $ -157,249.08 |
| 34. **Net cash flow** | $ -324,086.64 | − | $ -130,215.75 | = | $ -193,870.89 |

35. Total projected cash receipts for the next month:                                    $   55,062.87

36. Total projected cash disbursements for the next month:                            - $  227,220.51

37. Total projected net cash flow for the next month:                                  = $  -172,157.64

Debtor Name  St. Christopher's Inc.                                    Case number  24-22373

---

**8. Additional Information**

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑  39.  Bank reconciliation reports for each account.

☑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

---

**EXHIBIT A**

**St. Christopher's, Inc.**

**Case No: 24-22373**

1. <u>Question 1:</u> St. Christopher's has wound down its operations. All residential treatment programs are no longer operational. The Health Homes Program was transferred to another organization on December 2, 2024.

2. <u>Question 2:</u> St. Christopher's has wound down its operations. All residential treatment programs are no longer operational. The Health Homes Program was transferred to another organization on December 2, 2024.

3. <u>Question 3:</u> While St. Christopher's has been working to stay current on many post-petition invoices, it has not paid them all in full following the decision to wind down its operations and close its programs, which was completed in December 2024. Certain other post-petition invoices were received late and may be processed in March 2025 or after.

**EXHIBIT B**

**St. Christopher's, Inc.**

**Case No: 24-22373**

1. <u>Question 17:</u> Certain payments were made on account of pre-petition bills to the extent permitted by the "first day" orders entered by the court, including final orders on the utilities, insurance, critical vendor, employee wages/benefits, and cash management motions [Docket Nos. 54-57 and 127].

2. <u>Question 18:</u> Certain checks were issued pre-petition that were permitted to clear pursuant to the "first day" orders entered by the court, including final orders on the utilities, insurance, critical vendor, employee wages/benefits, and cash management motions [Docket Nos. 54-57 and 127].

**St. Christopher's, Inc.**
**Case No: 24-22373**
**February Monthly Operating Support**
**February 1, 2025 - February 28, 2025**
**Total Cash Receipts**
**Exhibit C**

| Post Date | Customer Name | Amount | Account Number |
|---|---|---|---|
| 2/3/2025 | NYS OSC | $    13,950.00 | 0913 |
| 2/4/2025 | GNC | 27,981.27 | 0913 |
| 2/4/2025 | CDW | 221.00 | 0913 |
| 2/5/2025 | Collaborative for Children & Families, Inc. | 9,669.74 | 0913 |
| 2/14/2025 | Mutual of Omaha Insurance Co * | 10,210.72 | 0913 |
| 2/14/2025 | Enterprise | 10,549.00 | 0913 |
| 2/14/2025 | NYS | 489.54 | 0913 |
| 2/20/2025 | NYS OSC | 36,581.18 | 0913 |
| 2/28/2025 | Interest Credit - Valley Bank | 40.26 | 0913 |
| 2/28/2025 | INTEREST CREDIT | 0.37 | 0404 |

**Grand Total** $    **109,693.08**

* Refund of premium. Payment re-processed 2/27/25.

**St. Christopher's, Inc.**
**Case No: 24-22373**
**February Monthly Operating Support**
**February 1, 2025 - February 28, 2025**
**Total Cash Disbursements**
**Exhibit D**

| Date Written | Check # | Payee Name | Purpose | Amount | Account Number |
|---|---|---|---|---|---|
| 2/3/2025 | | Spectrum | Utilities | $ 799.00 | 0913 |
| 2/3/2025 | | Con Edison of NY | Utilities | 381.46 | 0913 |
| 2/3/2025 | | Con Edison of NY | Utilities | 59.44 | 0913 |
| 2/4/2025 | | Spectrum | Utilities | 799.00 | 0913 |
| 2/5/2025 | | Optimum | Utilities | 274.37 | 0913 |
| 2/5/2025 | | The Children's Village Inc. | Goods & Services | 730.00 | 0913 |
| 2/5/2025 | | PVE | Goods & Services | 1,905.00 | 0913 |
| 2/5/2025 | | Atlantic - Tomorrow | IT | 3,235.80 | 0913 |
| 2/6/2025 | 17732 | Westchester County Dept. of Health | Utilities | 130.00 | 0913 |
| 2/7/2025 | | The Children's Village Inc. | Goods & Services | 1,112.50 | 0913 |
| 2/7/2025 | | Cemco Water & Waste Specialists Inc. | Goods & Services | 2,839.74 | 0913 |
| 2/10/2025 | | DOBBS FERRY SEWER DEPT | Utilities | 5,304.95 | 0913 |
| 2/10/2025 | | Amex | Goods & Services | 1,910.13 | 0913 |
| 2/10/2025 | | Central Hudson Utility | Utilities | 104.00 | 0913 |
| 2/10/2025 | | Central Hudson Utility | Utilities | 100.99 | 0913 |
| 2/10/2025 | | DOBBS FERRY SEWER DEPT | Utilities | 125.05 | 0913 |
| 2/10/2025 | | DOBBS FERRY SEWER DEPT | Utilities | 76.12 | 0913 |
| 2/10/2025 | | MILLENNIUM VALUATIONS, INC | Goods & Services | 2,500.00 | 0913 |
| 2/11/2025 | | New Windsor Utility | Utilities | 2,469.94 | 0913 |
| 2/11/2025 | | New Windsor Utility | Utilities | 2.00 | 0913 |
| 2/11/2025 | | Consultants | Consultants | 80.92 | 0913 |
| 2/11/2025 | | Consultants | Consultants | 3,159.74 | 0913 |
| 2/11/2025 | | Consultants | Consultants | 3,792.19 | 0913 |
| 2/11/2025 | | Paycom Payroll | Payroll | 10,533.03 | 0913 |
| 2/12/2025 | 140989 | NYS Unemployment Insurance | Insurance | 113,962.60 | 0913 |
| 2/13/2025 | | SWEETMAN COMMUNICATIONS | Goods & Services | 1,250.00 | 0913 |
| 2/14/2025 | | D.P. Wolff Inc. | Goods & Services | 1,301.20 | 0913 |
| 2/14/2025 | | The Children's Village Inc. | Goods & Services | 1,615.00 | 0913 |
| 2/18/2025 | | Optimum | Utilities | 310.29 | 0913 |
| 2/18/2025 | | Optimum | Utilities | 261.26 | 0913 |
| 2/18/2025 | | Optimum | Utilities | 252.04 | 0913 |
| 2/18/2025 | | MILLIN ASSOCIATES, LLC | Goods & Services | 526.75 | 0913 |
| 2/18/2025 | | The Lilac Farm | Goods & Services | 2,310.00 | 0913 |
| 2/21/2025 | | Central Hudson Utility | Utilities | 4,395.19 | 0913 |
| 2/21/2025 | | CABLEVISION LIGHTPATH, INC. | Utilities | 4,306.16 | 0913 |
| 2/21/2025 | | CABLEVISION LIGHTPATH, INC. | Utilities | 3,729.29 | 0913 |
| 2/21/2025 | | CABLEVISION LIGHTPATH, INC. | Utilities | 1,504.27 | 0913 |
| 2/21/2025 | | Central Hudson Utility | Utilities | 362.07 | 0913 |
| 2/21/2025 | | Central Hudson Utility | Utilities | 222.52 | 0913 |
| 2/21/2025 | | Central Hudson Utility | Utilities | 82.17 | 0913 |
| 2/21/2025 | | Central Hudson Utility | Utilities | 34.39 | 0913 |
| 2/21/2025 | | North Castle NY Tax | Taxes | 5,084.50 | 0913 |

