**BARCLAY DAMON LLP**
Janice B. Grubin
Ilan Markus
1270 Avenue of the Americas, Suite 501
New York, New York 10020
Telephone: (212) 784-5800
jgrubin@barclaydamon.com
imarkus@barclaydamon.com

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ST. CHRISTOPHER'S, INC., *et al.*,[1] | : | Case No. 24-22373 (shl) |
| | : | Main Case |
| Debtors. | : | Jointly Administered |

**NOTICE OF ADJOURNMENT OF**
**CASE MANAGEMENT STATUS CONFERENCE**

**PLEASE TAKE NOTICE** that the Case Status Conference scheduled for March 27, 2025 at 10:00 a.m. EST has been adjourned to **April 23, 2025 at 10:00 a.m. EST**.

**PLEASE TAKE FURTHER NOTICE** that participants can attend the adjourned Case Statement Conference in person or via the Zoom for Government platform. Participants in the adjourned Case Statement Conference are required to register their appearance before the hearing utilizing the e-Court Appearances tool at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that the adjourned Case Statement Conference may be further adjourned or continued thereafter from time to time without further notice other

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

than an announcement of the adjourned or continued date or dates at the adjourned Case Statement

Conference or a later hearing.

Dated:    March 26, 2025
         New York, New York

                                        **BARCLAY DAMON LLP**

                                        By:    _/s/Janice B. Grubin_____
                                        Janice B. Grubin
                                        Ilan Markus
                                        1270 Avenue of the Americas, Suite 501
                                        New York, New York 10020
                                        Telephone:  (212) 784-5800
                                        jgrubin@barclaydamon.com
                                        sfleischer@barclaydamon.com

                                        *Counsel to Debtors and Debtors-in-Possession*