**BARCLAY DAMON LLP**
Janice B. Grubin
1270 Avenue of the Americas, Suite 501
New York, New York 10020
Telephone: (212) 784-5800
jgrubin@barclaydamon.com

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ST. CHRISTOPHER'S, INC., *et al.*,[1] | : | Case No. 24-22373 (shl) |
| | : | Main Case |
| Debtors. | : | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Audrey A. Vrooman, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am in the employ of Barclay Damon LLP, counsel for the Debtors and Debtors-in-Possession in the above-captioned bankruptcy cases.

2. On the 26th day of March, 2025, I electronically filed the *Notice of Adjournment of Case Management Status Conference* [Docket No. 209] with the United States Bankruptcy Court for the Southern District of New York using the CM/ECF system, which system sent notification to the parties set forth on the attached **Service List A**.

3. On the 27th day of March, 2025, I caused to be served the *Notice of Adjournment of Case Management Status Conference* [Docket No. 209] upon the Hon. Sean H. Lane, United States Bankruptcy Judge for the Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140 via first class mail by depositing two (2) copies in a properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service in the City of Syracuse, New York, prior to the last pick up time for that day.

6. On the 27th day of March, 2025, I caused to be served *Notice of Adjournment of Case Management Status Conference* [Docket No. 209] upon the parties set forth on the attached **Service List B** via first class mail by depositing copies of same in properly addressed postage paid

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

1

2

envelopes in an official depository under the exclusive care and custody of the United States Postal Service in the City of Syracuse, New York, prior to the last pick up time for that day.

Dated:  March 27, 2025
        Syracuse, New York                                 */s/Audrey A. Vrooman*
                                                              Audrey A. Vrooman

## SERVICE LIST A

- **Stephenie Lannigan Bross**    sbross@sssfirm.com
- **Christopher M. Desiderio**    cdesiderio@nixonpeabody.com
- **Kelli M. Finnegan**    kfinnegan@reedsmith.com
- **Scott Fleischer**    sfleischer@barclaydamon.com
- **Janice Beth Grubin**    jgrubin@barclaydamon.com
- **Alan C. Hochheiser**    ahochheiser@mauricewutscher.com
- **Kenneth Kim**    kkim@hermanlaw.com
- **Greg M. Kohn**    gkohn@nagelrice.com
- **Michelle Ann Labayen**    mlabayen@hermanlaw.com, MLabayen@hermanlaw.com
- **Ilan Markus**    imarkus@barclaydamon.com, ilan-markus-4670@ecf.pacerpro.com
- **Jesse Mautner**    jmautner@mersonlaw.com
- **Stuart S. Mermelstein**    smermelstein@hermanlaw.com, docketing@hermanlaw.com
- **Jeffrey A. Reich**    reichlaw@reichpc.com
- **Holly Lynn Reinhardt**    hreinhardt@orangecountygov.com
- **Scott M. Salant**    ssalant@ddw-law.com
- **Ilan D. Scharf**    ischarf@pszjlaw.com, lcanty@pszjlaw.com
- **Eric J. Snyder**    esnyder@wilkauslander.com, jstauder@wilkauslander.com
- **Heidi J. Sorvino**    Sorvinoh@whiteandwilliams.com
- **Heidi J. Sorvino-Trustee**    sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com
- **James I. Stang**    jstang@pszjlaw.com
- **United States Trustee**    USTPRegion02.NYECF@USDOJ.GOV

## SERVICE LIST B

| | |
|---|---|
| Office of the United States Trustee | Heidi J. Sorvino, Esq. |
| Attn: Paul K. Schwartzberg, Trial Attorney | Subchapter V Trustee |
| Alexander Hamilton Custom House | White and Williams LLP |
| One Bowling Green, Room 534 | 810 Seventh Avenue, Suite 500 |
| New York, NY 10004-1408 | New York, NY 10019 |

3