**BARCLAY DAMON LLP**
Janice B. Grubin
Ilan Markus
Scott L. Fleischer
1270 Avenue of the Americas, Suite 501
New York, New York 10020
Telephone: (212) 784-5800
jgrubin@barclaydamon.com
imarkus@barclaydamon.com
sfleischer@barclaydamon.com

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ST. CHRISTOPHER'S, INC., *et al.*,[1] | : | Case No. 24-22373 (shl) |
| | : | Main Case |
| Debtors. | : | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Audrey A. Vrooman, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1.  I am in the employ of Barclay Damon LLP, counsel for the Debtors and Debtors-in-Possession in the above-captioned bankruptcy cases.

2.  On the 3rd day of April, 2025, I caused to be served the unfiled *Notice of Debtors' Motion for Entry of Order (I) Approving the Private Sale of the New Windsor Real Estate by Debtor The McQuade Foundation to 621 Blooming Grove LLC Under the Purchase and Sale Agreement Free and Clear of Liens, Claims, Interests, and Encumbrances Except for Certain Permitted Liens; (II) Authorizing the Potential Assumption and Assignment of the GNC Lease and the Rejection of the Residential Lease in Connection Therewith; and (III) Granting Related Relief* upon the parties set forth on the attached **Service List C** via first class mail by depositing copies of same in properly addressed postage paid envelopes in an official depository under the exclusive care and custody of the United States Postal Service in the City of Syracuse, New York, prior to the last pick up time for that day.

3.  On the 3rd day of April, 2025, Ilan Markus electronically filed the *Notice of* and *Debtors' Motion for Entry of Order (I) Approving the Private Sale of the New Windsor Real Estate*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

1

by Debtor The McQuade Foundation to 621 Blooming Grove LLC Under the Purchase and Sale Agreement Free and Clear of Liens, Claims, Interests, and Encumbrances Except for Certain Permitted Liens; (II) Authorizing the Potential Assumption and Assignment of the GNC Lease and the Rejection of the Residential Lease in Connection Therewith; and (III) Granting Related Relief* and supporting Exhibits and Declarations of Dr. Sarah Ruback and Thomas A. Collins, CCIM, [collectively, Docket No. 212] with the United States Bankruptcy Court for the Southern District of New York using the CM/ECF system, which system sent notification to the parties set forth on the attached **Service List A**.

4. On the 3rd day of April, 2025, Ilan Markus caused to be served the *Notice of* and *Debtors' Motion for Entry of Order (I) Approving the Private Sale of the New Windsor Real Estate by Debtor The McQuade Foundation to 621 Blooming Grove LLC Under the Purchase and Sale Agreement Free and Clear of Liens, Claims, Interests, and Encumbrances Except for Certain Permitted Liens; (II) Authorizing the Potential Assumption and Assignment of the GNC Lease and the Rejection of the Residential Lease in Connection Therewith; and (III) Granting Related Relief* and supporting Exhibits and Declarations of Dr. Sarah Ruback and Thomas A. Collins, CCIM [collectively, Docket No. 212] upon the following parties via electronic mail by emailing copies of same to the parties at their designated email addresses:

- United States Trustee - USTPRegion02.NYECF@USDOJ.GOV
- Paul Schwartzberg - paul.schwartzberg@usdoj.gov
- Heidi J. Sorvino, Subchapter V Trustee - Sorvinoh@whiteandwilliams.com and millnamowm@whiteandwilliams.com
- James Stang - jstang@pszjlaw.com
- Ian Scharf - ischarf@pszjlaw.com and nhall@pszjlaw.com
- Judy Swierczewski, NYS Education Department - Judy.Swierczewski@nysed.gov
- Christina Coughlin, NYS Education Department - Christina.Coughlin@nysed.gov
- Brian M. Schenker - BSchenker@ReedSmith.com
- Stephanie Lannigan Bross - sbross@sssfirm.com
- Christopher M. Desiderio - cdesiderio@nixonpeabody.com
- Kelli M. Finnegan - kfinnegan@reedsmith.com
- Alan C. Hochheiser - ahochheiser@mauricewutscher.com
- Kennth Kim - kkim@hermanlaw.com
- Greg M. Kohn - gkohn@nagelrice.com
- Michele Ann Labayen - mlabayen@hermanlaw.com
- Jesse Mautner - jmautner@mersonlaw.com
- Stuart S. Mermelstein - smermelstein@hermanlaw.com and docketing@hermanlaw.com
- Jeffrey A. Reich - reichlaw@reichpc.com
- Holly Lynn Rienhardt - hreinhardt@orangecountygov.com
- Scott M. Salant - ssalant@ddw-law.com
- Eric J. Snyder - esnyder@wilkauslander.com and jstauder@wilkauslander.com
- Janice B. Grubin - jgrubin@barclaydamon.com
- Ilan Markus - imarkus@barclaydamon.com
- Scott L. Fleischer - sfleischer@barclaydamon.com
- Dr. Sarah Ruback - sruback@sc1881.org
- James Carter Ledyard - gadsden@clm.com
- Mark Leonard - mark@elizabeth11.com

