| Fill in this information to identify the case: |
| --- |
| Debtor Name  St. Christopher's Inc. |
| United States Bankruptcy Court for the: Southern District of New York |
| Case number:  24-22373 |

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11      12/17

Month: _3/1/25 - 3/31/25_

Date report filed: _04/22/2025_
MM / DD / YYYY

Line of business: _Other Residential Care Ser_

NAISC code: _6239_

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _Dr. Sarah Ruback (CEO)_

Original signature of responsible party _[signature]_

Printed name of responsible party _Dr. Sarah Ruback (CEO)_

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
| --- | --- | --- | --- | --- |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☑ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☑ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
| --- | --- | --- | --- | --- |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name ___St. Christopher's Inc._____    Case number ___24-22373_____

17. Have you paid any bills you owed before you filed bankruptcy? ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 981,119.94

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 71,804.86

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 87,228.63

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -15,423.77

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 965,696.17

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 89,853.31

Debtor Name _St. Christopher's Inc._____    Case number _24-22373_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                        $   192,958.05

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                    191

27. What is the number of employees as of the date of this monthly report?                        1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $   0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $   0.00

30. How much have you paid this month in other professional fees?    $   14,100.00 *

31. How much have you paid in total other professional fees since filing the case?    $   432,262.61 *

 * Amounts paid to ordinary course professionals.

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | Column B | | *Column C* |
| --- | --- | --- | --- | --- | --- |
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 55,062.87 | — | $ 71,804.86 | = | $ -16,741.99 |
| 33. **Cash disbursements** | $ 227,220.51 | — | $ 87,228.63 | = | $ 139,991.88 |
| 34. **Net cash flow** | $ -172,157.64 | — | $ -15,423.77 | = | $ -156,733.87 |

35. Total projected cash receipts for the next month:                                      $   0.00

36. Total projected cash disbursements for the next month:                              - $   250,866.51

37. Total projected net cash flow for the next month:                                    = $   -250,866.51

Debtor Name  St. Christopher's Inc.                                      Case number  24-22373

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑  39.  Bank reconciliation reports for each account.

☑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

## EXHIBIT A

## St. Christopher's, Inc.

## Case No: 24-22373

Question 1:  St. Christopher's has wound down its operations. All residential treatment programs are no longer operational. The Health Homes Program was transferred to another organization on December 2, 2024.

Question 2:  St. Christopher's has wound down its operations. All residential treatment programs are no longer operational. The Health Homes Program was transferred to another organization on December 2, 2024.

Question 3:  While St. Christopher's has been working to stay current on all post-petition bills, certain invoices were received late and processed in April 2025. Any other missed invoices will be reported in the next monthly operating report.

## EXHIBIT B

## St. Christopher's, Inc.

## Case No: 24-22373

Question 17: Certain payments were made on account of pre-petition bills to the extent permitted by the "first day" orders entered by the court, including final orders on the utilities, insurance, critical vendor, and employee wages/benefits motions [Docket Nos. 54-57] and the interim order on the cash management motion [Docket No. 29].

Question 18: Certain checks were issued pre-petition that were permitted to clear pursuant to the "first day" orders entered by the court, including final orders on the utilities, insurance, critical vendor, and employee wages/benefits motions [Docket Nos. 23, 24, 27, and 17] and the interim order on the cash management motion [Docket No. 29].

**St. Christopher's, Inc.**
**Case No: 24-22373**
**March Monthly Operating Support**
**March 1, 2025 - March 31, 2025**
**Total Cash Receipts**
**Exhibit C**

| Post Date | Customer Name | Amount | Account Number |
|---|---|---|---|
| 3/3/2025 | GNC | $16,591.92 | 0913 |
| 3/7/2025 | Phila Ins Co | 35,157.60 | 0913 |
| 3/7/2025 | United Health Care | 283.45 | 0913 |
| 3/10/2025 | ORR Grant | 3,029.90 | 0913 |
| 3/31/2025 | Interest Credit - Valley Bank | 41.17 | 0913 |
| 3/31/2025 | GNC | 16,591.92 | 0913 |
| 3/31/2025 | Spectrum | 4.62 | 0913 |
| 3/31/2025 | Unity | 103.83 | 0913 |
| 3/31/2025 | INTEREST CREDIT | 0.45 | 0404 |
| | | **Grand Total** $71,804.86 | |

