**BARCLAY DAMON LLP**
Allen J. Underwood II
1270 Avenue of the Americas, Suite 501
New York, New York 10020
Telephone: (212) 784-5810
aunderwood@barclaydamon.com
*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOTHERN DISTRICT OF NEW YORK**

_____

In re:

ST. CHRISTOPHER'S, INC ., *et al*,[1]

    Debtors and Debtors-in-Possession.

_____

Chapter 11

Case No. 24-22373(SHL)
Main Case
Jointly Administered

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE,** that the undersigned is appearing as counsel for St. Christopher's Inc. and the McQuade Foundation, jointly administered debtors and debtors-in-possession (the "Debtors") in the above captioned case.

Pursuant to 11 U.S.C. § 1109(b) and Rules 20002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby demands that notice of all matters herein be served upon:

        Allen J. Underwood II, Esq.
        **BARCLAY DAMON LLP**
        1270 Avenue of the Americas, Suite 501
        New York, New York 10020
        Telephone: (212) 784-5810
        aunderwood@barclaydamon.com

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: St. Christopher's, Inc. (0485) and The McQuade Foundation (2652). The McQuade Foundation chapter 11, although presently jointly administered with the St. Christopher's Inc. Subchapter V Chapter 11, was originally filed under docket Number 24-22374(SHL).

**PLEASE TAKE FURTHER NOTICE,** that demand is also hereby made for service of copies of all papers, notices, reports, pleading, motions, applications, disclosure statements, plans, and answering or reply papers in this case and in contested matter.

**PLEASE TAKE FURTHER NOTICE,** that the undersigned hereby demands that the name and address set forth above be added to any service list in the case.

**PLEASE TAKE FURTHER NOTICE,** that this Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of rights of the Debtors to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court withdraw the reference in any matters subject to such withdrawal, or (iv) any other rights, claims, setoffs, or recoupments to which Debtors may be entitled, which the Debtors expressly reserve.

Date: June 23, 2025　　　　　**BARCLAY DAMON LLP**
New York, New York　　　　　By: /s/ Allen J. Underwood II
　　　　　　　　　　　　　　Allen J. Underwood II, Esq.
　　　　　　　　　　　　　　1270 Avenue of the Americas, Suite 501
　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　Telephone: (212) 784-5810
　　　　　　　　　　　　　　Email: aunderwood@barclaydamon.com
　　　　　　　　　　　　　　*Counsel for Debtors and Debtors -in- Possession*

## CERTIFICATE OF SERVICE

I certify that on June 23, 2025 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York.

**BARCLAY DAMON LLP**

Allen J. Underwood II, Esq.
*/s/Allen J. Underwood II*

31575950.1