Hearing Date: July 9, 2025 at 2:00 p.m. (prevailing Eastern Time)
Objection Deadline: July 3, 2025 at 4:00 p.m. (prevailing Eastern Time)
Reply Deadline: July 7, 2025 at 4:00 p.m. (prevailing Eastern Time)

**BARCLAY DAMON LLP**
Janice B. Grubin
Ilan Markus
1270 Avenue of the Americas, Suite 501
New York, New York 10020
Telephone: (212) 784-5800
jgrubin@barclaydamon.com
imarkus@barclaydamon.com

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ST. CHRISTOPHER'S, INC., *et al.*,[1] | : | Case No. 24-22373 (shl) |
| | : | Main Case |
| Debtors. | : | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Audrey A. Vrooman, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am in the employ of Barclay Damon LLP, counsel for the Debtors and Debtors-in-Possession in the above-captioned bankruptcy cases.

2. On the 23rd day of June, 2025, Janice B. Grubin electronically filed the

   a. *Debtors' Motion for Entry of Orders (I) Amending the DIP Loan and (II) Clarifying the Dobbs Ferry Sale Order to Facilitate the Closing of the Dobbs Ferry Sale* [Docket No. 226]; and

   b. *Motion to Shorten Notice for Hearing on Motion for Orders (I) Amending the DIP Loan and (II) Clarifying the Dobbs Ferry Sale Order to Facilitate the Closing of the Dobbs Ferry Sale* [Docket No. 227]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

1

with the United States Bankruptcy Court for the Southern District of New York using the CM/ECF system, which system sent notification to the parties set forth on the attached **Service List A**.

3.      On the 24th day of June, 2025, a representative of the Clerk of the Court of the United States Bankruptcy Court for the Southern District of New York electronically filed the *Order Shortening Time for Notice of Debtors' Hearing on Motion for Entry of Orders (I) Amending the DIP Loan and (II) Clarifying the Dobbs Ferry Sale Order to Facilitate the Closing of the Dobbs Ferry Sale* [Docket No. 228], using the CM/ECF system, which system sent notification to the parties set forth on the attached Service List A.

4.      On the 24th day of June, 2025, Janice B. Grubin electronically filed the *Notice of Debtors' Motion for Entry of Orders (I) Amending the DIP Loan and (II) Clarifying the Dobbs Ferry Sale Order to Facilitate the Closing of the Dobbs Ferry Sale* [Docket No. 229] with the United States Bankruptcy Court for the Southern District of New York using the CM/ECF system, which system sent notification to the parties set forth on the attached **Service List A**.

5.      On the 24th day of June, 2025, I caused to be served the documents referenced at paragraphs 2.a., 2.b., 3, and 4 above [Docket Nos. 226, 227, 228, and 229] upon the Hon. Sean H. Lane, United States Bankruptcy Judge for the Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140 via first class mail by depositing two (2) copies of same in a properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service in the City of Syracuse, New York, prior to the last pick up time for that day.

6.      On the 24th day of June, 2025, I caused to be served the document referenced at paragraph 4 above [Docket No 229] upon the parties set forth on the attached **Service List B** via first class mail by depositing copies of same in properly addressed envelopes in an official depository under the exclusive care and custody of the United States Postal Service in the City of Syracuse, New York, prior to the last pick up time for that day.

Dated:  June 23, 2025
        Syracuse, New York               */s/Audrey A. Vrooman*
                                         AUDREY A. VROOMAN

## SERVICE LIST A

- **Stephenie Lannigan Bross**   sbross@sssfirm.com
- **Christopher M. Desiderio**   cdesiderio@nixonpeabody.com
- **Kelli M. Finnegan**   kfinnegan@reedsmith.com
- **Scott Fleischer**   sfleischer@barclaydamon.com
- **Janice Beth Grubin**   jgrubin@barclaydamon.com
- **Alan C. Hochheiser**   ahochheiser@mauricewutscher.com
- **Kenneth Kim**   kkim@hermanlaw.com
- **Greg M. Kohn**   gkohn@nagelrice.com
- **Michelle Ann Labayen**   mlabayen@hermanlaw.com, MLabayen@hermanlaw.com
- **Ilan Markus**   imarkus@barclaydamon.com, ilan-markus-4670@ecf.pacerpro.com
- **Jesse Mautner**   jmautner@mersonlaw.com
- **Stuart S. Mermelstein**   smermelstein@hermanlaw.com, docketing@hermanlaw.com
- **Jeffrey A. Reich**   reichlaw@reichpc.com
- **Holly Lynn Reinhardt**   hreinhardt@orangecountygov.com
- **Scott M. Salant**   ssalant@ddw-law.com
- **Ilan D. Scharf**   ischarf@pszjlaw.com, lcanty@pszjlaw.com
- **Eric J. Snyder**   esnyder@wilkauslander.com, jstauder@wilkauslander.com
- **Heidi J. Sorvino**   Sorvinoh@whiteandwilliams.com
- **Heidi J. Sorvino-Trustee**   sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com
- **James I. Stang**   jstang@pszjlaw.com
- **United States Trustee**   USTPRegion02.NYECF@USDOJ.GOV

