Hearing Date: July 22, 2025 at 2:00 p.m. (prevailing Eastern Time)
Objection Deadline: July 15, 2025 at 4:00 p.m. (prevailing Eastern Time)
Reply Deadline: July 18, 2025 at 4:00 p.m. (prevailing Eastern Time)

**BARCLAY DAMON LLP**
Janice B. Grubin
Allen J. Underwood II
1270 Avenue of the Americas, Suite 501
New York, New York 10020
Telephone: (212) 784-5800
jgrubin@barclaydamon.com
aunderwood@barclaydamon.com

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ST. CHRISTOPHER'S, INC., *et al.*,[1] | : | Case No. 24-22373 (shl) |
| | : | Main Case |
| Debtors. | : | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Audrey A. Vrooman, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am in the employ of Barclay Damon LLP, counsel for the Debtors and Debtors-in-Possession in the above-captioned bankruptcy cases.

2. On the 1st day of July, 2025, I electronically filed for Janice B. Grubin the *Notice of* and *Debtors' Motion for Entry of Orders: (I) (A) Approving Bid Procedures Relating to the Sale of the Jennie Clarkson Campus Real Estate, (B) Approving Notice Procedures, (C) Setting Deadlines and Hearing Dates and (D) Granting Related Relief; (II) Authorizing the Sale of the Jennie Clarkson Campus Real Estate, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; and (III) Granting Related Relief* with *Exhibit A – Proposed Bid Procedures Order with Exhibits*, *Exhibit B – Proposed Sale Order with Exhibit,* and *Declaration of Michael A. Tortorici in Support of the Debtors' Bid Procedures and Sale Motion* [collectively Docket No. 232] with

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

1

the United States Bankruptcy Court for the Southern District of New York using the CM/ECF system, which system sent notification to the parties set forth on the attached **Service List A**.

3. On the 1st day of July, 2025, I caused to be served the *Notice of Debtors' Motion for Entry of Orders: (I) (A) Approving Bid Procedures Relating to the Sale of the Jennie Clarkson Campus Real Estate, (B) Approving Notice Procedures, (C) Setting Deadlines and Hearing Dates and (D) Granting Related Relief; (II) Authorizing the Sale of the Jennie Clarkson Campus Real Estate, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; and (III) Granting Related Relief* upon the parties set forth on the attached **Service List B** via first class mail by depositing copies of same in properly addressed envelopes in an official depository under the exclusive care and custody of the United States Postal Service in the City of Syracuse, New York, prior to the last pick up time for that day.

4. On the 2nd day of July, 2025, I caused to be served the documents referenced at paragraph 2 above [Docket No. 232] upon the Hon. Sean H. Lane, United States Bankruptcy Judge for the Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140 via overnight delivery by depositing two (2) copies of same in a properly addressed envelope in an official depository under the exclusive care and custody of UPS in the City of Syracuse, New York, prior to the last pick up time for that day.

5. On the 2nd day of July, 2025, I caused to be served the documents referenced at paragraph 2 above [Docket No. 232] upon:

Office of the United States Trustee
Attn: Paul K. Schwartzberg, Trial Attorney
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Heidi J. Sorvino, Esq.
Subchapter V Trustee
White and Williams LLP
810 Seventh Avenue, Suite 500
New York, NY 10019

via first class mail by depositing copies of same in properly addressed postage prepaid envelopes in an official depository under the exclusive care and custody of the United States Postal Service in the City of Syracuse, New York, prior to the last pick up time for that day.

Dated:   July 2, 2025
         Syracuse, New York                    */s/Audrey A. Vrooman*
                                               AUDREY A. VROOMAN

## SERVICE LIST A

- **Stephenie Lannigan Bross**   sbross@sssfirm.com
- **Christopher M. Desiderio**   cdesiderio@nixonpeabody.com
- **Kelli M. Finnegan**   kfinnegan@reedsmith.com
- **Scott Fleischer**   sfleischer@barclaydamon.com
- **Janice Beth Grubin**   jgrubin@barclaydamon.com
- **Alan C. Hochheiser**   ahochheiser@mauricewutscher.com
- **Kenneth Kim**   kkim@hermanlaw.com
- **Greg M. Kohn**   gkohn@nagelrice.com
- **Michelle Ann Labayen**   mlabayen@hermanlaw.com, MLabayen@hermanlaw.com
- **Ilan Markus**   imarkus@barclaydamon.com, ilan-markus-4670@ecf.pacerpro.com
- **Jesse Mautner**   jmautner@mersonlaw.com
- **Stuart S. Mermelstein**   smermelstein@hermanlaw.com, docketing@hermanlaw.com
- **Jeffrey A. Reich**   reichlaw@reichpc.com
- **Holly Lynn Reinhardt**   hreinhardt@orangecountygov.com
- **Scott M. Salant**   ssalant@ddw-law.com
- **Ilan D. Scharf**   ischarf@pszjlaw.com, lcanty@pszjlaw.com
- **Eric J. Snyder**   esnyder@wilkauslander.com, jstauder@wilkauslander.com
- **Heidi J. Sorvino**   Sorvinoh@whiteandwilliams.com
- **Heidi J. Sorvino-Trustee**   sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com
- **James I. Stang**   jstang@pszjlaw.com
- **United States Trustee**   USTPRegion02.NYECF@USDOJ.GOV

