UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

ST. CHRISTOPHER'S INC.

        Debtor.

-------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No. 24-22373-shl

Chapter 11

    **PLEASE TAKE NOTICE**, that the Creditors, THE COUNTY OF ORANGE and ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES, hereby appear in the above-entitled action, and that the undersigned is the attorney for said Creditors and demands that a copy of any and all notices and all papers in this action be served upon the undersigned at the office and post office address stated below. We further request that the County be added to the mailing matrix.

Dated: Goshen, New York
       July 1, 2025

                                                DANTE D. DE LEO
                                               Assistant County Attorney
                                               RICHARD B. GOLDEN
                                               County Attorney for Orange County
                                               *Attorney for Creditors*
                                               *The County of Orange and Orange County*
                                               *Department of Social Services*
                                               Orange County Government Center
                                               255-275 Main Street, Second Floor
                                               Goshen, New York 10924
                                               (845) 291-3150