**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ST. CHRISTOPHER'S, INC., *et al.*,[1] | : | Case No. 24-22373 (shl) |
| | : | Main Case |
| Debtors. | : | Jointly Administered |

**ORDER CLARIFYING THE DOBBS FERRY SALE ORDER TO**
**FACILITATE THE CLOSING OF THE DOBBS FERRY SALE**

Upon the Motion dated June 23, 2025 [Document No. 226] (the "Motion")[2] of the above captioned debtors and debtors-in-possession (the "Debtors"), pursuant to pursuant to Sections 105, 361, 362, 363, 364, 507, and 552 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), Rules 2002, 4001, 6004, and 9014 of the Federal Rules of Bankruptcy Procedure and Rule 4001-2 of the Local Bankruptcy Rules for the Southern District of New York seeking, *inter alia*, the clarification that the Court's approval of the sale of the Dobbs Ferry Real Estate to Riverdale 3242 Avenue LLC satisfied the relevant portions of the New York Not-for-Profit Corporation Law; and the Court having subject matter jurisdiction to consider and determine the Motion, and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409 and it appearing that due and sufficient notice of the Motion has been given and upon the record of the hearing on the Motion and all of the proceedings had before this Court; and all objections to the Motion having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, now, therefore, it is hereby

**ORDERED**, that the Motion is granted as set forth herein; and it is further

**ORDERED**, that given the record before the Court, the Dobbs Ferry Sale satisfies Section 511-a(c) of the New York Not-for-Profit Corporation law in that the Dobbs Ferry Sale Order, Docket No. 180, found, determined, ordered, adjudged and decreed, among other things, that the consideration and terms of the sale were fair and reasonable, the sale was properly noticed, the process conducted by the Debtors generated the highest or otherwise best value and the sale promoted the mission of the Debtors; and it is further

**ORDERED**, that this Order shall supplement the Dobbs Ferry Sale Order; and it is further

**ORDERED**, that the Debtors and the Purchaser are authorized to take all actions and execute all documents necessary to close on the Dobbs Ferry Sale; and it is further

**ORDERED**, that this Court shall maintain jurisdiction to interpret and enforce the provisions of the Agreement and this Order in all respects; and it is further

**ORDERED**, that, to the extent applicable, the stay provided for in Bankruptcy Rule 6004(h) is hereby waived and this Order shall be effective immediately upon its entry.

Dated:   July 10, 2025
         White Plains, New York

                                           ***/s/ Sean H. Lane***
                                           Honorable Sean H. Lane
                                           United States Bankruptcy Judge