# WE ARE YOUR DOL



Kathy Hochul, Governor
Roberta L. Reardon, Commissioner

August 21, 2025

Clerk of Court
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS ST
WHITE PLAINS, NY  10601-0000

Re: St. Christopher's Inc.
ER# 04-53566
BANKRUPTCY# 24-22373

Dear Sir:

We hereby withdraw our Administrative Expense Claim #43-2 which was dated 8/11/2025 for $406,581.51.

This claim amount was included in the Amended Administrative Expense Claim #17-3.

Very truly yours,

Marta Cole
UI Employer Compliance Agent 2
(800)456-1015

MC:mc

IA 37.1WD (6-12)