**BARCLAY DAMON LLP**
Janice B. Grubin
Allen J. Underwood II
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Telephone:  (212) 784-5800
jgrubin@barclaydamon.com
aunderwood@barclaydamon.com

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ST. CHRISTOPHER'S, INC., *et al.*,[1] | : | Case No. 24-22373(shl) |
| | : | Main Case |
| Debtors. | : | Jointly Administered |

**AFFIDAVIT OF PUBLICATION OF NOTICE OF ABBREVIATED**
**BID PROCEDURES, AUCTION DATE, AND SALE HEARING**

This Affidavit of Publication includes sworn statements verifying that, pursuant to the

*Order (A) Approving Bid Procedures Relating to the Sale of the Jennie Clarkson Real Estate,*

*(B) Approving Notice Procedures, (C) Setting Deadlines and Hearing Dates, and (D) Granting*

*Related Relief* [Docket No. 240], an abbreviated version of the *Notice of Bid Procedures, Auction*

*Date, and Sale Hearing* [Docket No. 243] was published as follows:

1. In *The Wall Street Journal* on August 13 and 20, 2025 as set forth on **Exhibit A**;
   and

2. In *The Journal News* on August 8 and 15, 2025 as set forth on **Exhibit B**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

Dated:    August 27, 2025
         New York, New York

                                      Respectfully submitted,

                                      **BARCLAY DAMON LLP**

                                      By:    */s/Janice B. Grubin*
                                      Janice B. Grubin
                                      Allen J. Underwood II
                                      1270 Avenue of the Americas, Suite 2310
                                      New York, New York 10020
                                      Telephone:  (212) 784-5800
                                      jgrubin@barclaydamon.com
                                      aunderwood@abrclaydamon.com

                                      *Counsel to Debtors and Debtors-in-Possession*

# EXHIBIT A

# AFFIDAVIT

**STATE OF NEW JERSEY**        )

                                   ) ss:

**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Keith Oechsner, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher

of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout

the United States, and that the notice attached to this Affidavit has been regularly

published in THE WALL STREET JOURNAL for National distribution for

2   insertion(s) on the following date(s):

AUG-13-2025, AUG-20-2025;

ADVERTISER:  Ariel Property Advisors

and that the foregoing statements are true and correct to the best of my knowledge.

_____

Sworn to before me this

26   day of   August      2025

_____
Notary Public



# NOTICE OF BID PROCEDURES, AUCTION, & SALE HEARING

St. Christopher's, Inc. is selling approximately 35.81 acres in West Harrison, Westchester County, NY. (the "Sale") through its Chapter 11 case in the US Bankruptcy Court for the Southern District of NY, Case No. 24-22373. The Sale is proposed to be free and clear of all liens, claims, encumbrances, and other interests.

Interested parties may contact St. Christopher's, Inc.'s counsel listed below for information about the Sale. The Bankruptcy Court-approved bidding procedures set the following dates: Friday, Sept. 12, 2025 @ 5:00pm (ET) bid deadline, Thursday, Sept. 18, 2025 @ 11:00am (ET) auction (if multiple qualified bids), and Friday, Sept. 26, 2025 @ 10:00am (ET) hearing to approve the Sale.

BARCLAY DAMON LLP

Janice Grubin ❖ Allen Underwood ❖ (212) 784-5800

# **<u>EXHIBIT B</u>**

11558167, 1478509

# AFFIDAVIT OF PUBLICATION

State of Wisconsin
County of Brown

_____ being duly sworn, deposes and says she is the Principal Clerk of **The Journal News**, Division of Gannett Newspaper Subsidiary, publishers of following newspaper published in Westchester and Rockland Counties, State of New York, of which annexed is a printed copy, out from said newspaper has been published in said newspaper editions dated:

08/08/2025, 08/15/2025

Subscribed and sworn to before me this 15 day of August, 2025

Notary Public
State of Wisconsin, County of Brown

Nancy Heyrman
Notary Public, State of Wisconsin
Commission Expires,

5·15·27

2/3

**NOTICE OF BID PROCEDURES, AUCTION, & SALE HEARING**

St. Christopher's, Inc. is selling approximately 35.81 acres in West Harrison, Westchester County, NY, (the "Sale") through its Chapter 11 case in the US Bankruptcy Court for the Southern District of NY, Case No. 24-22373. The Sale is proposed to be free and clear of all liens, claims, encumbrances, and other interests.

Interested parties may contact St. Christopher's, Inc.'s counsel listed below for information about the Sale. The Bankruptcy Court-approved bidding procedures set the following dates: Friday, Sept. 12, 2025 @ 5:00pm (ET) bid deadline, Thurs., Sept. 18, 2025 @ 11:00am (ET) auction (if multiple qualified bids), and Friday, Sept. 26, 2025 @ 10:00am (ET) hearing to approve the Sale.

BARCLAY DAMON LLP
Janice Grubin
Allen Underwood
(212) 784-5800
August 8, 15 2025
LNYS0347438