**BARCLAY DAMON LLP**
Janice B. Grubin
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Telephone: (212) 784-5808
jgrubin@barclaydamon.com

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ST. CHRISTOPHER'S, INC., *et al.*,[1] | : | Case No. 24-22373 (shl) |
| | : | Main Case |
| Debtors. | : | Jointly Administered |

**NOTICE OF ADJOURNMENT OF**
**CASE MANAGEMENT STATUS CONFERENCE**

**PLEASE TAKE NOTICE** that the Case Management Status Conference (the "**Conference**") scheduled for October 14, 2025 at 10:00 a.m. EST has been adjourned to **October 22, 2025 at 10:00 a.m. EST**.

**PLEASE TAKE FURTHER NOTICE** that participants can attend the adjourned Conference in person or via the Zoom for Government platform. Participants in the adjourned Conference are required to register their appearance before the hearing utilizing the e-Court Appearances tool at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that the adjourned Conference may be further adjourned or continued thereafter from time to time without further notice other than an

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

1

32523298.1

announcement of the adjourned or continued date or dates at the adjourned Conference or a later hearing.

Dated: October 8, 2025
       New York, New York

**BARCLAY DAMON LLP**

By:   */s/Janice B. Grubin*
Janice B. Grubin
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Telephone: (212) 784-5808
jgrubin@barclaydamon.com

*Counsel to Debtors and Debtors-in-Possession*