**BARCLAY DAMON LLP**
Janice B. Grubin
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Telephone: (212) 784-5808
jgrubin@barclaydamon.com

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ST. CHRISTOPHER'S, INC., *et al.*,[1] | : | Case No. 24-22373 (shl) |
| | : | Main Case |
| Debtors. | : | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Audrey A. Vrooman, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am in the employ of Barclay Damon LLP, counsel for the Debtors and Debtors-in-Possession in the above-captioned bankruptcy cases.

2. On the 8th day of October, 2025, I electronically filed for Janice B. Grubin the *Notice of Designation of Qualified and Successful Bid for Approval at Sale Hearing on October 22, 2025 for Jennie Clarkson Real Estate* [Docket No. 253] with the United States Bankruptcy Court for the Southern District of New York using the CM/ECF system, which system sent notification to the parties set forth on the attached **Service List A**.

3. On the 8th day of October, 2025, I electronically filed for Janice B. Grubin the *Notice of Adjournment of Case Management Status Conference* [Docket No. 254] with the United States Bankruptcy Court for the Southern District of New York using the CM/ECF system, which system sent notification to the parties set forth on the attached **Service List A**.

4. On the 8th day of October, 2025, I caused to be served the *Notice of Designation of Qualified and Successful Bid for Approval at Sale Hearing on October 22, 2025 for Jennie Clarkson Real Estate* [Docket No. 253] and *Notice of Adjournment of Case Management Status Conference* [Docket No. 254] upon the Hon. Sean H. Lane, United States Bankruptcy Judge for the Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140 via first class mail by depositing two (2) copies of same in a properly

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

1

addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service in the City of Syracuse, New York, prior to the last pick up time for that day.

     5.     On the 8th day of October, 2025, I caused to be served the *Notice of Designation of Qualified and Successful Bid for Approval at Sale Hearing on October 22, 2025 for Jennie Clarkson Real Estate* [Docket No. 253] and *Notice of Adjournment of Case Management Status Conference* [Docket No. 254] upon the parties set forth on the attached **Service List B** via first class mail by depositing copies of same in properly addressed envelopes in an official depository under the exclusive care and custody of the United States Postal Service in the City of Syracuse, New York, prior to the last pick up time for that day.

     6.     On the 8th day of October, 2025, I caused to be served the *Notice of Designation of Qualified and Successful Bid for Approval at Sale Hearing on October 22, 2025 for Jennie Clarkson Real Estate* without the Purchase and Sale Agreement Exhibits [portion of Docket No. 253] and *Notice of Adjournment of Case Management Status Conference* [Docket No. 254] upon the parties set forth on the attached **Service List C** via first class mail by depositing copies of same in properly addressed envelopes in an official depository under the exclusive care and custody of the United States Postal Service in the City of Syracuse, New York, prior to the last pick up time for that day.

Dated:   October 9, 2025
          Syracuse, New York                  */s/Audrey A. Vrooman*
                                                      AUDREY A. VROOMAN

## SERVICE LIST A

- **Stephenie Lannigan Bross**    sbross@sssfirm.com
- **Christopher M. Desiderio**    cdesiderio@nixonpeabody.com
- **Kelli M. Finnegan**    kfinnegan@reedsmith.com
- **Scott Fleischer**    sfleischer@barclaydamon.com
- **Janice Beth Grubin**    jgrubin@barclaydamon.com
- **Alan C. Hochheiser**    ahochheiser@mauricewutscher.com
- **Kenneth Kim**    kkim@hermanlaw.com
- **Greg M. Kohn**    gkohn@nagelrice.com
- **Michelle Ann Labayen**    mlabayen@hermanlaw.com, MLabayen@hermanlaw.com
- **Ilan Markus**    imarkus@barclaydamon.com, ilan-markus-4670@ecf.pacerpro.com
- **Jesse Mautner**    jmautner@mersonlaw.com
- **Stuart S. Mermelstein**    smermelstein@hermanlaw.com, docketing@hermanlaw.com
- **Jeffrey A. Reich**    reichlaw@reichpc.com
- **Holly Lynn Reinhardt**    hreinhardt@orangecountygov.com
- **Scott M. Salant**    ssalant@ddw-law.com
- **Ilan D. Scharf**    ischarf@pszjlaw.com, lcanty@pszjlaw.com
- **Eric J. Snyder**    esnyder@wilkauslander.com, jstauder@wilkauslander.com
- **Heidi J. Sorvino**    Sorvinoh@whiteandwilliams.com
- **Heidi J. Sorvino-Trustee**    sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com
- **James I. Stang**    jstang@pszjlaw.com
- **United States Trustee**    USTPRegion02.NYECF@USDOJ.GOV

3

## SERVICE LIST B

Office of the United States Trustee
Attn: Paul K. Schwartzberg, Trial Attorney
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Heidi J. Sorvino, Esq.
Subchapter V Trustee
White and Williams LLP
810 Seventh Avenue, Suite 500
New York, NY 10019

Office of the NYS Attorney General
Westchester Regional Office
Attn: Sandra Giorno-Tocco, Esq.
44 South Broadway
White Plains, NY 10601

Reich Reich & Reich, P.C.
Attn: Jeffrey A. Reich, Esq.
*Attorneys for Greenburgh North Castle UFSD*
235 Main Street, Suite 450
White Plains, NY 10601

Herman Law
Attn: Stuart S. Mermelstein, Esq.
*Attorneys for Certain Personal Injury Creditors*
475 Fifth Avenue, 17th Floor
New York, NY 10017

Herman Law
Attn: Kenneth Kim, Esq.
*Attorneys for Certain Personal Injury Creditors*
475 Fifth Avenue, 17th Floor
New York, NY 10017

Herman Law
Attn: Michelle Labayen, Esq.
*Attorneys for Certain Personal Injury Creditors*
475 Fifth Avenue, 17th Floor
New York, NY 10017

Maurice Wutscher LLP
Attn: Alan C. Hochheiser, Esq.
*Attorneys for AmTrust North America, Inc.*
23611 Chagrin Boulevard, Suite 207
Beachwood, OH 44122

