**Hearing Date: November 5, 2025 at 10:00 a.m. (prevailing Eastern Time)**
**Objection Deadline: October 31, 2025 at 12:00 p.m. (prevailing Eastern Time)**
**Reply Deadline: November 3, 2025 at 6:00 p.m. (prevailing Eastern Time)**

**BARCLAY DAMON LLP**
Janice B. Grubin
Allen J. Underwood II
Ilan Markus
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Telephone: (212) 784-5800
jgrubin@barclaydamon.com
aunderwood@barclaydamon.com
imarkus@barclaydamon.com

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ST. CHRISTOPHER'S, INC., *et al.*,[1] | : | Case No. 24-22373 (shl) |
| | : | Main Case |
| Debtors. | : | Jointly Administered |

**NOTICE OF DEBTORS' MOTION FOR ORDER CLARIFYING THE
NEW WINDSOR SALE ORDER AND TO FACILITATE THE SALE OF THE
NEW WINDSOR REAL ESTATE BY: I) MODIFYING THE "DROP DEAD" SALE
DATE; II) MODIFYING THE NEW WINDSOR CLOSING DATE;
III) CLARIFYING THAT THE SALE SATISFIES THE RELEVANT PORTIONS OF
THE NEW YORK NOT-FOR-PROFIT CORPORATION LAW PURSUANT TO THE
BANKRUPTCY CODE AND THE BANKRUPTCY RULES; IV) CONFIRMING
APPROVAL OF THE DEBTORS' ORDINARY COURSE TRANSACTIONS OF
a) MODIFICATION OF THE LEASE BETWEEN DEBTOR THE McQUADE
FOUNDATION AND GNC; AND b) THE NW LICENSE AGREEMENT; AND
V) FOR SUCH OTHER AND FURTHER RELIEF AS IS EQUITABLE AND JUST**

**PLEASE TAKE NOTICE** that on October 20, 2025, Barclay Damon LLP, as counsel for

the debtors and debtors-in-possession, filed the Debtors' motion for entry of an order clarifying

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

1

the New Windsor Sale Order and to facilitate the sale of the New Windsor Real Estate by: I) modifying the drop dead sale date; II) modifying the New Windsor Closing Date; III) clarifying that the New Windsor Sale satisfies the relevant portions of the New York Not-For-Profit Corporation Law, pursuant to the Bankruptcy Code and the Bankruptcy Rules; IV) confirming approval of the Debtors' ordinary course transactions of a) modification of the lease between the Debtor The McQuade Foundation and GNC; and b) the NW License Agreement; and V) for such other and further relief as is equitable and just (the "NW Facilitation Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the NW Facilitation Motion will be held on **November 5, 2025 at 10:00 a.m. (prevailing Eastern Standard Time**) (the "Hearing") before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that participants can attend the Hearing in person or via the Zoom for Government platform. Participants in the Hearing are required to register their appearance before the hearing utilizing the e-Court Appearances tool at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that copies of the NW Facilitation Motion may be obtained free of charge by contacting the undersigned counsel. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing.

**PLEASE TAKE FURTHER NOTICE** that any response or objection (together, the "Objections") to the NW Facilitation Motion shall be in writing, shall comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at https://www.nysb.uscourts.gov), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 so as to be received by: the Hon. Sean H. Lane, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408; the Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, New York 10004-1408, Attn: Paul Schwartzberg, Esq., Paul.Schwartzberg@usdoj.gov; the Subchapter V Trustee, Heidi J. Sorvino, Esq., White and Williams LLP, 810 Seventh Avenue, Suite 500, New York, New York 10019, Sorvinoh@whiteandwilliams.com; and the undersigned counsel no later than **12:00 p.m. (prevailing Eastern Standard Time) on October 31, 2025**.

**PLEASE TAKE FURTHER NOTICE** that any replies in further support (the "Replies") of the NW Facilitation Motion shall be in writing, shall comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at https://www.nysb.uscourts.gov), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 so as to be received by: the Hon. Sean H. Lane, United

States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408; the Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, New York 10004-1408, Attn: Paul Schwartzberg, Esq., Paul.Schwartzberg@usdoj.gov; the Subchapter V Trustee, Heidi J. Sorvino, Esq., White and Williams LLP, 810 Seventh Avenue, Suite 500, New York, New York 10019, Sorvinoh@whiteandwilliams.com; and the undersigned counsel no later than **6:00 p.m. (prevailing Eastern Standard Time) on November 3, 2025**.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the NW Facilitation Motion, the Debtors may, after the Hearing, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the NW Facilitation Motion, which order may be entered without further notice or opportunity to be heard.

Dated: October 23, 2025
New York, New York

    **BARCLAY DAMON LLP**

    By:    */s/Janice B. Grubin*
    Janice B. Grubin
    Allen J. Underwood II
    Ilan Markus
    1270 Avenue of the Americas, Suite 2310
    New York, New York 10020
    Telephone: (212) 784-5800
    jgrubin@barclaydamon.com
    aunderwood@barclaydamon.com
    imarkus@barclaydamon.com

    *Counsel to Debtors and Debtors-in-Possession*