**BARCLAY DAMON LLP**
Janice B. Grubin
Allen J. Underwood II
Ilan Markus
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Telephone: (212) 784-5800
jgrubin@barclaydamon.com
aunderwood@barclaydamon.com
imarkus@barclaydamon.com

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11, Subchapter V |
| | : | |
| ST. CHRISTOPHER'S, INC., *et al.*,[1] | : | Case No. 24-22373 (shl) |
| | : | Main Case |
| Debtors. | : | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Audrey A. Vrooman, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am in the employ of Barclay Damon LLP, counsel for the Debtors and Debtors-in-Possession in the above-captioned bankruptcy cases.

2. On the 20th day of October, 2025, I electronically filed for Janice B. Grubin the following documents with the United States Bankruptcy Court for the Southern District of New York using the CM/ECF system, which system sent notification to the parties set forth on the attached **Service List A**:

   a. *Debtors' Motion for Order Clarifying the New Windsor Sale Order and to Facilitate the Sale of the New Windsor Real Estate by: I) Modifying the "Drop Dead" Sale Date; II) Modifying the New Windsor Closing Date; III) Clarifying that the Sale Satisfies the Relevant Portions of the New York Not-For-Profit Corporation Law Pursuant to the Bankruptcy Code and Bankruptcy Rules; IV) Confirming Approval of the Debtors' Ordinary Course Transactions of a) Modification of the Lease Between Debtor The McQuade Foundation and GNC; and b) the NW License Agreement; and V) for Such Other and Further*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

1

  *Relief as Is Equitable and Just* with *Exhibits A-F*, including proposed Order, [Docket No. 257]; and

  b. *Motion to Shorten Notice for Hearing on Debtors' Motion for Order Clarifying the New Windsor Sale Order and to Facilitate the Sale of the New Windsor Real Estate by: I) Modifying the "Drop Dead" Sale Date; II) Modifying the New Windsor Closing Date; III) Clarifying that the Sale Satisfies the Relevant Portions of the New York Not-For-Profit Corporation Law Pursuant to the Bankruptcy Code and Bankruptcy Rules; IV) Confirming Approval of the Debtors' Ordinary Course Transactions of a) Modification of the Lease Between Debtor The McQuade Foundation and GNC; and b) the NW License Agreement; and V) for Such Other and Further Relief as Is Equitable and Just* with proposed *Order Shortening Time for Notice* [Docket No. 258].

3. On the 23rd day of October, 2025, a representative of the United States Bankruptcy Court for the Southern District of New York electronically filed the following document using the CM/ECF system, which system sent notification to the parties set forth on the attached **Service List A**:

  a. *Order Shortening Time for Notice of Debtors' Hearing on Motion for Entry of Order Clarifying the New Windsor Sale Order and to Facilitate the Sale of the New Windsor Real Estate by: I) Modifying the "Drop Dead" Sale Date; II) Modifying the Closing Date; III) Clarifying that the New Windsor Sale Satisfies the Relevant Portions of the New York Not-For-Profit Corporation Law Pursuant to the Bankruptcy Code and Bankruptcy Rules; and IV) Confirming Approval of the Debtors' Ordinary Course Transactions: a) Modification of the Lease Between Debtor The McQuade Foundation and GNC; and b) the NW License Agreement; and (V) For Such Other and Further Relief as is Equitable and Just* [Docket No. 259].

4. On the 23rd day of October, 2025, I electronically filed for Janice B. Grubin the following document with the United States Bankruptcy Court for the Southern District of New York using the CM/ECF system, which system sent notification to the parties set forth on the attached **Service List A**:

  a. *Notice of Debtors' Motion for Order Clarifying the New Windsor Sale Order and to Facilitate the Sale of the New Windsor Real Estate by: I) Modifying the "Drop Dead" Sale Date; II) Modifying the New Windsor Closing Date; III) Clarifying that the Sale Satisfies the Relevant Portions of the New York Not-For-Profit Corporation Law Pursuant to the Bankruptcy Code and Bankruptcy Rules; IV) Confirming Approval of the Debtors' Ordinary Course Transactions of a) Modification of the Lease Between Debtor The McQuade Foundation and GNC; and b) the NW License Agreement; and V) For Such Other and Further Relief as is Equitable and Just* [Docket No. 260].

