**HEARING DATE: NOVEMBER 25, 2025**
**HEARING TIME: 10:00 A.M.**

**WILK AUSLANDER LLP**
825 Eighth Avenue, Suite 2900-
New York, NY 10019
(212) 981-2300
Eric J. Snyder, Esq.

*pro se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ST. CHRISTOPHER'S, INC., *et al.*[1] | |
| Debtor. | Case No.  24-22373 (SHL) |

**SUMMARY COVER SHEET FOR THE INTERIM FEE APPLICATION FOR**
**ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR**
**REIMBURSEMENT OF EXPENSES INCURRED IN THIS CASE FOR THE FIRST**
**PERIOD-FROM MAY 1, 2024 THROUGH AUGUST 31, 2025**

| | |
|---|---|
| Name of Applicant: | Wilk Auslander LLP, Attorneys for the Debtor |
| Date of Order Approving Retention: | August 16, 2024 [ECF #147] |
| Period for which Fees and Expenses are Sought: | May 1, 2024 through August 31, 2025 |
| Total Fees Sought for the Final Period: | $232,824.25 |
| Total Expenses Sought for the Final Period: | $8,307.46 |
| Total Allowed Fees Paid to Date: | $159,368.99 |
| Total Allowed Expenses Paid to Date: | $7,756.08 |
| Interim or Final: | Interim |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

**Summary of Fees for Services Rendered For**
**The Period May 1, 2024 through August 31, 2025**

| Name of Attorney | Position | Department | Year Admitted | Rate | Hours Billed | Total Billed |
|---|---|---|---|---|---|---|
| | | Information for Attorneys Upon Which Compensation is Sought | | | | |
| Jack Wilk | Partner | Tax | 1984 (NY) | $850 –$890 | 2.85 | $  2,434.50 |
| M. William Scherer | Partner | R.E./Litigation | 1975 (NY) | $735– $770 | 10.15 | $  7,512.75 |
| Helen Rella | Partner | Labor | 1987 (NY) | $630-$650 | 346 | $219,222 |
| Maxim Lubunsky | Associate | Litigation | 2022 (NY) | $425 | 8.6 | $    3,655 |
| **Total:** | | | | | **367.6** | **$232,824.25** |
| **Blended Hourly Rate:** | | | | **$633.36** | | |

WALLP\06014\99\120026865.v2-11/4/25

**WILK AUSLANDER LLP**
825 Eighth Avenue, Suite 2900
New York, New York 10019
Telephone: (212) 981-2300
Eric J. Snyder, Esq.

*pro se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ST. CHRISTOPHER'S, INC., *et al.*[2] | |
| Debtor. | Case No.  24-22373 (SHL) |

**INTERIM FEE APPLICATION OF WILK AUSLANDER LLP FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR
REIMBURSEMENT OF EXPENSES INCURRED IN THIS CASE FOR THE
PERIOD FROM MAY 1, 2024 THROUGH AUGUST 31, 2025**

Wilk Auslander LLP ("WA"), an ordinary course professional retained by St.

Christopher's, Inc. and the McQuade Foundation, debtors in the above-captioned chapter 11

cases, submits its first fee application (the "Application") for entry of an order, pursuant to § 331

of title 11 of the United States Code (the "Bankruptcy Code") granting it interim compensation

and reimbursement of expenses for the period from May 1, 2024 through August 31, 2025 (the

"Fee Period"). In support of this Application, WA respectfully represents as follows:

## BACKGROUND

***General Background***

1.      On April 29, 2024 (the "Petition Date"), the Debtors filed voluntary petitions for

relief under Chapter 11 the Bankruptcy Code.

---

[2] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification
number are: St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

WALLP\06014\99\120026865.v2-11/4/25

2.      On August 16, 2024, the Court entered an order (the "Retention Order")

approving the retention of WA, as an ordinary course professional pursuant to the Bankruptcy

Code [ECF No. 147]. A copy of the Retention Order is annexed hereto as **Exhibit A.**

## FEES AND EXPENSES

3.      By this Application, WA seeks final allowance and an award of compensation for

services rendered as bankruptcy counsel to the Debtor during: (a) the Fee Period with regard to

(i) fees for legal services in the amount of $232,822.25, representing 367.6 hours of professional

services; and (ii) expenses in the amount of $8,307.46, representing actual and necessary

expenses incurred by WA during the Fee Period.

4.      Detailed time entries for the Final Period recorded by the professionals that have

worked on these chapter 11 cases is attached hereto as **Exhibit B.**

5.      The amount of hours that each attorney recorded during the Fee Period for each

project is available on the table attached hereto as **Exhibit C.**

6.      The expenses WA incurred during the Final Period are detailed on attached

**Exhibit D** attached hereto.[3]

7.      In support of the Application, WA submits the declaration of Eric J. Snyder, Esq.,

a copy of which is attached hereto as **Exhibit E.**

## NOTICE

8.      Bankruptcy counsel for the Debtor contemplates providing notice of this

Application to: (i) all parties who have requested notice pursuant to Bankruptcy Rule 2002;

(ii) all Holders of Claims (as those terms are defined in the Plan) that have not been disallowed

or expunged; and (iv) the Office of the United States Trustee. In light of the nature of the relief

---

[3] The date corresponding to each expense reflects the date the expense was processed by the accounting department and not necessarily the date when the expense was incurred.

WALLP\06014\99\120026865.v2-11/4/25

requested, WA respectfully submits that no further notice is necessary.

3

**WHEREFORE**, WA respectfully requests that the Court enter an order: (a) approving (i) the interim allowance of $232,824.25[4] as compensation for professional services rendered by WA as counsel to the Debtors during the Fee Period; and (ii) the reimbursement of WA's out-of-pocket expenses incurred in connection with the rendering of professional services to the Debtor during the Fee Period in the amount of $8,307.46[5]; and (b) granting such other and further relief as the Court deems is just and proper.

Dated:  New York, New York
        November 4, 2025

**WILK AUSLANDER LLP**

By: /s/ Eric J. Snyder
    Eric J. Snyder, Esq.
    825 Eighth Avenue, 29th Floor
    New York, New York 10019
    (212) 981-2300

*pro se*

---

[4] WA received $159,368.99 during the First Period on account of fees.
[5]  WA received $7,756.08 during the First Period on account of expenses.

WALLP\06014\99\120026865.v2-11/4/25

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ST. CHRISTOPHER'S, INC., *et al.*,[1] | : | Case No. 24-22373-shl |
| | : | Main Case |
| Debtors. | : | Joint Administered |

**ORDER PURSUANT TO SECTIONS 105(a), 327, 328, AND 330 OF THE
BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO EMPLOY
PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

Upon consideration of the Application of the Debtors Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, dated July 12, 2024 (the "Application"),[2] filed by St. Christopher's Inc. and The McQuade Foundation, as debtors and debtors-in-possession (collectively, the "Debtors"); and it appearing that the Court has jurisdiction to consider the Application and the relief requested herein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference; and venue being proper before this Court pursuant to 28 U.S.C. § 1409; and it appearing that the relief requested in the Application is in the best interest of the Debtors, their estates and creditors; and it appearing that due notice of the Application has been given and no further or other notice need be given; and good and sufficient cause appearing; is it hereby

**ORDERED**, that the Application is granted as set forth herein; and it is further

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

**ORDERED**, that pursuant to sections 105(a), 327, 328, and 330 of the Bankruptcy Code, to the extent deemed necessary or appropriate by the Debtors, the Debtors are authorized to employ the Ordinary Course Professionals identified in **Exhibit B** annexed to the Application in the ordinary course of their businesses, effective as of the Petition Date, pursuant to the terms of this Order; and it is further

**ORDERED**, that within fourteen (14) days of the later of (i) entry of this Order or (ii) the engagement of such professional by the Debtors, each Ordinary Course Professional will serve upon the Office of the United States Trustee and the Subchapter V Trustee (i) an affidavit, which must also be filed on the docket in these Chapter 11 Cases, certifying that such professional does not represent or hold any interest adverse to the Debtors or their estates with respect to the matter on which such professional is to be employed, and (ii) a completed retention questionnaire, substantially in the form annexed to the Application as **Exhibit C**; and it is further

**ORDERED**, that the Debtors are authorized to pay compensation and reimburse expenses to each of the Ordinary Course Professionals retained pursuant to this Order in the customary manner and in the full amount billed by each Ordinary Course Professional upon receipt of reasonably detailed invoices indicating the nature of the post-petition services rendered and calculated in accordance with such professional's standard billing practices, up to the lesser of: (a) $25,000 per month per Ordinary Course Professional; or (b) $50,000 per month, in the aggregate, with an aggregate annual cap of $300,000, for all Ordinary Course Professionals (the "Ordinary Course Professional Fee Cap"); and it is further

**ORDERED**, that in the event an Ordinary Course Professional's asserted fees exceed $25,000 per month, that professional shall be required to file a fee application for those fees it is seeking in excess of the $25,000 individual cap in accordance with sections 330 and 331 of the

Bankruptcy Code, the Federal Rules, the Local Rules, the Fee Guidelines promulgated by the United States Trustee, and any and all orders of the Court; and it is further

**ORDERED**, that in the event the Ordinary Course Professionals' aggregate annual cap exceeds $300,000, those professionals may be required to submit separate retention applications; and it is further

**ORDERED**, that the Debtors are authorized to supplement the list of Ordinary Course Professionals from time to time as the need arises, by filing a notice with the Court and serving the same on: (i) the Office of the United States Trustee for the Southern District of New York; (ii) the Subchapter V Trustee; and (iii) any party that has requested notice pursuant to Bankruptcy Rule 2002; and it is further

**ORDERED**, that parties in interest have fourteen (14) days from the filing of any notice of a proposed supplemental Ordinary Course Professional, and if any such objection cannot be resolved within fourteen (14) days of being filed, the proposed retention of that Ordinary Course Professional shall be heard by the Court in its discretion, whereas if no such objection is filed or it is subsequently resolved, such proposed supplemental Ordinary Course Professional is deemed retained pursuant to the terms of this Order; and it is further

**ORDERED**, that this Order shall not apply to any professional retained by the Debtors pursuant to a separate order of the Court; and it is further

**ORDERED**, that the Debtors are hereby authorized to take such actions and execute such documents as may be necessary to implement the relief granted by this Order; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: August 16, 2024
       White Plains, New York

                                               */s/ Sean H. Lane*
                                         United States Bankruptcy Judge

EXHIBIT B

# WILK AUSLANDER

Wilk Auslander LLP
Worldwide Plaza
825 Eighth Avenue - Suite 2900
New York, NY 10019
FED. ID. #13-3430586

T 212 981 2300
F 212 752 6380
wilkauslander.com

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention:  Sarah Ruback, CEO**

June 11, 2024
Client:        006014
Matter:       000014
Invoice #:    237569
Resp. Atty:    JW
Page:             1

RE:  Post Petition

For Professional Services Rendered Through May 31, 2024

| | |
|---|---|
| Total Services | $8,557.50 |
| Total Disbursements | $1,088.76 |
| Total Current Charges | $9,646.26 |
| **PAY THIS AMOUNT** | **$9,646.26** |

---

**Remittance Advice**

Payment is due upon receipt.  Please return this remittance page with your payment.  Thank you.

**Check Payable To:**

Wilk Auslander LLP
Attn.: Accounts Receivable
825 Eighth Avenue - Suite 2900
New York, NY 10019

**Wire Transfer:**

Receiving Bank: Wells Fargo Bank - New York, NY
ABA Routing Number: 121000248
Swift Code: WFBIUS6S
Beneficiary: WILK AUSLANDER LLP
Account Number: 2000038031609

# WILK AUSLANDER

Wilk Auslander LLP
Worldwide Plaza
825 Eighth Avenue - Suite 2900
New York, NY 10019
FED. ID. #13-3430586

T 212 981 2300
F 212 752 6380
wilkauslander.com

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention:  Sarah Ruback, CEO**

June 11, 2024
Client:        006014
Matter:        000014
Invoice #:     237569
Resp. Atty:        JW
Page:               1

RE:  Post Petition

For Professional Services Rendered Through May 31, 2024

**SERVICES**

| Date | Person | Description of Services | Hours | Amount |
|------|--------|------------------------|-------|--------|
| 05/01/2024 | HR | Telephone conference with bankruptcy counsel Grubin re union grievance re WARN notifications and follow up emails with counsel re same and review of next steps re same. | 0.60 | $378.00 |
| 05/02/2024 | HR | Union:  Emails with bankruptcy counsel Grubin re response to union re grievance and issues re stay; telephone conference with Ms. Grubin and with associate S. Fleisher re research on issue and review of detailed email summarizing same; continue preparation of response to union re objection to grievance.<br><br>Edwards and Chambers and Ford: emails with AAA re provision of notice of filing. | 2.10 | $1,323.00 |
| 05/03/2024 | MWS | Contact court re: bankruptcy. | 0.50 | $367.50 |
| 05/03/2024 | HR | Union: continue preparation of response to grievance re WARN and seniority notifications and objection to same; finalize letter to union re same; prepare email to union re same; email to HR Director Vohra re same. | 1.20 | $756.00 |
| 05/06/2024 | HR | Union: Chambers and Edwards: emails with AAA re bankruptcy filing acknowledgment<br>Union: Gonzalez: receipt and examination of email from union rep Overby with Grievance letter and grievance requesting a Step 1 meeting; receipt and examination of second email from Ms. Overby with Grievance letter and Grievance requesting Step 2 Grievance; prepare detailed email to HR Director Vohra re issues and needed information. | 1.70 | $1,071.00 |
| 05/07/2024 | HR | Union: emails with HR Director Vohra re Seniority grievance response. | 0.20 | $126.00 |
| 05/08/2024 | HR | Gonzales:  call with HR Director Vohra re claim and response to union; prepare responsive email to Union rep Overby re grievance meeting. | 0.80 | $504.00 |

# WILK AUSLANDER

June 11, 2024
Client: 006014
Matter: 000014
Invoice #: 237569
Resp. Atty: JW
Page: 2