**St. Christopher's, Inc.**
**Case No: 24-22373**
**February Monthly Operating Support**
**February 1, 2025 - February 28, 2025**
**Total Cash Disbursements**
**Exhibit D**

| Date Written | Check # | Payee Name | Purpose | Amount | Account Number |
|---|---|---|---|---|---|
| 2/21/2025 | | North Castle NY Tax | Taxes | 119.31 | 0913 |
| 2/21/2025 | | Cintas Corporation | Goods & Services | 49.51 | 0913 |
| 2/21/2025 | | D.P. Wolff Inc. | Goods & Services | 162.65 | 0913 |
| 2/21/2025 | | D.P. Wolff Inc. | Goods & Services | 874.13 | 0913 |
| 2/21/2025 | | The Children's Village Inc. | Goods & Services | 942.50 | 0913 |
| 2/21/2025 | | Wilk Auslander LLP | Legal Services | 2,494.38 | 0913 |
| 2/21/2025 | | Castro & Brothers | Goods & Services | 2,800.00 | 0913 |
| 2/21/2025 | | Schwab & Gasparini, LLC | Legal Services | 10,145.13 | 0913 |
| 2/24/2025 | | Wage Works FSA Receivable | Payroll | 100.00 | 0913 |
| 2/24/2025 | | Consultants | Consultants | 4,808.30 | 0913 |
| 2/25/2025 | | Con Edison of NY | Utilities | 3,201.02 | 0913 |
| 2/25/2025 | | Con Edison of NY | Utilities | 2,007.19 | 0913 |
| 2/25/2025 | | Con Edison of NY | Utilities | 365.26 | 0913 |
| 2/25/2025 | | Con Edison of NY | Utilities | 300.10 | 0913 |
| 2/25/2025 | | Con Edison of NY | Utilities | 57.69 | 0913 |
| 2/25/2025 | | Consultants | Consultants | 3,628.72 | 0913 |
| 2/25/2025 | | Paycom Payroll | Payroll | 11,931.23 | 0913 |
| 2/27/2025 | | The Children's Village Inc. | Goods & Services | 135.00 | 0913 |
| 2/27/2025 | | Schwab & Gasparini, LLC | Legal Services | 1,437.00 | 0913 |
| 2/27/2025 | | UNITED OF OMAHA LIFE INSURANCE | Insurance | 10,210.72 | 0913 |
| 2/28/2025 | | Verizon | Utilities | 203.92 | 0913 |

Grand Total $ 239,908.83

**St. Christopher's, Inc.**
**Case No: 24-22373**
**February Monthly Operating Support**
**February 1, 2025 - February 28, 2025**
**Unpaid Bills (AP Aging)**
**Exhibit E**

| Vendor Name | Vendor Bill Date | Date Due | Amount Due | Type | Purpose of Debt |
|---|---|---|---|---|---|
| AMERICAN EXPRESS | 2/28/2025 | 2/28/2025 | 1,639.43 | Invoice | Goods & Services |
| Anthem Blue Cross and Blue Shield | 1/1/2025 | 1/1/2025 | 127.34 | Invoice | Insurance |
| BONADIO & CO., LLP | 2/14/2025 | 3/31/2025 | 11,000.00 | Invoice | Accounting |
| CHILDREN'S VILLAGE | 2/23/2025 | 2/23/2025 | 1,035.00 | Invoice | Goods & Services |
| TOWN OF NEW WINDSOR-RECEIVER OF TAXES | 2/28/2025 | 2/28/2025 | 2,184.60 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 9/30/2024 | 9/30/2024 | 267.59 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 9/30/2024 | 9/30/2024 | (849.11) | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 10/31/2024 | 10/31/2024 | 14,018.59 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 11/30/2024 | 11/30/2024 | 13,775.66 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 12/31/2024 | 12/31/2024 | 16,409.78 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 12/31/2024 | 1/30/2025 | 627.08 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 1/31/2025 | 1/31/2025 | 13,621.34 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 1/31/2025 | 3/2/2025 | 450.85 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 1/31/2025 | 1/31/2025 | (1,922.08) | Invoice | Utilities |

| Grand Total | $ | 72,386.07 |
|---|---|---|

**St. Christopher's, Inc.**
**Case No: 24-22373**
**February Monthly Operating Support**
**February 1, 2025 - February 28, 2025**
**Accounts Receivables**
**Exhibit F**

| Customer Name | Current | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over | Total |
|---|---|---|---|---|---|---|
| CSE NYC | - | - | - | - | 58,031.45 | 58,031.45 |
| CSE NYC BOE Jul/Aug - 23 | - | - | - | - | 45,246.18 | 45,246.18 |
| CSE OPWDD | - | - | - | - | - | - |
| CSE Schoharie | - | - | - | - | 87,109.80 | 87,109.80 |
| CSE Scranton | - | - | - | - | - | - |
| Fee For Service - CFTSS & 29i | - | - | - | - | 958.62 | 958.62 |
| Health Homes | - | - | - | - | - | - |
| Nassau DSS | - | - | - | - | 1,612.00 | 1,612.00 |
| | $ - | $ - | $ - | | $ 192,958.05 | $ 192,958.05 |