2

- Eloise Polanco - eloisa@braunfotelandfrendel.com
- Keith Braunfotel - keith@braunfotelandfrendel.com

5. On the 4th day of April, 2025, Deborah Miller caused to be served the *Notice of* and *Debtors' Motion for Entry of Order (I) Approving the Private Sale of the New Windsor Real Estate by Debtor The McQuade Foundation to 621 Blooming Grove LLC Under the Purchase and Sale Agreement Free and Clear of Liens, Claims, Interests, and Encumbrances Except for Certain Permitted Liens; (II) Authorizing the Potential Assumption and Assignment of the GNC Lease and the Rejection of the Residential Lease in Connection Therewith; and (III) Granting Related Relief* and supporting Exhibits and Declarations of Dr. Sarah Ruback and Thomas A. Collins, CCIM [collectively, Docket No. 212] upon the Hon. Sean H. Lane, United States Bankruptcy Judge for the Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140 via first class mail by depositing two (2) copies of same in a properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service in the City of Syracuse, New York, prior to the last pick up time for that day.

6. On the 4th day of April, 2025, Deborah Miller caused to be served the *Notice of* and *Debtors' Motion for Entry of Order (I) Approving the Private Sale of the New Windsor Real Estate by Debtor The McQuade Foundation to 621 Blooming Grove LLC Under the Purchase and Sale Agreement Free and Clear of Liens, Claims, Interests, and Encumbrances Except for Certain Permitted Liens; (II) Authorizing the Potential Assumption and Assignment of the GNC Lease and the Rejection of the Residential Lease in Connection Therewith; and (III) Granting Related Relief* and supporting Exhibits and Declarations of Dr. Sarah Ruback and Thomas A. Collins, CCIM [collectively, Docket No. 212] upon the parties set forth on the attached **Service List B** via first class mail by depositing copies of same in properly addressed envelopes in an official depository under the exclusive care and custody of the United States Postal Service in the City of Syracuse, New York, prior to the last pick up time for that day.

7. On the 4th day of April, 2025, Deborah Miller caused to be served the filed *Notice of Debtors' Motion for Entry of Order (I) Approving the Private Sale of the New Windsor Real Estate by Debtor The McQuade Foundation to 621 Blooming Grove LLC Under the Purchase and Sale Agreement Free and Clear of Liens, Claims, Interests, and Encumbrances Except for Certain Permitted Liens; (II) Authorizing the Potential Assumption and Assignment of the GNC Lease and the Rejection of the Residential Lease in Connection Therewith; and (III) Granting Related Relief* [Docket No. 212] upon the parties set forth on the attached **Service List C** via first class mail by depositing copies of same in properly addressed postage paid envelopes in an official depository under the exclusive care and custody of the United States Postal Service in the City of Syracuse, New York, prior to the last pick up time for that day.

Dated: April 15, 2025
       Syracuse, New York                     */s/Audrey A. Vrooman*
                                                     Audrey A. Vrooman