**St. Christopher's, Inc.**
**Case No: 24-22373**
**March Monthly Operating Support**
**March 1, 2025 - March 31, 2025**
**Total Cash Disbursements**
**Exhibit D**

| Date Written | Check # | Payee Name | Purpose | Amount | Account Number |
|---|---|---|---|---|---|
| 3/4/2025 | | Progressive Insurance | Insurance | $ 1,393.29 | 0913 |
| 3/10/2025 | | Consultants | Consultants | 3,213.49 | 0913 |
| 3/12/2025 | | Paycom Payroll | Payroll | 10,533.02 | 0913 |
| 3/13/2025 | | The Children's Village Inc. | Goods & Services | 1,035.00 | 0913 |
| 3/13/2025 | | Enavate Inc. | Goods & Services | 2,587.67 | 0913 |
| 3/13/2025 | | Cemco Water & Waste Specialists Inc. | Goods & Services | 3,236.75 | 0913 |
| 3/13/2025 | | Atlantic - Tomorrow | IT | 3,773.95 | 0913 |
| 3/13/2025 | | Control Point Associates | Goods & Services | 4,100.00 | 0913 |
| 3/13/2025 | | Bonadio & Co, LLP | Accounting Services | 14,100.00 | 0913 |
| 3/14/2025 | | The Childrens Village Inc. | Goods & Services | 765.00 | 0913 |
| 3/14/2025 | | Enavate Inc. | Goods & Services | 2,729.34 | 0913 |
| 3/17/2025 | | CABLEVISION LIGHTPATH, INC. | Utilities | 4,305.99 | 0913 |
| 3/17/2025 | | Amex | Goods & Services | 1,639.43 | 0913 |
| 3/17/2025 | | Spectrum | Utilities | 799.00 | 0913 |
| 3/17/2025 | | Optimum | Utilities | 310.29 | 0913 |
| 3/17/2025 | | Optimum | Utilities | 252.10 | 0913 |
| 3/17/2025 | | Central Hudson Utility | Utilities | 110.67 | 0913 |
| 3/17/2025 | | Central Hudson Utility | Utilities | 5,721.03 | 0913 |
| 3/17/2025 | | Central Hudson Utility | Utilities | 413.46 | 0913 |
| 3/17/2025 | | Central Hudson Utility | Utilities | 231.57 | 0913 |
| 3/17/2025 | | Central Hudson Utility | Utilities | 120.43 | 0913 |
| 3/17/2025 | | Central Hudson Utility | Utilities | 97.91 | 0913 |
| 3/17/2025 | | Central Hudson Utility | Utilities | 91.05 | 0913 |
| 3/17/2025 | | Central Hudson Utility | Utilities | 34.69 | 0913 |
| 3/18/2025 | | CABLEVISION LIGHTPATH, INC. | Utilities | 3,729.16 | 0913 |
| 3/18/2025 | | CABLEVISION LIGHTPATH, INC. | Utilities | 1,515.37 | 0913 |
| 3/18/2025 | | Con Edison of NY | Utilities | 2,026.66 | 0913 |
| 3/18/2025 | | Con Edison of NY | Utilities | 397.84 | 0913 |
| 3/18/2025 | | Con Edison of NY | Utilities | 61.21 | 0913 |
| 3/18/2025 | | Sarah Ruback | Employee Reimbursement | 116.28 | 0913 |
| 3/19/2025 | | Optimum | Utilities | 261.26 | 0913 |
| 3/20/2025 | | MILLENNIUM VALUATIONS, INC | Goods & Services | 3,000.00 | 0913 |
| 3/24/2025 | | A and A Alarm | Goods & Services | 345.00 | 0913 |
| 3/25/2025 | | A and A Alarm | Goods & Services | 135.00 | 0913 |
| 3/25/2025 | | A and A Alarm | Goods & Services | 135.00 | 0913 |
| 3/26/2025 | | Con Edison of NY | Utilities | 2,789.70 | 0913 |
| 3/26/2025 | | Con Edison of NY | Utilities | 335.98 | 0913 |
| 3/26/2025 | | Wage Works FSA Receivable | Payroll | 100.00 | 0913 |
| 3/26/2025 | | Paycom Payroll | Payroll | 10,550.04 | 0913 |
| 3/31/2025 | | A and A Alarm | Goods & Services | 135.00 | 0913 |
| | | | Grand Total | $ 87,228.63 | |