## SERVICE LIST B

Office of the United States Trustee
Attn: Paul K. Schwartzberg, Trial Attorney
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Heidi J. Sorvino, Esq.
Subchapter V Trustee
White and Williams LLP
810 Seventh Avenue, Suite 500
New York, NY 10019

Reed Smith LLP
Attn: Kelli M. Finnegan, Esq. and
   Brian M. Schenker, Esq.
*Attorneys for Layla Lending II LLC*
599 Lexington Avenue
New York, NY 10022

Letitia James, NYS Attorney General
Office of the Attorney General
The Capitol
Albany, NY 12224-0341

Office of the NYS Attorney General
Westchester Regional Office
Attn: Sandra Giorno-Tocco, Esq.
44 South Broadway
White Plains, NY 10601

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7317
Philadelphia, PA 19101-7317

Atlantic Title Agency II LLC.
Attn: Robert V. Fonte, Esq.
31 Stewart Street
Floral Park, NY 11001

Reich Reich & Reich, P.C.
Attn: Jeffrey A. Reich, Esq.
*Attorneys for Greenburgh North Castle UFSD*
235 Main Street, Suite 450
White Plains, NY 10601

Kathleen R. Bradshaw, Esq.
Stagg Group
*Attorneys for Riverdale 3242 Avenue LLC*
5959 Broadway #3
Bronx, NY 10466

Braunfotel & Fendel, LLC
Attn: Keith I. Braunfotel, Esq.
*Attorneys for 621 Blooming Grove LLC*
49 Maple Avenue
New City, NY 10956

Nixon Peabody LLP
Attn: Christopher M. Desiderio, Esq.
*Attorneys for Dormitory Authority of New York*
55 West 46th Street
New York, NY 10036-4120

Carter Ledyard Milburn
Attn: James Gadsden, Esq.
*Attorneys for DASNY Indenture Trustee The Bank of New York Mellon*
28 Liberty Street, 41st Floor
New York, NY 10005

Foster & Wolkind, P.C.
Attn:  Bryan E. Wolkind, Esq.
80 Fifth Avenue, Suite 1401
New York, New York 10011-8002

Atlantic Business Products
Attn:  Kia Robinson, VP Sales
P.O. Box 5149
White Plains, NY 10602-5149

Better Building Concepts Inc.
d/b/a CC Clean
Attn:  Alice Frias
P.O. Box 284
Somers, NY 10589

Metropolitan Foods Inc.
d/b/a Driscoll Foods
Attn: President and/or Managing Member
6 West Belt Parkway
Wayne, NJ 07470

H & E Cleaning Services
Attn:  Hernando Campuzano
P.O. Box 8365
Sleepy Hollow, NY 10591

Maier Markey & Justic LLP
Attn:  Peter Markey
2 Lyon Place
White Plains, NY 10601

Robert Half
Attn:  Tami Witherell
12400 Collections Center Drive
Chicago, IL 60693

Schwab & Gasparini, PLLC
Attn: Carolyn A. Loftus, Esq.
1441 Route 22, Suite 206
Brewster, NY 10509

Wilk Auslander
Attn: President and/or Managing Member
825 Eight Avenue, Suite 2900
New York, NY 10019

George Conklin
c/o Herman Law
Attn: Cynthia A. Constantino, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

Ralph Newman
c/o Herman Law
Attn: Cynthia A. Constantino, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

Greenstein & Pittari, LLP
Attn: Bart Pittari, Esq.
1825 Park Avenue, 9th floor
New York, NY 10035

Atlantic, a Program of De Lage
Landen Financial
Attn: Lorraine Seely
P.O. Box 41602
Philadelphia, PA 19101-1602

Con Edison
Cooper Station
Attn:  Customer Service
P.O. Box 138
New York, NY 10276-0138

Durkin Propane Inc.
Attn: Raymond Durkin, President
120 Fields Lane
Brewster, NY 10509

Iron Mountain Information Management, LLC
Attn: Joseph P. Corrigon, Corporate Counsel
1101 Enterprise Drive
Royerford, PA 19568