## SERVICE LIST B

| | | |
|---|---|---|
| Office of the United States Trustee<br>Attn: Paul K. Schwartzberg, Trial Attorney<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1408 | Heidi J. Sorvino, Esq.<br>Subchapter V Trustee<br>White and Williams LLP<br>810 Seventh Avenue, Suite 500<br>New York, NY 10019 | Office of the NYS Attorney General<br>Westchester Regional Office<br>Attn: Sandra Giorno-Tocco, Esq.<br>44 South Broadway<br>White Plains, NY 10601 |
| Reich Reich & Reich, P.C.<br>Attn: Jeffrey A. Reich, Esq.<br>*Attorneys for Greenburgh North Castle UFSD*<br>235 Main Street, Suite 450<br>White Plains, NY 10601 | Herman Law<br>Attn: Stuart S. Mermelstein, Esq.<br>*Attorneys for Certain Personal Injury Creditors*<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Herman Law<br>Attn: Kenneth Kim, Esq.<br>*Attorneys for Certain Personal Injury Creditors*<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |
| Herman Law<br>Attn: Michelle Labayen, Esq.<br>*Attorneys for Certain Personal Injury Creditors*<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Maurice Wutscher LLP<br>Attn: Alan C. Hochheiser, Esq.<br>*Attorneys for AmTrust North America, Inc.*<br>23611 Chagrin Boulevard, Suite 207<br>Beachwood, OH 44122 | Orange County Attorney's Office<br>*Attorneys for the County of Orange and Orange County Department of Social Services*<br>Attn: Holly L. Reinhardt, Esq.<br>Orange County Government Center<br>255-275 Main Street, Second Floor<br>Goshen, NY 10924 |
| Slater Slater Schulman LLP<br>Attn: Stephenie Lannigan Bross, Esq.<br>*Attorneys for Certain Personal Injury Creditors*<br>445 Broad Hollow Road, Suite 419<br>Melville, NY 11747 | Reed Smith LLP<br>Attn: Kelli M. Finnegan and Brian M. Schenker<br>*Attorneys for Layla Lending II LLC*<br>599 Lexington Avenue<br>New York, NY 10022 | Nagel Rice, LLP<br>Attn: Greg M. Kohn, Esq.<br>*Attorneys for JMF Properties, LLC, et al.*<br>103 Eisenhower Parkway<br>Roseland, NJ 07068 |