Orange County Attorney's Office
*Attorneys for the County of Orange and D.S.S.*
Attn: Holly L. Reinhardt, Esq.
Orange County Government Center
255-275 Main Street, Second Floor
Goshen, NY 10924

Slater Slater Schulman LLP
Attn: Stephenie Lannigan Bross, Esq.
*Attorneys for Certain Personal Injury Creditors*
445 Broad Hollow Road, Suite 419
Melville, NY 11747

Reed Smith LLP
Attn: Kelli M. Finnegan and Brian M. Schenker
*Attorneys for Layla Lending II LLC*
599 Lexington Avenue
New York, NY 10022

Nagel Rice, LLP
Attn: Greg M. Kohn, Esq.
*Attorneys for JMF Properties, LLC, et al.*
103 Eisenhower Parkway
Roseland, NJ 07068

DelBello Donnellan Weingarten
Wise & Wiederkehr LLP
Attn: Scott M. Salant, Esq.
*Attorneys for Better Building Concepts, Inc.*
One North Lexington Avenue, 11th Floor
White Plains, NY 10601

Pachulski Stang Ziehl & Jones LLP
Attn: Ilan D. Scharf, Esq. and
     Hayley R. Winrad, Esq.
*Attorneys for Ad Hoc CVA Survivors Committee*
1700 Broadway, 36th Floor
New York, NY 10019

Pachulski Stang Ziehl & Jones LLP
Attn: James I. Stang, Esq.
*Attorneys for Ad Hoc CVA Survivors Committee*
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

Nixon Peabody LLP
Attn: Christopher M. Desiderio, Esq.
*Attorneys for Dormitory Authority of New York*
55 West 46th Street
New York, NY 10036-4120

Merson Law, PLLC
Attn: Jesse R. Mautner, Esq.
*Attorneys for Certain Personal Injury Creditors*
950 Third Avenue, 18th Floor
New York, NY 10022-2705

4

**SERVICE LIST C**

| | | |
|---|---|---|
| Atlantic, a Program of De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | Atlantic, a Program of De Lage Landen Financial Services, Inc.<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | NYS Dormitory Authority<br>Attn: Executive Director<br>515 Broadway<br>Albany, NY 12207 |
| NYS Dormitory Authority<br>Attn: General Counsel<br>515 Broadway<br>Albany, NY 12207 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | NYS Department of Taxation & Finance<br>Attn: Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 |
| John M. Nonna, County Attorney<br>Westchester County<br>Department of Law<br>148 Martine Avenue<br>White Plains, NY 10601 | Town of North Castle<br>Attn: Receiver of Taxes<br>Town Hall Annex<br>17 Bedford Road<br>Armonk, NY 10504 | Marc W. Garbar, Esq.<br>CSI Group Law Firm, PC<br>1599 Highway 34 - Suite 2<br>Wall, NJ 07727 |
| Arlene Watson<br>c/o Marsh Law Firm PLLC<br>Attn: James R. Walsh, Esq. and<br>      Mollie Cearley, Esq.<br>31 Hudson Yards, 11th Floor<br>New York, NY 10001-2170 | McGivney, Kluger, Clark & Intoccia, P.C.<br>Attn: Michael R. Rawlinson, Esq.<br>33 Whitehall Street, 16th Floor<br>New York, NY 10004 | Laurie E. Morrison, Esq.<br>Law Offices of Laurie E. Morrison<br>100 Church Street, 8th Floor,<br>New York, NY, 10007 |
| Michael Coviello<br>Assistant General Counsel<br>Legal Department<br>District Council 37, AFSCME, AFL-CIO<br>125 Barclay Street<br>New York, NY 10007 | Silver & Kelmachter LLP<br>Attn: Michael B. Duglow, Esq.<br>11 Park Place, Suite 1503<br>New York, NY 10007 | Silver & Kelmachter, LLP<br>Attn: Samer Nath, Esq.<br>11 Park Place, Suite 1503<br>New York, NY 10007 |
| Silver & Kelmachter LLP<br>Attn: Sharon A. Cheren, Esq.<br>11 Park Place, Suite 1503<br>New York, NY 10007 | Hodges Walsh & Burke, LLP<br>Attn: Michael Burke, Esq.<br>55 Church Street, Suite 211<br>White Plains, NY 10601 | Silver & Kelmachter LLP<br>Attn: Perry D. Silver, Esq.<br>11 Park Place, Suite 1503<br>New York, NY 10007 |
| Harris Beach PLLC<br>Attn: Philip Spellane, Esq.<br>99 Garnsey Road<br>Pittsford, NY 14534 | Hodges Walsh & Burke, LLP<br>Attn: John J. Walsh, Esq.<br>55 Church Street, Suite 211<br>White Plains, NY 10601 | Hodges Walsh & Burke, LLP<br>Attn: Kelly A. Hodges, Esq.<br>55 Church Street, Suite 211<br>White Plains, NY 10601 |
| Hodges Walsh & Burke, LLP<br>Attn: George S. Hodges, Esq.<br>55 Church Street, Suite 211<br>White Plains, NY 10601 | Sokoloff Stearn LLP<br>Attn: Brian Sokoloff, Esq.<br>179 Westbury Avenue<br>Carle Place, NY 11514 | Shaw, Perelson, May & Lambert, LLP<br>Attn: Steven M. Latino, Esq.<br>21 Van Wagner Road<br>Poughkeepsie, NY 12603 |