5. On the 23rd day of October, 2025, I caused to be served the documents set forth at paragraphs 2 through 4 above [Docket Nos. 257-260] upon the Hon. Sean H. Lane, United States

Bankruptcy Judge for the Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140 via overnight delivery by depositing two (2) copies of same in a properly addressed express envelope in an official depository under the exclusive care and custody of UPS in the City of Syracuse, New York, prior to the last pick up time for that day.

6.     On the 23rd day of October, 2025, I caused to be served the document set forth at paragraph 4 above [Docket No. 260] upon the parties set forth on the attached **Service List B** via first class mail by depositing copies of same in properly addressed envelopes in an official depository under the exclusive care and custody of the United States Postal Service in the City of Syracuse, New York, prior to the last pick up time for that day.

Dated:   October 23, 2025
        Syracuse, New York                              */s/Audrey A. Vrooman*
                                                  AUDREY A. VROOMAN

## SERVICE LIST A

- **Stephenie Lannigan Bross**    sbross@sssfirm.com
- **Dante De Leo**    ddeleo@orangecountygov.com
- **Christopher M. Desiderio**    cdesiderio@nixonpeabody.com
- **Kelli M. Finnegan**    kfinnegan@reedsmith.com
- **Scott Fleischer**    sfleischer@barclaydamon.com
- **Janice Beth Grubin**    jgrubin@barclaydamon.com
- **Alan C. Hochheiser**    ahochheiser@mauricewutscher.com
- **Kenneth Kim**    kkim@hermanlaw.com
- **Greg M. Kohn**    gkohn@nagelrice.com
- **Michelle Ann Labayen**    mlabayen@hermanlaw.com, MLabayen@hermanlaw.com
- **Ilan Markus**    imarkus@barclaydamon.com, ilan-markus-4670@ecf.pacerpro.com
- **Jesse Mautner**    jmautner@mersonlaw.com
- **Stuart S. Mermelstein**    smermelstein@hermanlaw.com, docketing@hermanlaw.com
- **Jeffrey A. Reich**    reichlaw@reichpc.com
- **Holly Lynn Reinhardt**    hreinhardt@orangecountygov.com
- **David Michael Riley**    ronald.cappiello@morganlewis.com; julia.frost-davies@morganlewis.com; david.riley@morganlewis.com
- **Scott M. Salant**    ssalant@ddw-law.com
- **Ilan D. Scharf**    ischarf@pszjlaw.com, lcanty@pszjlaw.com
- **Eric J. Snyder**    esnyder@wilkauslander.com, jstauder@wilkauslander.com
- **Heidi J. Sorvino**    Sorvinoh@whiteandwilliams.com
- **Heidi J. Sorvino-Trustee**    sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com
- **James I. Stang**    jstang@pszjlaw.com
- **Allen J. Underwood II**    aunderwood@barlcaydamon.com
- **United States Trustee**    USTPRegion02.NYECF@USDOJ.GOV

4

## SERVICE LIST B

Office of the United States Trustee
Attn: Paul K. Schwartzberg, Trial Attorney
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Heidi J. Sorvino, Esq.
Subchapter V Trustee
White and Williams LLP
810 Seventh Avenue, Suite 500
New York, NY 10019

Reed Smith LLP
Attn: Kelli M. Finnegan and Brian M. Schenker
*Attorneys for Layla Lending II LLC*
599 Lexington Avenue
New York, NY 10022

Braunfotel & Frendel, LLC
Attn: Keith I. Braunfotel, Esq.
*Attorneys for 621 Blooming Grove LLC*
39 Maple Avenue
New City, NY 10956

Office of the NYS Attorney General
Attn: Letitia James, Attorney General
The Capitol
Albany, NY 12224-0341

Office of the NYS Attorney General
Westchester Regional Office
Attn: Sandra Giorno-Tocco, Esq.
44 South Broadway
White Plains, NY 10601

Office of the NYS Attorney General
Poughkeepsie Regional Office
One Civic Center Plaza, Suite 401
Poughkeepsie, NY 12601-3157