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 05/14/2024 | HR | Emails with bankruptcy counsel re propriety of filing Notice of Discontinuance in Patel case and receipt of reply re same; interoffice conference with E. Snyder re same. | 0.40 | $252.00 |
| 05/14/2024 | HR | (Employment) Review status of Gonzales grievance filing; email to HR Director Vohra re status and issues re grievance meeting and post grievance meeting write-up. | 0.60 | $378.00 |
| 05/15/2024 | HR | (Employment) Union: receipt and examination of email from federal conciliation mediator Sommer and prepare detailed reply thereto; interoffice conference with E. Snyder re union bargaining issues. | 1.10 | $693.00 |
| 05/20/2024 | HR | (Employment) Receipt and examination of email from HR Director Vohra re Gonzales union activity re grievance filed. | 0.20 | $126.00 |
| 05/22/2024 | HR | (Employment) Gonzales; emails with Dr. Ruback re additional claims relative to terminated employee; review of materials/documentation from Dr. Ruback. | 0.50 | $315.00 |
| 05/28/2024 | HR | (Employment) Receipt and examination of communication from AAA re pending matters. | 0.20 | $126.00 |
| 05/30/2024 | HR | (Employment) Gonzales: Receipt and examination of email from HR Director Vohra re Gonzales grievance meeting; emails and texts and call to Dr. Ruback re same; call with Dr. Ruback re same. | 0.80 | $504.00 |
| 05/31/2024 | HR | (Employment) Union: Receipt and examination of email from union negotiator Rim re meeting request; prepare reply to Ms. Rim Gonzales: receipt and examination of email from Onja Overby from union re grievance meeting; emails with M. Hubertus re call to discuss facts of case; lengthy conference call with Ms. Hubertus re facts re case; review of documentation; emails with J. DeJean re factual issues; prepare reply to Ms. Overby. | 2.60 | $1,638.00 |
| | | Total Professional Services | 13.50 | $8,557.50 |

## PERSON RECAP

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| MWS | M. William Scherer | 0.50 | $735.00 | $367.50 |
| HR | Helen Rella | 13.00 | $630.00 | $8,190.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 04/01/2024 | CS Disco, Inc.- - Inv# 445248 | $544.38 |
| 05/01/2024 | CS Disco, Inc.- - Inv# 456719 | $544.38 |
| | Total Disbursements | $1,088.76 |

# WILK AUSLANDER

June 11, 2024
Client:          006014
Matter:          000014
Invoice #:       237569
Resp. Atty:          JW
Page:                 3

| | | |
|---|---|---|
| Total Services | $8,557.50 | |
| Total Disbursements | $1,088.76 | |
| Total Current Charges | | $9,646.26 |
| **PAY THIS AMOUNT** | | **$9,646.26** |

# WILK AUSLANDER

Wilk Auslander LLP
Worldwide Plaza
825 Eighth Avenue - Suite 2900
New York, NY 10019
FED. ID. #13-3430586

T 212 981 2300
F 212 752 6380
wilkauslander.com

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

July 16, 2024
Client:        006014
Matter:       000014
Invoice #:    237704
Resp. Atty:        JW
Page:                 1

RE: Post Petition

For Professional Services Rendered Through June 30, 2024

| | |
|---|---|
| Total Services | $26,392.50 |
| Total Disbursements | $7.50 |
| Total Current Charges | $26,400.00 |
| Previous Balance | $9,646.26 |
| **PAY THIS AMOUNT** | **$36,046.26** |

---

### Remittance Advice

Payment is due upon receipt.  Please return this remittance page with your payment.  Thank you.

**Check Payable To:**

Wilk Auslander LLP
Attn.: Accounts Receivable
825 Eighth Avenue - Suite 2900
New York, NY 10019

**Wire Transfer:**

Receiving Bank: Wells Fargo Bank - New York, NY
ABA Routing Number: 121000248
Swift Code: WFBIUS6S
Beneficiary: WILK AUSLANDER LLP
Account Number: 2000038031609

# WILK AUSLANDER

Wilk Auslander LLP
Worldwide Plaza
825 Eighth Avenue - Suite 2900
New York, NY 10019
FED. ID. #13-3430586

T 212 981 2300
F 212 752 6380
wilkauslander.com

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

July 16, 2024
Client:        006014
Matter:        000014
Invoice #:     237704
Resp. Atty:       JW
Page:              1

RE: Post Petition

For Professional Services Rendered Through June 30, 2024

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|-------------------------|-------|--------|
| 06/03/2024 | HR | (Employment) Gonzales: emails with Megan Hubertus re grievance issues and with J. DeJean re same<br>Union: receipt and examination of request for labor management meeting from union and reply thereto; emails with Dr. Ruback re same. | 0.40 | $252.00 |
| 06/04/2024 | HR | (Employment) Union: emails with Dr. Ruback re response to union re request for meeting. | 0.20 | $126.00 |
| 06/05/2024 | HR | (Employment) Prepare summary email to S. Williams insurance broker re submission of additional claim information for carrier and review of issues and paperwork with regard to preparation of same re employee issues. | 0.70 | $441.00 |
| 06/06/2024 | JW | Consultation with Helen Rella regarding labor developments and potential shut down; Consider issues. | 0.50 | $425.00 |
| 06/06/2024 | HR | (Employment) Gonzales: emails with Ms. Hubertus and Mr. DeJean re grievance filed by union re: employee termination; conference call with Dr. Ruback re same; review of issues<br><br>Union: email to union negotiator re request for meeting re: employee termination; telephone conference with Dr. Ruback re same. | 1.90 | $1,197.00 |
| 06/10/2024 | HR | (Employment) Emails with HR assistants re various employee issues and with Dr. Ruback re same. | 0.30 | $189.00 |
| 06/11/2024 | HR | (Employment) Union; receipt and examination of correspondence from AAA re cases re employee claims<br>Emails with Dr. Ruback re carrier response to claims re employee issues. | 0.30 | $189.00 |
| 06/12/2024 | HR | (Employment) Email to broker re insurance response to claim submission and to Dr. Ruback re employee and related matters. | 0.30 | $189.00 |

# WILK AUSLANDER

July 16, 2024
Client:        006014
Matter:        000014
Invoice #:     237704
Resp. Atty:        JW
Page:               2

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|------------------------|-------|--------|
| 06/13/2024 | HR | (Employment) WARN: receipt and examination of email from Dr. Ruback with draft letter to parents of residents announcing closure of Jennie Clarkson campus and emails with bankruptcy counsel J. Grubin and S. Fleisher re same; emails with Dr. Ruback and bankruptcy counsel Grubin re WARN issues; prepare preliminary notice to union re JC closure; further emails from J. Grubin and from Dr. Ruback re changes; incorporate changes from J. Grubin and revise notification; further numerous emails re same; finalize notification to union and email to union re same; review issues re WARN amendment and issues pertaining thereto. | 4.20 | $2,646.00 |
| 06/14/2024 | HR | (Employment) WARN: Multiple texts and emails with Dr. Ruback and with bankruptcy counsel J. Grubin re WARN issues; telephone conference with counsel Grubin.<br>Union: emails with Ms. Hubertus re Gonzales employee grievance meeting and re communications with Ms. Overby re WARN grievance; emails with Ms. Overby re same; review grievance issues re union issues<br><br>Abuse Claims: emails with S. Williams and A. Willenski re submission of claims to carrier and emails with carrier representative re same. | 2.80 | $1,764.00 |
| 06/16/2024 | HR | (Employment) Emails with bankruptcy counsel Grubin re WARN issues. | 0.20 | $126.00 |
| 06/17/2024 | JW | Discussion with ES and HR regarding employment and other issues; warn act etc. | 0.30 | $255.00 |
| 06/17/2024 | HR | (Employment) Gonzales: emails with M. Hubertus and J. DeJean re Gonzales union grievance termination meeting; review of documentation re termination; prepare for call with M. Hubertus and J. DeJean; preparatory conference call with M. Hubertus and J. DeJean re grievance meeting; emails with union rep. Overby re same.<br>Union: telephone conference with Dr. Ruback re union issues including WARN, Gonzales and terminations; prepare responsive email to union negotiator Rimm re meeting time re WARN and closure issues.<br>WARN: emails with bankruptcy counsel Grubin re WARN conference meeting and telephone conference with Dr. Ruback re same; interoffice conference with E. Snyder re union withdrawal liability issues relative to pension plan and employee benefits.<br><br>Emails with M. Hubertus re conference with adjustor re Aydan Waydt abuse claim. | 3.20 | $2,016.00 |
| 06/18/2024 | JW | Discussion with H. Rella regarding misc. issues. | 0.25 | $212.50 |
| 06/18/2024 | MWS | Gather materials re: Forgione litigation for Grubin. | 1.00 | $735.00 |

# WILK AUSLANDER

July 16, 2024
Client:          006014
Matter:          000014
Invoice #:       237704
Resp. Atty:          JW
Page:                 3

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|------------------------|-------|--------|
| 06/18/2024 | HR | (Employment) WARN: emails with bankruptcy counsel Grubin and with Dr. Ruback re WARN call issues<br>Gonzales – text communications with M. Hubertus re employee termination grievance meeting; conference call with Ms. Hubertus and J. DeJean subsequent to grievance meeting with union; prepare grievance meeting report draft for submission to union. Union: emails with R. Santander union negotiator re meeting re WARN issues and union inquiries re: employees. | 3.10 | $1,953.00 |
| 06/19/2024 | HR | (Employment) WARN: email with bankruptcy counsel Grubin re call to address issues.<br>Gonzales claim: receipt of email from adjuster re claim and email in reply thereto; complete draft of grievance meeting report and email to M. Hubertus re same; review issues and prior grievance reporting re employee. | 1.70 | $1,071.00 |
| 06/20/2024 | JW | Discussion with H. Rella regarding warn act and other employment issues. | 0.30 | $255.00 |
| 06/20/2024 | HR | (Employment) WARN:  conference call with J. Grubin and team, and Dr. Ruback re WARN issues; subsequent conference with Dr. Ruback re same; emails re loan financing issues and notifications to staff re continued operations; further communications with Ms. Grubin and Dr. Ruback re same; review WARN issues re notifications to union and employees.<br><br>Wyatt – emails with M Hubertus and adjustor re conference on issues. | 2.30 | $1,449.00 |
| 06/21/2024 | HR | (Employment) Wyatt: conference call with M. Hubertus and with Adjuster from insurance carrier re sexual abuse claim and next steps; prepare summary email for Dr. Ruback re same.<br>Gonzales: Incorporate changes to grievance report re: employee termination and email to Ms. Hubertus re same<br><br>Employee update matter email to Dr. Ruback and receipt and examination of reply thereto. | 1.30 | $819.00 |
| 06/22/2024 | HR | (Employment) Emails with Dr. Ruback re employee issues; emails with J. Wilk re plan issues and union. | 0.30 | $189.00 |
| 06/23/2024 | HR | (Employment) Further emails with J. Wilk re plan issues. | 0.10 | $63.00 |
| 06/24/2024 | JW | Issues concerning withdrawal liability email etc.; Discussion with H. Rella. | 0.30 | $255.00 |
| 06/24/2024 | HR | (Employment) Gonzales: Prepare final grievance report and findings to submit to Union; email to M. Hubertus re same; email with Union re same; emails with Adjustor and with Ms. Hubertus re conference call with adjustor re: claim;<br>WARN: interoffice conference with J. Bender and communications with E. Snyder re implications of termination of employee savings plan and cessation of  union affiliation implications re transfer of employees<br><br>Thompson: emails with client HR re wage payment issues. | 1.20 | $756.00 |

# WILK AUSLANDER

July 16, 2024
Client:        006014
Matter:        000014
Invoice #:     237704
Resp. Atty:    JW
Page:          4

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|------------------------|-------|--------|
| 06/26/2024 | HR | (Employment) Gonzales: call with adjustor re: claim filed re reported abuse claimed by residents against employee; prepare summary email to Dr. Ruback subsequent to call | 4.90 | $3,087.00 |
| | | Union: prepare for Zoom meeting with union re union issues re employee impact from bankruptcy; prepare post-meeting report to Dr. Ruback and counsel Grubin re same; emails with Dr. Ruback re various issues; prepare post meeting summary email to union re issues raised during meeting with attachments thereto including re notice to employees of JC closure; review legal issues pertaining to referenced amendment re GNC affiliation with Rising Ground. | | |
| | | Emails and telephone conference with bankruptcy counsel Grubin re union's retention of outside counsel and implications and issues pertaining to meeting with Union and WARN; further emails with counsel Grubin. | | |
| 06/27/2024 | HR | (Employment) Emails with bankruptcy counsel Grubin and with Dr. Ruback re various issues pertaining to WARN notifications and union issues re transfer of residents and staff; telephone conference with Dr. Ruback and counsel Grubin re same; subsequent telephone conference with counsel Grubin; further review of WARN and NLRA issues; further emails with Dr. Ruback re union transfer issues. | 2.80 | $1,764.00 |
| 06/28/2024 | HR | (Employment) Gonzales:  Receipt and examination of email from carrier re assignment to C. Loftus re claim pertaining to employee abuse; prepare detailed email to Ms. Loftus re claim; prepare detailed email to Compliance Chief Megan Hubertus of St. Christopher's re information needed in defense of claim; further emails with Ms. Loftus; | 6.30 | $3,969.00 |
| | | Union issues: prepare for call with counsel to union and with counsel Grubin; participate in conference call; post call conference with counsel Grubin re same; telephone conference with Laura Birger GC at Rising Ground re resident transfer issues and hiring of employees; emails with Ms. Birger re same; subsequent conference call with counsel Grubin re update from Rising Ground and employee issues; telephone conference with Dr. Ruback re call with counsel and re WARN issues and issues pertaining to transfer of residents to Rising Ground and implications re: staff; prepare summary email to counsel Grubin re same; further emails with Dr. Ruback and Rising Ground Counsel and with Counsel Grubin re legislation; further email to union counsel with legislation signed by Gov. Hochul re amendment to law of 1969 facilitating transfer of residents and staff; further emails with Dr. Ruback and counsel Grubin re same; further emails with GC of Rising Ground re same; work re WARN issues. | | |

| | | Total Professional Services | 41.15 | $26,392.50 |

# WILK AUSLANDER

July 16, 2024
Client: 006014
Matter: 000014
Invoice #: 237704
Resp. Atty: JW
Page: 5

## PERSON RECAP

| Person | | Hours | Rate | Amount |
|--------|------------------|-------|---------|-------------|
| MWS | M. William Scherer | 1.00 | $735.00 | $735.00 |
| JW | Jack Wilk | 1.65 | $850.00 | $1,402.50 |
| HR | Helen Rella | 38.50 | $630.00 | $24,255.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------------|-----------------------------|--------|
| 06/17/2024 | Photocopies | $7.50 |
| | Total Disbursements | $7.50 |

| | | |
|-----------------------|------------|------------|
| Total Services | $26,392.50 | |
| Total Disbursements | $7.50 | |
| Total Current Charges | | $26,400.00 |
| Previous Balance | | $9,646.26 |
| **PAY THIS AMOUNT** | | **$36,046.26** |

# WILK AUSLANDER

Wilk Auslander LLP
Worldwide Plaza
825 Eighth Avenue - Suite 2900
New York, NY 10019
FED. ID. #13-3430586

T 212 981 2300
F 212 752 6380
wilkauslander.com

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

August 19, 2024
Client:        006014
Matter:        000014
Invoice #:        238328
Resp. Atty:        JW
Page:        1

RE:  Post Petition

For Professional Services Rendered Through July 31, 2024

| | |
|---|---|
| Total Services | $72,274.50 |
| Total Disbursements | $1,088.76 |
| Total Current Charges | $73,363.26 |
| Previous Balance | $36,046.26 |
| **PAY THIS AMOUNT** | **$109,409.52** |

---

**Remittance Advice**

Payment is due upon receipt.  Please return this remittance page with your payment.  Thank you.