**St. Christopher's Inc.**
**Projected Weekly Cash Flow**
*AS OF MARCH 14, 2025*
*DRAFT ATTORNEY CLIENT PRIVILEGE*
*SUBJECT TO REVISION*

| Week Number: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | Total Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending: | 3/15/2025 | 3/22/2025 | 3/29/2025 | 4/5/2025 | 4/12/2025 | 4/19/2025 | 4/26/2025 | 5/3/2025 | 5/10/2025 | 5/17/2025 | 5/24/2025 | 5/31/2025 | 6/7/2025 | 6/14/2025 | 6/21/2025 | 6/28/2025 | 6/28/2025 |
| **Operating Receipts** | | | | | | | | | | | | | | | | | |
| NYC, ACS & BOE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Gov Entities | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Medicaid (DOH) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fee for Service | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other/Rent, Refunds and Miscellaneous | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| ORR Reimbursement | 3,030 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,030 |
| Health Homes | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Receipts** | 3,030 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,030 |
| | | | | | | | | | | | | | | | | | |
| **Operating Disbursements** | | | | | | | | | | | | | | | | | |
| Payroll and taxes | 13,747 | - | 11,931 | - | 10,795 | - | 10,795 | - | 10,795 | - | 10,795 | - | 10,795 | - | 10,795 | - | 90,450 |
| Insurance | - | - | - | 1,393 | - | - | - | - | 1,393 | - | - | - | 27,752 | 1,393 | - | - | 31,931 |
| Benefits, including state unemployment insurance | - | - | - | - | - | - | 5,614 | - | - | - | 5,614 | - | - | - | 5,614 | - | 16,841 |
| Other Operating Expenses | 12,000 | 25,000 | 86,150 | 5,000 | 22,715 | 5,000 | 8,355 | 13,450 | 7,980 | 5,000 | 7,980 | 47,479 | 5,000 | 7,980 | 5,000 | 16,430 | 280,519 |
| Critical Vendor Catch Up | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| GNC Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Improvements/ Infrastructure remediation/Contingency | - | - | 26,000 | 75,000 | - | 26,000 | - | - | 26,000 | - | - | - | - | 26,000 | - | - | 179,000 |
| Ordinary course professionals | 25,000 | - | 20,000 | - | 20,000 | - | 25,000 | - | 20,000 | - | 25,000 | - | 20,000 | - | 25,000 | - | 180,000 |
| Administrative Services Agreement | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 32,000 |
| **Total Operating Disbursements** | 52,747 | 27,000 | 146,081 | 83,393 | 55,510 | 33,000 | 51,764 | 15,450 | 68,168 | 7,000 | 51,389 | 49,479 | 65,547 | 37,373 | 48,409 | 18,430 | 810,741 |
| | | | | | | | | | | | | | | | | | |
| **Net Operating Cash Flow** | (49,717) | (27,000) | (146,081) | (83,393) | (55,510) | (33,000) | (51,764) | (15,450) | (68,168) | (7,000) | (51,389) | (49,479) | (65,547) | (37,373) | (48,409) | (18,430) | (807,711) |
| | | | | | | | | | | | | | | | | | |
| **Non-Operating Receipts/Disbursements** | | | | | | | | | | | | | | | | | |
| Transfer from DIP Financing | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Plan Fund Payment * | (1,000) | - | - | (1,000) | - | - | - | (1,000) | - | - | - | - | (1,000) | - | - | - | (4,000) |
| Proceeds from asset sale (net of closing costs) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Non-Operating Cash Flows | (1,000) | - | - | (1,000) | - | - | - | (1,000) | - | - | - | - | (1,000) | - | - | - | (4,000) |
| | | | | | | | | | | | | | | | | | |
| **Restructuring Expenses \*\*** | | | | | | | | | | | | | | | | | |
| Counsel | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accountant | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sub Chapter V Trustee | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Restructuring Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | | | |
| **Net Non-Operating Cash Flow** | (1,000) | - | - | (1,000) | - | - | - | (1,000) | - | - | - | - | (1,000) | - | - | - | (4,000) |
| | | | | | | | | | | | | | | | | | |
| **Valley - Opening Balance** | 991,915 | 941,199 | 914,199 | 768,118 | 683,725 | 628,215 | 595,215 | 543,450 | 527,000 | 458,832 | 451,832 | 400,443 | 350,964 | 284,416 | 247,043 | 198,634 | 991,915 |
| Net Operating Cash Flows | (49,717) | (27,000) | (146,081) | (83,393) | (55,510) | (33,000) | (51,764) | (15,450) | (68,168) | (7,000) | (51,389) | (49,479) | (65,547) | (37,373) | (48,409) | (18,430) | (807,711) |
| Non-Operating Cash Flows | (1,000) | - | - | (1,000) | - | - | - | (1,000) | - | - | - | - | (1,000) | - | - | - | (4,000) |
| **Ending Cash Balance** | 941,199 | 914,199 | 768,118 | 683,725 | 628,215 | 595,215 | 543,450 | 527,000 | 458,832 | 451,832 | 400,443 | 350,964 | 284,416 | 247,043 | 198,634 | 180,204 | 180,204 |
| | | | | | | | | | | | | | | | | | |
| **Proposed DIP Financing  - Beginning Balance** | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 |
| Drawdown | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Paydown | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Proposed DIP Financing  - Ending Balance** | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 |
| | | | | | | | | | | | | | | | | | |
| **Total Liquidity \*\*\*** | $ 941,199 | 914,199 | 768,118 | $ 683,725 | 628,215 | $ 595,215 | 543,450 | $ 527,000 | 458,832 | $ 451,832 | 400,443 | $ 350,964 | 284,416 | $ 247,043 | 198,634 | $ 180,204 | 180,204 |

\* Per the Case Management Order, the Debtor shall deposit into a separate debtor-in-possession account, the amount of $1,000 each month for the purpose of paying accruing administrative expenses.

\*\* Monthly estimated professional fees, subject to court approval, are estimated in the following amounts: Counsel - $100,000, Financial Advisor - $75,000 and Sub Chapter V Trustee - $10,000.

\*\*\* Does not include proceeds from the sale of the Debtors' real property.

**ST. CHRISTOPHER'S, INC.**

**Statement of Financial Position**

|  | February 28, 2025 |
|---|---|
| **ASSETS** | |
| Cash and cash equivalents | $ 1,023,536 |
| Accounts receivable, net | 2,571 |
| Grant receivable | 3,030 |
| Interest reserve | 409,459 |
| Prepaid expenses | 469,886 |
| Security deposit | 6,966 |
| Right-of-use-assets | 32,962 |
| Property and equipment, net of accumulated depreciation | 1,002,401 |
| Assets held for sale - Dobbs Ferry | 1,215,333 |
| Total assets | $ 4,166,144 |
| | |
| **LIABILITIES AND NET ASSETS** | |
| Liabilities: | |
| Accounts payable and accrued expenses | $ 3,237,817 |
| Accrued payroll and related benefits | 26,032 |
| Unearned revenue - rent | 16,592 |
| Due to related parties | 766,651 |
| Lease liability | 32,842 |
| Loan payable, net of unamortized debt issuance costs | 3,801,651 |
| Total liabilities | 7,881,585 |
| | |
| Net Assets: | |
| Net Assets - without donor restrictions | (3,715,441) |
| Total liabilities and net assets | $ 4,166,144 |
| | - |