## SERVICE LIST A

- **Stephenie Lannigan Bross**     sbross@sssfirm.com
- **Christopher M. Desiderio**     cdesiderio@nixonpeabody.com
- **Kelli M. Finnegan**     kfinnegan@reedsmith.com
- **Scott Fleischer**     sfleischer@barclaydamon.com
- **Janice Beth Grubin**     jgrubin@barclaydamon.com
- **Alan C. Hochheiser**     ahochheiser@mauricewutscher.com
- **Kenneth Kim**     kkim@hermanlaw.com
- **Greg M. Kohn**     gkohn@nagelrice.com
- **Michelle Ann Labayen**     mlabayen@hermanlaw.com, MLabayen@hermanlaw.com
- **Ilan Markus**     imarkus@barclaydamon.com, ilan-markus-4670@ecf.pacerpro.com
- **Jesse Mautner**     jmautner@mersonlaw.com
- **Stuart S. Mermelstein**     smermelstein@hermanlaw.com, docketing@hermanlaw.com
- **Jeffrey A. Reich**     reichlaw@reichpc.com
- **Holly Lynn Reinhardt**     hreinhardt@orangecountygov.com
- **Scott M. Salant**     ssalant@ddw-law.com
- **Ilan D. Scharf**     ischarf@pszjlaw.com, lcanty@pszjlaw.com
- **Eric J. Snyder**     esnyder@wilkauslander.com, jstauder@wilkauslander.com
- **Heidi J. Sorvino**     Sorvinoh@whiteandwilliams.com
- **Heidi J. Sorvino-Trustee**     sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com
- **James I. Stang**     jstang@pszjlaw.com
- **United States Trustee**     USTPRegion02.NYECF@USDOJ.GOV

## SERVICE LIST B

| | |
|---|---|
| Office of the United States Trustee | Heidi J. Sorvino, Esq. |
| Attn: Paul K. Schwartzberg, Trial Attorney | Subchapter V Trustee |
| Alexander Hamilton Custom House | White and Williams LLP |
| One Bowling Green, Room 534 | 810 Seventh Avenue, Suite 500 |
| New York, NY 10004-1408 | New York, NY 10019 |

## SERVICE LIST C

Nixon Peabody LLP
Attn: Christopher M. Desiderio, Esq.
*Attorneys for Dormitory Authority of New York*
55 West 46th Street
New York, NY 10036-4120

NYS Dormitory Authority
Attn: General Counsel
515 Broadway
Albany, NY 12207

Braunfotel & Frendel, LLC
Attn: Keith I. Braunfotel, Esq.
*Attorneys for 621 Blooming Grove LLC*
49 Maple Avenue
New City, NY 10956

BNY Mellon, N.A.
Attn: Legal Department
385 Rifle Camp Road
Woodland Park, NJ 07424

BNY Mellon, N.A.
Attn: Matthew Lombardi, CSM, Corporate Trust
240 Greenwich Street, 7th Floor
New York, NY 10286

JPMorgan Chase Bank, N.A.
Attn: Legal Department
270 Park Avenue
New York, NY 10017

Reich Reich & Reich, P.C.
Attn: Jeffrey A. Reich, Esq.
*Attorneys for Greenburgh North Castle UFSD*
235 Main Street, Suite 450
White Plains, NY 10601

Herman Law
Attn: Kenneth Kim, Esq.
*Attorneys for Certain Personal Injury Creditors*
475 Fifth Avenue, 17th Floor
New York, NY 10017

UBS Financial Services, Inc.
Attn: Legal Department
1000 Harbor Boulevard
Weehawken, NJ 07086

Herman Law
Attn: Stuart S. Mermelstein, Esq.
*Attorneys for Certain Personal Injury Creditors*
475 Fifth Avenue, 17th Floor
New York, NY 10017

Orange County Attorney's Office
*Attorneys for the Orange County and DSS*
Attn: Holly L. Reinhardt, Esq.
Orange County Government Center
255-275 Main Street, Second Floor
Goshen, NY 10924

Herman Law
Attn: Michelle Labayen, Esq.
*Attorneys for Certain Personal Injury Creditors*
475 Fifth Avenue, 17th Floor
New York, NY 10017

Maurice Wutscher LLP
Attn: Alan C. Hochheiser, Esq.
*Attorneys for AmTrust North America, Inc.*
23611 Chagrin Boulevard, Suite 207
Beachwood, OHH 44122

Reed Smith LLP
Attn: Kelli M. Finnegan, Esq. and
      Brian M. Schenker, Esq.
*Attorneys for Layla Lending II LLC*
599 Lexington Avenue
New York, NY 10022

Slater Slater Schulman LLP
Attn: Stephenie Lannigan Bross, Esq.
*Attorneys for Certain Personal Injury Creditors*
445 Broad Hollow Road, Suite 419
Melville, NY 11747

DelBello Donnellan Weingarten
Wise & Wiederkehr LLP
Attn: Scott M. Salant, Esq.
*Attorneys for Better Building Concepts, Inc.*
One North Lexington Avenue, 11th Floor
White Plains, NY 10601