**St. Christopher's, Inc.**
**Case No: 24-22373**
**March Monthly Operating Support**
**March 1, 2025 - March 31, 2025**
**Unpaid Bills (AP Aging)**
**Exhibit E**

| Vendor Name | Vendor Bill Date | Date Due | Amount Due | Type | Purpose of Debt |
|---|---|---|---|---|---|
| AMERICAN EXPRESS | 3/31/2025 | 4/14/2025 | 3,062.21 | Invoice | Goods & Services |
| Arcina Risk Group | 11/30/2024 | 11/30/2024 | 180.00 | Invoice | Goods & Services |
| CEMCO WATER & WASTE WATER SPECIALISTS INC | 3/31/2025 | 3/31/2025 | 3,246.99 | Invoice | Goods & Services |
| CHILDREN'S VILLAGE | 3/21/2025 | 3/21/2025 | 202.50 | Invoice | Goods & Services |
| CHILDREN'S VILLAGE | 3/28/2025 | 3/28/2025 | 1,028.00 | Invoice | Goods & Services |
| CHILDREN'S VILLAGE | 3/31/2025 | 3/31/2025 | 1,190.00 | Invoice | Goods & Services |
| GREENBURGH RECEIVER OF TAXES | 3/31/2025 | 3/31/2025 | 14,662.80 | Invoice | Taxes |
| GREENBURGH RECEIVER OF TAXES | 3/31/2025 | 4/30/2025 | 964.00 | Invoice | Taxes |
| ROBERT L. WOLF dba SWEETMAN COMMUNICATIONS | 3/31/2025 | 3/31/2025 | 850.00 | Invoice | Goods & Services |
| TOWN OF NORTH CASTLE | 3/31/2025 | 3/31/2025 | 4,460.79 | Invoice | Goods & Services |
| VEOLIA WATER NEW YORK INC | 7/1/2024 | 7/1/2024 | 1,654.49 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 9/30/2024 | 9/30/2024 | 267.59 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 9/30/2024 | 9/30/2024 | (849.11) | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 10/31/2024 | 10/31/2024 | 14,018.59 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 11/30/2024 | 11/30/2024 | 13,775.66 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 12/31/2024 | 12/31/2024 | 16,409.78 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 12/31/2024 | 1/30/2025 | 627.08 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 1/31/2025 | 1/31/2025 | 803.98 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 1/31/2025 | 3/2/2025 | 450.85 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 1/31/2025 | | (377.17) | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 2/28/2025 | 3/30/2025 | 556.00 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 3/31/2025 | 4/17/2025 | 8.34 | Invoice | Utilities |
| VERIZON | 2/12/2025 | 2/12/2025 | 98.39 | Invoice | Utilities |
| VERIZON | 3/31/2025 | 3/31/2025 | 311.96 | Invoice | Utilities |
| VERIZON | 3/31/2025 | 3/31/2025 | 94.59 | Invoice | Utilities |
| WILK AUSLANDER | 2/28/2025 | 2/28/2025 | 12,155.00 | Invoice | Goods & Services |
| | | **Grand Total** | **$  89,853.31** | | |

**St. Christopher's, Inc.**
**Case No: 24-22373**
**March Monthly Operating Support**
**March 1, 2025 - March 31, 2025**
**Accounts Receivables**
**Exhibit F**

| Customer Name | Current | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over | Total |
|---|---|---|---|---|---|---|
| CSE NYC | - | - | - | - | 58,031.45 | 58,031.45 |
| CSE NYC BOE Jul/Aug - 23 | - | - | - | - | 45,246.18 | 45,246.18 |
| CSE OPWDD | - | - | - | - | - | - |
| CSE Schoharie | - | - | - | - | 87,109.80 | 87,109.80 |
| CSE Scranton | - | - | - | - | - | - |
| Fee For Service - CFTSS & 29i | - | - | - | - | 958.62 | 958.62 |
| Health Homes | - | - | - | - | - | - |
| Nassau DSS | - | - | - | - | 1,612.00 | 1,612.00 |
| | $        - | $        - | $        - | $  192,958.05 | | $  192,958.05 |

**St. Christopher's Inc.**
**Projected Weekly Cash Flow**
*AS OF APRIL 11, 2025*
*DRAFT ATTORNEY CLIENT PRIVILEGE*
*SUBJECT TO REVISION*