Max Braun & Sons, Inc.
Attn:  President or Management Member
204 Albion Avenue
Paterson, NJ 07502

Robison Oil
Attn:  Pete Davenport
One Gateway Plaza, 4th Floor
Port Chester, NY 10573

USI Insurance Services LLC
Attn: President and/or Managing Member
333 Westchester Avenue, Suite 102
West Harrison, NY 10604

Dennis Conklin
c/o Herman Law
Attn: Cynthia A. Constantino, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

Jeffrey Lewis
c/o Herman Law
Attn: Cynthia A. Constantino, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

Robert Armbruster
c/o Herman Law
Attn: Cynthia A. Costantino, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

Hackett Feinberg P.C.
Attn:  Jacqueline Doyle, Esq.
155 Federal Street, 9th Floor
Boston, MA  02110

Barrera's Contracting Inc.
Attn:  Jamie Barrera
233 Spring Street
Ossining, NY 10562

DiCarlo Distributions
Attn: President and/or Managing Member
P.O. Drawer 2365
Holtsville, NY 11742-0911

Greenburgh-North Castle UFSD
Attn:  John Marino, Asst Super. of Business
71 South Broadway
Dobbs Ferry, NY 10522

H & E Cleaning & Restorations
Attn:  Hernando Campuzano
2650 Windsor Knoll Drive
Dacula, GA 30019

Merraine Group Inc.
Attn:  Karolj Eri
544 NW University Boulevard, Suite 101
Port Saint Lucie, FL 34986

Schwab & Gasparini, PLLC
Attn: Accounts Receivable
109 South Warren Street, Suite 306
Syracuse, NY 13202

WatchGuard 24/7 LLC
Attn:  Mark Coffino
71-16 Myrtle Avenue
Ridgewood, NY 11385

Elizabeth Stevenson
c/o Silberstein, Awad & Miklos
600 Old Country Road, Suite 505
Garden City, NY 11530

Jose Davila
c/o Slater Slater Schulman LLP
Attn: Arielle Z. Felshon, Eq.
488 Madison Avenue, 20th Floor
New York, NY 10022

W.F.
c/o Herman Law
Attn: Cynthia A. Constantino, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

| | | |
|---|---|---|
| Herman Law<br>Attn:  Stuart S. Mermelstein, Esq.<br>*Attorneys for Certain Personal Injury Creditors*<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Herman Law<br>Attn:  Kenneth Kim, Esq.<br>*Attorneys for Certain Personal Injury Creditors*<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Herman Law<br>Attn:  Michelle Labayen, Esq.<br>*Attorneys for Certain Personal Injury Creditors*<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |
| Slater Slater Schulman LLP<br>Attn: Stephenie Lannigan Bross, Esq.<br>*Attorneys for Certain Personal Injury Creditors*<br>445 Broad Hollow Road, Suite 419<br>Melville, NY 11747 | Maurice Wutscher LLP<br>Attn:  Alan C. Hochheiser, Esq.<br>*Attorneys for AmTrust North America, Inc.*<br>23611 Chagrin Boulevard, Suite 207<br>Beachwood, OH 44122 | Orange County Attorney's Office<br>*Attorneys for the County of Orange and Orange County Department of Social Services*<br>Attn: Holly L. Reinhardt, Esq.<br>Orange County Government Center<br>255-275 Main Street, Second Floor<br>Goshen, NY 10924 |
| Nagel Rice, LLP<br>Attn: Greg M. Kohn, Esq.<br>*Attorneys for JMF Properties, LLC*<br>103 Eisenhower Parkway<br>Roseland, NJ 07068 | DelBello Donnellan Weingarten Wise & Wiederkehr LLP<br>Attn:  Scott M. Salant, Esq.<br>*Attorneys for Better Building Concepts, Inc.*<br>One North Lexington Avenue, 11th Floor<br>White Plains, NY 10601 | Merson Law, PLLC<br>Attn: Jesse R. Mautner, Esq.<br>*Attorneys for Certain Personal Injury Creditors*<br>950 Third Avenue, 18th Floor<br>New York, NY 10022-2705 |
| Pachulski Stang Ziehl & Jones LLP<br>Attn:  Ilan D. Scharf, Esq. and<br>         Hayley R. Winrad, Esq.<br>*Attorneys for Ad Hoc CVA Survivors Committee*<br>1700 Broadway, 36th Floor<br>New York, NY 10019 | Pachulski Stang Ziehl & Jones LLP<br>Attn:  James I. Stang, Esq.<br>*Attorneys for Ad Hoc CVA Survivors Committee*<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, CA 90067 | |