3

| | | |
|---|---|---|
| DelBello Donnellan Weingarten<br>Wise & Wiederkehr LLP<br>Attn: Scott M. Salant, Esq.<br>*Attorneys for Better Building Concepts, Inc.*<br>One North Lexington Avenue, 11th Floor<br>White Plains, NY 10601 | Pachulski Stang Ziehl & Jones LLP<br>Attn: Ilan D. Scharf, Esq. and<br>     Hayley R. Winrad, Esq.<br>*Attorneys for Ad Hoc CVA Survivors Committee*<br>1700 Broadway, 36th Floor<br>New York, NY 10019 | Pachulski Stang Ziehl & Jones LLP<br>Attn: James I. Stang, Esq.<br>*Attorneys for Ad Hoc CVA Survivors Committee*<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, CA 90067 |
| Nixon Peabody LLP<br>Attn: Christopher M. Desiderio, Esq.<br>*Attorneys for Dormitory Authority of New York*<br>55 West 46th Street<br>New York, NY 10036-4120 | Merson Law, PLLC<br>Attn: Jesse R. Mautner, Esq.<br>*Attorneys for Certain Personal Injury Creditors*<br>950 Third Avenue, 18th Floor<br>New York, NY 10022-2705 | Atlantic, a Program of De Lage<br>Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| Atlantic, a Program of De Lage<br>Landen Financial Services, Inc.<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | NYS Dormitory Authority<br>Attn: Executive Director<br>515 Broadway<br>Albany, NY 12207 | NYS Dormitory Authority<br>Attn: General Counsel<br>515 Broadway<br>Albany, NY 12207 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | NYS Department of Taxation & Finance<br>Attn: Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | John M. Nonna, County Attorney<br>Westchester County<br>Department of Law<br>148 Martine Avenue<br>White Plains, NY 10601 |
| Town of North Castle<br>Attn: Receiver of Taxes<br>Town Hall Annex<br>17 Bedford Road<br>Armonk, NY 10504 | Marc W. Garbar, Esq.<br>CSI Group Law Firm, PC<br>1599 Highway 34 - Suite 2<br>Wall, NJ 07727 | Laurie E. Morrison, Esq.<br>Law Offices of Laurie E. Morrison<br>100 Church Street, 8th Floor,<br>New York, NY, 10007 |
| Arlene Watson<br>c/o Marsh Law Firm PLLC<br>Attn: James R. Walsh, Esq. and<br>     Mollie Cearley, Esq.<br>31 Hudson Yards, 11th Floor<br>New York, NY 10001-2170 | McGivney, Kluger, Clark & Intoccia, P.C.<br>Attn: Michael R. Rawlinson, Esq.<br>80 Broad Street, 23rd Floor<br>New York, NY 10004 | Silver & Kelmachter, LLP<br>Attn: Samer Nath, Esq.<br>11 Park Place, Suite 1503<br>New York, NY 10007 |
| Michael Coviello<br>Assistant General Counsel<br>Legal Department<br>District Council 37, AFSCME, AFL-CIO<br>125 Barclay Street<br>New York, NY 10007 | Silver & Kelmachter LLP<br>Attn: Michael B. Duglow, Esq.<br>11 Park Place, Suite 1503<br>New York, NY 10007 | Silver & Kelmachter LLP<br>Attn: Perry D. Silver, Esq.<br>11 Park Place, Suite 1503<br>New York, NY 10007 |
| Silver & Kelmachter LLP<br>Attn: Sharon A. Cheren, Esq.<br>11 Park Place, Suite 1503<br>New York, NY 10007 | Hodges Walsh & Burke, LLP<br>Attn: Michael Burke, Esq.<br>55 Church Street, Suite 211<br>White Plains, NY 10601 | Silver & Kelmachter LLP<br>Attn: Samer Nath, Esq.<br>11 Park Place, Suite 1503<br>New York, NY 10007 |
| Harris Beach PLLC<br>Attn: Philip Spellane, Esq.<br>99 Garnsey Road<br>Pittsford, NY 14534 | Hodges Walsh & Burke, LLP<br>Attn: John J. Walsh, Esq.<br>55 Church Street, Suite 211<br>White Plains, NY 10601 | Hodges Walsh & Burke, LLP<br>Attn: Kelly A. Hodges, Esq.<br>55 Church Street, Suite 211<br>White Plains, NY 10601 |
| Hodges Walsh & Burke, LLP<br>Attn: George S. Hodges, Esq.<br>55 Church Street, Suite 211<br>White Plains, NY 10601 | Sokoloff Stearn LLP<br>Attn: Brian Sokoloff, Esq.<br>179 Westbury Avenue<br>Carle Place, NY 11514 | Shaw, Perelson, May & Lambert, LLP<br>Attn: Steven M. Latino, Esq.<br>21 Van Wagner Road<br>Poughkeepsie, NY 12603 |

Scahill Law Group P.C.  
Attn: Francis J. Scahill, Esq.  
1065 Stewart Avenue, Suite 210  
Bethpage, NY 11714  

Greenstein & Milbauer, LLP  
Attn: Robert J. Greenstein, Esq. and  
    Michael Barnett, Esq.  
1825 Park Avenue, 9th Floor  
New York, NY 10035  

Rivkin Radler LLP  
Attn: Frank Raia, Esq. and  
    Mathew A. Lampert, Esq.  
926 RXR Plaza  
Uniondale, NY 11556-0926  

Dupee & Monroe, P.C.  
Attn: James E. Monroe, Esq.  
211 Main Street  
P.O. Box 470  
Goshen, NY 10924  

Bleakley Platt & Schmidt, LLP  
Attn: John P. Hannigan, Esq.  
One North Lexington Avenue  
White Plains, NY 10602  

Silver & Kelmachter, LLP  
11 Park Place, Suite 1503  
New York, NY 10007  

Levy Konigsberg, LLP  
Attn: Tal Z. Stanecky, Esq.  
605 Third Avenue, 33rd Floor  
New York, NY 10158  