| | | |
|---|---|---|
| Scahill Law Group P.C.<br>Attn: Francis J. Scahill, Esq.<br>1065 Stewart Avenue, Suite 210<br>Bethpage, NY 11714 | Greenstein & Milbauer, LLP<br>Attn: Robert J. Greenstein, Esq. and<br>    Michael Barnett, Esq.<br>1825 Park Avenue, 9th Floor<br>New York, NY 10035 | Rivkin Radler LLP<br>Attn: Frank Raia, Esq. and<br>    Mathew A. Lampert, Esq.<br>926 RXR Plaza<br>Uniondale, NY 11556-0926 |
| Dupee & Monroe, P.C.<br>Attn: James E. Monroe, Esq.<br>211 Main Street<br>P.O. Box 470<br>Goshen, NY 10924 | Bleakley Platt & Schmidt, LLP<br>Attn: John P. Hannigan, Esq.<br>One North Lexington Avenue<br>White Plains, NY 10602 | Williams Cedar, LLC<br>Attn: Gerald J. Williams, Esq., and<br>    Shauna L. Friedman, Esq.<br>One South Broad Street, Suite 1510<br>Philadelphia, PA 19107 |
| Levy Konigsberg, LLP<br>Attn: Tal Z. Stanecky, Esq.<br>605 Third Avenue, 33rd Floor<br>New York, NY 10158 | Seeger Weiss, LLP<br>Attn: Stephen A. Weiss, Esq.,<br>    Michael Rosenberg, Esq., and<br>    Philippa Ratzki, Esq.<br>100 Church Street, 8th Floor, Suite 835<br>New York, NY 10005 | Rubin, Fiorella, Friedman & Mercante LLP<br>Attn: Leila Cardo, Esq.<br>630 Third Avenue, 3rd Floor<br>New York, NY 10017 |
| Bond, Schoeneck & King PLLC<br>Attn: John F. McKay, III, Esq.<br>1010 Franklin Avenue, Suite 200<br>Garden City, NY 11530 | Leahey & Johnson, P.C.<br>Attn: Joanne Filiberti, Esq. and<br>    Peter J. Johnson, Jr., Esq.<br>120 Wall Street, Suite 2220<br>New York, NY 10005 | Silberstein, Awad & Miklos, P.C.<br>Attn: Michael Lauterborn, Esq.<br>600 Old Country Road, Suite 505<br>Garden City, NY 11530 |
| Cook, Netter, Cloonan, Kurtz & Murphy, P.C.<br>Attn: Eric M. Kurtz, Esq.<br>85 Main Street<br>P.O. Box 3939<br>Kingston, NY 12402 | Freese & Goss<br>Attn: Tim K. Goss, Esq., and<br>    Peter de la Cerda, Esq.<br>3500 Maple Avenue, Suite 1100<br>Dallas, TX 75219 | New York City Law Department<br>Attn: Elizabeth G. Gallay Esq.<br>100 Church Street<br>New York, NY 10007 |
| Matthews & Associates<br>Attn: David P. Matthews, Esq., and<br>    Liza L. Roys, Esq.<br>2905 Sackett Street<br>Houston, TX 77098 | New York City Law Department<br>Attn: Christopher Mamone, Esq.<br>100 Church Street<br>New York, NY 10007 | New York City Law Department<br>Attn: Georgia M. Pastana Esq.<br>100 Church Street<br>New York, NY 10007 |
| New York City Law Department<br>Attn: Cathy J. Neustein, Esq.<br>100 Church Street<br>New York, NY 10007 | New York City Law Department<br>Attn: Erik Zissu, Esq.<br>100 Church Street<br>New York, NY 10007 | New York City Law Department<br>Attn: John Orcutt, Esq.<br>100 Church Street<br>New York, NY 10007 |
| New York City Law Department<br>Attn: Elizabeth Gross, Esq.<br>100 Church Street<br>New York, NY 10007 | New York City Law Department<br>Attn: James E. Johnson, Esq.<br>100 Church Street<br>New York, NY 10007 | New York City Law Department<br>Attn: Kimberly A Lennard, Esq.<br>100 Church Street<br>New York, NY 10007 |
| New York City Law Department<br>Attn: Howard Eison, Esq.<br>100 Church Street<br>New York, NY 10007 | New York City Law Department<br>Attn: Julie B Rubinstein, Esq.<br>100 Church Street<br>New York, NY 10007 | New York City Law Department<br>Attn: Phyllis Calistro, Esq.<br>100 Church Street<br>New York, NY 10007 |

| | | |
|---|---|---|
| New York City Law Department<br>Attn: Julie A. Ortiz, Esq.<br>100 Church Street<br>New York, NY 10007 | New York City Law Department<br>Attn: Paraskevi Migdalis, Esq.<br>100 Church Street<br>New York, NY 10007 | Herman Law<br>Attn: Adam P. Scalice, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |
| New York City Law Department<br>Attn: Lori A. Manning, Esq.<br>100 Church Street<br>New York, NY 10007 | New York City Law Department<br>Attn: Tricia Reddington, Esq.<br>100 Church Street<br>New York, NY 10007 | Herman Law<br>Attn: Jeff Herman, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |
| New York City Law Department<br>Attn: Sylvia Hinds-Radix, Esq.<br>100 Church Street<br>New York, NY 10007 | Herman Law<br>Attn: Cynthia A. Constantino, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Herman Law<br>Attn: Nicholas Macinnis, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |
| Herman Law<br>Attn: Ameer N. Benno, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Herman Law<br>Attn: Marysa Linares, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Herman Law<br>Attn: Scott M. Duquin, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |
| Herman Law<br>Attn: Jesse Seiden, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Herman Law<br>Attn: Suzanne M. Walsh, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | NY Home Maintenance Co., Inc.<br>d/b/a A. Borrelli Mechanical<br>Attn: Jackie Caspare, Financial Manager<br>147 Wheeler Avenue<br>Pleasantville, NY 10570 |
| A.M.<br>c/o Herman Law<br>Attn: Yusaf Sattar, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | A.P.<br>c/o Herman Law<br>Attn: Wayne Williams, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | A.S., S.S., M.S., and R.S.<br>c/o Silver & Kelmachter, LLP<br>Attn: Perry D. Silver, Esq.<br>11 Park Place, Suite 1503<br>New York, NY 10007 |
| ABS Sales Company, Inc.<br>418 Saw Mill River Road<br>Yonkers, NY 10701 | Administration for Children Services<br>Division of Administrative Procurement<br>150 Williams Street, 9th Floor<br>New York, NY 10038 | ADP Screening & Selection Services<br>P.O. Box 645177<br>Cincinnati, OH 45264-5177 |
| ADP, LLC<br>Automatic Data Processing, Inc.<br>One ADP Boulevard<br>Roseland, NJ 07068 | AFCO Insurance Premium Finance<br>Attn: Customer Service<br>150 North Field Drive, Suite 190<br>Lake Forest, IL 60045 | Affron Fuel Oil<br>P.O. Box 67<br>Newburgh, NY 12551 |
| AFLAC New York<br>Attn: Remittance Processing Services<br>1932 Wynnton Road<br>Columbus, GA 31999-6005 | Alfred Edwards<br>c/o District Council 37 AFSCME<br>125 Barclay Street<br>New York, NY 10007 | Steptoe LLP<br>Attn: Joshua Taylor, Esq. & Dina Kolker, Esq.<br>1330 Connecticut Avenue N.W.<br>Washington, DC 20036 |