AmTrust Title Insurance Company
Attn: Michael P. Sasso, Esq., Senior Counsel
50 Charles Lindbergh Boulevard, Suite 600
Uniondale, NY 11553

Crossbridge Title
Attn: Michael Hirschler, Esq.
4667 Route Nine North
Howell, NJ 07731

AMBAC Insurance Corporation
Attn: John Williams
66 Field Point Road, Fourth Floor
Greenwich, CT 06830

Reich Reich & Reich, P.C.
Attn: Jeffrey A. Reich, Esq.
*Attorneys for Greenburgh North Castle UFSD*
235 Main Street, Suite 450
White Plains, NY 10601

Nixon Peabody LLP
Attn: Christopher M. Desiderio, Esq.
*Attorneys for Dormitory Authority of New York*
55 West 46th Street
New York, NY 10036-4120

Carter Ledyard & Milburn LLP
Attn: James Gadsden, Esq.
*Attorneys for The Bank of New York Mellon*
28 Liberty Street, 41st Floor
New York, NY 10005

Maurice Wutscher LLP
Attn: Alan C. Hochheiser, Esq.
*Attorneys for AmTrust North America, Inc.*
23611 Chagrin Boulevard, Suite 207
Beachwood, OH 44122

Orange County Attorney's Office
*Attorneys for the County of Orange and DSS*
Attn: Holly L. Reinhardt, Esq. and
        Dante D. De Leo, Esq.
Orange County Government Center
255-275 Main Street, Second Floor
Goshen, NY 10924

Pachulski Stang Ziehl & Jones LLP
Attn: Ilan D. Scharf, Esq. and
        Hayley R. Winrad, Esq.
*Attorneys for Ad Hoc CVA Survivors Committee*
1700 Broadway, 36th Floor
New York, NY 10019

Pachulski Stang Ziehl & Jones LLP
Attn: James I. Stang, Esq.
*Attorneys for Ad Hoc CVA Survivors Committee*
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

Nagel Rice, LLP
Attn: Greg M. Kohn, Esq.
*Attorneys for JMF Properties, LLC, et al.*
103 Eisenhower Parkway
Roseland, NJ 07068

DelBello Donnellan Weingarten
Wise & Wiederkehr LLP
Attn: Scott M. Salant, Esq.
*Attorneys for Better Building Concepts, Inc.*
One North Lexington Avenue, 11th Floor
White Plains, NY 10601

DLA Piper LLP (US)
Attn: David Michael Riley, Esq.
*Attorneys for Cranlake Berry LLC*
to1251 Avenue of the Americas
New York, NY 10020-1104

DLA Piper LLC (US)
Attn: John Canoni, Esq.
*Attorneys for Cranlake Berry LLC*
1900 North Pearl Street, Suite 2200
Dallas, TX 75201

Herman Law
Attn: Kenneth Kim, Esq.
*Attorneys for Certain Personal Injury Creditors*
475 Fifth Avenue, 17th Floor
New York, NY 10017

Herman Law
Attn: Michelle Labayen, Esq.
*Attorneys for Certain Personal Injury Creditors*
475 Fifth Avenue, 17th Floor
New York, NY 10017

Herman Law
Attn: Stuart S. Mermelstein, Esq.
*Attorneys for Certain Personal Injury Creditors*
475 Fifth Avenue, 17th Floor
New York, NY 10017