**Check Payable To:**

Wilk Auslander LLP
Attn.: Accounts Receivable
825 Eighth Avenue - Suite 2900
New York, NY 10019

**Wire Transfer:**

Receiving Bank: Wells Fargo Bank - New York, NY
ABA Routing Number: 121000248
Swift Code: WFBIUS6S
Beneficiary: WILK AUSLANDER LLP
Account Number: 2000038031609

# WILK AUSLANDER

Wilk Auslander LLP
Worldwide Plaza
825 Eighth Avenue - Suite 2900
New York, NY 10019
FED. ID. #13-3430586

T 212 981 2300
F 212 752 6380
wilkauslander.com

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

August 19, 2024
Client:        006014
Matter:        000014
Invoice #:      238328
Resp. Atty:       JW
Page:             1

RE: Post Petition

For Professional Services Rendered Through July 31, 2024

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|-------------------------|-------|--------|
| 07/01/2024 | HR | Gonzales – receipt and examination of appointment letter from carrier re Schwab Gasparini defense; numerous emails with M. Hubertus and with Ms. Loftus re employee investigation re review of claim; review of documentation re: claim and submission to Justice Center and emails to Ms. Loftus re same; receipt and examination of file materials from Ms. Hubertus and initial review re same; commence preparation of summary email to Bankruptcy counsel Grubin re Gonzales status and re CVA case issues re residents and employees. | 3.80 | $2,394.00 |
| 07/02/2024 | HR | Gonzales: emails with Chief of Compliance M. Hubertus and with counsel C. Loftus re Gonzales file issues<br>Employee claims: emails with counsel Loftus re case status of carrier assigned claims re abuse allegations<br><br>WARN: texts with Dr. Ruback re employees and Rising Ground; conference call with Dr. Ruback; conference call with Dr. Ruback and Board member Larry Carbone re employee issues; call to Laura Birger General Counsel for Rising Ground re employee issues; email to counsel Birger; telephone call with counsel Birger; subsequent conference call with Dr. Ruback; prepare summary email to Board member Carbone; prepare confirming email to Dr. Ruback; further multiple emails with Dr. Ruback, Board member Carbone and GC Birger re employee issues; further call with Dr. Ruback re same. | 5.70 | $3,591.00 |

# WILK AUSLANDER

August 19, 2024
Client:         006014
Matter:         000014
Invoice #:      238328
Resp. Atty:         JW
Page:                2

---

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|-------------------------|-------|--------|
| 07/03/2024 | HR | Union/WARN: Receipt and examination of emails from Board member Carbone re issues pertaining to employee notifications and union and prepare detailed reply with respect thereto; emails with Dr. Ruback re same; telephone call to union in-house counsel Sykes re employee issues; email to Counsel Sykes re same; conference call with counsel Sykes; prepare status report summary email to Dr. Ruback and Board member Carbone re employee issues raised with union counsel Sykes and next steps; telephone conference with Dr. Ruback re same; receipt and examination of further emails from Dr. Ruback and email from Dr. Ruback to staff and St. Christopher's HR email to staff re employment opportunities at Rising Ground; prepare emails for transmission to union counsel; subsequent telephone conference with Dr. Ruback re same and re next steps and employee WARN issues; email to union coordinator S. Rimm re meeting with union and multiple communications with Ms. Rimm re same; prepare summary status email to bankruptcy counsel Grubin re matters addressed with union and next steps.<br><br>WARN: telephone conferences with Dr. Ruback are WARN issues; prepare initial draft of WARN notification to union employees and prepare detailed email to Dr. Ruback re same; email to Dr. Ruback summarizing information needed re WARN notification letters to DOL and others/nonemployee notifications; provide DOL mandatory chart information and instructions to Dr. Ruback re terminated employees; further emails with Dr. Ruback re revisions to closure notification/WARN notice to employees and issues of work. | 6.30 | $3,969.00 |
| 07/05/2024 | HR | WARN: receipt and examination of multiple emails from Dr. Ruback re notifications to employees; prepare email in reply thereto; receipt of subsequent emails from Dr. Ruback; lengthy telephone conference with Dr. Ruback re WARN issues and procedures; amend WARN letter; receipt and examination of email from bankruptcy counsel Grubin and Dr. Ruback re WARN issues and payout to employees at time of cessation of employment and review relevant provisions of CBA and of employee handbook re same and prepare detailed analysis for counsel in response to questions asked with respect thereto.<br><br>Gonzales: receipt and examination of email and letter from counsel Loftus re coverage assignment<br>Union: emails with union negotiator S. Rimm re meeting with Dr. Ruback. | 4.70 | $2,961.00 |
| 07/08/2024 | HR | Gonzales: receipt and examination of email from M. Hubertus Compliance Chief re files of residents re complaint against employee Gonzales; receipt and examination of detailed email from counsel Loftus re needed information and need to interview employees re facts of case and work re same. | 1.80 | $1,134.00 |
| 07/09/2024 | JW | Discussion with H. Rella regarding misc. employment issues. | 0.30 | $255.00 |

# WILK AUSLANDER

August 19, 2024
Client:      006014
Matter:      000014
Invoice #:     238328
Resp. Atty:       JW
Page:          3

---

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|-------------------------|-------|--------|
| 07/09/2024 | HR | WARN: receipt and examination of email from Dr. Ruback re terminations and WARN notification issues; telephone conference with Dr. Ruback re same; further emails with Dr. Ruback re needed WARN information for DOL filing; emails with union re Zoom meeting and with Dr. Ruback re same; receipt and examination of email from federal mediation negotiator S. Sommers re status of union relations and prepare detailed responsive email re same; interoffice conference with J. Wilk re status update and re WARN filing issues; work re WARN filing. | 3.90 | $2,457.00 |
| 07/10/2024 | HR | Union: prepare for Zoom call with union re WARN issues; call with Dr. Ruback in preparation for meeting with Union; attend union Zoom meeting with representatives of union and with Dr. Ruback; post meeting conference with Dr. Ruback re results of meeting; subsequent call with Dr. Ruback re Rising Ground and prepare notification to union; further emails with Union negotiator S. Rimm<br><br>Gonzales: receipt and examination of email from union rep Overby and reply thereto and further email with Ms. Overby; emails with counsel Loftus re employee interviews. | 3.80 | $2,394.00 |
| 07/11/2024 | MWS | Arrange for archiving of docs; T/C w/ and emails to Disco. | 1.30 | $955.50 |
| 07/12/2024 | HR | Union/WARN: Review of Jennie Clarkson campus Closure fact information sheet for employees drafted by Dr. Ruback and prepare significant revisions re same; email to Dr. Ruback re same and review of SC policies and procedures re same<br><br>Gonzales: emails with Chief Compliance Officer Hubertus re employee interviews and with counsel Loftus re same. | 2.40 | $1,512.00 |
| 07/13/2024 | HR | Gonzales: receipt and examination of email from insurance counsel Loftus re claim issues. | 0.10 | $63.00 |
| 07/14/2024 | HR | Receipt and examination of materials from bankruptcy counsel Grubin,review of same re impact on union issues. | 0.50 | $315.00 |
| 07/15/2024 | HR | Gonzales: conference call with counsel C. Loftus re witness interviews and procedure and emails with Ms. Loftus and M. Hubertus Chief Compliance Officer re same; telephone conference with Ms. Hubertus re same; employee interviews of employees Diana Bonuomo (clinician); Shaquana Washington (Cottage Manager), and Shanell Gill Wiley (YCC) re Gonzales claim; subsequent conferences with counsel Loftus and with Ms. Hubertus; summarize same re claims issues.<br>Union: Emails with Dr. Ruback re Rising Ground return to Jennie Clarkson Campus for job fair and notice to union; prepare email notification to union re same; emails with Dr. Ruback and HR team re union member fact sheet re WARN questions upon termination; further emails with HR team re COBRA continuation rights and employee savings plan issues.<br>Notifications: emails with Dr, Ruback and executive team re resident notifications re filings. | 5.60 | $3,528.00 |

# WILK AUSLANDER

August 19, 2024
Client:          006014
Matter:          000014
Invoice #:       238328
Resp. Atty:         JW
Page:                4

---

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|------------------------|-------|--------|
| 07/16/2024 | HR | Union: Emails with Dr. Ruback, Dr. Karmin and Ms. Hubertus re employee and resident notification issues;<br>Union: multiple emails with union representatives re information sheet re JC closure; emails with Dr. Ruback and with HR team re info sheet to employees and modifications re same; finalize draft for courtesy submission to union; prepare email to union re same; further additional emails with Dr. Ruback re notification to employees of Rising Ground job fair on campus; prepare pdf of email to employees and prepare email to union re same;<br>OSHA Violation: receipt and examination of communication from DOL OSHA re violation on campus re threats of harm re employees; emails with Dr. Ruback and team re same; call to OSHA investigator re response; research re same. | 4.20 | $2,646.00 |
| 07/17/2024 | HR | Union: telephone conference with Dr. Ruback re union employee refusals to accept positions at Rising Ground relative to WARN period; emails re same; telephone conference with GC of Rising Ground re employee transfer issues; subsequent telephone conference with Dr. Ruback re same and re next steps; call to bankruptcy counsel Grubin re same and email to counsel re same; telephone call with counsel Grubin re same.<br><br>Union: receipt and examination of email from S. Rimm union negotiator re information sheet to employees; review terms of applicable policies and draft sheet and preparation of detailed response to union.<br><br>Gonzales: emails with Chief Compliance Officer Hubertus re employee interviews re claim<br><br>Employee notifications: emails with client and HR and administrative teams re notifications. | 4.90 | $3,087.00 |

# WILK AUSLANDER

August 19, 2024
Client:          006014
Matter:          000014
Invoice #:       238328
Resp. Atty:          JW
Page:                 5

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|-------------------------|-------|--------|
| 07/18/2024 | HR | Union: emails and telephone conference with bankruptcy counsel Grubin re issues pertaining to employee terminations and WARN issues and re transfer of employees to Rising Ground and issue pertaining to severance issues for employees as incentive to terminate employment; call with Dr. Ruback re same and conference call with Dr. Ruback and with bankruptcy counsel Grubin re same and re next steps; prepare very detailed memo via email for Dr. Ruback to be presented to Board re issues re incentivizing employees<br><br>Gonzales and pending insurance matters re employee issues; telephone conference with bankruptcy Grubin re case update re employee issue and issue of insurance coverage and contributions<br><br>Gonzales: telephone conference with assigned counsel C. Loftus re investigation into claim; text messages with Chief Compliance officer M. Hubertus re communications with Campus Director J. DeJean; conference call with counsel Loftus and Mr. DeJean re facts of employee abuse allegations and also re Johnson case issues re employee negligent supervisions issues; subsequent telephone conference with counsel Loftus and employee Mr. Jackson re interaction and facts of case. | 5.70 | $3,591.00 |
| 07/19/2024 | HR | Union: emails with counsel to union re call; call with counsel ; emails with HR re flyers and review of same; further emails with union re meeting; prepare for zoom meeting with union; confer with Dr. Ruback re same; attend meeting with union; post meeting call with Dr, Ruback re same.<br><br>Emails with counsel Grubin and counsel to GNC; emails with counsel in reply.<br><br>WARN: emails with HR team re WARN issues. | 5.60 | $3,528.00 |
| 07/20/2024 | HR | WARN: text communications with Dr. Ruback and with bankruptcy counsel Grubin re employee issues and payout; telephone conference with Dr. Ruback re same; review issues. | 0.80 | $504.00 |

# WILK AUSLANDER

August 19, 2024
Client:          006014
Matter:          000014
Invoice #:       238328
Resp. Atty:          JW
Page:                 6

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|------------------------|-------|--------|
| 07/22/2024 | HR | Gonzales:  prepare for call with witness Marilyn Perez; call with Chief Compliance officer M. Hubertus, Counsel C. Loftus and employee re employee Gonzales interactions with residents and re claims; post call conference call with M. Hubertus and Counsel Loftus re same; subsequent post call conference call with counsel Loftus re next steps in defense. | 5.20 | $3,276.00 |
| | | Union: emails with Dr. Ruback re employee flyers re job fairs; review flyers and emails with union re same; text communications with Dr. Ruback re status of union response to issues pertaining to employee severance; prepare email to union re same; subsequent emails with union and with client re meeting to discuss severance issues and Rising Ground employment | | |
| | | OSHA Claim; receipt and examination of OSHA response re claim of policy violations; telephone conference with M. Hubertus re same; prepare revisions to OSHA response; email to Chief Compliance Officer Hubertus re changes. | | |
| 07/23/2024 | HR | OSHA Employee complaint: emails with M. Hubertus; finalize response letter for submission to OSHA and submission of same. | 6.70 | $4,221.00 |
| | | Union: further numerous emails with Union re meeting to review employee severance issues; emails with Dr. Ruback re fact sheet for Jennie Clarkson employees and revise same; emails with Dr. Ruback and bankruptcy counsel Grubin re application to court re incentive payment proposal; receipt and examination of filings from counsel and initial review of same. | | |
| | | Emails with S. Latino, counsel to GNC school district; telephone conference with Mr. Latino re employee concerns; subsequent emails with Mr. Latino re same; emails with bankruptcy counsel Grubin re same | | |
| | | WARN: further emails with Dr. Ruback re DOL filing and prepare and finalize letters to DOL re WARN filing; receipt and examination of email from HR Dept re WARN mailing issues and prepare initial reply thereto. | | |

# WILK AUSLANDER

August 19, 2024
Client:          006014
Matter:          000014
Invoice #:       238328
Resp. Atty:      JW
Page:            7

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|------------------------|-------|--------|
| 07/24/2024 | HR | WARN: finalize email to HR re letter to employee with change of address.<br>Union: Prepare for meeting with union; confer with Dr. Ruback re union issues and RG issues prior to meeting; attend lengthy meeting with union re negotiations pertaining to Rising Ground transfer of employees; subsequent post meeting conference with Dr. Ruback; Zoom meeting with Dr. Ruback and bankruptcy counsel Grubin re union employee and other employee issues; prepare detailed summary for Dr. Ruback's presentation to Board re resolution of employee and union issues re employee employment at Rising Ground and implications; subsequent telephone conference with counsel Grubin re attendance at bankruptcy court hearing on 7/25 re incentive payment to union employees; call with E. Snyder and Counsel Grubin re same; register for bankruptcy hearing attendance and receipt and examination of Zoom link from court and make preparations for participation; receipt and examination of email from counsel to GNC re union issues; emails with Dr. Ruyback and counsel Grubin re same and telephone conference with Dr. Ruback re same and reply to counsel to GNC re same; prepare detailed statement for counsel Grubin re incentive pay issues for court hearing.<br><br>OSHA: conference call with OSHA representative Samuels re OSHA employee safety related complaint; email with investigator Samuels re OSHA submission; emails with Chief of Compliance Hubertus re posting requirement and Certificate of Posting requirement and prepare pdf re same for transmission to Union.<br><br>Gonzales; emails with Chief of Compliance Hubertus re interviews with employee Roman and email with counsel Loftus re same. | 9.10 | $5,733.00 |
| 07/25/2024 | HR | Union: prepare for bankruptcy court conference; review of notes re incentive pay issue; emails and text communications with Dr. Ruback re board approval of incentive plan and re bankruptcy court issues; attend bankruptcy court conference; post-conference email with counsel Grubin and Dr. Ruback re same<br><br>WARN emails with HR team re Warn notice to employee and change of address issues<br><br>OSHA: finalize complaint and submission packet for posting; email to union re same; emails to OSHA investigator re same<br><br>Gonzales: emails with Chief Compliance Officer Megan Hubertus re further employee interviews and with counsel Loftus re same re Mr. Roman employee. | 5.40 | $3,402.00 |