**ST. CHRISTOPHER'S, INC.**

**Statement of Activities**

| | for the Period from February 1, 2025, to February 28, 2025 |
|---|---|
| **Program service revenue:** | |
| Fee for service | $ - |
| Grant | - |
| Part I - Tuition revenue and other revenue | - |
| Total program service revenue | **-** |
| **Expenses:** | |
| Program services: | |
| Residential and related programs | 144,708 |
| Other | |
| Total program service expense | **144,708** |
| Management and general | **31,334** |
| Total expenses | **176,042** |
| **Operating deficit** | **(176,042)** |
| **Support and non-operating revenue:** | |
| Rental income | 16,592 |
| Gain on early termination of vehicle lease obligations | 10,549 |
| Interest income, net | 41 |
| Other income | 35,931 |
| Prior years' settlements and adjustments | (2,209) |
| Total support and non-operating revenue | **60,904** |
| **Change in net assets** | **(115,138)** |
| Net assets, February 1, 2025 | (3,600,303) |
| **Net assets, February 28, 2025** | $ **(3,715,441)** |
| | - |

St. Christopher's

**0-000-0101-000 Valley Bank - Westchester Bank, Period Ending 02/28/2025**

**RECONCILIATION REPORT**

Reconciled on: 03/10/2025

Reconciled by  Dinara Nesovski

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                    USD

Statement beginning balance ..................................................... 1,102,331.90
Checks and payments cleared (82) ............................................... 240,908 83
Deposits and other credits cleared (9) ......................................... 109,694.48
Statement ending balance ....................................................... 971,117.55

Uncleared transactions as of 02/28/2025 ....................................... 42,416 33
Register balance as of 02/28/2025 .............................................. 1,013,533.88
Cleared transactions after 02/28/2025 .......................................... 0 00
Uncleared transactions after 02/28/2025 ....................................... -1,393.29
Register balance as of 03/10/2025 .............................................. 1,012,140 59

**Details**

Checks and payments cleared (82)

| DATE | TYPE | REF NO | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 10/31/2024 | Bill Payment | 17732 | WESTCHESTER COUNTY H | 130 00 |
| 01/23/2025 | Bill Payment | 140989 | NYS UNEMPLOYMENT INSU… | -113,962.60 |
| 02/03/2025 | Bill Payment | | CON EDISON | 381 46 |
| 02/03/2025 | Bill Payment | | SPECTRUM BUSINESS | -799.00 |
| 02/03/2025 | Bill Payment | | CON EDISON | 59 44 |
| 02/04/2025 | Bill Payment | | SPECTRUM BUSINESS | -799.00 |
| 02/05/2025 | Bill Payment | | ATLANTIC BUSINESS PROD | 920 00 |
| 02/05/2025 | Transfer | | | -1,000.00 |
| 02/05/2025 | Bill Payment | | PVE | 1,905 00 |
| 02/05/2025 | Bill Payment | | CHILDREN'S VILLAGE | -730.00 |
| 02/05/2025 | Bill Payment | | ATLANTIC BUSINESS PROD | 2,315 80 |
| 02/05/2025 | Bill Payment | | OPTIMUM | -137.18 |
| 02/05/2025 | Bill Payment | | OPTIMUM | 137 19 |
| 02/07/2025 | Bill Payment | | CHILDREN'S VILLAGE | -1,112.50 |
| 02/07/2025 | Bill Payment | | CEMCO WATER & WASTE W | 2,839 74 |
| 02/10/2025 | Bill Payment | | AMERICAN EXPRESS | -1,910.13 |
| 02/10/2025 | Bill Payment | | CENTRAL HUDSON GAS & | 52 00 |
| 02/10/2025 | Bill Payment | | CENTRAL HUDSON GAS & … | -52.00 |
| 02/10/2025 | Bill Payment | | CENTRAL HUDSON GAS & | 50 49 |
| 02/10/2025 | Bill Payment | | DOBBS FERRY SEWER DEPT | -25.38 |
| 02/10/2025 | Bill Payment | | CENTRAL HUDSON GAS & | 50 50 |
| 02/10/2025 | Bill Payment | | DOBBS FERRY SEWER DEPT | -25.37 |
| 02/10/2025 | Bill Payment | | DOBBS FERRY SEWER DEPT | 25 37 |
| 02/10/2025 | Bill Payment | | DOBBS FERRY SEWER DEPT | -1,768.31 |
| 02/10/2025 | Bill Payment | | DOBBS FERRY SEWER DEPT | 1,768 32 |
| 02/10/2025 | Bill Payment | | DOBBS FERRY SEWER DEPT | -1,768.32 |
| 02/10/2025 | Bill Payment | | DOBBS FERRY SEWER DEPT | 41 69 |
| 02/10/2025 | Bill Payment | | DOBBS FERRY SEWER DEPT | -41.68 |
| 02/10/2025 | Bill Payment | | DOBBS FERRY SEWER DEPT | 41 68 |
| 02/10/2025 | Bill Payment | | Millennium Valuations, Inc. | -2,500.00 |
| 02/11/2025 | E pense | | Paycom | 10,533 03 |
| 02/11/2025 | Bill Payment | | TOWN OF NEW WINDSOR-R… | -2.00 |
| 02/11/2025 | Bill Payment | | TOWN OF NEW WINDSOR R | 2,469 94 |
| 02/11/2025 | Bill Payment | | ███████████████ | -1,579.87 |
| 02/11/2025 | Bill Payment | | ███████████████ | 1,888 60 |
| 02/11/2025 | Bill Payment | | ███████████████ | -1,903.59 |
| 02/11/2025 | Bill Payment | | ███████████ | 47 96 |
| 02/11/2025 | Bill Payment | | ███████████ | -32.96 |
| 02/11/2025 | Bill Payment | | ███████████████ | 1,579 87 |
| 02/13/2025 | Bill Payment | | ROBERT L. WOLF dba SWE… | -600.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 02/13/2025 | Bill Payment | | ROBERT L WOLF dba SWE | 650 00 |
| 02/14/2025 | Bill Payment | | D.P. Wolff Inc. | -1,301.20 |
| 02/14/2025 | Bill Payment | | CHILDREN'S VILLAGE | 1,615 00 |
| 02/18/2025 | Bill Payment | | OPTIMUM | -261.26 |
| 02/18/2025 | Bill Payment | | OPTIMUM | 252 04 |
| 02/18/2025 | Bill Payment | | OPTIMUM | -310.29 |
| 02/18/2025 | Bill Payment | | MILLIN ASSOCIATES, LLC | 526 75 |
| 02/18/2025 | Bill Payment | | AGOSTINO PAGANINI DBA T... | -2,310.00 |
| 02/21/2025 | Bill Payment | | CENTRAL HUDSON GAS & | 34 39 |
| 02/21/2025 | Bill Payment | | CABLEVISION LIGHTPATH, I... | -1,504.27 |
| 02/21/2025 | Bill Payment | | CENTRAL HUDSON GAS & | 82 17 |
| 02/21/2025 | Bill Payment | | WILK AUSLANDER | -2,494.38 |
| 02/21/2025 | Bill Payment | 140990 | SCHWAB & GASPARINI PLLC | 10,145 13 |
| 02/21/2025 | Bill Payment | | TOWN OF NORTH CASTLE | -12.78 |
| 02/21/2025 | Bill Payment | | TOWN OF NORTH CASTLE | 4,646 26 |
| 02/21/2025 | Bill Payment | | TOWN OF NORTH CASTLE | -425.46 |
| 02/21/2025 | Bill Payment | | TOWN OF NORTH CASTLE | 119 31 |
| 02/21/2025 | Bill Payment | | D.P. Wolff Inc. | -874.13 |
| 02/21/2025 | Bill Payment | | CABLEVISION LIGHTPATH, I | 4,306 16 |
| 02/21/2025 | Bill Payment | | D.P. Wolff Inc. | -162.65 |
| 02/21/2025 | Bill Payment | | CINTAS CORPORATION NO 2 | 49 51 |
| 02/21/2025 | Bill Payment | | CENTRAL HUDSON GAS & ... | -4,395.19 |
| 02/21/2025 | Bill Payment | | Castro & Brothers | 2,800 00 |
| 02/21/2025 | Bill Payment | | CENTRAL HUDSON GAS & ... | -362.07 |
| 02/21/2025 | Bill Payment | | CENTRAL HUDSON GAS & | 222 52 |
| 02/21/2025 | Bill Payment | | CHILDREN'S VILLAGE | -942.50 |
| 02/21/2025 | Bill Payment | | CABLEVISION LIGHTPATH, I | 3,729 29 |
| 02/24/2025 | Bill Payment | | ███████████ | -4,808.30 |
| 02/24/2025 | E pense | | Wageworks | 100 00 |
| 02/25/2025 | Bill Payment | | CON EDISON | -150.05 |
| 02/25/2025 | E pense | | Paycom | 11,931 23 |
| 02/25/2025 | Bill Payment | | CON EDISON | -150.05 |
| 02/25/2025 | Bill Payment | | ███████████ | 3,628 72 |
| 02/25/2025 | Bill Payment | | CON EDISON | -2,007.19 |
| 02/25/2025 | Bill Payment | | CON EDISON | 57 69 |
| 02/25/2025 | Bill Payment | | CON EDISON | -365.26 |
| 02/25/2025 | Bill Payment | | CON EDISON | 1,600 51 |
| 02/25/2025 | Bill Payment | | CON EDISON | -1,600.51 |
| 02/27/2025 | Bill Payment | | MUTUAL OF OMAHA INSUR | 10,210 72 |
| 02/27/2025 | Bill Payment | | CHILDREN'S VILLAGE | -135.00 |
| 02/27/2025 | Bill Payment | | SCHWAB & GASPARINI PLLC | 1,437 00 |
| 02/28/2025 | Bill Payment | | VERIZON | -203.92 |