Pachulski Stang Ziehl & Jones LLP
Attn: Ilan D. Scharf, Esq. and
      Hayley R. Winrad, Esq.
*Attorneys for Ad Hoc CVA Survivors Committee*
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Nagel Rice, LLP
Attn: Greg M. Kohn, Esq.
*Attorneys for JMF Properties, LLC*
103 Eisenhower Parkway
Roseland, NJ 07068

Merson Law, PLLC
Attn: Jesse R. Mautner, Esq.
*Attorneys for Certain Personal Injury Creditors*
950 Third Avenue, 18th Floor
New York, NY 10022-2705

NYS Dormitory Authority
Attn: Executive Director
515 Broadway
Albany, NY 12207

Pachulski Stang Ziehl & Jones LLP
Attn: James I. Stang, Esq.
*Attorneys for Ad Hoc CVA Survivors Committee*
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

Internal Revenue Service
Centralized Insolvency Unit
P.O. Box 7346
Philadelphia, PA 19101-7346

NYS Department of Taxation & Finance
Attn: Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

Greenburgh-North Castle UFSD
Attn: John Marino, Asst Super. of Business
71 South Broadway
Dobbs Ferry, NY 10522

| | | |
|---|---|---|
| Town of North Castle<br>Attn: Receiver of Taxes<br>Town Hall Annex, 17 Bedford Road<br>Armonk, NY 10504 | NYS Department of Education<br>Attn: Legal Department<br>89 Washington Avenue, Room 302EB<br>Albany, NY 12234 | Town of New Windsor<br>Attn: Receiver of Taxes<br>555 Union Avenue<br>New Windsor, NY 12553 |
| Office of the NYS Attorney General<br>Westchester Regional Office<br>44 South Broadway<br>White Plains, NY 10601 | Orange County Attorney's Office<br>Attn: Carol C. Pierce, Esq., Kellie E. Lagitch, Esq., and Richard B. Golden, Esq.<br>Orange County Government Center<br>255-275 Main Street, Second Floor<br>Goshen, NY 10924 | Letitia James, NYS Attorney General<br>Office of the Attorney General<br>The Capitol<br>Albany, NY 12224-0341 |
| NYS Office of Children & Family Services<br>Attn: Jill Swingruber-Sprotbery, General Counsel<br>Capital View Office Park<br>52 Washington Street<br>Rensselaer, NY 12144-2834 | NYS Department of Health<br>Attn: Kathy Marks, General Counsel<br>CorningTower<br>Empire State Plaza<br>Albany, NY 12237 | NYS Office of Children & Family Services<br>Attn: Dr. DaMia Harris-Madden, Commissioner<br>Capital View Office Park<br>52 Washington Street<br>Rensselaer, NY 12144-2834 |
| A.P.<br>c/o Herman Law<br>Attn: Wayne Williams, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | A.S., S.S., M.S., and R.S.<br>c/o Silver & Kelmachter, LLP<br>Attn: Perry D. Silver, Esq.<br>11 Park Place, Suite 1503<br>New York, NY 10007 | A.M.<br>c/o Herman Law<br>Attn: Yusaf Sattar, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |
| Alfred Edwards<br>c/o District Council 37 AFSCME<br>125 Barclay Street<br>New York, NY 10007 | Steptoe LLP<br>Attn: Joshua Taylor, Esq. & Dina Kolker, Esq.<br>1330 Connecticut Avenue N.W.<br>Washington, DC 20036 | District Council 37 AFSCME AFL-CIO<br>Attn: Michael Coviello, Esq.<br>125 Barclay Street, Room 510<br>New York, NY 10007 |
| AMBAC Assurance Corporation<br>Attn: Legal Department<br>285 Fulton Street, 41st Floor<br>New York, NY 10007 | Ami Patel<br>c/o Mark W. Grabar, Esq.<br>1599 Highway 34, Suite 2<br>Farmingdale, NJ 07727 | AMN Healthcare, Inc.<br>Attn: Legal Department,<br>    Chief Legal Officer<br>12400 High Bluff Drive<br>San Diego, CA 92130 |
| Anthony Bevens<br>c/o Levy Konigsberg, LLP<br>Attn: Shaunna D. Lazzaro, Esq.<br>605 Third Avenue, 33rd Floor<br>New York, NY 10158 | Arlene Watson<br>c/o Marsh Law Firm PLLC<br>Attn: Tatiana Akhund, Esq.<br>31 Hudson Yards, 11th Floor<br>New York, NY 10001-2170 | Foster & Wolkind, P.C.<br>Attn: Bryan Wolkind, Esq.<br>80 Fifth Avenue, Suite 1401<br>New York, NY 10011 |
| Bleakley Platt & Schmidt, LLP<br>Attn: John P. Hannigan, Esq.<br>One North Lexington Avenue<br>White Plains, NY 10601 | Bond, Schoeneck & King PLLC<br>Attn: Howard M. Miller, Esq.<br>1010 Franklin Avenue, Suite 200<br>Garden City, NY 11530 | Bond, Schoeneck & King PLLC<br>Attn: John F. McKay, III, Esq.<br>1010 Franklin Avenue, Suite 200<br>Garden City, NY 11530 |
| Burke, Scolamiero & Hurd, LLP<br>Attn: Andrea P. Demers, Esq.<br>P.O. Box 15085<br>Albany, NY 12212-5085 | Burke, Scolamiero & Hurd, LLP<br>Attn: Peter M. Scolamiero, Esq<br>P.O. Box 15085<br>Albany, NY 12212-5085 | C.L.<br>c/o Herman Law<br>Attn: Ameer Benno, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |