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Total Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending: | 4/12/2025 | 4/19/2025 | 4/26/2025 | 5/3/2025 | 5/10/2025 | 5/17/2025 | 5/24/2025 | 5/31/2025 | 6/7/2025 | 6/14/2025 | 6/21/2025 | 6/28/2025 | 6/28/2025 |
| **Operating Receipts** | | | | | | | | | | | | | |
| NYC, ACS & BOE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Gov Entities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Medicaid (DOH) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fee for Service | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other/Rent, Refunds and Miscellaneous | - | - | - | - | - | - | - | - | - | - | - | - | - |
| ORR Reimbursement | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Health Homes | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Receipts** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| **Operating Disbursements** | | | | | | | | | | | | | |
| Payroll and taxes | 12,636 | - | 10,593 | - | 10,593 | - | 10,593 | - | 10,593 | - | 10,593 | - | 65,600 |
| Insurance | - | - | - | - | - | - | - | - | 27,752 | - | - | - | 27,752 |
| Benefits, including state unemployment insurance | - | - | 5,508 | - | - | - | 5,508 | - | - | - | 5,508 | - | 16,525 |
| Other Operating Expenses | 31,305 | 5,650 | 13,843 | 5,920 | 7,980 | 5,000 | 7,980 | 16,570 | 5,000 | 7,980 | 5,000 | 103,439 | 215,666 |
| Critical Vendor Catch Up | - | - | - | - | - | - | - | - | - | - | - | - | - |
| GNC Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Improvements/ Infrastructure remediation/Contingency | - | 26,000 | - | 75,000 | 25,000 | - | 26,000 | - | - | 26,000 | - | 225,000 | 403,000 |
| Ordinary course professionals | 20,000 | - | 25,000 | - | 20,000 | - | 25,000 | - | 20,000 | - | 25,000 | - | 135,000 |
| Settlement / Other Payments * | - | - | - | - | - | - | - | - | - | - | - | 340,000 | 340,000 |
| Administrative Services Agreement | 1,579 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 23,579 |
| **Total Operating Disbursements** | 65,520.43 | 33,650.00 | 56,943.59 | 82,920.00 | 65,573 | 7,000 | 77,081 | 18,570 | 65,345 | 35,980 | 48,101 | 670,439 | 1,227,122 |
| | | | | | | | | | | | | | |
| **Net Operating Cash Flow** | (65,520) | (33,650) | (56,944) | (82,920) | (65,573) | (7,000) | (77,081) | (18,570) | (65,345) | (35,980) | (48,101) | (670,439) | (1,227,122) |
| | | | | | | | | | | | | | |
| **Non-Operating Receipts/Disbursements** | | | | | | | | | | | | | |
| Transfer from DIP Financing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Plan Fund Payment ** | - | - | - | (1,000) | - | - | - | - | (1,000) | - | - | - | (2,000) |
| Proceeds from asset sale (net of closing costs) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Non-Operating Cash Flows | - | - | - | (1,000) | - | - | - | - | (1,000) | - | - | - | (2,000) |
| | | | | | | | | | | | | | |
| **Restructuring Expenses *** | | | | | | | | | | | | | |
| Counsel | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accountant | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sub Chapter V Trustee | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Restructuring Expenses** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| **Net Non-Operating Cash Flow** | - | - | - | (1,000) | - | - | - | - | (1,000) | - | - | - | (2,000) |
| | | | | | | | | | | | | | |
| **Valley - Opening Balance** | 925,254 | 859,734 | 826,084 | 769,140 | 685,220 | 619,647 | 612,647 | 535,566 | 516,996 | 450,651 | 414,671 | 366,570 | 925,254 |
| Net Operating Cash Flows | (65,520) | (33,650) | (56,944) | (82,920) | (65,573) | (7,000) | (77,081) | (18,570) | (65,345) | (35,980) | (48,101) | (670,439) | (1,227,122) |
| Non-Operating Cash Flows | - | - | - | (1,000) | - | - | - | - | (1,000) | - | - | - | (2,000) |
| **Ending Cash Balance** | 859,734 | 826,084 | 769,140 | 685,220 | 619,647 | 612,647 | 535,566 | 516,996 | 450,651 | 414,671 | 366,570 | (303,868) | (303,868) |
| | | | | | | | | | | | | | |
| **Proposed DIP Financing - Beginning Balance** | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 |
| Drawdown | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Paydown | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Proposed DIP Financing - Ending Balance** | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 |
| | | | | | | | | | | | | | - |
| **Total Liquidity ****** | $ 859,734 | $ 826,084 | $ 769,140 | $ 685,220 | $ 619,647 | $ 612,647 | $ 535,566 | $ 516,996 | $ 450,651 | $ 414,671 | $ 366,570 | $ (303,868) | $ (303,868) |

* Includes estimated amounts for one CVA claim to be settled, placeholder amounts for professional fees related to the DASNY loan and other settlement amounts.
** Per the Case Management Order, the Debtor shall deposit into a separate debtor-in-possession account, the amount of $1,000 each month for the purpose of paying accruing administrative expenses.
*** Monthly estimated professional fees, subject to court approval, are estimated in the following amounts: Counsel - $100,000, Financial Advisor - $75,000 and Sub Chapter V Trustee - $10,000.
**** Does not include proceeds from the sale of the Debtors' real property.