Seeger Weiss, LLP  
Attn: Stephen A. Weiss, Esq.,  
    Michael Rosenberg, Esq., and  
    Philippa Ratzki, Esq.  
100 Church Street, 8th Floor, Suite 835  
New York, NY 10005  

Williams Cedar, LLC  
Attn: Gerald J. Williams, Esq., and  
    Shauna L. Friedman, Esq.  
One South Broad Street, Suite 1510  
Philadelphia, PA 19107  

Bond, Schoeneck & King PLLC  
Attn: John F. McKay, III, Esq.  
1010 Franklin Avenue, Suite 200  
Garden City, NY 11530  

Leahey & Johnson, P.C.  
Attn: Joanne Filiberti, Esq. and  
    Peter J. Johnson, Jr., Esq.  
120 Wall Street, Suite 2220  
New York, NY 10005  

Rubin, Fiorella, Friedman & Mercante LLP  
Attn: Leila Cardo, Esq.  
630 Third Avenue, 3rd Floor  
New York, NY 10017  

Cook, Netter, Cloonan, Kurtz & Murphy, P.C.  
Attn: Eric M. Kurtz, Esq.  
85 Main Street  
P.O. Box 3939  
Kingston, NY 12402  

Freese & Goss  
Attn: Tim K. Goss, Esq., and  
    Peter de la Cerda, Esq.  
3500 Maple Avenue, Suite 1100  
Dallas, TX 75219  

Silberstein, Awad & Miklos, P.C.  
Attn: Michael Lauterborn, Esq.  
600 Old Country Road, Suite 505  
Garden City, NY 11530  

Matthews & Associates  
Attn: David P. Matthews, Esq., and  
    Liza L. Roys, Esq.  
2905 Sackett Street  
Houston, TX 77098  

New York City Law Department  
Attn: Christopher Mamone, Esq.  
100 Church Street  
New York, NY 10007  

New York City Law Department  
Attn: Elizabeth G. Gallay Esq.  
100 Church Street  
New York, NY 10007  

New York City Law Department  
Attn: Cathy J. Neustein, Esq.  
100 Church Street  
New York, NY 10007  

New York City Law Department  
Attn: Erik Zissu, Esq.  
100 Church Street  
New York, NY 10007  

New York City Law Department  
Attn: Georgia M. Pastana Esq.  
100 Church Street  
New York, NY 10007  

New York City Law Department  
Attn: Elizabeth Gross, Esq.  
100 Church Street  
New York, NY 10007  

New York City Law Department  
Attn: James E. Johnson, Esq.  
100 Church Street  
New York, NY 10007  

New York City Law Department  
Attn: John Orcutt, Esq.  
100 Church Street  
New York, NY 10007  

New York City Law Department  
Attn: Howard Eison, Esq.  
100 Church Street  
New York, NY 10007  

New York City Law Department  
Attn: Julie B Rubinstein, Esq.  
100 Church Street  
New York, NY 10007  

New York City Law Department  
Attn: Kimberly A Lennard, Esq.  
100 Church Street  
New York, NY 10007  

New York City Law Department  
Attn: Julie A. Ortiz, Esq.  
100 Church Street  
New York, NY 10007  

New York City Law Department  
Attn: Paraskevi Migdalis, Esq.  
100 Church Street  
New York, NY 10007  

New York City Law Department  
Attn: Phyllis Calistro, Esq.  
100 Church Street  
New York, NY 10007

| | | |
|---|---|---|
| New York City Law Department<br>Attn: Lori A. Manning, Esq.<br>100 Church Street<br>New York, NY 10007 | New York City Law Department<br>Attn: Tricia Reddington, Esq.<br>100 Church Street<br>New York, NY 10007 | Herman Law<br>Attn: Adam P. Scalice, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |
| New York City Law Department<br>Attn: Sylvia Hinds-Radix, Esq.<br>100 Church Street<br>New York, NY 10007 | Herman Law<br>Attn: Cynthia A. Constantino, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Herman Law<br>Attn: Jeff Herman, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |
| Herman Law<br>Attn: Ameer N. Benno, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Herman Law<br>Attn: Marysa Linares, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Herman Law<br>Attn: Nicholas Macinnis, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |
| Herman Law<br>Attn: Jesse Seiden, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Herman Law<br>Attn: Suzanne M. Walsh, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Herman Law<br>Attn: Scott M. Duquin, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |

In addition, seventeen (17) parties believed to have expressed an interest in acquiring the Jennie Clarkson Real Estate within the last six (6) months were served at their confidential business addresses, which addresses are available for *in camera* review upon reasonable and appropriate request, in the Debtors' sole determination or via Court order.