Albany County Department of Social Services
112 State Street
Albany, NY 12207

AMBAC Assurance Corporation
Attn: Legal Department
285 Fulton Street, 41st Floor
New York, NY 10007

All Safe Fire Protection, Inc.
375 Executive Boulevard
Elmsford, NY 10523

All-State Air Control Service
P.O. Box 505
Pelham, NY 10803

Ami Patel
c/o Mark W. Grabar, Esq.
1599 Highway 34, Suite 2
Farmingdale, NJ 07727

American Alarm Co. Inc.
17 Rock Cut Road
Newburgh, NY 12550

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Amthem HealthChoiceHMO Inc.
Penn 1
Legal Department - 36th Floor
New York, NY 10119

AMN Healthcare, Inc.
Attn: Legal Department,
     Chief Legal Officer
12400 High Bluff Drive
San Diego, CA 92130

AMN Leadership Solutions, Inc.
12400 High Bluff Drive
San Diego, CA 92130

Ariel Property Advisors
122 East 42nd Street, Suite 2405
New York, NY 10168

Anthony Bevens
c/o Levy Konigsberg, LLP
Attn: Shaunna D. Lazzaro, Esq.
605 Third Avenue, 33rd Floor
New York, NY 10158

Argento & Sons, Inc.
1 Prospect Avenue
White Plains, NY 10607

At-Bay Specialty Insurance Company
CRC Group
Attn: Tara Bodden, General Counsel
1 Post Street, 14th Floor
San Francisco, CA 94104

Atlantic Business Products
P.O. Box 5149
White Plains, NY 10602-5149

ASCA Group Insurance Trust
c/o PPI Benefit Solutions
10 Research Parkway, Suite 200
Wallingford, CT 06492

AtlantiCare It
6725 Delilah Road
Egg Harbor Township, NJ 08234

AtlanticIT
134 West 26th Street, 3rd Floor
New York, NY 10001

Atlantic Tomorrow's Office
Attn: Horace Turnbull, CFO
134 West 26th Street
New York, NY 10001

Barrera's Contracting Inc.
Attn: Jamie Barrera
233 Spring Street
Ossining, NY 10562

Benfield Electric Supply Co.
240 Washington Street
Mount Vernon, NY 10553

Foster & Wolkind, P.C.
Attn: Bryan Wolkind, Esq.
80 Fifth Avenue, Suite 1401
New York, NY 10011

Bertelsmann Learning LLC
d/b/a Relias Learning Classes
P.O. Box 74008620
Chicago, IL 60674-8620

Better Building Concepts Inc.
d/b/a CClean
P.O. Box 284
Somers, NY 10589

Azuga Inc.
P.O. Box 735291
Chicago, IL 60673-5291

C.L.
c/o Herman Law
Attn: Ameer Benno, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

BNY Mellon, N.A.
Attn: Matthew Lombardi, CSM,
Corporate Trust
240 Greenwich Street, 7th Floor
New York, NY 10286

8

| | | |
|---|---|---|
| Bert Drobbin Co.<br>87-11 111th Street<br>Richmond Hill, NY 11418 | CCF Health Home<br>Attn: Jodi Saitowitz, Executive Director<br>590 6th Avenue, #12<br>New York, NY 10011 | Burke, Scolamiero & Hurd, LLP<br>Attn: Andrea P. Demers, Esq.<br>P.O. Box 15085<br>Albany, NY 12212-5085 |
| Better Building Concepts, Inc.<br>d/b/a CClean<br>c/o Scott M. Salant, Esq.<br>1 North Lexington Avenue, 11th Floor<br>White Plains, NY 10601 | Children & Family Services Office<br>Capital View Office Park<br>52 Washington Street<br>Rensselaer, NY 12144-2834 | Camlyn Limardo<br>c/o Herman Law<br>Attn: Ameer Benno, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |
| Bond, Schoeneck & King PLLC<br>Attn: Howard M. Miller, Esq.<br>1010 Franklin Avenue, Suite 200<br>Garden City, NY 11530 | Ciox Health<br>P.O. Box 409740<br>Atlanta, GA 30384-9740 | Cemco Water & Wastewater Specialists<br>P.O. Box 602<br>Stormville, NY 12582 |
| Burke, Scolamiero & Hurd, LLP<br>Attn: Peter M. Scolamiero, Esq<br>P.O. Box 15085<br>Albany, NY 12212-5085 | City Wide Facility Solutions of Westchester<br>280 Dobbs Ferry Road, Suite 301<br>White Plains, NY 10607 | Children's Village Management Services, LLC<br>Attn: Jeremy Christopher Kohomban, CEO<br>One Echo Hills Road<br>Dobbs Ferry, NY 10522 |
| Carol Asche<br>215 Ronbru Drive<br>New Rochelle, NY 10804 | Hudson Valley Development Disabilities<br>Service Office – Division of Service Delivery<br>Attn: Community Transition Unit Director<br>220 White Plains Road, Suite 675<br>Tarrytown, NY 10591 | City Medical of Uppereast Side<br>P.O. Box 117091<br>Atlanta, GA 30368-7091 |
| Central Hudson Gas & Electric<br>Attn: Stacey A. Renner, VP Innovation and Sustainability<br>284 South Avenue<br>Poughkeepsie, NY 12601-4839 | Consolidated Edison Company of New York Inc.<br>Attn: EAG-Bankruptcy Group<br>4 Irving Place, 9th Floor<br>New York, NY 10003 | Columbia County Social Service<br>25 Railroad Avenue<br>Hudson, NY 12534 |
| Cintas Corporation No. 2<br>P.O. Box 630803<br>Cincinnati, OH 45263-0803 | Corey Glass, Inc.<br>364 Adams Street<br>Bedford Hills, NY 10507 | Companion Life Insurance Company,<br>a Mutual of Omaha Company<br>425 Broadhollow Road, 2nd Floor<br>Melville, NY 11747 |
| City of White Plains, NY<br>Red Light Camera Program<br>P.O. Box 35131<br>Seattle, WA 98124-5131 | County of Sullivan<br>100 North Street<br>Monticello, NY 12701 | Continental Casualty Company<br>151 North Franklin Street<br>Chicago, IL 60606 |
| Community Mental Health Department<br>Westchester County<br>112 East Post Road<br>White Plains, NY 10601 | Crystal Rock, LLC<br>200 Eagles Landing Boulevard<br>Lakeland, FL 33810 | Cornerstone Land Abstract LLC<br>248-52 Jericho Turnpike<br>Bellerose Village NY 11001 |