| | | |
|---|---|---|
| Slater Slater Schulman LLP<br>Attn: Stephenie Lannigan Bross, Esq.<br>*Attorneys for Certain Personal Injury Creditors*<br>445 Broad Hollow Road, Suite 419<br>Melville, NY 11747 | Merson Law, PLLC<br>Attn: Jesse R. Mautner, Esq.<br>*Attorneys for Certain Personal Injury Creditors*<br>950 Third Avenue, 18th Floor<br>New York, NY 10022-2705 | Atlantic Business Products<br>Attn: Kia Robinson, VP Sales<br>P.O. Box 5149<br>White Plains, NY 10602-5149 |
| Atlantic, a Program of De Lage<br>Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | Atlantic, a Program of De Lage<br>Landen Financial<br>Attn: Lorraine Seely<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | Barrera's Contracting Inc.<br>Attn: Jamie Barrera<br>233 Spring Street<br>Ossining, NY 10562 |
| Better Building Concepts Inc.<br>d/b/a CC Clean<br>Attn: Alice Frias<br>P.O. Box 284<br>Somers, NY 10589 | Better Building Concepts, Inc.<br>d/b/a CClean<br>c/o Scott M. Salant, Esq.<br>360 Hamilton Avenue<br>White Plains, NY 10601 | Con Edison<br>Cooper Station<br>P.O. Box 138<br>New York, NY 10276-0138 |
| Consolidated Edison Company of New York Inc.<br>Attn: EAG-Bankruptcy Group<br>4 Irving Place, 9th Floor<br>New York, NY 10003 | DiCarlo Distributions<br>Attn: President or Managing Member<br>P.O. Drawer 2365<br>Holtsville, NY 11742-0911 | Metropolitan Foods Inc.<br>d/b/a Driscoll Foods<br>6 West Belt Parkway<br>Wayne, NJ 07470 |
| Durkin Propane Inc.<br>Attn: Raymond Durkin, President<br>120 Fields Lane<br>Brewster, NY 10509 | Greenburgh-North Castle UFSD<br>Attn John Marino, Assistant Superintendent of Business<br>71 South Broadway<br>Dobbs Ferry, NY 10522 | H&E Cleaning & Restorations<br>Attn: Hernando Campuzano<br>2650 Windsor Knoll Drive<br>Dacula, GA 30019 |
| Iron Mountain Information Management, LLC<br>Attn: Joseph P. Corrigon, Corporate Counsel<br>1101 Enterprise Drive<br>Royerford, PA 19568 | Maier Markey & Justic LLP<br>Attn: Peter Markey<br>2 Lyon Place<br>White Plains, NY 10601 | Max Braun & Sons, Inc.<br>Love Farms, LLC<br>Attn: President or Management Member<br>204 Albion Avenue<br>Paterson, NJ 07502 |
| Merraine Group Inc.<br>Attn: Karolj Eri<br>215 West 104th Street 74<br>New York, NY 10025 | Robert Half<br>Attn: Tami Witherell<br>12400 Collections Center Drive<br>Chicago, IL 60693 | Robison Oil<br>Attn: Pete Davenport<br>One Gateway Plaza, 4th Floor<br>Port Chester, NY 10573-4674 |
| Schwab & Gasparini PLLC<br>Attn: Carolyn Loftus, Accounts Receivable<br>109 South Warren Street, Suite 306<br>Syracuse, NY 13202 | USI Insurance Services LLC<br>Attn: ARCO Customer Service<br>333 Westchester Avenue, Suite 102<br>West Harrison, NY 10604 | WatchGuard 24/7 LLC<br>Attn: John Rafferty, CEO<br>71-16 Myrtle Avenue<br>Ridgewood, NY 11385 |
| Wilk Auslander<br>Attn: Helen Rella<br>825 Eight Avenue, Suite 2900<br>New York, NY 10019 | Dennis Conklin<br>c/o Herman Law<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Elizabeth Stevenson<br>c/o Silberstein, Awad & Miklos<br>Attn: Michael Lauterborn, Esq.<br>600 Old Country Road, Suite 505<br>Garden City, NY 11530 |

| | | |
|---|---|---|
| Jose Davila<br>c/o Slater Slater Schulman LLP<br>Attn: Arielle Z. Felshon, Eq.<br>488 Madison Avenue, 20th Floor<br>New York, NY 10022 | George Conklin<br>c/o Herman Law<br>Attn: Cynthia A. Constantino, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Jeffrey Lewis<br>c/o Herman Law<br>Attn: Cynthia A. Constantino, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |
| W.F.<br>c/o Herman Law<br>Attn: Jeff Herman, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Ralph Newman<br>c/o Herman Law<br>Attn: Cynthia A. Constantino, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 | Robert Armbruster<br>c/o Herman Law<br>Attn: Jeff Herman, Esq.<br>475 Fifth Avenue, 17th Floor<br>New York, NY 10017 |