# WILK AUSLANDER

August 19, 2024
Client:        006014
Matter:        000014
Invoice #:     238328
Resp. Atty:         JW
Page:               8

---

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|------------------------|-------|--------|
| 07/26/2024 | HR | Union; emails with bankruptcy counsel Grubin re union update; prepare email to union requesting status update re same; receipt and examination of email from union with draft MOU; email in reply to union re same; emails with counsel Grubin re same; commence revisions to draft MOU; commence preparation of draft release for employees to accompany MOU Incentive payment per conditions of MOU.<br><br>Emails with Dr. Ruback re outstanding matters. | 4.90 | $3,087.00 |
| 07/27/2024 | HR | Union: emails with bankruptcy counsel Grubin re MOU re incentive pay; further work re revision of MOU and of release document; text communications with Dr. Ruback. | 2.30 | $1,449.00 |
| 07/28/2024 | HR | Union: Further work re MOU and release; further emails with bankruptcy counsel Grubin; telephone conference with counsel Grubin; prepare email to union re revisions to MOU. | 2.70 | $1,701.00 |
| 07/29/2024 | HR | Gonzales: prepare for call with employee Gene Roman; conference call with Insurance counsel Loftus re same and with Chief Compliance Officer Hubertus re same; conference call interview with Mr. Roman and Ms. Loftus and Ms. Hubertus re facts pertaining to claims relative to Mr. Gonzales; post conference call conference with Ms. Loftus and Ms. Hubertus; work re union and WARN issues. | 5.30 | $3,339.00 |
| 07/30/2024 | HR | Union: additional work re MOU; emails with Dr. Ruback and with counsel Grubin re same; conference Zoom call with Dr. Ruback and with counsel Grubin re MOU issues; subsequent Zoom call with Dr. Ruback re various employee issues and continued work re same; continue work re draft of separation agreement; emails with counsel Grubin re same; prepare information for Counsel Grubin re response to feedback from union bankruptcy counsel re payment issues and waivers in MOU. | 4.20 | $2,646.00 |
| 07/31/2024 | HR | Union: Emails with Dr. Ruback and with bankruptcy counsel Grubin' telephone conference with counsel Grubin re incentive payment to union employees and issues pertaining to release; review proposed revisions from counsel Grubin and provide explanation re release terminology to counsel Grubin; conference call with Dr. Ruback re issues pertaining to employee incentive payments; prepare detailed email to Dr. Ruback re same for inquiry from accounting re final payments to employees; receipt and examination of reply thereto from accounting re payment to employees; further emails with accounting and HR team re same; emails with counsel Grubin re release updated; continue work re revisions to release documents per MOU; prepare second release re age based release of claims; prepare documentation regarding OWBPA disclosure; further emails with counsel Grubin and with Dr. Ruback. | 7.20 | $4,536.00 |

|  |  | **Total Professional Services** | 114.40 | $72,274.50 |

# WILK AUSLANDER

August 19, 2024
Client:        006014
Matter:        000014
Invoice #:     238328
Resp. Atty:       JW
Page:              9

## PERSON RECAP

| Person | | Hours | Rate | Amount |
|--------|--|------:|-----:|-------:|
| MWS | M. William Scherer | 1.30 | $735.00 | $955.50 |
| JW | Jack Wilk | 0.30 | $850.00 | $255.00 |
| HR | Helen Rella | 112.80 | $630.00 | $71,064.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|-----------------------------|-------:|
| 06/01/2024 | CS Disco, Inc.- - Inv# 471100 | $544.38 |
| 07/01/2024 | CS Disco, Inc.- - Inv# 486397 | $544.38 |
| | Total Disbursements | $1,088.76 |

| | | |
|---|---|---:|
| | Total Services | $72,274.50 |
| | Total Disbursements | $1,088.76 |
| | Total Current Charges | $73,363.26 |
| | Previous Balance | $36,046.26 |
| | **PAY THIS AMOUNT** | **$109,409.52** |

# WILK AUSLANDER

Wilk Auslander LLP                  T 212 981 2300
Worldwide Plaza                    F 212 752 6380
825 Eighth Avenue - Suite 2900     wilkauslander.com
New York, NY 10019
FED. ID. #13-3430586

St. Christopher's, Inc.                        September 16, 2024
71 Broadway                                    Client:        006014
Dobbs Ferry, NY 10522                          Matter #:      000014
**Attention: Sarah Ruback, CEO**               Invoice #:     238562
                                               Resp. Atty:        JW
                                               Page:               1

RE: Post Petition

For Professional Services Rendered Through August 31, 2024

| | |
|---|---:|
| Total Services | $34,587.00 |
| Total Current Charges | $34,587.00 |
| Previous Balance | $49,763.26 |
| **PAY THIS AMOUNT** | **$84,350.26** |

---

**Remittance Advice**

Payment is due upon receipt.  Please return this remittance page with your payment.  Thank you.

**Check Payable To:**

Wilk Auslander LLP
Attn.: Accounts Receivable
825 Eighth Avenue - Suite 2900
New York, NY 10019

**Wire Transfer:**

Receiving Bank: Wells Fargo Bank - New York, NY
ABA Routing Number: 121000248
Swift Code: WFBIUS6S
Beneficiary: WILK AUSLANDER LLP
Account Number: 2000038031609

# WILK AUSLANDER

Wilk Auslander LLP
Worldwide Plaza
825 Eighth Avenue - Suite 2900
New York, NY 10019
FED. ID. #13-3430586

T 212 981 2300
F 212 752 6380
wilkauslander.com

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

September 16, 2024
Client:        006014
Matter:        000014
Invoice #:     238562
Resp. Atty:       JW
Page:             1

RE: Post Petition

For Professional Services Rendered Through August 31, 2024

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|-------------------------|-------|--------|
| 08/01/2024 | HR | Numerous emails with counsel Grubin and with Dr. Ruback re issues pertaining to union; numerous telephone conferences with counsel Grubin re same; receipt and examination of proposed revisions to MOU with Union and to release from bankruptcy counsel to union; review of proposed revisions review with counsel Grubin; emails and telephone conference with bankruptcy counsel to union re same; prepare revisions; further revisions re same; emails with St. Christopher's HR re payment schedule to employees and issues pertaining to timing of incentive payments and taxation issues to employees; receipt of revised OPWDD disclosure statement and review of same<br><br>Emails with St. Christopher's HR re FMLA request issues and with Dr. Ruback re same. | 6.30 | $3,969.00 |
| 08/02/2024 | HR | Numerous emails with bankruptcy counsel Grubin re issues pertaining to final MOU with Union re Incentive Payment and re amendment to closure motion; numerous emails with Dr. Ruback re same; telephone conferences with Dr. Ruback re union issues; prepare fact sheet pertaining to Incentive Payment to employees; work re finalizing papers; emails with St. Christopher's HR re update to OWBPA disclosure statement and address release related issues. | 4.20 | $2,646.00 |
| 08/03/2024 | HR | Further review of Rising Ground fact sheet re incentive payment. | 0.40 | $252.00 |

# WILK AUSLANDER

September 16, 2024
Client:      006014
Matter:      000014
Invoice #:   238562
Resp. Atty:       JW
Page:             2

---

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|-------------------------|-------|--------|
| 08/05/2024 | HR | Emails with Dr. Ruback and with bankruptcy counsel Grubin re Rising Ground fact sheet to employees; incorporate revisions from counsel Grubin; prepare email to union team and counsel re announcement; receipt and examination of further emails from union team re suggested revisions to announcement of Incentive Payment plan and emails with Dr. Ruback and counsel Grubin re same; incorporate revisions; prepare further email to union re needed revisions to fact sheet subsequent to notification from Rising Ground; further communications with union re same. | 3.80 | $2,394.00 |
| 08/06/2024 | HR | Review of emails with Dr. Ruback and counsel Grubin re dispatch of Rising Ground email to employees; emails with client HR re FMLA leave issues and paperwork to employee. | 0.60 | $378.00 |
| 08/07/2024 | HR | Receipt and examination of email from Campus Director J. DeJean re additional issues pertaining to Adyan Weidt case and arrest of Julius Clark re: employee issues; review of subpoena duces tecum re same; review of communications with insurance carrier rep from Beasley and call to carrier re same; telephone conference with adjustor; telephone call with DA from Westchester County re subpoena and issues; prepare subsequent confirming email to DA re confidentiality issues and response; prepare detailed email to Chief compliance Officer M. Hubertus re response and emails with Ms. Hubertus re same; emails with Dr. Ruback re same.

Union: emails with Dr. Ruback and with counsel Grubin re status of employee Rising Ground employment and next steps. | 4.60 | $2,898.00 |
| 08/08/2024 | HR | Emails with Dr. Ruback and counsel Loftus re receipt of records request pertaining to former resident and employee issues; subsequent emails with Dr. Ruback and counsel Grubin re issues pertaining to records retention and next steps; further emails with Dr. Ruback re employee work issues subsequent to closure date. | 0.60 | $378.00 |
| 08/09/2024 | HR | Receipt and examination of email from Dr. Ruback re employee job descriptions re union work requirements and review CBA re same. | 0.60 | $378.00 |
| 08/11/2024 | HR | Check issues re filing. | 0.30 | $189.00 |
| 08/12/2024 | HR | Emails with bankruptcy counsel Grubin re hearing re motion to approve incentive payments to employees; emails with Dr. Ruback re employee acceptance of Incentive payment and re status of HR work in handling remittances; prepare detailed instructions re same; review of papers in preparation for hearing. | 2.20 | $1,386.00 |
| 08/13/2024 | HR | Prepare for bankruptcy hearing re approval of incentive plan to employees; attend bankruptcy hearing re incentive plan approval to employees; emails with counsel Grubin re same; emails with Dr. Ruback re employee issues including administering the incentive payment plan; call with Dr. Ruback re issues pertaining to incentive plan payments and release issues and HR and union issues re same. | 4.60 | $2,898.00 |

# WILK AUSLANDER

September 16, 2024
Client:          006014
Matter:          000014
Invoice #:       238562
Resp. Atty:          JW
Page:                 3

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|------------------------|-------|--------|
| 08/14/2024 | HR | Westchester DA records request: receipt and examination of email from Chief Compliance Officer Hubertus re response to employee and resident information demanded by subpoena from DA re Aydan Weidt matter. | 0.80 | $504.00 |
| | | Abuse Investigation: emails with counsel Loftus and with Chief Compliance Officer Hubertus re: records re employees and staff relative to investigation and reporting. | | |
| 08/15/2024 | HR | Emails with Dr. Ruback re: release issues re MOU with Union and incentive payments agreed to; review of same; review of lists of Rising Ground candidates from list of employees; compile exhibits to release agreement. | 0.80 | $504.00 |
| 08/16/2024 | HR | Emails with Dr. Ruback re final separation agreement for employees and texts re same; Zoom conference with Dr. Ruback re final agreement and procedure for incentive payments; Zoom conference with St. Christopher's payroll re incentive payment payout issues and with St. Christopher's HR re release issues; prepare mandatory WARN notifications to Mayor, Ambulance, Senate, School district, Fire Department, Assembly. Westchester County, Police, Development Board, Union Rep and Union Office; prepare DOL notification; review attachments and certifications; review Excel spreadsheet; emails with Dr. Ruback an counsel Grubin re fact sheet for employees and issues | 6.80 | $4,284.00 |
| | | Receipt and examination of materials from bankruptcy counsel Grubin. | | |
| 08/17/2024 | HR | Review of email from J. Wilk. | 0.10 | $63.00 |
| 08/19/2024 | HR | Interoffice conference with J. Wilk re submission information needed by counsel Grubin re issues pertaining to employees; research and prepare materials re same; emails with Dr. Ruback re WARN filing; work with DOL re WARN filing and research re same. | 3.80 | $2,394.00 |

# WILK AUSLANDER

September 16, 2024
Client:        006014
Matter:        000014
Invoice #:     238562
Resp. Atty:    JW
Page:          4

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|-------------------------|-------|--------|
| 08/20/2024 | HR | Texts with Dr. Ruback re outstanding employee WARN issues; telephone conference with Dr. Ruback re same; subsequent email with Dr. Ruback and St. Christopher's HR team re employee release issue and forthcoming WARN notifications; receipt and examination of further email from HR team re issues pertaining to employee execution of releases and validity of release documents; prepare reply thereto; prepare additional information needed for WARN notifications to various entitles required by DOL including 9 letters to impacted entities, and research re same as well as letter to DOL and 2 letters to union; work re issues pertaining to union employee information spreadsheet required in notification to union; prepare detailed email to HR team re dispatch of letter to DOL with multiple attachments confirming WARN notification obligations; prepare detailed email to St. Christopher's HR team re dispatch of 9 letters to WARN required entities; prepare detailed email to St. Christopher's HR team re dispatch of 2 letters to union with attachments; receipt and examination of email from Dr. Ruback and from Campus Director DeJean re per diem employee and reply thereto re issues raised and next steps. | 5.60 | $3,528.00 |
| 08/21/2024 | HR | Receipt and examination of email from Dr. Ruback re issues pertaining to per diem employees, scheduling and payments re past practice and forward going issues; prepare detailed response re issues to Dr. Ruback with copy to counsel Grubin for information purposes; further emails with Dr. Ruback and with Directors DeJean and Jackson re employee issues pertaining to pre diem employees and next steps.<br>WARN: receipt and examination of email from HR team re delivery of WARN notification re employee layoffs to required entities and review of certifications and materials re upload to DOL. | 0.90 | $567.00 |
| 08/22/2024 | HR | Emails with Dr. Ruback re employee issues. | 0.20 | $126.00 |
| 08/23/2024 | HR | Emails with Dr. Ruback re per diem employee issues and brief research re same.<br><br>Work re DOL Warn upload and requirements re same.<br><br>Employee AAA: receipt and examination of communication from AAA re employee arbitration matter. | 2.40 | $1,512.00 |
| 08/24/2024 | HR | Emails with Dr. Ruback re meeting with staff to address per diem employee issues. | 0.10 | $63.00 |
| 08/26/2024 | HR | WARN: emails with Dr, Ruback and with Chief Compliance officer Hubertus re WARN issues and Rising Ground employee issues; Gonzales; email to Saundra Williams re Gonzales employee claim. | 0.60 | $378.00 |
| 08/27/2024 | HR | Receipt and examination of emails from Dr. Ruback and HR team re payments due to employees re incentive payments agreed to; review data; emails in reply thereto to HR re payments<br><br>Emails with Westchester DA re records request pertaining to employees and resident claims. | 0.80 | $504.00 |