| Total | | | | -240,908.83 |
|-------|--|--|--|------------:|

Deposits and other credits cleared (9)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 01/28/2025 | Journal | 435554 | | 221.00 |
| 01/28/2025 | Journal | 435553 | | 11,389 35 |
| 01/28/2025 | Journal | 435551 | | 16,591.92 |
| 02/03/2025 | Deposit | | | 13,950 00 |
| 02/05/2025 | Transfer | | | 1.77 |
| 02/05/2025 | Receive Payment | | Health Homes | 9,669 74 |
| 02/14/2025 | Deposit | | | 21,249.26 |
| 02/20/2025 | Deposit | | CSE OPWDD | 36,581 18 |
| 02/28/2025 | Deposit | | Valley Bank | 40.26 |

| Total | | | | 109,694.48 |
|-------|--|--|--|-----------:|

**Additional Information**

Uncleared checks and payments as of 02/28/2025

| DATE | TYPE | REF NO | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/22/2024 | Check | 16882 | ███████████████ | 17 60 |
| 01/24/2024 | Check | 16902 | CITY OF YONKERS RED LIG… | -25.00 |
| 02/28/2024 | Check | 16999 | ███████████ | 15 75 |
| 03/20/2024 | Check | 17074 | █████████ | -105.25 |
| 03/20/2024 | Check | 17077 | | 3 00 |
| 06/06/2024 | Check | 17254 | Clowns.com Inc | -462.00 |
| 06/25/2024 | Check | 17336 | RNR SYSTEMS INTEGRATO | 65 00 |
| 07/22/2024 | Bill Payment | 17438 | RNR SYSTEMS INTEGRATO… | -65.00 |
| 08/07/2024 | Bill Payment | 17495 | MUNICIPAL CREDIT UNION | 685 86 |
| 10/11/2024 | Bill Payment | 17678 | ███████ | -878.75 |
| 10/11/2024 | Bill Payment | 17684 | ███████ | 726 00 |
| 10/11/2024 | Bill Payment | 17693 | ████████ | -639.00 |
| 10/11/2024 | Bill Payment | 17688 | ██████ | 578 00 |
| 10/11/2024 | Bill Payment | 17710 | █████████ | -530.36 |
| 10/11/2024 | Bill Payment | 17690 | ██████ | 508 00 |
| 10/11/2024 | Bill Payment | 17689 | ████████ | -378.00 |
| 10/11/2024 | Bill Payment | 17668 | ████████ | 1,003 00 |
| 10/11/2024 | Bill Payment | 17674 | ████████ | -924.50 |
| 10/11/2024 | Bill Payment | 17686 | ███████ | 348 00 |
| 10/11/2024 | Bill Payment | 17712 | █████ | -187.50 |
| 10/11/2024 | Bill Payment | 17702 | ██████████ | 418 25 |
| 10/11/2024 | Bill Payment | 17675 | █████████ | -395.00 |
| 10/11/2024 | Bill Payment | 17685 | █████████ | 291 00 |
| 10/11/2024 | Bill Payment | 17691 | ███████ | -341.50 |
| 10/25/2024 | Bill Payment | 17726 | ███████ | 16 57 |
| 11/05/2024 | Journal | 435089 | | -7.28 |
| 11/15/2024 | Journal | 435230 | | 0 58 |
| 11/15/2024 | Journal | 435229 | | -0.89 |

**Total**    -9,616.64

Uncleared deposits and other credits as of 02/28/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/20/2025 | Deposit | | United Healthcare | 283.45 |
| 02/27/2025 | Deposit | | PHILADELPHIA INSURANCE | 34,043 00 |
| 02/27/2025 | Deposit | | GNC UFSD | 16,591.92 |
| 02/28/2025 | Deposit | | PHILADELPHIA INSURANCE | 1,114 60 |

**Total**    52,032.97

Uncleared checks and payments after 02/28/2025

| DATE | TYPE | REF NO | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/04/2025 | Bill Payment | | Progressive Insurance | 1,393 29 |

**Total**    -1,393.29



| | |
|---|---|
| Last Statement: | January 31, 2025 |
| Statement Ending: | February 28, 2025 |
| Page: | 1 of 7 |

P.O. Box 558
Wayne, NJ 07474-0558



ST CHRISTOPHERS INC
71 S BROADWAY
DOBBS FERRY NY 10522



| | |
|---|---|
| Email: | contactus@valley.com |
| Visit Us Online: | www.valley.com |
| Mail To: | 1720 Route 23, Wayne, NJ 07470 |

## Account Statement

IMPORTANT NOTICE:
EFFECTIVE MARCH 1, 2025, ALL BUSINESS ACCOUNTS WILL BE BILLED USING ACCOUNT
ANALYSIS. YOUR FEES WILL NOT BE CHANGING, BUT FEES FOR CERTAIN TRANSACTIONS SUCH
AS WIRE TRANSFERS AND OVERDRAFTS WILL BE AGGREGATED AND BILLED ON OR ABOUT THE
15th OF THE NEXT MONTH.