| | | |
|---|---|---|
| Camlyn Limardo<br>c/o Herman Law<br>Attn: Ameer Benno, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Cook, Netter, Cloonan, Kurtz<br>& Murphy, P.C.<br>Attn: Eric M. Kurtz, Esq.<br>P.O. Box 3939<br>Kingston, NY 12402 | CSI Group Law Firm, PC<br>Attn: Marc W. Garbar, Esq.<br>1599 Highway 34, Suite 2<br>Wall, NJ 07727 |
| Cynthia M. Mickens<br>c/o Matthews & Associates<br>Attn: David P. Matthews, Esq.<br>2905 Sackett Street<br>Houston, TX 77098 | D.W.<br>c/o Herman Law<br>Attn: Melissa Gilbon Ferraro, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Dabney G. Wesley<br>c/o Westchester County HRC<br>112 East Post Road, 3rd Floor<br>White Plains, NY 10601 |
| Denise Knight<br>c/o Greenstein & Milbauer, LLP<br>Attn: Michael Barnett, Esq.<br>1825 Park Avenue, 9th Floor<br>New York, NY 10035 | Dennis Conklin<br>c/o Herman Law<br>Attn: Cynthia A. Constantino, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Dupee & Monroe, P.C.<br>Attn: James E. Monroe, Esq.<br>P.O. Box 470<br>Goshen, NY 10924 |
| Elizabeth Stevenson<br>c/o Silberstein, Awad & Miklos<br>600 Old Country Road, Suite 505<br>Garden City, NY 11530 | Freese & Goss<br>Attn: Peter de la Cerda, Esq.<br>3500 Maple Avenue, Suite 1100<br>Dallas, TX 75219 | Freese & Goss<br>Attn: Tim K. Goss, Esq.<br>3500 Maple Avenue, Suite 1100<br>Dallas, TX 75219 |
| Garfunkel Wild, P.C.<br>Attn: Burton S. Weston, Esq.<br>111 Great Neck Road, 6th Floor<br>Great Neck, NY 11021 | George Conklin<br>c/o Herman Law<br>Attn: Cynthia A. Constantino, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Greenstein & Milbauer, LLP<br>Attn: Michael Barnett, Esq.<br>1825 Park Avenue, 9th Floor<br>New York, NY 10035 |
| Greenstein & Milbauer, LLP<br>Attn: Robert J Greenstein, Esq<br>1825 Park Avenue, 9th Floor<br>New York, NY 10035 | Harris Beach PLLC<br>Attn: David Edwards, Esq. and Philip Spellane, Esq.<br>99 Garnsey Road<br>Pittsford, NY 14534 | Harnick and Harnick P.C.<br>Attn: Robert M. Harnick, Esq.<br>305 Broadway<br>New York, NY 10007 |
| Herman Law<br>Attn: Adam P. Scalice, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Herman Law<br>Attn: Ameer N. Benno, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Herman Law<br>Attn: Cynthia A. Constantino, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |
| Herman Law<br>Attn: Jeff Herman, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Herman Law<br>Attn: Jesse Seiden, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Herman Law<br>Attn: Marysa Linares, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |
| Herman Law<br>Attn: Nicholas Macinnis, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Herman Law<br>Attn: Scott M. Duquin, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Herman Law<br>Attn: Suzanne M. Walsh, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |

| | | |
|---|---|---|
| Hodges Walsh & Burke, LLP<br>Attn: George S. Hodges, Esq.<br>55 Church Street, Suite 211<br>White Plains, NY 10601 | Hodges Walsh & Burke, LLP<br>Attn: John J. Walsh, Esq.<br>55 Church Street, Suite 211<br>White Plains, NY 10601 | Hodges Walsh & Burke, LLP<br>Attn: Kelly A. Hodges, Esq.<br>55 Church Street, Suite 211<br>White Plains, NY 10601 |
| Hodges Walsh & Burke, LLP<br>Attn: Michael Burke, Esq.<br>55 Church Street, Suite 211<br>White Plains, NY 10601 | I.B.<br>c/o Greenstein & Milbauer<br>Attn: Michael Barnett, Esq.<br>1825 Park Avenue, 9th Floor<br>New York, NY 10035 | Ina Farmer<br>c/o Silver & Kelmachter, LLP<br>Attn: Perry D. Silver, Esq.<br>11 Park Place, Suite 1503<br>New York, NY 10007 |
| J.N.<br>c/o Silver & Kelmachter, Esq.<br>Attn: Perry D. Silver, Esq.<br>11 Park Place, Suite 1503<br>New York, NY 10007 | Jane Doe-19536<br>c/o Greenstein & Milbauer, LLP<br>Attn: Michael Barnett, Esq.<br>1825 Park Avenue, 9th Floor<br>New York, NY 10035 | Jeffrey Lewis<br>c/o Herman Law<br>Attn: Cynthia A. Constantino, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |
| John M. Nonna, County Attorney<br>Westchester County Law Department<br>148 Martine Avenue<br>White Plains, NY 10601 | Jose Davila<br>c/o Slater Slater Schulman LLP<br>Attn: Arielle Z. Felshon, Eq.<br>488 Madison Avenue, 20th Floor<br>New York, NY 10022 | Joseph Forgione<br>c/o Nagel Rice, L.L.P.<br>103 Eisenhower Pkwy, Suite 103<br>Roseland, NJ 07068 |
| K.R.<br>c/o Herman Law<br>Attn: Cynthia A. Constantino, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Laurie E. Morrison, Esq.<br>Law Offices of Laurie E. Morrisonb<br>100 Church Street, 8th Floor<br>New York, NY 10007 | Leahey & Johnson, P.C.<br>Attn: Joanne Filiberti, Esq.<br>120 Wall Street, Suite 2220<br>New York, NY 10005 |
| Leahey & Johnson, P.C.<br>Attn: Peter J. Johnson Jr., Esq.<br>120 Wall Street, Suite 2220<br>New York, NY 10005 | Levy Konigsberg, LLP<br>Attn; Shaunna D. Lazzaro, Esq.<br>605 Third Avenue<br>New York, NY 10158 | Levy Konigsberg, LLP<br>Attn: Tal Z. Stanecky, Esq.<br>605 Third Avenue, 33rd Floor<br>New York, NY 10158 |
| Lorenzo Chambers<br>c/o District Council 37 AFSCME<br>125 Barclay Street<br>New York, NY 10007 | Maier Markey & Justic LLP<br>2 Lyon Place<br>White Plains, NY 10601 | Marsh Law Firm PLLC<br>Attn: James R. Walsh, Esq.<br>31 Hudson Yards, 11th Floor<br>New York, NY 10001 |
| Marsh Law Firm PLLC<br>Attn: Mollie Cearley, Esq.<br>31 Hudson Yards, 11th Floor<br>New York, NY 10001 | Matthews & Associates<br>Attn: David P. Matthews, Esq.<br>2905 Sackett Street<br>Houston, TX 77098 | Matthews & Associates<br>Attn: Liza L. Roys, Esq.<br>2905 Sackett Street<br>Houston, TX 77098 |
| McGivney Kluger Clark & Intoccia, P.C.<br>Attn: Kenneth S. Ross, Esq.<br>80 Broad Street, 23rd Floor<br>New York, NY 10004 | McGivney Kluger Clark & Intoccia, P.C.<br>Attn: Michael Rawlinson, Esq.<br>80 Broad Street, 23rd Floor<br>New York, NY 10004 | Merson Law, PLLC<br>Attn:  Matthew G. Merson, Esq.<br>950 Third Avenue<br>New York, NY 10022 |