**ST. CHRISTOPHER'S, INC.**

**Statement of Financial Position**

|  | March 31, 2025 |
|---|---|
|  | St. Christopher's |
| **ASSETS** | |
| Cash and cash equivalents | $ 956,079 |
| Accounts receivable, net | 2,571 |
| Interest reserve | 367,193 |
| Prepaid expenses | 433,081 |
| Security deposit | 6,966 |
| Right-of-use-assets | 29,311 |
| Property and equipment, net of accumulated depreciation | 991,125 |
| Assets held for sale - Dobbs Ferry | 1,215,333 |
| Total assets | $ 4,001,659 |
| **LIABILITIES AND NET ASSETS** | |
| Liabilities: | |
| Accounts payable and accrued expenses | $ 3,863,679 |
| Accrued payroll and related benefits | 26,107 |
| Unearned revenue - rent | 16,592 |
| Due to related parties | 766,651 |
| Lease liability | 29,222 |
| Loan payable, net of unamortized debt issuance costs | 3,821,694 |
| Total liabilities | **8,523,945** |
| Net Assets: | |
| Net Assets - without donor restrictions | **(4,522,286)** |
| Total liabilities and net assets | $ **4,001,659** |
|  | - |

**ST. CHRISTOPHER'S, INC.**

**Statement of Activities**

| | for the Period from March 1, 2025, to March 31, 2025 |
|---|---|
| | **St. Christopher's** |
| **Program service revenue:** | |
| Fee for service | $ - |
| Grant | - |
| Total program service revenue | **-** |
| **Expenses:** | |
| Program services: | |
| Residential and related programs | 159,852 |
| Other | |
| Total program service expense | **159,852** |
| Management and general | **645,795** |
| Total expenses | **805,647** |
| **Operating deficit** | **(805,647)** |
| **Support and non-operating revenue:** | |
| Contributions | - |
| Special events, net | - |
| Rental income | 16,592 |
| Gain on early termination of vehicle lease obligations | - |
| Interest income, net | 42 |
| Other income | 108 |
| Prior years' settlements and adjustments | - |
| Insurance recoveries | - |
| Net assets released from restrictions | |
| Total support and non-operating revenue | **16,742** |
| **Change in net assets** | **(788,905)** |
| Net assets, March 1, 2025 | (3,733,381) |
| **Net assets, March 31, 2025** | **$ (4,522,286)** |
| | - |

 **Valley**

| | |
|---|---|
| Last Statement: | February 28, 2025 |
| Statement Ending: | March 31, 2025 |
| Page: | 1 of 5 |

P.O. Box 558
Wayne, NJ 07474-0558



ST CHRISTOPHERS INC
71 S BROADWAY
DOBBS FERRY NY 10522

| | | |
|---|---|---|
| Email: | contactus@valley.com |
| Visit Us Online: | www.valley.com |
| Mail To: | 1720 Route 23, Wayne, NJ 07470 |

## Account Statement

**IMPORTANT NOTICE:**
EFFECTIVE MARCH 1, 2025, ALL BUSINESS ACCOUNTS WILL BE BILLED USING ACCOUNT ANALYSIS. YOUR FEES WILL NOT BE CHANGING, BUT FEES FOR CERTAIN TRANSACTIONS SUCH AS WIRE TRANSFERS AND OVERDRAFTS WILL BE AGGREGATED AND BILLED ON OR ABOUT THE 15th OF THE NEXT MONTH.

## NON-PROFIT ORGANIZATIONAL CHK - ████0913

### SUMMARY FOR THE PERIOD: 03/01/25 - 03/31/25

*ST CHRISTOPHERS INC*

| Beginning Balance | + | Deposits & Other Credits | - | Withdrawals & Other Debits | = | Ending Balance |
|---|---|---|---|---|---|---|
| $971,117.55 | | $71,804.41 | | $88,228.63 | | $954,693.33 |