| | | |
|---|---|---|
| Con Edison<br>Cooper Station<br>P.O. Box 138<br>New York, NY 10276-0138 | D.W.<br>c/o Herman Law<br>Attn: Melissa Gilbon Ferraro, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | County of Westchester<br>148 Martine Avenue<br>White Plains, NY 10601 |
| Dabney G. Wesley<br>c/o Westchester County HRC<br>112 East Post Road, 3rd Floor<br>White Plains, NY 10601 | DiCarlo Distributions<br>P.O. Drawer 2365<br>Holtsville, NY 11742-0911 | Denise Knight<br>c/o Greenstein & Milbauer, LLP<br>Attn: Michael Barnett, Esq.<br>1825 Park Avenue, 9th Floor<br>New York, NY 10035 |
| Corporate Armor Technologies<br>2105 Northwest Boulevard<br>Newton, NC 28658 | Dolores Ortiz<br>1A Lakecrest Drive<br>Danbury, CT 06811 | Dennis Conklin<br>c/o Herman Law<br>Attn: Cynthia A. Constantino, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |
| CR Wallauer, LLC<br>d/b/a Wallauer Paint & Decorating<br>Attn: Maria Hull, Office Manager<br>30 Virginia Road<br>White Plains, NY 10603 | Dutchess County Department of Social Services<br>60 Market Street<br>Poughkeepsie, NY 12601 | Digital Assurance Certification LLC (DAC)<br>315 East Robinson Street, Suite 300<br>Orlando, FL 32801 |
| Cynthia M. Mickens<br>c/o Matthews & Associates<br>Attn: David P. Matthews, Esq.<br>2905 Sackett Street<br>Houston, TX 77098 | Empro Insurance Company<br>P.O. Box 71429<br>Philadelphia, PA 19176-1429 | Elizabeth Stevenson<br>c/o Silberstein, Awad & Miklos<br>600 Old Country Road, Suite 505<br>Garden City, NY 11530 |
| Daniel and Elizabeth Case<br>72 South Montgomery Street<br>Walden, NY 12586-1622 | Environmental Compliance<br>Management Concepts LLC<br>28 H. Urban Drive<br>Clintondale, NY 12515 | Enterprise Fleet Management Trust<br>8334 23rd Avenue, 2nd Floor<br>East Elmhurst, NY 11370 |
| Devitt's<br>56 Devitt Circle<br>New Windsor, NY 12553 | Facilities Management Corp.<br>P.O. Box 3689<br>Poughkeepsie, NY 12603 | Environmental Compliance<br>Management Concepts LLC<br>Attn: Lawrence Keeno, Jr.<br>90 Orchard Hill Road<br>Middletown, NY 10941 |
| Dobbs Ferry Sewer Department<br>P.O. Box 786987<br>Philadelphia, PA 19178-8987 | Fulton County Department of Social Services<br>P.O. Box 549<br>Johnstown, NY 12095 | Garfunkel Wild, P.C.<br>Attn: Burton S. Weston, Esq.<br>111 Great Neck Road, 6th Floor<br>Great Neck, NY 11021 |
| Durkin Propane Inc.<br>Attn: Raymond Durkin, President<br>120 Fields Lane<br>Brewster, NY 10509 | Genworth Life Insurance Company of NY<br>3100 Albert Lankford Drive<br>P.O. Box 40005<br>Lynchburg, VA 24504 | Geodom Carting Corporation<br>15 Roy Place<br>Eastchester, NY 10709 |

EmPRO Insurance  
1800 Northern Boulevard  
P.O. Box 9009  
Roslyn, NY 11576

Greenburgh-North Castle UFSD  
Attn John Marino, Assistant Superintendent of Business  
71 South Broadway  
Dobbs Ferry, NY 10522

Enterprise Fleet Management Trust  
Attn: Customer Billing  
P.O. Box 800089  
Kansas City, MO 64180-0089

Facilities Maintenance Corp.  
35 Van Wyck Lane  
Wappingers Falls, NY 12590

H & E Cleaning Services  
P.O. Box 8365  
Sleepy Hollow, NY 10591

H2O Innovation Operations & Maintenance  
4 Commerce Street, Suite A2  
Poughkeepsie, NY 12603

Genserve Inc.  
Attn: Michael Ciantro, Corporate Admininistrative Support  
100 Newtown Road  
Plainview, NY 11803

Hayley R. Diamond  
183 Coach Lane  
Levittown, NY 11756

Heights Lumber Center, Inc.  
3 Windsor Highway  
New Windsor, NY 12553

George Conklin  
c/o Herman Law  
Attn: Cynthia A. Constantino, Esq.  
475 Fifth Avenue, 17th Floor  
New York, NY 10017

Harnick and Harnick P.C.  
Attn: Robert M. Harnick, Esq.  
305 Broadway  
New York, NY 10007

Indeed Inc.  
Mail Code 5160  
P.O. Box 660367  
Dallas, TX 75266-0367

Greene County Department of Social Services  
411 Main Street, #238  
Rensselaer, NY 12414