# WILK AUSLANDER

September 16, 2024
Client:        006014
Matter:        000014
Invoice #:     238562
Resp. Atty:       JW
Page:              5

---

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|------------------------|-------|--------|
| 08/28/2024 | HR | Receipt and examination of email from Westchester County DA Guidiss re records request pertaining to employees and youth re abuse issue; prepare reply thereto and further emails with counsel re same. | 0.30 | $189.00 |
| 08/29/2024 | HR | Emails with Dr. Ruback re employee issues; zoom meeting with Dr. Ruback and with Directors DeJean and Jackson re employee per diem and payment issues; further conference with Dr. Ruback re WARN issues; further emails with Dr. Ruback re detailed issues re WARN additional waves and resignations of employees and payments; emails with DOL re filing upload and work re same. | 1.80 | $1,134.00 |
| 08/30/2024 | HR | Emails with DOL re WARN submission; receipt and examination of email from Dr. Ruback re: records request and reply to Dr. Ruback and Chief Compliance officer Hubertus; email to counsel re same; work re WARN issues. | 1.10 | $693.00 |
| 08/31/2024 | HR | WARN: Work re spreadsheets for DOL and upload issues Records request: emails with counsel to Kaufman. | 0.60 | $378.00 |
| | | Total Professional Services | 54.90 | $34,587.00 |

## PERSON RECAP

| Person | | Hours | Rate | Amount |
|--------|--|-------|------|--------|
| HR | Helen Rella | 54.90 | $630.00 | $34,587.00 |

| | | |
|--|--|--|
| Total Services | $34,587.00 | |
| Total Current Charges | | $34,587.00 |
| Previous Balance | | $49,763.26 |
| **PAY THIS AMOUNT** | | **$84,350.26** |

# WILK AUSLANDER

Wilk Auslander LLP
Worldwide Plaza
825 Eighth Avenue - Suite 2900
New York, NY 10019
FED. ID. #13-3430586

T 212 981 2300
F 212 752 6380
wilkauslander.com

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

October 22, 2024
Client:        006014
Matter:        000014
Invoice #:     238945
Resp. Atty:    JW
Page:          1

RE:  Post Petition

For Professional Services Rendered Through September 30, 2024

| | |
|---|---:|
| Total Services | $21,811.50 |
| Total Disbursements | $7.00 |
| Total Current Charges | $21,818.50 |
| Previous Balance | $84,350.26 |
| *Less Payments* | *($25,000.00)* |
| **PAY THIS AMOUNT** | **$81,168.76** |

---

**Remittance Advice**

Payment is due upon receipt.  Please return this remittance page with your payment.  Thank you.

**Check Payable To:**

Wilk Auslander LLP
Attn.: Accounts Receivable
825 Eighth Avenue - Suite 2900
New York, NY 10019

**Wire Transfer:**

Receiving Bank: Wells Fargo Bank - New York, NY
ABA Routing Number: 121000248
Swift Code: WFBIUS6S
Beneficiary: WILK AUSLANDER LLP
Account Number: 2000038031609

# WILK AUSLANDER

Wilk Auslander LLP
Worldwide Plaza
825 Eighth Avenue - Suite 2900
New York, NY 10019
FED. ID. #13-3430586

T 212 981 2300
F 212 752 6380
wilkauslander.com

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

October 22, 2024
Client:        006014
Matter:        000014
Invoice #:     238945
Resp. Atty:    JW
Page:          1

RE: Post Petition

For Professional Services Rendered Through September 30, 2024

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|------------------------|-------|--------|
| 09/03/2024 | HR | Gonzales: emails with claims rep and with Chief Compliance Officer Hubertus re status of case update re: employee Kaufman: emails with counsel re: records; further emails with counsel re certification. WARN: work re spreadsheet upload issues. | 0.80 | $504.00 |
| 09/04/2024 | HR | WARN: emails with Dr. Ruback re additional WARN issues and lengthy telephone conference with Dr. Ruback re same and re various employee issues including notices to terminated employees; address issues with Dr. Ruback and with HR re incentive payment to employees and timing re same; emails with bankruptcy counsel Grubin re same Kaufman: emails with Chief Compliance Officer Hubertus and with counsel re response to records request and issues pertaining thereto; emails with counsel re same; receipt and examination of proposed certification. Gonzales: emails with Saundra Williams re claim submission and carrier response re: employee. | 4.10 | $2,583.00 |
| 09/05/2024 | HR | WARN: complete DOL upload; emails with DOL re same; emails with Dr. Ruback. | 2.20 | $1,386.00 |
| 09/06/2024 | HR | Emails with Dr. Ruback and bankruptcy counsel Grubin re WARN notifications; conference call with Dr. Ruback and Counsel Grubin re same; prepare third WARN notification to employees and email to Dr. Ruback and counsel Grubin re same; receipt and examination of WARN summary questions from counsel Grubin for Board re WARN issues and prepare detailed revisions of responsive information re same. | 3.40 | $2,142.00 |
| 09/09/2024 | HR | Email with Dr. Ruback and counsel Grubin re preparation of third WARN notifications to employees. | 0.30 | $189.00 |
| 09/10/2024 | MWS | T/C w/ counsel Grubin and JMF; T/C w. counsel Grubin to discuss strategy. | 1.30 | $955.50 |

# WILK AUSLANDER

October 22, 2024
Client:         006014
Matter:         000014
Invoice #:      238945
Resp. Atty:         JW
Page:                2

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|-------------------------|-------|--------|
| 09/10/2024 | HR | Emails with Dr. Ruback re WARN notifications and issue of model letter to employees with reference to union; review of issues; emails with counsel Grubin re WARN issues; telephone conference with counsel Grubin re same; subsequent telephone conference with counsel Grubin re WARN; receipt and examination of letter from DOL re WARN compliance and certification of same re notices provided to employees and entities; email to Dr. Ruback and counsel Grubin re same; receipt and examination of employment contract from counsel Grubin and prepare detailed analysis re same and re forward going options. Emails with J. Wilk re audit letter and response thereto re claims by employees. Receipt and examination of email from Saundra Williams re insurance issue pertaining to pending employee related claims and reply thereto; email to C. Loftus re same. | 4.10 | $2,583.00 |
| 09/11/2024 | HR | Receipt and examination of email from Dr. Ruback re WARN issues and reply to Dr. Ruback and HR team re instructions re same; call with Dr. Ruback re issues; subsequent call to Dr. Ruback re WARN; emails with Dr. Ruback and interoffice conference with J. Wilk re audit letter response re: employee claims; prepare initial draft of audit letter response and obtain responsive information for same; receipt and examination of audit response from Schwab Gasparini re employee issues,. Emails with S. Williams re response to claims re employee abuse; emails with counsel C. Loftus re same. | 3.10 | $1,953.00 |
| 09/12/2024 | JW | Review Audit Letter.  Discussion with H. Rella re: employee issues. | 0.30 | $255.00 |
| 09/12/2024 | HR | Finalize audit letter re employment matters and work re same re inquiries made in audit letter request; interoffice conference with J. Wilk re same. | 0.70 | $441.00 |
| 09/13/2024 | HR | Communication with Dr. Ruback re WARN issues; emails and telephone conference with counsel Grubin re WARN issues and staff. Emails with Dr, Ruback re OT pay issues. | 0.60 | $378.00 |
| 09/16/2024 | HR | Receipt and examination of email from counsel re Thompson records request; review of certification and revision of same; emails with Chief Compliance Officer M. Hubertus re same; emails with counsel re same; preliminary review of records; further emails with Ms. Hubertus re same. Emails with counsel Grubin re employee related issues. | 3.20 | $2,016.00 |
| 09/17/2024 | HR | Receipt and examination of email from union counsel re union employees at Rising Ground and reply thereto; review issues; emails with Dr. Ruback re same and emails with bankruptcy counsel Grubin re same. | 1.40 | $882.00 |

# WILK AUSLANDER

October 22, 2024
Client:        006014
Matter:       000014
Invoice #:    238945
Resp. Atty:      JW
Page:             3

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|------------------------|-------|--------|
| 09/18/2024 | HR | WARN: receipt and examination of WARN fact sheet re full closure and employee terminations; email from Dr. Ruback re same; prepare revisions and redline and email to Dr. Ruback re same. | 3.90 | $2,457.00 |
| | | Union: receipt and examination of further email from counsel to union re employee incentive payment issues and further emails with Dr. Ruback and counsel Grubin re same. Receipt and examination of email communications received by Dr. Ruback re WARN's employees who accepted incentive payment and prepare email response re same. | | |
| | | Employee: receipt and examination of email from Dr. Ruback forwarding email from former employee re complaints re Rising Ground employment and prepare draft reply for Dr. Ruback. | | |
| | | Kaufman: emails with M. Hubertus re subpoena response and email to counsel re same. | | |
| 09/19/2024 | HR | Receipt and examination of emails from J. Massa re lists of residents and contracts located in clean out and employee file issues. Emails with Ms. Massa in reply and with counsel Grubin; emails with CVA counsel Loftus re same and re employees status and needs re preservation; | 2.20 | $1,386.00 |
| | | Emails with Dr. Ruback and St. Christopher's HR re: examination of materials re payments to union and with Dr. Ruback re response to employee questions re December incentive payment and issues with employment at Rising Ground re representations from St. Christopher's. | | |
| | | Kaufman: Final review of documentation and preparation of email to counsel re transmission of records in response to demand for same and production obligations. | | |
| 09/20/2024 | HR | Emails with Dr. Ruback re incentive pay issues to employees and review of same. | 0.70 | $441.00 |
| 09/23/2024 | HR | Emails with Dr. Ruback and HR re employee issues and call re same. Emails with Dr. Ruback and with Ms. Massa re Barjas records request and prepare reply to Bronx DA re same. | 0.70 | $441.00 |
| 09/25/2024 | HR | Emails with Dr. Ruback and with HR re employee issues. | 0.20 | $126.00 |
| 09/26/2024 | HR | Emails with Dr. Ruback and with HR re employee issues including re vacation payout. | 0.30 | $189.00 |
| 09/27/2024 | HR | Email with Dr. Ruback re COBRA issues pertaining to terminating employees Fryson Records Request: receipt and examination of email from counsel re: records request and review of same; prepare email to M. Hubertus re: records production and email in reply to Bronx DA re request. | 0.60 | $378.00 |
| 09/30/2024 | HR | Emails with counsel re document information request. | 0.20 | $126.00 |

# WILK AUSLANDER

October 22, 2024
Client:       006014
Matter:       000014
Invoice #:    238945
Resp. Atty:         JW
Page:               4

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|------------------------|-------|--------|
|      |        | Total Professional Services | 34.30 | $21,811.50 |

## PERSON RECAP

| Person |                    | Hours | Rate | Amount |
|--------|--------------------|-------|------|--------|
| MWS | M. William Scherer | 1.30 | $735.00 | $955.50 |
| JW | Jack Wilk | 0.30 | $850.00 | $255.00 |
| HR | Helen Rella | 32.70 | $630.00 | $20,601.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|-----------------------------|--------|
| 07/29/2024 | Facsimiles | $7.00 |
|  | Total Disbursements | $7.00 |

| | | |
|---|---|---|
| Total Services | $21,811.50 | |
| Total Disbursements | $7.00 | |
| Total Current Charges | | $21,818.50 |
| Previous Balance | | $84,350.26 |
| *Less Payments* | | *($25,000.00)* |
| **PAY THIS AMOUNT** | | **$81,168.76** |

# W/A
## Wilk Auslander

wilkauslander.com

825 Eighth Avenue Suite 2900 New York, NY 10019
212.981.2300   |   Fax: 212.752.6380   |   FED. ID. #13-3430586

# INVOICE

November 25, 2024

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 239266 |
| Resp. Atty: | JW |
| Page: | 1 |

RE:  Post Petition

**For Professional Services Rendered Through October 31, 2024**

| | |
|---|---|
| Total Services | $14,508.75 |
| Total Disbursements | $544.38 |
| Total Current Charges | $15,053.13 |
| Previous Balance | $81,168.76 |
| *Less Payments* | *($21,818.50)* |
| **PAY THIS AMOUNT** | **$74,403.39** |

---

**Remittance Advice**

Payment is due upon receipt.  Please return this remittance page with your payment.  Thank you.