## NON-PROFIT ORGANIZATIONAL CHK  - XXXXXX0913

SUMMARY FOR THE PERIOD: 02/01/25 - 02/28/25                                                                *ST CHRISTOPHERS INC*

| Beginning Balance $1,102,331.90 | + | Deposits & Other Credits $109,694.48 | - | Withdrawals & Other Debits $240,908.83 | = | Ending Balance $971,117.55 |
|---|---|---|---|---|---|---|

### TRANSACTIONS

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $1,102,331.90 |
| 02/03 | ACH CREDIT NYS OSC ACH ██████974/0 1 2/23 PMT ███56 4\ | | $13,950.00 | $1,116,281.90 |
| 02/03 | ACH DEBIT CON ED OF NY CECONY 250203 █████0007 | -$59.44 | | $1,116,222.46 |
| 02/03 | ACH DEBIT CON ED OF NY CECONY 250203 █████0008 | -$381.46 | | $1,115,841.00 |
| 02/03 | ACH DEBIT SPECTRUM SPECTRUM 250203 | -$799.00 | | $1,115,042.00 |
| 02/04 | DEPOSIT | | $28,202.27 | $1,143,244.27 |
| 02/04 | ACH DEBIT SPECTRUM SPECTRUM 250204 | -$799.00 | | $1,142,445.27 |
| 02/05 | ACH CREDIT | | $9,669.74 | $1,152,115.01 |



P.O. Box 558
Wayne, NJ 07474-0558

| | Account Number: | XXXXXX0913 |
|---|---|---|
| | Statement Date: | 02/28/2025 |
| | Page : | 2 of 7 |

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | The Collaborativ Bill.com The Collaborative for Children & Fam ilies, Inc. Bill.c om ███████████PALT | | | |
| 02/05 | PHONE/INTERNET TRNFR REF ████ 908L FUNDS TRANSFER FRM DEP XXXX6926 FROM FUNDS TRANSFER VIA ONLINE | | $1.77 | $1,152,116.78 |
| 02/05 | WIRE OUT ██████████ 2939 ATLANTIC - TOMORRO W'S OFFICE | -$3,235.80 | | $1,148,880.98 |
| 02/05 | WIRE OUT ██████████ 1133 PVE ████ 004-1 | -$1,905.00 | | $1,146,975.98 |
| 02/05 | WIRE OUT ██████████ 2920 THE CHILDRENS VILL AGE INC | -$730.00 | | $1,146,245.98 |
| 02/05 | PHONE/INTERNET TRNFR REF ████ 654L FUNDS TRANSFER TO DEP XXXXXX0404 FROM FUNDS TRANSFER VIA ONLINE | -$1,000.00 | | $1,145,245.98 |
| 02/05 | ACH DEBIT OPTIMUM 7882 CABLE PMNT 250205 | -$274.37 | | $1,144,971.61 |
| 02/06 | CHECK 17732 | -$130.00 | | $1,144,841.61 |
| 02/07 | WIRE OUT ██████████ 1145 CEMCO | -$2,839.74 | | $1,142,001.87 |
| 02/07 | WIRE OUT ██████████ 1129 THE CHILDRENS VILL AGE INC | -$1,112.50 | | $1,140,889.37 |
| 02/10 | WIRE OUT ██████████ 5466 MILLENNIUM VALUATI ONS, INC. SAL | -$2,500.00 | | $1,138,389.37 |
| 02/10 | ACH DEBIT DOBBS FERRY SEWE DOBBS SEWE 250210 ██████ 9956 | -$76.12 | | $1,138,313.25 |
| 02/10 | ACH DEBIT DOBBS FERRY SEWE DOBBS SEWE 250210 ██████ 4612 | -$125.05 | | $1,138,188.20 |
| 02/10 | ACH DEBIT CENTRALHUDSON UTILITY 250210 | -$100.99 | | $1,138,087.21 |
| 02/10 | ACH DEBIT CENTRALHUDSON UTILITY 250210 | -$104.00 | | $1,137,983.21 |
| 02/10 | ACH DEBIT AMEX EPAYMENT ACH PMT 250210 █ 9226 | -$1,910.13 | | $1,136,073.08 |
| 02/10 | ACH DEBIT DOBBS FERRY SEWE DOBBS SEWE 250210 ██████ 4534 | -$5,304.95 | | $1,130,768.13 |
| 02/11 | WIRE OUT ██████████ 8768 PAYCOM CLIENT TRUS T | -$10,533.03 | | $1,120,235.10 |
| 02/11 | WIRE OUT ██████████ 8728 MADELINE BIANCHI 5 | -$3,792.19 | | $1,116,442.91 |
| 02/11 | WIRE OUT ██████████ 8677 VYACHESLAV PECHNIK OV 5 | -$3,159.74 | | $1,113,283.17 |



© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender. 



**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| **Account Number:** | XXXXXX0913 |
| **Statement Date:** | 02/28/2025 |
| **Page :** | 3 of 7 |