| | | |
|---|---|---|
| Nadia Richardson<br>c/o Laurie E. Morrison, Esq.<br>100 Church Street, 8th Floor<br>New York, NY 10007 | Nagel Rice, L.L.P.<br>Attn: Bruce H. Nagel, Esq.<br>103 Eisenhower Parkway, Suite 103<br>Roseland, NJ 07068 | Nagel Rice, L.L.P.<br>Attn: Robert H. Solomon, Esq.<br>103 Eisenhower Parkway, Suite 103<br>Roseland, NJ 07068 |
| New York City Law Department<br>Attn: Cathy J. Neustein, Esq.<br>100 Church Street<br>New York, NY 10007 | New York City Law Department<br>Attn: Christopher Mamone, Esq.<br>100 Church Street<br>New York, NY 10007 | New York City Law Department<br>Attn: Elizabeth G. Gallay Esq.<br>100 Church Street<br>New York, NY 10007 |
| New York City Law Department<br>Attn: Elizabeth Gross, Esq.<br>100 Church Street<br>New York, NY 10007 | New York City Law Department<br>Attn: Erik Zissu, Esq.<br>100 Church Street<br>New York, NY 10007 | New York City Law Department<br>Attn: Georgia M. Pastana Esq.<br>100 Church Street<br>New York, NY 10007 |
| New York City Law Department<br>Attn: Howard Eison, Esq.<br>100 Church Street<br>New York, NY 10007 | New York City Law Department<br>Attn: James E. Johnson, Esq.<br>100 Church Street<br>New York, NY 10007 | New York City Law Department<br>Attn: John Orcutt, Esq.<br>100 Church Street<br>New York, NY 10007 |
| New York City Law Department<br>Attn: Julie A. Ortiz, Esq.<br>100 Church Street<br>New York, NY 10007 | New York City Law Department<br>Attn: Julie B Rubinstein, Esq.<br>100 Church Street<br>New York, NY 10007 | New York City Law Department<br>Attn: Kimberly A Lennard, Esq.<br>100 Church Street<br>New York, NY 10007 |
| New York City Law Department<br>Attn: Lori A. Manning, Esq.<br>100 Church Street<br>New York, NY 10007 | New York City Law Department<br>Attn: Paraskevi Migdalis, Esq.<br>100 Church Street<br>New York, NY 10007 | New York City Law Department<br>Attn: Phyllis Calistro, Esq.<br>100 Church Street<br>New York, NY 10007 |
| New York City Law Department<br>Attn: Sylvia Hinds-Radix, Esq.<br>100 Church Street<br>New York, NY 10007 | New York City Law Department<br>Attn: Tricia Reddington, Esq.<br>100 Church Street<br>New York, NY 10007 | Nicole Bowman<br>c/o Silver & Kelmachter, LLP<br>Attn: Perry D. Silver, Esq.<br>11 Park Place, Suite 1503<br>New York, NY 10007 |
| Nicole Ford<br>c/o District Council 37 AFSCME<br>125 Barclay Avenue<br>New York, NY 10007 | Nicole G. Johnson, as Parent<br>c/o Dupee & Monroe, P.C.<br>211 Main Street<br>P.O. Box 470<br>Goshen, NY 10924 | Nixon Peabody LLP<br>Attn: Christopher Desiderio, Esq.<br>55 West 46th Street<br>New York, NY 10036 |
| Futz Maddox Dickens PLC<br>Attn: Phillip A. Martin<br>101 South Fifth Street, 27th Floor<br>Louisville, KY 40202 | Ralph Newman<br>c/o Herman Law<br>Attn: Cynthia A. Constantino, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Reginal Singleton<br>c/o Silver & Kelmachter, LLP<br>Attn: Perry D. Silver, Esq.<br>11 Park Place, Suite 1503<br>New York, NY 10007 |

Rivkin Radler LLP
Attn: Frank Raia, Esq.
926 RXR Plaza
Uniondale, NY 11556-0926

Rivkin Radler LLP
Attn: Matthew A. Lampert, Esq.
926 RXR Plaza
Uniondale, NY 11556-0926

Kirschenbaum & Kirschenbaum, P.C.
Attn: Neil Ackerman, Esq.
200 Garden City Plaza, Suite 315
Garden City, NY 11530

Robert Armbruster
c/o Herman Law
Attn: Cynthia A. Costantino, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

Rubin Fiorella Friedman Mercan
Attn: Leila Cardo, Esq.
630 Third Avenue, 3rd Floor
New York, NY 10017

S.M.
c/o Herman Law
Attn: Benjamin R. Silver, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

Scahill Law Group P.C.
Attn: Francis J. Scahill, Esq.
1065 Stewart Avenue, Suite 210
Bethpage, NY 11714