### TRANSACTIONS

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $971,117.55 |
| 03/03 | DEPOSIT | | $16,591.92 | $987,709.47 |
| 03/04 | DEBIT PURCHASE | -$1,393.29 | | $986,316.18 |
| | MERCHANT PURCHASE TERMINAL █9216 | | | |
| | PROGRESSIVE INS █ 758 0 OH | | | |
| | █7709 | | | |
| 03/07 | DEPOSIT | | $35,441.05 | $1,021,757.23 |
| 03/10 | PHONE/INTERNET TRNFR | | $3,029.90 | $1,024,787.13 |
| | REF █ 208L FUNDS TRANSFER FRM DEP | | | |
| | █6926 FROM TRANSFER FINAL ORR DEC | | | |
| | DRAWDOWN INTO | | | |
| 03/10 | WIRE OUT | -$3,213.49 | | $1,021,573.64 |
| | ████0426 MADELINE BIANCHI ED | | | |
| | FROM 2/24/25 -3 | | | |
| 03/12 | WIRE OUT | -$10,533.02 | | $1,011,040.62 |





**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| **Account Number:** | ████0913 |
| **Statement Date:** | 03/31/2025 |
| **Page :** | 2 of 5 |

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | █████ 1363 PAYCOM CLIENT TRUS T TE 3/14/25 | | | |
| 03/13 | WIRE OUT ████ 9457 BONADIO CO, LLP 72, BN411624, BN41 | -$14,100.00 | | $996,940.62 |
| 03/13 | WIRE OUT █████ 3934 CONTROL POINT ASSO CIATES R ████ 54-00 -AD | -$4,100.00 | | $992,840.62 |
| 03/13 | WIRE OUT ████ 9484 ATLANTIC TOMORROW S OFFICE 2, MS 4227, MS4334 | -$3,773.95 | | $989,066.67 |
| 03/13 | WIRE OUT ████ 9518 CEMCO | -$3,236.75 | | $985,829.92 |
| 03/13 | WIRE OUT ████ 9498 ENAVATE, INC | -$2,587.67 | | $983,242.25 |
| 03/13 | WIRE OUT ████ 9454 THE CHILDRENS VILL AGE INC | -$1,035.00 | | $982,207.25 |
| 03/14 | WIRE OUT ████ 2304 ENAVATE, INC ████ 2-ENV | -$2,729.34 | | $979,477.91 |
| 03/14 | WIRE OUT ████ 2298 THE CHILDRENS VILL AGE INC | -$765.00 | | $978,712.91 |
| 03/14 | PHONE/INTERNET TRNFR REF ████ 959L FUNDS TRANSFER TO DEP ████ 0404 FROM FUNDS TRANSFER VIA ONLINE | -$1,000.00 | | $977,712.91 |
| 03/17 | ACH DEBIT CENTRALHUDSON UTILITY 250317 | -$34.69 | | $977,678.22 |
| 03/17 | ACH DEBIT CENTRALHUDSON UTILITY 250317 | -$91.05 | | $977,587.17 |
| 03/17 | ACH DEBIT CENTRALHUDSON UTILITY 250317 | -$97.91 | | $977,489.26 |
| 03/17 | ACH DEBIT CENTRALHUDSON UTILITY 250317 | -$120.43 | | $977,368.83 |
| 03/17 | ACH DEBIT CENTRALHUDSON UTILITY 250317 | -$231.57 | | $977,137.26 |
| 03/17 | ACH DEBIT CENTRALHUDSON UTILITY 250317 | -$413.46 | | $976,723.80 |
| 03/17 | ACH DEBIT CENTRALHUDSON UTILITY 250317 | -$5,721.03 | | $971,002.77 |
| 03/17 | ACH DEBIT CENTRALHUDSON UTILITY 250317 | -$110.67 | | $970,892.10 |
| 03/17 | ACH DEBIT OPTIMUM 7803 CABLE PMNT 250317 | -$252.10 | | $970,640.00 |
| 03/17 | ACH DEBIT OPTIMUM 7803 CABLE PMNT 250317 | -$310.29 | | $970,329.71 |
| 03/17 | ACH DEBIT SPECTRUM SPECTRUM 250317 | -$799.00 | | $969,530.71 |
| 03/17 | ACH DEBIT AMEX EPAYMENT ACH PMT 250317 ██3186 | -$1,639.43 | | $967,891.28 |
| 03/17 | ACH DEBIT | -$4,305.99 | | $963,585.29 |





# ◣ Valley

P.O. Box 558
Wayne, NJ 07474-0558

| Account Number: | ████0913 |
|---|---|
| Statement Date: | 03/31/2025 |
| Page : | 3 of 5 |