Ina Farmer  
c/o Silver & Kelmachter, LLP  
Attn: Perry D. Silver, Esq.  
11 Park Place, Suite 1503  
New York, NY 10007

IPFS of New York LLC  
170 Northpointe Parkway, Suite 300  
Amherst, NY 14228

H & E Cleaning & Restorations  
2650 Windsor Knoll Drive  
Dacula, GA 30019

International Business Machine  
P.O. Box 643600  
Pittsburgh, PA 15264-3500

Ishani Dave  
8 Walnut Street, Apt. 1  
Tarrytown, NY 10591

Harris Beach PLLC  
Attn: David Edwards, Esq.  
99 Garnsey Road  
Pittsford, NY 14534

Iron Mountain Information Management, LLC  
Attn: Joseph P. Corrigon, Corporate Counsel  
1101 Enterprise Drive  
Royerford, PA 19568

Jeffrey Lewis  
c/o Herman Law  
Attn: Cynthia A. Constantino, Esq.  
475 Fifth Avenue, 17th Floor  
New York, NY 10017

Herkimer County Department of Social Services  
301 North Washington Street  
Herkimer, NY 13350

Jane Doe-19536  
c/o Greenstein & Milbauer, LLP  
Attn: Michael Barnett, Esq.  
1825 Park Avenue, 9th Floor  
New York, NY 10035

Jose Davila  
c/o Slater Slater Schulman LLP  
Attn: Arielle Z. Felshon, Eq.  
488 Madison Avenue, 20th Floor  
New York, NY 10022

I.B.  
c/o Greenstein & Milbauer  
Attn: Michael Barnett, Esq.  
1825 Park Avenue, 9th Floor  
New York, NY 10035

JP McHale Pest Management Inc.  
241 Bleakley Avenue  
Buchanan, NY 10511

Justice Center for Protection of Special Needs People  
161 Delaware Avenue  
Delmar, NY 12054

| | | |
|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Unit<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kara Collins<br>4229 Amanda Lane<br>Schenectady, NY 12303 | Lara Gwen Richardson<br>12 West 22nd Street<br>Huntington Station, NY 11746 |
| IPFS of New York LLC<br>P.O. Box 32144<br>New York, NY 10087-2144 | Letitia James, New York Attorney General<br>Office of the Attorney General<br>The Capitol<br>Albany, NY 12224-0341 | Levy Konigsberg, LLP<br>Attn; Shaunna D. Lazzaro, Esq.<br>605 Third Avenue<br>New York, NY 10158 |
| J.N.<br>c/o Silver & Kelmachter, Esq.<br>Attn: Perry D. Silver, Esq.<br>11 Park Place, Suite 1503<br>New York, NY 10007 | Lexington Center for Recovery<br>c/o Jim Hughes<br>24 Smith Avenue<br>Mount Kisco, NY 10549 | Lippolis Electric Inc.<br>Attn: James M. Walsh, CFO<br>25 Seventh Street<br>Pelham, NY 10803 |
| JMF Acquisitions, LLC<br>JMF Properties LLC<br>c/o Nagel Rice, L.L.P.<br>103 Eisnehower Parkway, Suite 103<br>Roseland, NJ 07068 | Lloyd's of London<br>Attn: Legal Department<br>280 Park Avenue<br>East Tower, 25th Floor<br>New York, NY 10017 | Lorenzo Chambers<br>c/o District Council 37 AFSCME<br>125 Barclay Street<br>New York, NY 10007 |
| Joseph Forgione<br>c/o Nagel Rice, L.L.P.<br>103 Eisenhower Pkwy, Suite 103<br>Roseland, NJ 07068 | Maier Markey & Justic LLP<br>2 Lyon Place<br>White Plains, NY 10601 | Marangi Disposal<br>P.O. Box 398<br>Middletown, NY 10940 |
| K.R.<br>c/o Herman Law<br>Attn: Cynthia A. Constantino, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Marsh Law Firm PLLC<br>Attn: James R. Walsh, Esq.<br>31 Hudson Yards, 11th Floor<br>New York, NY 10001 | Marsh Law Firm PLLC<br>Attn: Mollie Cearley, Esq.<br>31 Hudson Yards, 11th Floor<br>New York, NY 10001 |
| Lauren Romero<br>300 Stratford Lane, Apt. 70<br>Middletown, NY 10940 | McGivney Kluger Clark & Intoccia, P.C.<br>Attn: Kenneth S. Ross, Esq.<br>33 Whitehall Street, 16th Floor<br>New York, NY 10004 | Max Braun & Sons, Inc.<br>Love Farms, LLC<br>204 Albion Avenue<br>Paterson, NJ 07502 |
| LKB Inc.<br>One Aerial Way<br>Syosset, NY 11791 | Merritt Hawkins & Associates<br>Attn: Marie Matthews<br>2999 Olympus Boulevard, Suite 500<br>Coppell, TX 75019-1205 | Merraine Group Inc.<br>Attn: Karolj Eri<br>215 West 104th Street 74<br>New York, NY 10025 |
| LVMD Venture LLC<br>AFC Urgent Care<br>843 Hutchinson River Parkway<br>Bronx, NY 10465 | Michael Iovanella<br>2685 Broadview Drive<br>Yorktown Heights, NY 10598 | MetroPlus Health Plan, Inc.<br>50 Water Street, 7th Floor<br>New York, NY 10004 |

Mark Nelson Associates LLC
760 Bryant Avenue, Apt. 3G
Bronx, NY 10474

Montefiore Health Information Management
1 Fordham Plaza, Suite 1100
Bronx, NY 10458

Mid Hudson Veterinary Practice
394 Route 52
Carmel, NY 10512

Maya Interpreters.com
P.O. Box 2858
Labelle, FL 33975

Mutual of Omaha Insurance Company
76 North Broadway
Irvington, NY 10533

MR Appliance of Scarsdale NY
P.O. Box 343
White Plains, NY 10606

MDJ Heating & Air Conditioning
35 Sunny Knoll Drive
Poughkeepsie, NY 12603

Nadia Richardson
c/o Laurie E. Morrison, Esq.
100 Church Street, 8th Floor
New York, NY 10007