**Check Payable To:**

Wilk Auslander LLP
Attn.: Accounts Receivable
825 Eighth Avenue - Suite 2900
New York, NY 10019

**Wire Transfer:**

Receiving Bank: Wells Fargo Bank - New York, NY
ABA Routing Number: 121000248
Swift Code: WFBIUS6S
Beneficiary: WILK AUSLANDER LLP
Account Number: 2000038031609

# VA
## Wilk Auslander

wilkauslander.com

825 Eighth Avenue Suite 2900 New York, NY 10019
212.981.2300   |   Fax: 212.752.6380   |   FED. ID. #13-3430586

November 25, 2024

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 239266 |
| Resp. Atty: | JW |
| Page: | 1 |

RE: Post Petition

**For Professional Services Rendered Through October 31, 2024**

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 10/01/2024 | HR | Emails with Dr. Ruback re employment issues, and review of same. | 0.30 | $189.00 |
| 10/02/2024 | HR | Emails with Dr. Ruback and HR team; conference call with Dr. Ruback and HR team re various employee WARN issues and PTO payout issues and termination date issues; subsequent emails with team re same; further telephone conference with Dr. Ruback re WARN issues and work re same. | 2.70 | $1,701.00 |
| 10/03/2024 | HR | Emails with Dr. Ruback re notice to Jennie Clarkson Campus employees re last work day; revise email with Dr. Ruback re same. Receipt of email from Sandra Williams of USI re Beasly request for information pertaining to employee Gonzales claim and prepare response with respect thereto; further emails with Ms. Williams re same<br><br>Receipt and examination of notice of claim from counsel Grubin re employee claims filed by union; emails with counsel Grubin and Dr. Ruback re same. | 1.40 | $882.00 |
| 10/04/2024 | HR | Emails with Dr. Ruback re conference on employee continuation of benefits post WARN and brief research re same and alternative issues. | 0.70 | $441.00 |
| 10/07/2024 | JW | Discussion with Bill regarding Forgione Litigation; Review emails. | 0.30 | $255.00 |
| 10/07/2024 | MWS | Review contract res law regarding Proof of Claim filed by Forgione identify relevant cases Acevedo, In Re Penn. | 1.50 | $1,102.50 |
| 10/07/2024 | HR | Emails with Chief Compliance Officer Megan Hubertus re response to records request re employee and residents; work re WARN amendment. | 2.90 | $1,827.00 |

# Wilk Auslander

825 Eighth Avenue Suite 2900 New York, NY 10019

212.981.2300  |  Fax: 212.752.6380  |  FED. ID. #13-3430586

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 239266 |
| Resp. Atty: | JW |
| Page: | 2 |

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 10/08/2024 | MWS | Research proof of claim by Forgione. | 0.75 | $551.25 |
| 10/09/2024 | HR | Gonzales: emails with Dr. Ruback re claim re employee conduct and insurance related issues.<br>Fryson: receipt and examination of email from M. Hubertus with records and review of same re response to demand. | 2.20 | $1,386.00 |
| 10/10/2024 | HR | Prepare for conference call with USI, counsel Grubin and Dr. Ruback re employee benefits issues; text communications with Dr. Ruback re same; conference call with USI, counsel Grubin and Dr. Ruback; prepare summary email to Dr. Ruback re same and information needed re continuation rights of employees. | 1.60 | $1,008.00 |
| 10/11/2024 | HR | Fryson: final review of materials and of request; prepare email to counsel at Bronx DA relative to records request; receipt and examination of reply email from counsel.<br><br>WARN: work re update to DOL. | 2.90 | $1,827.00 |
| 10/12/2024 | HR | Receipt and examination of email from counsel Grubin re employee issues. | 0.10 | $63.00 |
| 10/14/2024 | HR | Emails with counsel Grubin re employee issues and review of same in preparation for call. | 0.90 | $567.00 |
| 10/15/2024 | HR | Call with counsel Grubin re outstanding employee issues and re DOL request re WARN payments and issues with Union and compliance with employee agreements; follow up re same. | 1.30 | $819.00 |
| 10/16/2024 | HR | Receipt and examination of email from Dr. Ruback re employee payment issues and email in reply re same. | 0.40 | $252.00 |
| 10/21/2024 | HR | Receipt and examination of State Insurance Fund Lawsuit re failure to former employee workers comp and emails with counsel Grubin re same. | 0.60 | $378.00 |
| 10/22/2024 | HR | Receipt and examination of email re payout to employees; email with counsel Grubin re same. | 0.40 | $252.00 |
| 10/23/2024 | HR | Conference call and emails with Dr. Ruback re employee payment issues and review of same. | 1.20 | $756.00 |
| 10/25/2024 | HR | Emails with Dr. Ruback and with counsel Grubin re Worker's Comp claim; receipt and examination of further documents re same from counsel Grubin. | 0.40 | $252.00 |
| | | Total Professional Services | 22.55 | $14,508.75 |

**Wilk Auslander**

825 Eighth Avenue Suite 2900 New York, NY 10019

212.981.2300  |  Fax: 212.752.6380  |  FED. ID. #13-3430586

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 239266 |
| Resp. Atty: | JW |
| Page: | 3 |

## PERSON RECAP

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| MWS | M. William Scherer | 2.25 | $735.00 | $1,653.75 |
| JW | Jack Wilk | 0.30 | $850.00 | $255.00 |
| HR | Helen Rella | 20.00 | $630.00 | $12,600.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 08/01/2024 | CS Disco, Inc.- - Inv# 502041 | $544.38 |
| | Total Disbursements | $544.38 |

| | | |
|---|---|---|
| Total Services | $14,508.75 | |
| Total Disbursements | $544.38 | |
| Total Current Charges | | $15,053.13 |
| Previous Balance | | $81,168.76 |
| *Less Payments* | | *($21,818.50)* |
| **PAY THIS AMOUNT** | | **$74,403.39** |

# W/A
## Wilk Auslander

wilkauslander.com

825 Eighth Avenue Suite 2900 New York, NY 10019
212.981.2300   |   Fax: 212.752.6380   |   FED. ID. #13-3430586

# INVOICE

December 18, 2024

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 239718 |
| Resp. Atty: | JW |
| Page: | 1 |

RE:  Post Petition

**For Professional Services Rendered Through November 30, 2024**

| | |
|---|---|
| Total Services | $7,360.50 |
| Total Disbursements | $1,753.40 |
| Total Current Charges | $9,113.90 |
| Previous Balance | $74,403.39 |
| **PAY THIS AMOUNT** | **$83,517.29** |

---

**Remittance Advice**

Payment is due upon receipt.  Please return this remittance page with your payment.  Thank you.

**Check Payable To:**

Wilk Auslander LLP
Attn.: Accounts Receivable
825 Eighth Avenue - Suite 2900
New York, NY 10019

**Wire Transfer:**

Receiving Bank: Wells Fargo Bank - New York, NY
ABA Routing Number: 121000248
Swift Code: WFBIUS6S
Beneficiary: WILK AUSLANDER LLP
Account Number: 2000038031609

# Wilk Auslander

wilkauslander.com

825 Eighth Avenue Suite 2900 New York, NY 10019
212.981.2300    |   Fax: 212.752.6380    |    FED. ID. #13-3430586

December 18, 2024

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 239718 |
| Resp. Atty: | JW |
| Page: | 1 |

RE:  Post Petition

**For Professional Services Rendered Through November 30, 2024**

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 11/01/2024 | MWS | Contact Grubin re: report to McCarthy; finalize letter to McCarthy; emails back and forth with Grubin. | 1.00 | $735.00 |
| 11/04/2024 | MWS | Pursue bankruptcy status report to Court; interact with Grubin. | 1.30 | $955.50 |
| 11/04/2024 | HR | Emails with Dr. Ruback re Patel employee claim and with counsel Grubin re employee issues; emails with Dr. Ruback re various pending employee issues. | 0.40 | $252.00 |
| 11/05/2024 | HR | Gonzales: receipt and examination of email from Dr. Ruback re employee Gonzales records issue and reply thereto; review prior communications re same and request for information. | 0.50 | $315.00 |
| 11/06/2024 | HR | Gonzales: emails with USI and Dr. Ruback re response to Beasley request for information re employee matter. | 0.20 | $126.00 |
| 11/07/2024 | HR | Gonzales: further emails re requested employee information; emails with Chief Compliance Officer Megan Hubertus re same; emails with USI representative re response to Beasley request. | 0.60 | $378.00 |
| 11/11/2024 | HR | Gonzales: receipt and examination of email from adjustor re status of employee matter; email to Chief compliance Officer M. Hubertus re same; review of same. | 0.80 | $504.00 |
| 11/12/2024 | HR | Gonzales: further emails with Chief compliance Officer Hubertus re status of employee claim; prepare responsive email to adjustor re same.<br>Employee issues: emails with Dr. Ruback re former employee Incentive Payment and other employee issues and review of same re outstanding employee matters. | 0.80 | $504.00 |

**Wilk Auslander**

825 Eighth Avenue Suite 2900 New York, NY 10019

212.981.2300   |   Fax: 212.752.6380   |   FED. ID. #13-3430586

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 239718 |
| Resp. Atty: | JW |
| Page: | 2 |

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 11/13/2024 | HR | Emails and texts with Dr. Ruback re outstanding employee issues Richardson: receipt and examination of email from Dr. Ruback with notice from DHR re status of employee discrimination claim and bankruptcy proceeding; emails with counsel Grubin re same with detailed information regarding status of employee relatedproceedings and settlement discussions and interaction with carrier re same. | 0.80 | $504.00 |
| 11/15/2024 | HR | Emails with Dr, Ruback re meeting to review outstanding employee matters. | 0.20 | $126.00 |
| 11/18/2024 | HR | Receipt and examination of email from M. Hubertus re records release to Beasley. | 0.10 | $63.00 |
| 11/20/2024 | HR | Emails with Dr. Ruback re employee catch up re outstanding issues. | 0.10 | $63.00 |
| 11/21/2024 | HR | Emails and text communications with Dr. Ruback re employee issues including extension of WARN notifications; conference call with Dr. Ruback re various employee issues; review WARN issues. | 2.10 | $1,323.00 |
| 11/22/2024 | HR | Emails with J. Wilk re audit letter response; emails with auditors re same; emails with Dr. Ruback re employee issues re incentive payment to employees; review of terms of employee incentive payment issues and agreement and MOU with union and timing of payout to former employees and prepare detailed email to Dr. Ruback re same and review of SC payout analysis re response; receipt of email from counsel Grubin re employee payout issues.<br><br>Wesley: emails with adjustor Valore re status of former employee discrimination claim and response to inquiry. | 1.70 | $1,071.00 |
| 11/25/2024 | HR | Follow up with Dr. Ruback re employee issues. | 0.10 | $63.00 |
| 11/26/2024 | HR | Receipt and examination of email from Dr. Ruback re employee issues and reply thereto; outline of issues. | 0.60 | $378.00 |
| | | Total Professional Services | 11.30 | $7,360.50 |

**Wilk Auslander**

825 Eighth Avenue Suite 2900 New York, NY 10019
212.981.2300 | Fax: 212.752.6380 | FED. ID. #13-3430586

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 239718 |
| Resp. Atty: | JW |
| Page: | 3 |

## PERSON RECAP

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| MWS | M. William Scherer | 2.30 | $735.00 | $1,690.50 |
| HR | Helen Rella | 9.00 | $630.00 | $5,670.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 11/26/2024 | Invoices 513004, 529042, 539975 (Sept - Nov 24 Invoices) | $1,633.14 |
| 11/30/2024 | October Westlaw | $120.26 |
| | Total Disbursements | $1,753.40 |

| | | |
|---|---|---|
| Total Services | $7,360.50 | |
| Total Disbursements | $1,753.40 | |
| Total Current Charges | | $9,113.90 |
| Previous Balance | | $74,403.39 |
| **PAY THIS AMOUNT** | | **$83,517.29** |

# WILK AUSLANDER

Wilk Auslander LLP
Worldwide Plaza
825 Eighth Avenue - Suite 2900
New York, NY 10019
FED. ID. #13-3430586

T 212 981 2300
F 212 752 6380
wilkauslander.com

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

January 17, 2025
Client:        006014
Matter:        000014
Invoice #:     239952
Resp. Atty:    JW
Page:          1

RE:  Post Petition

For Professional Services Rendered Through December 31, 2024

| | |
|---|---:|
| Total Services | $1,890.00 |
| Total Disbursements | $544.38 |
| Total Current Charges | $2,434.38 |
| Previous Balance | $83,517.29 |
| *Less Payments* | *($15,053.13)* |
| **PAY THIS AMOUNT** | **$70,898.54** |

---

**Remittance Advice**

Payment is due upon receipt.  Please return this remittance page with your payment.  Thank you.

**Check Payable To:**

Wilk Auslander LLP
Attn.: Accounts Receivable
825 Eighth Avenue - Suite 2900
New York, NY 10019

**Wire Transfer:**

Receiving Bank: Wells Fargo Bank - New York, NY
ABA Routing Number: 121000248
Swift Code: WFBIUS6S
Beneficiary: WILK AUSLANDER LLP
Account Number: 2000038031609

# WILK AUSLANDER

Wilk Auslander LLP
Worldwide Plaza
825 Eighth Avenue - Suite 2900
New York, NY 10019
FED. ID. #13-3430586

T 212 981 2300
F 212 752 6380
wilkauslander.com

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

January 17, 2025
Client:        006014
Matter:        000014
Invoice #:     239952
Resp. Atty:        JW
Page:               1

RE:  Post Petition

For Professional Services Rendered Through December 31, 2024

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|-------------------------|-------|--------|
| 12/04/2024 | HR | Receipt and examination of email from auditor re response – and reply thereto; interoffice conference with J. Wilk re same; interoffice conference with staff re response to audit inquiries; prepare draft of audit letter; emails with staff re same; further email to auditor re same. | 1.70 | $1,071.00 |
| 12/05/2024 | HR | Work re audit letter. | 0.60 | $378.00 |
| 12/06/2024 | HR | Work re audit letter; emails with audit letter to auditors. | 0.70 | $441.00 |
| | | Total Professional Services | 3.00 | $1,890.00 |

## PERSON RECAP

| Person | | Hours | Rate | Amount |
|--------|--|-------|------|--------|
| HR | Helen Rella | 3.00 | $630.00 | $1,890.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|
| 12/01/2024 | CS Disco, Inc.- - Inv# 556030 | $544.38 |
| | Total Disbursements | $544.38 |

# WILK AUSLANDER

January 17, 2025
Client:          006014
Matter:          000014
Invoice #:       239952
Resp. Atty:          JW
Page:                 2

| | | |
|---|---|---|
| Total Services | $1,890.00 | |
| Total Disbursements | $544.38 | |
| Total Current Charges | | $2,434.38 |
| Previous Balance | | $83,517.29 |
| *Less Payments* | | *($15,053.13)* |
| **PAY THIS AMOUNT** | | **$70,898.54** |

**Wilk Auslander**

wilkauslander.com

825 Eighth Avenue Suite 2900 New York, NY 10019
212.981.2300  | Fax: 212.752.6380  | FED. ID. #13-3430586

# INVOICE

February 13, 2025

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 240151 |
| Resp. Atty: | JW |
| Page: | 1 |

RE: Post Petition

**For Professional Services Rendered Through January 31, 2025**

| | |
|---|---|
| Total Services | $1,950.00 |
| Total Disbursements | $544.38 |
| Total Current Charges | $2,494.38 |
| Previous Balance | $70,898.54 |
| *Less Payments* | *($11,548.28)* |
| **PAY THIS AMOUNT** | **$61,844.64** |

---

**Remittance Advice**

Payment is due upon receipt.  Please return this remittance page with your payment.  Thank you.