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| 02/11 | WIRE OUT 8736 BRENDA RODRIGUEZ  5 | -$80.92 | | $1,113,202.25 |
| 02/11 | ACH DEBIT NEW WINDSOR RECE 4958 250211 | -$2.00 | | $1,113,200.25 |
| 02/11 | ACH DEBIT NEW WINDSOR RECE 4958 250211 | -$2,469.94 | | $1,110,730.31 |
| 02/12 | CHECK  140989 | -$113,962.60 | | $996,767.71 |
| 02/13 | WIRE OUT 2963 SWEETMAN COMMUNICA TIONS JANUARY (600)SERV | -$1,250.00 | | $995,517.71 |
| 02/14 | DEPOSIT | | $21,249.26 | $1,016,766.97 |
| 02/14 | WIRE OUT 7004 THE CHILDRENS VILL AGE INC | -$1,615.00 | | $1,015,151.97 |
| 02/14 | WIRE OUT 0027 D.P. WOLFF INC. | -$1,301.20 | | $1,013,850.77 |
| 02/18 | WIRE OUT 8957 THE LILAC FARM LLC | -$2,310.00 | | $1,011,540.77 |
| 02/18 | WIRE OUT 8800 MILLIN ASSOCIATES, LLC 4565 | -$526.75 | | $1,011,014.02 |
| 02/18 | ACH DEBIT OPTIMUM 7803 CABLE PMNT 250218 | -$252.04 | | $1,010,761.98 |
| 02/18 | ACH DEBIT OPTIMUM 7882 CABLE PMNT 250218 | -$261.26 | | $1,010,500.72 |
| 02/18 | ACH DEBIT OPTIMUM 7803 CABLE PMNT 250218 | -$310.29 | | $1,010,190.43 |
| 02/20 | ACH CREDIT NYS OSC ACH RMR*IV*448327W 7/2 4-8/24- AS\ | | $36,581.18 | $1,046,771.61 |
| 02/21 | WIRE OUT 2069 SCHWAB  GASPARINI, PLLC INVOICE 159667 | -$10,145.13 | | $1,036,626.48 |
| 02/21 | WIRE OUT 2048 CASTRO AND BROTHER S | -$2,800.00 | | $1,033,826.48 |
| 02/21 | WIRE OUT 2062 WILK AUSLANDER LLP INVOICE 240151 | -$2,494.38 | | $1,031,332.10 |
| 02/21 | WIRE OUT 2031 THE CHILDRENS VILL AGE INC | -$942.50 | | $1,030,389.60 |
| 02/21 | WIRE OUT 2099 D.P. WOLFF INC. | -$874.13 | | $1,029,515.47 |
| 02/21 | WIRE OUT 2083 D.P. WOLFF INC. | -$162.65 | | $1,029,352.82 |
| 02/21 | ACH DEBIT CINTASCORPORATIO 7A3D 250221 1519 | -$49.51 | | $1,029,303.31 |
| 02/21 | ACH DEBIT NorthCastleNYTax TaxPmt 250221 0- 024T | -$119.31 | | $1,029,184.00 |
| 02/21 | ACH DEBIT | -$5,084.50 | | $1,024,099.50 |

© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender. 🏠
18203 0062372 0003-0007 M0656DDA030125072432 01  L  18203






P.O. Box 558
Wayne, NJ 07474-0558

| | | Account Number: | XXXXXX0913 |
|---|---|---|---|
| | | Statement Date: | 02/28/2025 |
| | | Page : | 4 of 7 |

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | NorthCastleNYTax TaxPmt 250221 0-024T | | | |
| 02/21 | ACH DEBIT CENTRALHUDSON UTILITY 250221 | -$34.39 | | $1,024,065.11 |
| 02/21 | ACH DEBIT CENTRALHUDSON UTILITY 250221 | -$82.17 | | $1,023,982.94 |
| 02/21 | ACH DEBIT CENTRALHUDSON UTILITY 250221 | -$222.52 | | $1,023,760.42 |
| 02/21 | ACH DEBIT CENTRALHUDSON UTILITY 250221 | -$362.07 | | $1,023,398.35 |
| 02/21 | ACH DEBIT CABLEVISION LIGH COF DEBIT NTE*████████3931 \ | -$1,504.27 | | $1,021,894.08 |
| 02/21 | ACH DEBIT CABLEVISION LIGH COF DEBIT NTE*████████3934 \ | -$3,729.29 | | $1,018,164.79 |
| 02/21 | ACH DEBIT CABLEVISION LIGH COF DEBIT NTE*████████3332 \ | -$4,306.16 | | $1,013,858.63 |
| 02/21 | ACH DEBIT CENTRALHUDSON UTILITY 250221 | -$4,395.19 | | $1,009,463.44 |
| 02/24 | WIRE OUT ████████1765 VYACHESLAV PECHNIK OV ES RENDERED FROM2/ | -$4,808.30 | | $1,004,655.14 |
| 02/24 | ACH DEBIT WAGEWORKS RECEIVABLE 250224 INV7425552 | -$100.00 | | $1,004,555.14 |
| 02/25 | WIRE OUT ████████5068 PAYCOM CLIENT TRUS T ING 2/21/25 AND CH | -$11,931.23 | | $992,623.91 |
| 02/25 | WIRE OUT ████████9604 MADELINE BIANCHI  RED FROM 2/10/25- | -$3,628.72 | | $988,995.19 |
| 02/25 | ACH DEBIT CON ED OF NY CECONY 250225 ████0007 | -$57.69 | | $988,937.50 |
| 02/25 | ACH DEBIT CON ED OF NY CECONY 250225 ████3346 | -$300.10 | | $988,637.40 |
| 02/25 | ACH DEBIT CON ED OF NY CECONY 250225 ████0008 | -$365.26 | | $988,272.14 |
| 02/25 | ACH DEBIT CON ED OF NY CECONY 250225 ████0005 | -$2,007.19 | | $986,264.95 |
| 02/25 | ACH DEBIT CON ED OF NY CECONY 250225 ████4003 | -$3,201.02 | | $983,063.93 |
| 02/27 | WIRE OUT ████████6810 UNITED OF OMAHA LI FE INSURANCE COMP -0001 - Q3 PAYMENT | -$10,210.72 | | $972,853.21 |
| 02/27 | WIRE OUT ████████5005 SCHWAB  GASPARINI, PLLC INVOICE 159869 | -$1,437.00 | | $971,416.21 |
| 02/27 | WIRE OUT ████████5023 THE CHILDRENS VILL AGE INC | -$135.00 | | $971,281.21 |
| 02/28 | ACH DEBIT | -$203.92 | | $971,077.29 |







| | |
|---|---|
| **Account Number:** | XXXXXX0913 |
| **Statement Date:** | 02/28/2025 |
| **Page :** | 5 of 7 |

P.O. Box 558
Wayne, NJ 07474-0558

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | ACHMA VISB BILL PYMNT 250228 | | | |
| 02/28 | INTEREST CREDIT | | $40.26 | $971,117.55 |
| **Ending Balance** | | | | **$971,117.55** |

## CHECKS IN ORDER

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 02/06 | 17732 | $130.00 | 02/12 | 140989* | $113,962.60 |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed under the Transaction section.