Schwab & Gasparini, PLLC
Attn: Accounts Receivable
109 South Warren Street, Suite 306
Syracuse, NY 13202

Schwab & Gasparini, PLLC
Attn: Carolyn A. Loftus, Esq.
1441 Route 22, Suite 206
Brewster, NY 10509

Schwab & Gasparini, PLLC
Attn: Louis U. Gasparini Esq.
1441 Route 22, Suite 206
Brewster, NY 10509

Seeger Weiss, LLP
Attn: Michael L. Rosenberg, Esq.
100 Church Street, 8th Floor, Suite 835
New York, NY 10005

Seeger Weiss, LLP
Attn: Philippa Ratzki, Esq.
100 Church Street, 8th Floor, Suite 835
New York, NY 10005

Seeger Weiss, LLP
Attn: Stephen A. Weiss, Esq.
100 Church Street, 8th Floor, Suite 835
New York, NY 10005

Shaw Perelson May & Lambert
Attn: Steven M. Latino, Esq.
21 Van Wagner Road
Poughkeepsie, NY 12603

Silberstein Awad & Miklos PC
Attn: Michael Lauterborn, Esq.
600 Old Country Road, Suite 505
Garden City, NY 11530

Silver & Kelmachter LLP
Attn: Michael B. Duglow, Esq.
11 Park Place, Suite 1503
New York, NY 10007

Silver & Kelmachter LLP
Attn: Perry D. Silver, Esq.
11 Park Place, Suite 1503
New York, NY 10007

Silver & Kelmachter LLP
Attn: Samer Nath, Esq.
11 Park Place, Suite 1503
New York, NY 10007

Silver & Kelmachter LLP
Attn: Sharon A. Cheren, Esq.
11 Park Place, Suite 1503
New York, NY 10007

Slater Slater Schulman LLP
Attn: Samantha Breakstone Esq.
488 Madison Avenue, 20th Floor
New York, NY 10022

Sokoloff Steam LLP
Attn: Brian Sokoloff, Esq.
179 Westbury Avenue
Carle Place, NY 11514

Tiffany Grant
c/o Seeger Weiss, LLP
Attn: Michael L. Rosenberg, Esq. and
     Carole A. Rivera, Esq.
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07760

Traub Lieberman Straus & Shrew
Attn: Jonathan R. Harwood, Esq.
Seven Skyline Drive
Hawthorne, NY 10532

Venus Garner
c/o Silver Kelmachter, LLP
Attn: Perry D. Silver, Esq.
11 Park Place, Suite 1503
New York, NY 10007

W.F.
c/o Herman Law
Attn: Cynthia A. Constantino, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

W.R.
c/o Herman Law
Attn: Kenneth Kim, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

Westchester County Law Department
Attn: John M. Nonna, Esq.
148 Martine Avenue, 6th Floor
White Plains, NY 10601

| | | |
|---|---|---|
| Westchester County Law Department<br>Attn: Taryn Chapman-Langrin<br>148 Martine Avenue, 6th Floor<br>White Plains, NY 10601 | Westchester Human Rights Division<br>Attn: John Baker, Investigator<br>112 East Post Road, 3rd Floor<br>White Plains, NY 10601 | Wilk Auslander<br>Attn: Eric Snyder, Esq.<br>825 Eighth Avenue, Suite 2900<br>New York, NY 10019 |
| Wilk Auslander<br>Attn: Jack Wilk, Esq.<br>825 Eighth Avenue, Suite 2900<br>New York, NY 10019 | Wilk Auslander<br>Attn: Martin W. Scherer, Esq.<br>825 Eighth Avenue, Suite 2900<br>New York, NY 10019 | Williams Cedar, LLC<br>Attn: Gerald J. Williams, Esq.<br>One South Broad Street, Suite 1510<br>Philadelphia, PA 19107 |
| Williams Cedar, LLC<br>Attn: Shauna L. Friedman, Esq.<br>One South Broad Street, Suite 1510<br>Philadelphia, PA 19107 | Y.C.<br>c/o Jeff Herman, Esq.<br>Herman Law<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Zadell Norton<br>c/o Herman Law<br>Attn: Benjamin R. Silver, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |

9 parties reasonably believed to have expressed an interest in acquiring the New Windsor Real Estate within the last six (6) months were served at their confidential business addresses, which addresses are available for *in camera* review upon reasonable and appropriate request, in the Debtors' sole determination or via Court order.