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | CABLEVISION LIGH COF DEBIT ████ 3332 \ | | | |
| 03/18 | WIRE OUT ████ 5164 SARAH RUBACK | -$116.28 | | $963,469.01 |
| 03/18 | ACH DEBIT CON ED OF NY CECONY 250318 ████ 0007 | -$61.21 | | $963,407.80 |
| 03/18 | ACH DEBIT CON ED OF NY CECONY 250318 ████ 0008 | -$397.84 | | $963,009.96 |
| 03/18 | ACH DEBIT CON ED OF NY CECONY 250318 ████ 0005 | -$2,026.66 | | $960,983.30 |
| 03/18 | ACH DEBIT CABLEVISION LIGH COF DEBIT ████ 3931 \ | -$1,515.37 | | $959,467.93 |
| 03/18 | ACH DEBIT CABLEVISION LIGH COF DEBIT ████ 3934 \ | -$3,729.16 | | $955,738.77 |
| 03/19 | ACH DEBIT OPTIMUM 7882 CABLE PMNT 250319 | -$261.26 | | $955,477.51 |
| 03/20 | WIRE OUT ████ 6928 MILLENNIUM VALUATI ONS, INC. | -$3,000.00 | | $952,477.51 |
| 03/24 | ACH DEBIT A AND A ALARM CO SALE 250324 | -$345.00 | | $952,132.51 |
| 03/25 | ACH DEBIT A AND A ALARM CO SALE 250325 | -$135.00 | | $951,997.51 |
| 03/25 | ACH DEBIT A AND A ALARM CO SALE 250325 | -$135.00 | | $951,862.51 |
| 03/26 | WIRE OUT ████ 2958 PAYCOM CLIENT TRUS T 8/25 PD | -$10,550.04 | | $941,312.47 |
| 03/26 | ACH DEBIT WAGEWORKS RECEIVABLE 250326 ████ 4208 | -$100.00 | | $941,212.47 |
| 03/26 | ACH DEBIT CON ED OF NY CECONY 250326 ████ 3346 | -$335.98 | | $940,876.49 |
| 03/26 | ACH DEBIT CON ED OF NY CECONY 250326 ████ 4003 | -$2,789.70 | | $938,086.79 |
| 03/31 | DEPOSIT | | $16,700.37 | $954,787.16 |
| 03/31 | ACH DEBIT A AND A ALARM CO SALE 250331 | -$135.00 | | $954,652.16 |
| 03/31 | INTEREST CREDIT | | $41.17 | $954,693.33 |
| **Ending Balance** | | | | **$954,693.33** |



## INTEREST RATE CALCULATIONS

| | | | |
|---|---|---|---|
| Avg. Stmt. Collected Balance | $969,389.00 | Annual % Yield Earned | 0.05% |
| Year-to-Date Interest Paid | $123.99 | Interest Paid | $41.17 |





P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** ███0913
**Statement Date:** 03/31/2025
**Page :** 4 of 5

OVERDRAFT FEES

|  | Total This Period: | Total Year-To-Date: |
|---|---|---|
| **Total Overdraft Fees:** | $0.00 | $0.00 |







| | |
|---|---|
| **Account Number:** | 0913 |
| **Statement Date:** | 03/31/2025 |
| **Page :** | 5 of 5 |

P.O. Box 558
Wayne, NJ 07474-0558

## To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

### Balance Reconciliation

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

## Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

## In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**
If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can,

why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**
If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

## In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**







| | |
|---|---|
| **Last Statement:** | February 28, 2025 |
| **Statement Ending:** | March 31, 2025 |
| **Page:** | 1 of 3 |

P.O. Box 558
Wayne, NJ 07474-0558

ST CHRISTOPHERS INC
71 S BROADWAY
DOBBS FERRY NY 10522

| | | |
|---|---|---|
| Email: | contactus@valley.com |
| Visit Us Online: | www.valley.com |
| Mail To: | 1720 Route 23, Wayne, NJ 07470 |

# Account Statement

**IMPORTANT NOTICE:**
EFFECTIVE MARCH 1, 2025, ALL BUSINESS ACCOUNTS WILL BE BILLED USING ACCOUNT ANALYSIS. YOUR FEES WILL NOT BE CHANGING, BUT FEES FOR CERTAIN TRANSACTIONS SUCH AS WIRE TRANSFERS AND OVERDRAFTS WILL BE AGGREGATED AND BILLED ON OR ABOUT THE 15th OF THE NEXT MONTH.