Mutual of Omaha Insurance Company
P.O. Box 2147
Omaha, NE 68103-2147

Merson Law, PLLC
Attn:  Matthew G. Merson, Esq.
950 Third Avenue
New York, NY 10022

Nagel Rice, L.L.P.
Attn: Robert H. Solomon, Esq.
103 Eisenhower Parkway, Suite 103
Roseland, NJ 07068

Nagel Rice, L.L.P.
Attn: Bruce H. Nagel, Esq.
103 Eisenhower Parkway, Suite 103
Roseland, NJ 07068

Metropolitan Foods Inc.
d/b/a Driscoll Foods
6 West Belt Parkway
Wayne, NJ 07470

New York City Department of Finance
P.O. Box 3600
Church Street Station
New York, NY 10008-3600

Nassau County Department of Social Services
60 Charles Lindbergh Boulevard
Uniondale, NY 11553-3686

MRO
P.O. Box 6410
Southeastern, PA 19398

N.K.
315 Hicksville Road, Apt. 1
Bethpage, NY 11714

Millin Associates, LLC
303 Merrick Road, Suite 401
Lynbrook, NY 11563

National Union First Insurance Company
1271 Avenue of the Americas, Suite 37
New York, NY 10020-1304

Nicole Bowman
c/o Silver & Kelmachter, LLP
Attn: Perry D. Silver, Esq.
11 Park Place, Suite 1503
New York, NY 10007

Nagel Rice, L.L.P.
Attn: Greg M. Kohn, Esq.
103 Eisenhower Parkway, Suite 103
Roseland, NJ 07068

NYS Department of Education
89 Washington Avenue, Room 302EB
Albany, NY 12234

Nissan Motor Acceptance Company
P.O. Box 740596
Cincinnati, OH 45274-0596

Nicole Ford
c/o District Council 37 AFSCME
125 Barclay Avenue
New York, NY 10007

NYS Department of Motor Vehicles
P.O. Box 2049
Albany, NY 12220-0409

NYS Labor Law Poster Service
911 Central Avenue, #260
Albany, NY 12206-1392

NYC Environmental Protection
Attn: Jean Marc Roche, Supervisor
59-17 Junction Boulevard, 13th Floor
Flushing, NY 11373

Nicole G. Johnson, as Parent
c/o Dupee & Monroe, P.C.
211 Main Street
P.O. Box 470
Goshen, NY 10924

Office of Refugee Resettlement
Attn: Yolanda D. Barnes, LMSW
Mary E. Switzer Building, Room 5123
330 C Street, SW
Washington, DC 20201

NYS Department of Health
AIDS Institute
Corning Tower, ESP
Albany, NY 12237

The Bank of New York Mellon
Attn: Alex Chang, Senior Vice President
240 Greenwich Street
New York, NY 10286

Orange County Attorney's Office
Attn: Kellie E. Lagitch, Esq.
255-275 Main Street
Goshen, NY 10924

OPWDD - NYS Office of People with
Developmental Disabilities
44 Holland Avenue
Albany, NY 12229-0001

NYS Department of Labor
Unemployment Insurance Division
State Campus
P.O. Box 4320
Binghamton, NY 13902

Park South Medical
1545 Unionport Road
Bronx, NY 10462

Orange County Attorney's Office
Attn: Richard B. Golden,, Esq.
255-275 Main Street
Goshen, NY 10924

NYS Division of Human Rights
Attn: Yonette Ageda Scott, HRS
One Fordham Plaza, 4th Floor
Bronx, NY 10458

Futz Maddox Dickens PLC
Attn: Phillip A. Martin
101 South Fifth Street, 27th Floor
Louisville, KY 40202

Paycom
Attn: Nitzan Bradin, TSR
7501 West Memorial Road
Oklahoma City, OH 73142-1404

NYS Office of Mental Health
Attn: Office of Counsel
44 Holland Avenue
Albany, NY 12229

Proftech LLC
10 Skyline Drive
Hawthorne, NY 10532

Philadelphia Indemnity Insurance Company
One Bala Plaza, Suite 100
Bala Cynwyd, PA 19004

Orange County Attorney's Office
Attn: Carol C. Pierce, Esq.
255-275 Main Street
Goshen, NY 10924

Qualifacts Systems, Inc.
315 Deaderick Street, Suite 2300
Nashville, TN 37238

Prospero Nursery Corporation
1120 Knollwood Road
White Plains, NY 10603

Orange County Department of Social Services
255-275 Main Street
Goshen, NY 10924

Randy Schein
3657 Broadway, Apt. 4A
New York, NY 10031

R.C. Fine Foods
P.O. Box 236
Belle Mead, NJ 08502

Pharmacy Corporation of America
d/b/a Pharmerica
Attn:  Legal Department
805 North Whittington Parkway, Suite 400
Louisville, KY 40222

Reg Renewal Center
207 Genesee Street, Suite 6
Utica, NY 13501-5899

Reader's Hardware, Inc.
133 Main Street
Dobbs Ferry, NY 10522

Pitney Bowes Global Financial
Services, LLC
P.O. Box 981022
Boston, MA 02298-1022

Rendena Services, Inc.
1307 Bethany Turnpike
Honesdale, PA 18431

Reginal Singleton
c/o Silver & Kelmchter, LLP
Attn: Perry D. Silver, Esq.
11 Park Place, Suite 1503
New York, NY 10007

14

Putnam County Department of Social Services
110 Old Route 6
Carmel, NY 10512

Robert Armbruster
c/o Herman Law
Attn: Cynthia A. Costantino, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

Renselaer County Department of Social Services
127 Bloomingrove Drive
Troy, NY 12180

Ralph Newman
c/o Herman Law
Attn: Cynthia A. Constantino, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

Robison Oil
One Gateway Plaza, 4th Floor
Port Chester, NY 10573-4674

RNR Systems Integrators Inc.
130-10 97th Avenue
South Richmond Hill, NY 11419

Reader's Hardware, Inc.
c/o Law Office of Steven A. Campanaro
Attn: Steven A. Campanaro, Esq.
707 Westchester Avenue, Suite 405
White Plains, NY 10604