**Check Payable To:**

Wilk Auslander LLP
Attn.: Accounts Receivable
825 Eighth Avenue - Suite 2900
New York, NY 10019

**Wire Transfer:**

Receiving Bank: Wells Fargo Bank - New York, NY
ABA Routing Number: 121000248
Swift Code: WFBIUS6S
Beneficiary: WILK AUSLANDER LLP
Account Number: 2000038031609

wilkauslander.com

# Wilk Auslander

825 Eighth Avenue Suite 2900 New York, NY 10019
212.981.2300   |   Fax: 212.752.6380   |   FED. ID. #13-3430586

February 13, 2025

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 240151 |
| Resp. Atty: | JW |
| Page: | 1 |

RE: Post Petition

**For Professional Services Rendered Through January 31, 2025**

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 01/13/2025 | HR | Receipt and examination of email from CVA counsel Loftus re CVA claimant contact. | 0.10 | $65.00 |
| 01/24/2025 | HR | Text communications with Dr. Ruback. | 0.20 | $130.00 |
| 01/27/2025 | HR | Further text communications with Dr. Ruback; emails with Dr Ruback and CVA counsel re notification of CVA claim post bar date. | 0.20 | $130.00 |
| 01/28/2025 | HR | Emails with Dr. Ruback re CVA case; emails with CVA counsel Loftus and with bankruptcy counsel Grubin re same. | 0.20 | $130.00 |
| 01/30/2025 | HR | Emails with Dr. Ruback re subpoena response and status call; review of subpoena. | 0.50 | $325.00 |
| 01/31/2025 | HR | Text communications and emails with Dr. Ruback re: various outstanding employee matters; conference call with Dr. Ruback re same; receipt and examination of emails from Dr. Ruback with documentation re same; review of DOL issues. | 1.80 | $1,170.00 |
| | | Total Professional Services | 3.00 | $1,950.00 |

## PERSON RECAP

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| HR | Helen Rella | 3.00 | $650.00 | $1,950.00 |

# Wilk Auslander

wilkauslander.com

825 Eighth Avenue Suite 2900 New York, NY 10019

212.981.2300   |   Fax: 212.752.6380   |   FED. ID. #13-3430586

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 240151 |
| Resp. Atty: | JW |
| Page: | 2 |

## DISBURSEMENTS

| Date | Description of Disbursements | | Amount |
|---|---|---|---|
| 01/01/2025 | CS Disco, Inc.- - St. Christopher's V Forgione & JMF | | $544.38 |
| | Total Disbursements | | $544.38 |

| | | |
|---|---|---|
| Total Services | $1,950.00 | |
| Total Disbursements | $544.38 | |
| Total Current Charges | | $2,494.38 |
| Previous Balance | | $70,898.54 |
| *Less Payments* | | *($11,548.28)* |
| **PAY THIS AMOUNT** | | **$61,844.64** |

# WA
## Wilk Auslander

825 Eighth Avenue Suite 2900 New York, NY 10019
212.981.2300   |   Fax: 212.752.6380   |   FED. ID. #13-3430586

# INVOICE

March 17, 2025

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 240590 |
| Resp. Atty: | JW |
| Page: | 1 |

RE:  Post Petition

**For Professional Services Rendered Through February 28, 2025**

| | |
|---|---|
| Total Services | $12,155.00 |
| Total Current Charges | $12,155.00 |
| Previous Balance | $61,844.64 |
| *Less Payments* | *($2,494.38)* |
| **PAY THIS AMOUNT** | **$71,505.26** |

---

**Remittance Advice**

Payment is due upon receipt.  Please return this remittance page with your payment.  Thank you.

**Check Payable To:**

Wilk Auslander LLP
Attn.: Accounts Receivable
825 Eighth Avenue - Suite 2900
New York, NY 10019

**Wire Transfer:**

Receiving Bank: Wells Fargo Bank - New York, NY
ABA Routing Number: 121000248
Swift Code: WFBIUS6S
Beneficiary: WILK AUSLANDER LLP
Account Number: 2000038031609





**Wilk Auslander**

825 Eighth Avenue Suite 2900 New York, NY 10019
212.981.2300   |  Fax: 212.752.6380   |  FED. ID. #13-3430586

March 17, 2025

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 240590 |
| Resp. Atty: | JW |
| Page: | 1 |

RE: Post Petition

**For Professional Services Rendered Through February 28, 2025**

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 02/03/2025 | HR | Receipt and examination of email and phone message from IME office in CVA case; emails with IME office and telephone call with office re same; emails with C. Loftus re same and emails with J. Grubin bankruptcy counsel re same. | 0.70 | $455.00 |
| 02/05/2025 | HR | Receipt and examination of email from Dr. Ruback re Workers' Comp. ("WC") insurance and review of attached forms from WC Board; further emails with Dr. Ruback and bankruptcy counsel Grubin re same and re legal requirements and consequences with respect to the obligation to carry WC; further research re same. | 2.40 | $1,560.00 |
| 02/06/2025 | HR | Numerous emails with bankruptcy counsel Grubin and with Dr. Ruback re employee related insurance coverage issues; telephone conference with Dr. Ruback re insurance broker issues re coverage issues;  receipt and examination of documentation from Dr;. Ruback re declination and cessation of coverage; subsequent telephone conference with Dr. Ruback re same. | 2.20 | $1,430.00 |
| 02/07/2025 | HR | Emails with UIS insurance re employee related coverage issues; telephone conference with Dr. Ruback re same; emails with bankruptcy counsel's office re same; prepare email to USI coverage for employee related matters; telephone conference with Ms. Bennett from USI re same; prepare summary status report email to Dr. Ruback re same. | 1.60 | $1,040.00 |
| 02/08/2025 | HR | Receipt and examination of email from A. Wilenski of USI re insurance issues and coverage continuation. | 0.10 | $65.00 |
| 02/10/2025 | HR | Numerous emails with USI insurance broker and with Dr. Ruback and bankruptcy counsel re employee coverage issues and policy documents confirming same. | 0.40 | $260.00 |

![Wilk Auslander logo]

wilkauslander.com

**Wilk Auslander**

825 Eighth Avenue Suite 2900 New York, NY 10019

212.981.2300  |  Fax: 212.752.6380  |  FED. ID. #13-3430586

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 240590 |
| Resp. Atty: | JW |
| Page: | 2 |

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 02/11/2025 | HR | Numerous emails with Dr. Ruback re insurance issues and re various other pending employee issues and review of documentation from Dr. Rubak re same. | 0.70 | $455.00 |
| 02/12/2025 | HR | Further emails with USI and with Dr. Ruback and with bankruptcy counsel Grubin re employee related insurance issues<br><br>Wesley: receipt and preliminary examination of notice of determination and determination decision in employee discrimination case. | 1.30 | $845.00 |
| 02/13/2025 | HR | Further emails re insurance coverage issues. | 0.30 | $195.00 |
| 02/14/2025 | HR | Emails with USI and client re coverage issues pertaining to employees. | 0.30 | $195.00 |
| 02/18/2025 | HR | Emails with CVA counsel's office re invoices in CVA cases and re referral to bankruptcy counsel re same. | 0.40 | $260.00 |
| 02/19/2025 | HR | Wesley: Review of findings re preparation of summary for client and adjustor; prepare summary email to adjustor Valore re finding of no probable cause in employee discrimination claim; prepare summary email to Dr. Ruback and Board members re same; further emails with Dr. Ruback and Board members re determination; emails with Dr. Ruback re notifications to former employees Mr. DeJean and Ms. Cusumano (named in case) re no probable cause.<br>CVA: emails with CVA counsel Loftus re invoices for payment re CVA cases<br>WARN: Further emails with Dr. Ruback re WARN notification issue and re employee out on Worker's Compensation and issues pertaining thereto and review of same. | 1.80 | $1,170.00 |
| 02/20/2025 | HR | Emails with USI re insurance coverage issues; multiple emails with Dr. Ruback re various employment issues including Wesley, and Worker's Comp claims; review of documents from Dr. Ruback re same. | 1.30 | $845.00 |
| 02/21/2025 | HR | Emails with USI and Dr. Ruback re insurance coverage issues re employee matters. | 0.30 | $195.00 |

**Wilk Auslander**

wilkauslander.com

825 Eighth Avenue Suite 2900 New York, NY 10019

212.981.2300  |  Fax: 212.752.6380  |  FED. ID. #13-3430586

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 240590 |
| Resp. Atty: | JW |
| Page: | 3 |

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 02/24/2025 | HR | Adyan Weiydt Claim: receipt and examination of email from carrier re status of case and Justice Center Investigation; emails with Dr. Ruback re same; review of file materials re same and further emails with Dr. Ruback and review materials re responsive email to carrier re request for information.<br><br>Gonzales:  emails with Dr. Ruback re substantiation finding re terminated employee and next steps. | 1.30 | $845.00 |
| 02/25/2025 | HR | Prepare responsive email to adjustor in AW case matter re abuse investigation subsequent to review of prior reporting materials. | 0.60 | $390.00 |
| 02/26/2025 | HR | Emails with USI re insurance coverage issues. | 0.40 | $260.00 |
| 02/27/2025 | HR | Further emails re insurance coverage issues with USI and Dr. Ruback; receipt and examination of multiple emails from Dr. Ruback re open matters. | 0.40 | $260.00 |
| 02/28/2025 | HR | CVA and employee related abuse claims: receipt and examination of email from CVA counsel C. Loftus re status of claims and insurance coverage issues; review of same and further emails with counsel Loftus and Dr. Ruback re same<br><br>Receipt and examination of email from Dr Ruback re further communication from Justice Center finding in Gonzales employee matter with substantiation of abuser.<br><br>AAA: receipt and examination of further communication with AAA re stayed arbitrations in union employee matters; provide AAA with additional copy of notice of stay and further emails re same. | 2.20 | $1,430.00 |
| | | Total Professional Services | 18.70 | $12,155.00 |

## PERSON RECAP

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| HR | Helen Rella | 18.70 | $650.00 | $12,155.00 |

wilkauslander.com

**Wilk Auslander**

825 Eighth Avenue Suite 2900 New York, NY 10019

212.981.2300   |   Fax: 212.752.6380   |   FED. ID. #13-3430586

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 240590 |
| Resp. Atty: | JW |
| Page: | 4 |

| | | |
|---|---|---|
| Total Services | $12,155.00 | |
| Total Current Charges | | $12,155.00 |
| Previous Balance | | $61,844.64 |
| *Less Payments* | | ($2,494.38) |
| **PAY THIS AMOUNT** | | **$71,505.26** |

**Wilk Auslander**

825 Eighth Avenue Suite 2900 New York, NY 10019
212.981.2300   |   Fax: 212.752.6380   |   FED. ID. #13-3430586

# INVOICE

April 14, 2025

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 240837 |
| Resp. Atty: | JW |
| Page: | 1 |

RE:  Post Petition

**For Professional Services Rendered Through March 31, 2025**

| | |
|---|---|
| Total Services | $9,032.00 |
| Total Disbursements | $1,088.76 |
| Total Current Charges | $10,120.76 |
| Previous Balance | $59,350.26 |
| **PAY THIS AMOUNT** | **$69,471.02** |

---

**Remittance Advice**

Payment is due upon receipt.  Please return this remittance page with your payment.  Thank you.

**Check Payable To:**

Wilk Auslander LLP
Attn.: Accounts Receivable
825 Eighth Avenue - Suite 2900
New York, NY 10019

**Wire Transfer:**

Receiving Bank: Wells Fargo Bank - New York, NY
ABA Routing Number: 121000248
Swift Code: WFBIUS6S
Beneficiary: WILK AUSLANDER LLP
Account Number: 2000038031609



**Wilk Auslander**

825 Eighth Avenue Suite 2900 New York, NY 10019
212.981.2300   |  Fax: 212.752.6380   |  FED. ID. #13-3430586

April 14, 2025

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 240837 |
| Resp. Atty: | JW |
| Page: | 1 |

RE:  Post Petition

**For Professional Services Rendered Through March 31, 2025**

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 03/04/2025 | HR | Emails with Dr. Ruback re outstanding matters and review of same; emails with USI re insurance related issues. | 0.60 | $390.00 |
| 03/05/2025 | HR | Emails with Dr. Ruback and USI re insurance related matters. | 0.20 | $130.00 |
| 03/10/2025 | HR | Emails re insurance reinstatement and issues pertaining to same. | 0.20 | $130.00 |
| 03/14/2025 | HR | Receipt and examination of letter from auditor re request for additional information and update re prior audit response; emails with J. Wilk re same; prepare revisions to audit letter and review recent decisions in former employee Wesley matter and JC report in former employee Gonzales case; emails to accounting re same; emails with W. Scherer re same re Forgione case update; Emails with bankruptcy counsel Grubin and Dr. Ruback re employee outstanding issues for review. | 1.70 | $1,105.00 |
| 03/17/2025 | JW | Work on audit response letter. | 0.30 | $267.00 |
| 03/17/2025 | HR | Work re update audit letter including emails with accounting and with B. Scherer re revisions to update.  Receipt and examination of email from CVA counsel with updated audit letter from CVA counsel and review of same; emails with CVA counsel re Gonzales employee matter and JCenter finding; further emails with CVA counsel Loftus.

Further emails with Dr. Ruback re update call.  Review approximately 20 outstanding employee related matters for SC in preparation for call.  Call with WCB re Benjamin payment issues and work re same. | 4.90 | $3,185.00 |

**Wilk Auslander**

825 Eighth Avenue Suite 2900 New York, NY 10019
212.981.2300  |  Fax: 212.752.6380  |  FED. ID. #13-3430586

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 240837 |
| Resp. Atty: | JW |
| Page: | 2 |

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 03/18/2025 | HR | Emails with auditor re audit update letter; texts and emails with Dr. Ruback and with bankruptcy counsel Gruban re employee update call; prepare for call with re same. | 1.20 | $780.00 |
| 03/20/2025 | HR | Multiple emails with auditor re final audit letter; finalize audit letter. | 0.80 | $520.00 |
| 03/27/2025 | HR | Follow up emails with bankruptcy counsel Grubin and Dr. Ruback re outstanding matters. | 0.30 | $195.00 |
| 03/28/2025 | HR | Further emails with bankruptcy counsel Grubin re outstanding issues. | 0.20 | $130.00 |
| 03/31/2025 | MWS | Telephone conference with Janice and Ilan; review Ilan research all re: potential rejection of Forgione contract. | 1.00 | $770.00 |
| 03/31/2025 | HR | Emails with bankruptcy counsel Grubin and Dr. Ruback re catch up on outstanding matters; preliminary telephone call with counsel Grubin and Dr. Ruback re same and further emails re same; preparation for call. | 2.20 | $1,430.00 |
| | | Total Professional Services | 13.60 | $9,032.00 |

## PERSON RECAP

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| MWS | M. William Scherer | 1.00 | $770.00 | $770.00 |
| JW | Jack Wilk | 0.30 | $890.00 | $267.00 |
| HR | Helen Rella | 12.30 | $650.00 | $7,995.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 02/01/2025 | CS Disco, Inc.- - Inv# 582428 | $544.38 |
| 03/01/2025 | CS Disco, Inc.- - Inv# 593242 | $544.38 |
| | Total Disbursements | $1,088.76 |

## Wilk Auslander

825 Eighth Avenue Suite 2900 New York, NY 10019
212.981.2300   |   Fax: 212.752.6380   |   FED. ID. #13-3430586

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 240837 |
| Resp. Atty: | JW |
| Page: | 3 |

wilkauslander.com

| | | |
|---|---|---|
| Total Services | $9,032.00 | |
| Total Disbursements | $1,088.76 | |
| Total Current Charges | | $10,120.76 |
| Previous Balance | | $59,350.26 |
| **PAY THIS AMOUNT** | | **$69,471.02** |

## WA
### Wilk Auslander

wilkauslander.com

825 Eighth Avenue Suite 2900 New York, NY 10019
212.981.2300  |  Fax: 212.752.6380  |  FED. ID. #13-3430586

# INVOICE

May 16, 2025

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 241103 |
| Resp. Atty: | JW |
| Page: | 1 |

RE: Post Petition

**For Professional Services Rendered Through April 30, 2025**

| | |
|---|---|
| Total Services | $14,105.00 |
| Total Disbursements | $551.38 |
| Total Current Charges | $14,656.38 |
| Previous Balance | $69,471.02 |
| **PAY THIS AMOUNT** | **$84,127.40** |

---

**Remittance Advice**

Payment is due upon receipt.  Please return this remittance page with your payment.  Thank you.