## INTEREST RATE CALCULATIONS

| | | | |
|---|---|---|---|
| Avg. Stmt. Collected Balance | $1,049,542.00 | Annual % Yield Earned | 0.05% |
| Year-to-Date Interest Paid | $82.82 | Interest Paid | $40.26 |

## OVERDRAFT FEES

| | Total This Period: | Total Year-To-Date: |
|---|---|---|
| **Total Overdraft Fees:** | $0.00 | $0.00 |







P.O. Box 558
Wayne, NJ 07474-0558

## Check Images for Account XXXXXX0913





| 02/06/2025 | # 17732 | $130.00 | 02/12/2025 | # 140989 | $113,962.60 |



| Account Number: | XXXXXX0913 |
| Statement Date: | 02/28/2025 |
| Page : | 7 of 7 |

P.O. Box 558
Wayne, NJ 07474-0558

18203 0062376 0007-0007 3109091 3 18203

## To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

**Balance Reconciliation**

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

## Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

## In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**
If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can,

why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**
If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

## In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**



St. Christopher's

**0-000-0110-000 Valley Bank - ORR, Period Ending 02/28/2025**

**RECONCILIATION REPORT**

Reconciled on: 03/04/2025

Reconciled by: Dinara Nesovski

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                         USD

Statement beginning balance ............................................................... 1.77
Checks and payments cleared (1) ......................................................... -1.77
Deposits and other credits cleared (0) ................................................. 0.00
Statement ending balance ...................................................................... 0.00

Register balance as of 02/28/2025 ........................................................ 0.00

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 02/05/2025 | Transfer | | | -1.77 |
| Total | | | | -1.77 |



**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| Last Statement: | January 31, 2025 |
| Statement Ending: | February 28, 2025 |
| Page: | 1 of 3 |

ST CHRISTOPHERS INC
71 S BROADWAY
DOBBS FERRY NY 10522

| | |
|---|---|
| Email: | contactus@valley.com |
| Visit Us Online: | www.valley.com |
| Mail To: | 1720 Route 23, Wayne, NJ 07470 |

# Account Statement

**IMPORTANT NOTICE:**
EFFECTIVE MARCH 1, 2025, ALL BUSINESS ACCOUNTS WILL BE BILLED USING ACCOUNT ANALYSIS. YOUR FEES WILL NOT BE CHANGING, BUT FEES FOR CERTAIN TRANSACTIONS SUCH AS WIRE TRANSFERS AND OVERDRAFTS WILL BE AGGREGATED AND BILLED ON OR ABOUT THE 15th OF THE NEXT MONTH.

## NON-PROFIT ORGANIZATIONAL CHK  - XXXXXX6926

SUMMARY FOR THE PERIOD: 02/01/25 - 02/28/25                                    *ST CHRISTOPHERS INC*

| Beginning Balance | + | Deposits & Other Credits | - | Withdrawals & Other Debits | = | Ending Balance |
|---|---|---|---|---|---|---|
| $1.77 | | $0.00 | | $1.77 | | $0.00 |

### TRANSACTIONS

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $1.77 |
| 02/05 | PHONE/INTERNET TRNFR | -$1.77 | | $0.00 |
| | REF ███908L FUNDS TRANSFER TO DEP XXXX0913 FROM FUNDS TRANSFER VIA ONLINE | | | |
| | **Ending Balance** | | | **$0.00** |



### INTEREST RATE CALCULATIONS

| | | | |
|---|---|---|---|
| Avg. Stmt. Collected Balance | $0.00 | Annual % Yield Earned | 0.00% |
| Year-to-Date Interest Paid | $1.77 | Interest Paid | $0.00 |



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX6926 |
| **Statement Date:** | | 02/28/2025 |
| **Page :** | | 2 of 3 |

P.O. Box 558
Wayne, NJ 07474-0558

## OVERDRAFT FEES

| | Total This Period: | Total Year-To-Date: |
|---|---|---|
| **Total Overdraft Fees:** | $0.00 | $0.00 |







**Valley**

| | |
|---|---|
| **Account Number:** | XXXXXX6926 |
| **Statement Date:** | 02/28/2025 |
| **Page :** | 3 of 3 |

P.O. Box 558
Wayne, NJ 07474-0558

## To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

**Balance Reconciliation**

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

## Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

## In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**
If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can,

why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**
If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

## In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**



St. Christopher's

**0-000-0113-000 Valley Bank - Escrow, Period Ending 02/28/2025**

**RECONCILIATION REPORT**

Reconciled on: 03/04/2025

Reconciled by: Dinara Nesovski

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 9,001.64 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (2) | 1,000.37 |
| Statement ending balance | 10,002.01 |
| | |
| Register balance as of 02/28/2025 | 10,002.01 |

**Details**

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/05/2025 | Transfer | | | 1,000.00 |
| 02/28/2025 | Journal | 435584 | | 0.37 |
| Total | | | | 1,000.37 |



**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

ST CHRISTOPHERS INC
71 S BROADWAY
DOBBS FERRY NY 10522

| | | |
|---|---|---|
| Last Statement: | | January 31, 2025 |
| Statement Ending: | | February 28, 2025 |
| Page: | | 1 of 3 |

| | Email: | contactus@valley.com |
|---|---|---|
| | Visit Us Online: | www.valley.com |
| | Mail To: | 1720 Route 23, Wayne, NJ 07470 |

# Account Statement

**IMPORTANT NOTICE:**
EFFECTIVE MARCH 1, 2025, ALL BUSINESS ACCOUNTS WILL BE BILLED USING ACCOUNT ANALYSIS. YOUR FEES WILL NOT BE CHANGING, BUT FEES FOR CERTAIN TRANSACTIONS SUCH AS WIRE TRANSFERS AND OVERDRAFTS WILL BE AGGREGATED AND BILLED ON OR ABOUT THE 15th OF THE NEXT MONTH.

## NON-PROFIT ORGANIZATIONAL CHK  - XXXXXX0404

SUMMARY FOR THE PERIOD: 02/01/25 - 02/28/25                                              *ST CHRISTOPHERS INC*

| Beginning Balance | + | Deposits & Other Credits | - | Withdrawals & Other Debits | = | Ending Balance |
|---|---|---|---|---|---|---|
| $9,001.64 | | $1,000.37 | | $0.00 | | $10,002.01 |

### TRANSACTIONS

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $9,001.64 |
| 02/05 | PHONE/INTERNET TRNFR REF █████654L FUNDS TRANSFER FRM DEP XXXX0913 FROM FUNDS TRANSFER VIA ONLINE | | $1,000.00 | $10,001.64 |
| 02/28 | INTEREST CREDIT | | $0.37 | $10,002.01 |
| | **Ending Balance** | | | **$10,002.01** |



### INTEREST RATE CALCULATIONS

| | | | |
|---|---|---|---|
| Avg. Stmt. Collected Balance | $9,858.00 | Annual % Yield Earned | 0.05% |
| Year-to-Date Interest Paid | $0.72 | Interest Paid | $0.37 |



| | Account Number: | XXXXXX0404 |
|---|---|---|
| | Statement Date: | 02/28/2025 |
| | Page : | 2 of 3 |

P.O. Box 558
Wayne, NJ 07474-0558

**OVERDRAFT FEES**

| | Total This Period: | Total Year-To-Date: |
|---|---|---|
| **Total Overdraft Fees:** | $0.00 | $0.00 |







**Valley**

| | |
|---|---|
| **Account Number:** | XXXXXX0404 |
| **Statement Date:** | 02/28/2025 |
| **Page :** | 3 of 3 |

P.O. Box 558
Wayne, NJ 07474-0558

### To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

**Balance Reconciliation**

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

### Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

### In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**
If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can,

why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**
If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

### In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**