## NON-PROFIT ORGANIZATIONAL CHK  -  ████6926

**SUMMARY FOR THE PERIOD: 03/01/25 - 03/31/25**                                     *ST CHRISTOPHERS INC*

| Beginning Balance | + | Deposits & Other Credits | - | Withdrawals & Other Debits | = | Ending Balance |
|---|---|---|---|---|---|---|
| $0.00 | | $3,029.90 | | $3,029.90 | | $0.00 |

### TRANSACTIONS

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $0.00 |
| 03/06 | ACH CREDIT PAY MGT SYSTEM HHS PAYMNT 250306 ████ 4A4P | | $3,029.90 | $3,029.90 |
| 03/10 | PHONE/INTERNET TRNFR REF ████ 208L FUNDS TRANSFER TO DEP ████ 0913 FROM TRANSFER FINAL ORR DEC DRAWDOWN INTO | -$3,029.90 | | $0.00 |
| **Ending Balance** | | | | **$0.00** |

**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| **Account Number:** | ▉6926 |
| **Statement Date:** | 03/31/2025 |
| **Page :** | 2 of 3 |

**INTEREST RATE CALCULATIONS**

| | | | |
|---|---|---|---|
| Avg. Stmt. Collected Balance | $390.00 | Annual % Yield Earned | 0.00% |
| Year-to-Date Interest Paid | $1.77 | Interest Paid | $0.00 |

**OVERDRAFT FEES**

| | Total This Period: | Total Year-To-Date: |
|---|---|---|
| **Total Overdraft Fees:** | $0.00 | $0.00 |





Valley

**Account Number:** ████6926
**Statement Date:** 03/31/2025
**Page :** 3 of 3

P.O. Box 558
Wayne, NJ 07474-0558

## To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

### Balance Reconciliation

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

## Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

## In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**
If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can,

why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**
If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

## In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**







P.O. Box 558
Wayne, NJ 07474-0558

| | | |
|---|---|---|
| **Last Statement:** | | February 28, 2025 |
| **Statement Ending:** | | March 31, 2025 |
| **Page:** | | 1 of 3 |

ST CHRISTOPHERS INC
71 S BROADWAY
DOBBS FERRY NY 10522

| | | |
|---|---|---|
| Email: | contactus@valley.com | |
| Visit Us Online: | www.valley.com | |
| Mail To: | 1720 Route 23, Wayne, NJ 07470 | |

# Account Statement

**IMPORTANT NOTICE:**
EFFECTIVE MARCH 1, 2025, ALL BUSINESS ACCOUNTS WILL BE BILLED USING ACCOUNT
ANALYSIS. YOUR FEES WILL NOT BE CHANGING, BUT FEES FOR CERTAIN TRANSACTIONS SUCH
AS WIRE TRANSFERS AND OVERDRAFTS WILL BE AGGREGATED AND BILLED ON OR ABOUT THE
15th OF THE NEXT MONTH.

## NON-PROFIT ORGANIZATIONAL CHK - ████0404

SUMMARY FOR THE PERIOD: 03/01/25 - 03/31/25                                    *ST CHRISTOPHERS INC*

| Beginning Balance | + | Deposits & Other Credits | - | Withdrawals & Other Debits | = | Ending Balance |
|---|---|---|---|---|---|---|
| $10,002.01 | | $1,000.45 | | $0.00 | | $11,002.46 |

### TRANSACTIONS

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $10,002.01 |
| 03/14 | PHONE/INTERNET TRNFR REF ██959L FUNDS TRANSFER FRM DEP ██0913 FROM FUNDS TRANSFER VIA ONLINE | | $1,000.00 | $11,002.01 |
| 03/31 | INTEREST CREDIT | | $0.45 | $11,002.46 |
| **Ending Balance** | | | | **$11,002.46** |

### INTEREST RATE CALCULATIONS

| | | | |
|---|---|---|---|
| Avg. Stmt. Collected Balance | $10,582.00 | Annual % Yield Earned | 0.05% |
| Year-to-Date Interest Paid | $1.17 | Interest Paid | $0.45 |

 **Valley**

P.O. Box 558
Wayne, NJ 07474-0558

## OVERDRAFT FEES

| | Total This Period: | Total Year-To-Date: |
|---|---|---|
| **Total Overdraft Fees:** | $0.00 | $0.00 |







| | |
|---|---|
| **Account Number:** | 0404 |
| **Statement Date:** | 03/31/2025 |
| **Page :** | 3 of 3 |

P.O. Box 558
Wayne, NJ 07474-0558

## To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

**Balance Reconciliation**

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

## Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

## In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**
If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can,

why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**
If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

## In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**