Rubin Fiorella Friedman Mercan
Attn: Leila Cardo, Esq.
630 Third Avenue, 3rd Floor
New York, NY 10017

Robert Half
12400 Collections Center Drive
Chicago, IL 60693

Relias LLC
Attn: Ashley Boydstun
1010 Sync Street, Suite 100
Morrisville, NC 27560

Schenectady County Department of Social Services
620 State Street
Schenectady, NY 12305

Rockland Bakery
94 Demarest Mill Road West
Nanuet, NY 10954-2989

Kirschenbaum & Kirschenbaum, P.C.
Attn: Neil Ackerman, Esq.
200 Garden City Plaza, Suite 315
Garden City, NY 11530

Schwab & Gasparini, PLLC
Attn: Carolyn A. Loftus, Esq.
1441 Route 22, Suite 206
Brewster, NY 10509

S.M.
c/o Herman Law
Attn: Benjamin R. Silver, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

Robert L. Wolf
d/b/a Sweetman Communications
38 Tyler Circle
Rye, NY 10580

Stericycle, Inc.
28883 Network Place
Chicago, IL 60673-1288

School District #12 of Towns of Greenburgh & North Castle
71 South Broadway
Dobbs Ferry, NY 10522

Rockland County Department of Social Services
50 Sanatorium Road
Pomona, NY 10970

Superior Communications, Inc.
Attn: Laurie Thomasset, Office Manager
2 Tibbits Avenue
White Plains, NY 10606

Schwab & Gasparini, PLLC
Attn: Louis U. Gasparini Esq.
1441 Route 22, Suite 206
Brewster, NY 10509

Schwab & Gasparini, PLLC
Attn: Accounts Receivable
109 South Warren Street, Suite 306
Syracuse, NY 13202

Town of North Castle
Attn: Julie Mucker, Conservation Board
17 Bedford Road
Armonk, NY 10504

Spectrum TimeWarner
TimeWarner Cable Enterprises
P.O. Box 7186
Pasadena, CA 91097-1860

Slater Slater Schulman LLP
Attn: Samantha Breakstone Esq.
488 Madison Avenue, 20th Floor
New York, NY 10022

Traub Lieberman Straus & Shrew
Attn: Jonathan R. Harwood, Esq.
Seven Skyline Drive
Hawthorne, NY 10532

Steuben County Department of Social Services
3 East Pulteney Square
Bath, NY 14810

Star Auto Spa, LLC
Attn: Patrick Daugherty, Manager
979 Saw Mill River Road
Yonkers, NY 10710

Ulster County Department of Social Services
1061 Development Court
Kingston, NY 12401

Tiffany Grant
c/o Seeger Weiss, LLP
Attn: Michael L. Rosenberg, Esq. and
 Carole A. Rivera, Esq.
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07760

Suffolk County Department of Social Services
3085 Veterans Memorial Highway
Ronkonkoma, NY 11779

Valley National Bank
Attn: Branch Manager
100 Park Avenue
New York, NY 10017

Tri State Quality Hay
3209 Route 22
Patterson, NY 12563

Town of New Windsor
Attn: Receiver of Taxes
555 Union Avenue
New Windsor, NY 12553

Verisma Systems Inc.
1750 Founders Parkway, Suite 130
Alpharetta, GA 30009

Unifirst Corporation
205 Garfield Avenue
Stratford, CT 06615

Tractor Supply Credit Plan
P.O. Box 78004
Phoenix, AZ 85062-8004

W.F.
c/o Herman Law
Attn: Cynthia A. Constantino, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

Venus Garner
c/o Silver Kelmachter, LLP
Attn: Perry D. Silver, Esq.
11 Park Place, Suite 1503
New York, NY 10007

Tribridge Holdings, LLC
20408 Beshan Drive, Suite 231
Ashburn, VA 20147-5552

WatchGuard 24/7 LLC
Attn: John Rafferty, CEO
71-16 Myrtle Avenue
Ridgewood, NY 11385

Verizon Wireless
a/k/a Cellco Partnership
P.O. Box 408
Newark, NJ 07101-0408

USI Insurance Services LLC
333 Westchester Avenue, Suite 102
West Harrison, NY 10604

Westchester County Law Department
Attn: Taryn Chapman-Langrin
148 Martine Avenue, 6th Floor
White Plains, NY 10601

W.R.
c/o Herman Law
Attn: Kenneth Kim, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

Veolia Water New York Inc.
Payment Center
P.O. Box 371804
Pittsburgh, PA 15250-7804

Westchester Waste Oil Company Inc.
P.O. Box 254
Washingtonville, NY 10992-0254

Westchester Auto & Glass
972 Nepperhan Avenue
Yonkers, NY 10703

Village of Dobbs Ferry
Attn: Village Treasurer
112 Main Street
Dobbs Ferry, NY 10522

Wilk Auslander
Attn: Jack Wilk, Esq.
825 Eighth Avenue, Suite 2900
New York, NY 10019

Westchester County Department of
Social Services
112 East Pond Road
White Plains, NY 10601

Waldo Perrier
182 Midlandy Street
Brentwood, NY 11717

Wilk Auslander
Attn: Martin W. Scherer, Esq.
825 Eighth Avenue, Suite 2900
New York, NY 10019

WHJ Plumbing Heating & Cooling
P.O. Box 10491
Newburgh, NY 12552-0491

| | | |
|---|---|---|
| Westchester Human Rights Division<br>Attn: John Baker, Investigator<br>112 East Post Road, 3rd Floor<br>White Plains, NY 10601 | Wilk Auslander<br>Attn:  Eric Snyder, Esq.<br>825 Eighth Avenue, Suite 2900<br>New York, NY 10019 | Y.C.<br>c/o Jeff Herman, Esq.<br>Herman Law<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |

In addition, four (4) former employee creditors and seventeen (17) parties believed to have expressed an interest in acquiring the Jennie Clarkson Real Estate within the last six (6) months were served at their confidential residence or business addresses, which addresses are available for *in camera* review upon reasonable and appropriate request, in the Debtors' sole determination or via Court order.