**Check Payable To:**

Wilk Auslander LLP
Attn.: Accounts Receivable
825 Eighth Avenue - Suite 2900
New York, NY 10019

**Wire Transfer:**

Receiving Bank: Wells Fargo Bank - New York, NY
ABA Routing Number: 121000248
Swift Code: WFBIUS6S
Beneficiary: WILK AUSLANDER LLP
Account Number: 2000038031609

# WA

**Wilk Auslander**

wilkauslander.com

825 Eighth Avenue Suite 2900 New York, NY 10019
212.981.2300   |   Fax: 212.752.6380   |   FED. ID. #13-3430586

May 16, 2025

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 241103 |
| Resp. Atty: | JW |
| Page: | 1 |

RE: Post Petition

**For Professional Services Rendered Through April 30, 2025**

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|------|--------|-------------------------|-------|--------|
| 04/01/2025 | HR | Receipt and examination of email from Dr. Ruback re DOL benefits issues discussed during call; review of documentation from WCB re employee Asmnita S.; call to WCB re same; prepare letter to WCB with attachments re erroneous communications with SC; prepare fax to WCB and follow up re transmission of same. | 2.60 | $1,690.00 |
| 04/03/2025 | HR | Emails with ML re records issue; review legal research; Email to Dr. Ruback re records issue; interoffice conference with E. Snyder re same. | 2.40 | $1,560.00 |
| 04/03/2025 | ML | Researched a defunct medical facility's recordkeeping and patient notice requirements under New York DOH regulations. | 2.00 | $850.00 |
| 04/04/2025 | HR | Receipt and examination of further email from M.Lubandsky re records retention and destructions issues and review of legal research re same; emails with ML re same. | 2.60 | $1,690.00 |
| 04/08/2025 | HR | Emails with Dr. Ruback re DOL filing and re records retention issues; interoffice conference with M. Lubansky re same; review of legal issues re same. | 2.10 | $1,365.00 |
| 04/09/2025 | HR | Prepare for call with Dr. Ruback; emails with Dr. Ruback re call; lengthy call with Dr Ruback re 19 outstanding matters; further interoffice conference with M.Lubansky re records destruction issues and biohazard issues. | 3.30 | $2,145.00 |
| 04/09/2025 | ML | Contacted the New York State Department of Health in order to inquire as to policies for environmentally compromised medical records. | 0.20 | $85.00 |
| 04/10/2025 | HR | Emails with M. Lubansky re records retention legal issues and DOL issues and review of same. | 1.30 | $845.00 |

wilkauslander.com

**Wilk Auslander**

825 Eighth Avenue Suite 2900 New York, NY 10019

212.981.2300   |   Fax: 212.752.6380   |   FED. ID. #13-3430586

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 241103 |
| Resp. Atty: | JW |
| Page: | 2 |

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 04/10/2025 | ML | Communicated with NYS DOH to clarify guidance regarding records compromised by environmental biohazard. | 2.00 | $850.00 |
| 04/11/2025 | HR | Further emails with M. Lubansky re records retention issues and legal research pertaining to same and further review of sa,3. | 0.80 | $520.00 |
| 04/11/2025 | ML | Communicated with NYS DOH to clarify guidance regarding records compromised by environmental biohazard. | 3.00 | $1,275.00 |
| 04/15/2025 | HR | Address legal issues re document retention and open matters requiring resolution. | 1.30 | $845.00 |
| 04/30/2025 | MWS | Status re[prt letter to Judge McCarthy; confirm with Gruber. | 0.50 | $385.00 |
| | | Total Professional Services | 24.10 | $14,105.00 |

## PERSON RECAP

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| MWS | M. William Scherer | 0.50 | $770.00 | $385.00 |
| ML | Maxim Labunsky | 7.20 | $425.00 | $3,060.00 |
| HR | Helen Rella | 16.40 | $650.00 | $10,660.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 04/01/2025 | CS Disco, Inc.- - Inv# 604156 | $544.38 |
| 04/04/2025 | Facsimiles | $7.00 |
| | Total Disbursements | $551.38 |

**Wilk Auslander**

wilkauslander.com

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 241103 |
| Resp. Atty: | JW |
| Page: | 3 |

825 Eighth Avenue Suite 2900 New York, NY 10019
212.981.2300   |   Fax: 212.752.6380   |   FED. ID. #13-3430586

| | | |
|---|---|---|
| Total Services | $14,105.00 | |
| Total Disbursements | $551.38 | |
| Total Current Charges | | $14,656.38 |
| Previous Balance | | $69,471.02 |
| **PAY THIS AMOUNT** | | **$84,127.40** |



**Wilk Auslander**

825 Eighth Avenue Suite 2900 New York, NY 10019
212.981.2300   |   Fax: 212.752.6380   |   FED. ID. #13-3430586

# INVOICE

June 16, 2025

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 241405 |
| Resp. Atty: | JW |
| Page: | 1 |

RE:  Post Petition

**For Professional Services Rendered Through May 31, 2025**

| | |
|---|---|
| Total Services | $7,095.00 |
| Total Disbursements | $544.38 |
| Total Current Charges | $7,639.38 |
| Previous Balance | $74,006.64 |
| **PAY THIS AMOUNT** | **$81,646.02** |

---

**Remittance Advice**

Payment is due upon receipt.  Please return this remittance page with your payment.  Thank you.

**Check Payable To:**

Wilk Auslander LLP
Attn.: Accounts Receivable
825 Eighth Avenue - Suite 2900
New York, NY 10019

**Wire Transfer:**

Receiving Bank: Wells Fargo Bank - New York, NY
ABA Routing Number: 121000248
Swift Code: WFBIUS6S
Beneficiary: WILK AUSLANDER LLP
Account Number: 2000038031609





## Wilk Auslander

825 Eighth Avenue Suite 2900 New York, NY 10019
212.981.2300   |   Fax: 212.752.6380   |   FED. ID. #13-3430586

June 16, 2025

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 241405 |
| Resp. Atty: | JW |
| Page: | 1 |

RE:  Post Petition

**For Professional Services Rendered Through May 31, 2025**

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 05/06/2025 | ML | Discussed WARN requirements with Rella and researched contact information therefore. | 0.50 | $212.50 |
| 05/07/2025 | HR | Interoffice conferences with M. Lubansky re DOL notifications; emails with Dr. Ruback re audit letters from WA re: pending employee related matters and from CVA counsel and procure same and email to Dr. Ruback re same. | 0.80 | $520.00 |
| 05/07/2025 | ML | Researched backgrounds and addresses of individuals and entities subject to WARN Act notification. | 0.50 | $212.50 |
| 05/08/2025 | HR | Interoffice conference with DOL issues. | 0.60 | $390.00 |
| 05/13/2025 | HR | Work re mandatory WARN filings including update letter to DOL and format for letters to various notified parties; review of chart and work re same re presentation to DOL in updated notifications. | 4.70 | $3,055.00 |
| 05/14/2025 | HR | Continue work re supplemental documentation; review of charting information needed for supplemental DOL documentation. | 2.40 | $1,560.00 |
| 05/16/2025 | ML | Reviewed Dobbs Ferry-related WARN notices against public information to verify whether they were current or needed modification; reported findings to Rella. | 0.40 | $170.00 |
| 05/23/2025 | HR | Receipt and examination of email from Dr. Ruback re DOL UI benefits to terminated employees and experience rating information re: employee claims; prepare detailed email to Dr. Ruback and bankruptcy counsel Grubin in reply thereto. | 0.80 | $520.00 |
| 05/27/2025 | HR | Receipt and examination of email from Dr. Ruback re UI experience rating issues relative to former employee UI claims filed and reply thereto. | 0.70 | $455.00 |

**Wilk Auslander**

wilkauslander.com

825 Eighth Avenue Suite 2900 New York, NY 10019
212.981.2300   |   Fax: 212.752.6380   |   FED. ID. #13-3430586

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 241405 |
| Resp. Atty: | JW |
| Page: | 2 |

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|---|---|---|---|---|
| | | Total Professional Services | 11.40 | $7,095.00 |

## PERSON RECAP

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| ML | Maxim Labunsky | 1.40 | $425.00 | $595.00 |
| HR | Helen Rella | 10.00 | $650.00 | $6,500.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 05/01/2025 | CS Disco, Inc.- Inv# 620355 | $544.38 |
| | Total Disbursements | $544.38 |

| | | |
|---|---|---|
| Total Services | $7,095.00 | |
| Total Disbursements | $544.38 | |
| Total Current Charges | | $7,639.38 |
| Previous Balance | | $74,006.64 |
| **PAY THIS AMOUNT** | | **$81,646.02** |

# WA
## Wilk Auslander

wilkauslander.com

825 Eighth Avenue Suite 2900 New York, NY 10019

212.981.2300 | Fax: 212.752.6380 | FED. ID. #13-3430586

# INVOICE

July 16, 2025

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 241744 |
| Resp. Atty: | JW |
| Page: | 1 |

RE:  Post Petition

**For Professional Services Rendered Through June 30, 2025**

| | |
|---|---|
| Total Services | $1,105.00 |
| Total Disbursements | $544.38 |
| Total Current Charges | $1,649.38 |
| Previous Balance | $81,646.02 |
| **PAY THIS AMOUNT** | **$83,295.40** |

**Remittance Advice**

Payment is due upon receipt.  Please return this remittance page with your payment.  Thank you.

**Check Payable To:**

Wilk Auslander LLP
Attn.: Accounts Receivable
825 Eighth Avenue - Suite 2900
New York, NY 10019

**Wire Transfer:**

Receiving Bank: Wells Fargo Bank - New York, NY
ABA Routing Number: 121000248
Swift Code: WFBIUS6S
Beneficiary: WILK AUSLANDER LLP
Account Number: 2000038031609

wilkauslander.com

# Wilk Auslander

825 Eighth Avenue Suite 2900 New York, NY 10019
212.981.2300    |  Fax: 212.752.6380    |  FED. ID. #13-3430586

July 16, 2025

St. Christopher's, Inc.
71 Broadway
Dobbs Ferry, NY 10522
**Attention: Sarah Ruback, CEO**

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 241744 |
| Resp. Atty: | JW |
| Page: | 1 |

RE:  Post Petition

**For Professional Services Rendered Through June 30, 2025**

## SERVICES

| Date | Person | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 06/03/2025 | HR | Receipt and examination of email from Beasley insurance adjustor re status of investigation by Justice Center and police department re abuse allegations for AW; review same and prepare email in reply thereto. | 0.70 | $455.00 |
| 06/04/2025 | HR | Receipt and examination of email from Dr. Ruback re UI issue and reply thereto; receipt and examination of further email from bankruptcy Grubin re UI shortfall land further email tot counsel Grubin and Dr. Ruback in reply thereto. | 0.60 | $390.00 |
| 06/05/2025 | HR | Receipt and examination of further email from Beasley claims adjuster re AW abuse case; prepare reply with prior communication relative to response to prior inquiry re case status and update. | 0.40 | $260.00 |
| | | Total Professional Services | 1.70 | $1,105.00 |

## PERSON RECAP

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| HR | Helen Rella | 1.70 | $650.00 | $1,105.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 06/01/2025 | CS Disco, Inc.- - Inv# 631374 | $544.38 |

**Wilk Auslander**

825 Eighth Avenue Suite 2900 New York, NY 10019
212.981.2300  |  Fax: 212.752.6380  |  FED. ID. #13-3430586

| | |
|---|---|
| Client: | 006014 |
| Matter: | 000014 |
| Invoice #: | 241744 |
| Resp. Atty: | JW |
| Page: | 2 |

**DISBURSEMENTS**

| Date | Description of Disbursements | Amount |
|---|---|---|
| | Total Disbursements | $544.38 |

| | | |
|---|---|---|
| Total Services | $1,105.00 | |
| Total Disbursements | $544.38 | |
| Total Current Charges | | $1,649.38 |
| Previous Balance | | $81,646.02 |
| **PAY THIS AMOUNT** | | **$83,295.40** |

EXHIBIT C

| Category | Fees | Hours |
|---|---|---|
| Labor: | $225,311.50 | 357.45 |
| Real Estate: | $ 7,512.75 | 10.15 |
| **Total:** | **$232,824.25** | **367.6** |

# EXHIBIT D

**EXPENSES**

| | |
|---|---|
| Photocopies: | $   7.50 |
| Facsimile: | $  14 |
| Westlaw: | $ 120.26 |
| CS Disco, Inc. | $8,165.70 |
| TOTAL: | $8,307.46 |

EXHIBIT E

**WILK AUSLANDER LLP**
825 Eighth Avenue, Suite 2900
New York, New York 10019
Telephone: (212) 981-2300
Eric J. Snyder, Esq.

*pro se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ST. CHRISTOPHER'S, INC., *et al.*[6] | Case No. 24-22373 (SHL) |
| Debtor. | |

**DECLARATION OF ERIC J. SNYDER, ESQ. IN SUPPORT OF INTERIM FEE APPLICATION OF WILK AUSLANDER LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF <u>EXPENSES INCURRED IN THIS CASE</u>**

I, ERIC J. SNYDER, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that

the foregoing is true and correct to the best of my knowledge, information, and belief:

　　　　1.　　　　I am a partner of the law firm of Wilk Auslander, LLP ("WA"), located at 825

Eighth Avenue, 29th Floor, New York, New York 10019.  WA serves as ordinary course of

business labor/real estate  counsel to the above-captioned debtor (the "Debtor"). I am a member

in good standing of the Bar of the State of New York, and I have been admitted to practice in the

United States District Court for the Southern District of New York. There are no disciplinary

proceedings pending against me.

---

[6] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

2.      I have read the *Interim Fee Application of Wilk Auslander LLP for Allowance of Compensation for Services Rendered and For Reimbursement of Expenses Incurred in This Cases* (the "Application"). To the best of my knowledge, information and belief, the statements contained in the Application are true and correct. In addition, I believe the Application complies with Local Bankruptcy Rule 2016-1.

3.      In connection therewith, I hereby certify that:

a.      to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein;

b.      except to the extent disclosed in the Application, the fees and disbursements sought in the Application are billed at rates customarily employed by WA and generally accepted by WA's clients. In addition, none of the professionals seeking compensation varied their hourly rate based on the geographic location of the Debtor's case;

c.      in providing a reimbursable expense, WA does not make a profit on that expense, whether the service is performed by WA in-house or through a third party;

d.      no agreement or understanding exists between WA and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules; and

e.      all services for which compensation is sought were professional services on behalf of the Debtor and not on behalf of any other person.

Dated: September 22, 2025

/s/ Eric J. Snyder
ERIC J. SNYDER