| Fill in this information to identify the case: |
| --- |
| Debtor Name St. Christopher's Inc. |
| United States Bankruptcy Court for the: Southern District of New York |
| Case number: 24-22373 |

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:   9/1/25 - 9/30/25

Date report filed:   11/03/2025
MM / DD / YYYY

Line of business:   Other Residential Care Ser

NAISC code:   6239

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:   Dr. Sarah Ruback (CEO)

Original signature of responsible party

Printed name of responsible party   Dr. Sarah Ruback (CEO)

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
| --- | --- | :-: | :-: | :-: |
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☑ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☑ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  St. Christopher's Inc.

Case number  24-22373

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 670,534.81

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 11,195.29

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 95,941.50

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -84,746.21

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 585,788.60

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 79,613.55

Debtor Name  St. Christopher's Inc.                                              Case number  24-22373

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                              $    192,930.94

   *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                                          191

27.  What is the number of employees as of the date of this monthly report?                             1

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?            $        0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $        0.00

30.  How much have you paid this month in other professional fees?                                      $     5,700.00

31.  How much have you paid in total other professional fees since filing the case?                     $   515,921.14

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $  11,190.12 | − | $  11,195.29 | = | $      -5.17 |
| 33.  **Cash disbursements** | $  95,631.03 | − | $  95,941.50 | = | $    -310.47 |
| 34.  **Net cash flow** | $  -84,440.91 | − | $  -84,746.21 | = | $     305.30 |

35.  Total projected cash receipts for the next month:                                            $ 1,144,271.1

36.  Total projected cash disbursements for the next month:                                     − $  984,513.00

37.  Total projected net cash flow for the next month:                                          = $  159,758.50

Debtor Name  St. Christopher's Inc.                                Case number  24-22373

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

## EXHIBIT A
## St. Christopher's, Inc.
## Case No: 24-22373

**1.** Question 1: St. Christopher's has wound down its operations. All residential treatment programs are no longer operational. The Health Homes Program was transferred to another organization on December 2, 2024.

**2.** Question 2: St. Christopher's has wound down its operations. All residential treatment programs are no longer operational. The Health Homes Program was transferred to another organization on December 2, 2024.

**St. Christopher's, Inc.**
**Case No: 24-22373**
**September Monthly Operating Support**
**September 1, 2025 - September 30, 2025**
**Total Cash Receipts**
**Exhibit C**

| Post Date | Customer Name | Amount | Account Number |
|---|---|---|---|
| 9/30/2025 | INTEREST CREDIT | $    5.03 | 0913 |
| 9/17/2025 | CSU Producer Resources, Inc. (Insurance Refund) | 10,056.49 | 0913 |
| 9/17/2025 | American Online Giving Foundation | 73.18 | 0913 |
| 9/17/2025 | Stop & Shop | 402.00 | 0913 |
| 9/17/2025 | Spectrum | 59.00 | 0913 |
| 9/17/2025 | Wage Works FSA Receivable | 599.45 | 0913 |
| 9/30/2025 | INTEREST CREDIT | 0.14 | 0404 |
| | Grand Total | $    11,195.29 | |

**St. Christopher's, Inc.**
**Case No: 24-22373**
**September Monthly Operating Support**
**September 1, 2025 - September 30, 2025**
**Total Cash Disbursements**
**Exhibit D**

| Date Written | Check # | Payee Name | Purpose | Amount | Account Number |
|---|---|---|---|---|---|
| 9/8/2025 | | Waste Connection | Goods & Services | $ 652.72 | 0913 |
| 9/8/2025 | | Cemco Water & Waste Specialists Inc. | Goods & Services | 750.00 | 0913 |
| 9/8/2025 | | The Childrens Village Inc. | Goods & Services | 1,190.00 | 0913 |
| 9/8/2025 | | Castro & Brothers | Goods & Services | 2,500.00 | 0913 |
| 9/8/2025 | | Stagg Group | Rent Refund | 10,704.46 | 0913 |
| 9/8/2025 | | PVEDI | Goods & Services | 12,334.35 | 0913 |
| 9/11/2025 | | Paycom Payroll | Payroll | 10,183.05 | 0913 |
| 9/12/2025 | | Central Hudson Utility | Utilities | 428.10 | 0913 |
| 9/12/2025 | | Central Hudson Utility | Utilities | 371.38 | 0913 |
| 9/12/2025 | | Central Hudson Utility | Utilities | 66.65 | 0913 |
| 9/15/2025 | | Atlantic - Tomorrow | IT | 1,619.85 | 0913 |
| 9/15/2025 | | Azure Plumbing, Heating and Air Conditioning | Goods & Services | 4,730.00 | 0913 |
| 9/15/2025 | | Bonadio & Co, LLP | Accounting Services | 5,700.00 | 0913 |
| 9/15/2025 | | VERIZON | Goods & Services | 107.86 | 0913 |
| 9/17/2025 | | New Windsor | Goods & Services | 11,350.00 | 0913 |
| 9/17/2025 | | Amex | Goods & Services | 1,009.56 | 0913 |
| 9/24/2025 | | Paycom Payroll | Payroll | 9,999.63 | 0913 |
| 9/24/2025 | | TOWN OF NEW WINDSOR | Utilities | 6.05 | 0913 |
| 9/26/2025 | | TOWN OF NEW WINDSOR | Utilities | 5,684.95 | 0913 |
| 9/26/2025 | | TOWN OF NEW WINDSOR | Utilities | 1,167.40 | 0913 |
| 9/26/2025 | | TOWN OF NEW WINDSOR | Utilities | 224.56 | 0913 |
| 9/26/2025 | | TOWN OF NEW WINDSOR | Utilities | 46.11 | 0913 |
| 9/26/2025 | | The Childrens Village Inc. | Goods & Services | 340.00 | 0913 |
| 9/26/2025 | | Dow Jones Company Inc. | Goods & Services | 1,989.76 | 0913 |
| 9/26/2025 | | Control Point Associates | Goods & Services | 6,000.00 | 0913 |
| 9/29/2025 | | Optimum | Utilities | 117.06 | 0913 |
| 9/29/2025 | | Control Point Associates | Goods & Services | 6,275.00 | 0913 |
| 9/29/2025 | | VERIZON | Goods & Services | 123.00 | 0913 |
| 9/29/2025 | | A and A Alarm | Goods & Services | 135.00 | 0913 |
| 9/29/2025 | | A and A Alarm | Goods & Services | 135.00 | 0913 |

| | | | | Grand Total | $ 95,941.50 | |

**St. Christopher's, Inc.**
**Case No: 24-22373**
**September Monthly Operating Support**
**September 1, 2025 - September 30, 2025**
**Unpaid Bills (AP Aging)**
**Exhibit E**

| Vendor Name | Vendor Bill Date | Date Due | Amount Due | Type | Purpose of Debt |
|---|---|---|---|---|---|
| Control Point Associates, Inc. | 09/26/2025 | 09/26/2025 | 3,000.00 | Invoice | Goods & Services |
| Control Point Associates, Inc. | 09/29/2025 | 09/29/2025 | 9,275.00 | Invoice | Goods & Services |
| PVE | 09/30/2025 | 09/30/2025 | 6,881.00 | Invoice | Goods & Services |
| VEOLIA WATER NEW YORK INC | 10/31/2024 | 10/31/2024 | 13,169.48 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 11/30/2024 | 11/30/2024 | 13,775.66 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 12/31/2024 | 12/31/2024 | 16,409.78 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 12/31/2024 | 01/30/2025 | 627.08 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 01/01/2025 | 01/01/2025 | 803.98 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 01/31/2025 | 03/02/2025 | 450.85 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 02/28/2025 | 03/30/2025 | 556.00 | Invoice | Utilities |
| VEOLIA WATER NEW YORK INC | 03/31/2025 | 04/30/2025 | 8.34 | Invoice | Utilities |
| WILK AUSLANDER | 05/31/2025 | 05/31/2025 | 14,656.38 | Invoice | Legal Fees |

| Grand Total | $ | 79,613.55 |
|---|---|---|

**St. Christopher's, Inc.**
**Case No: 24-22373**
**September Monthly Operating Support**
**September 1, 2025 - September 30, 2025**
**Accounts Receivables**
**Exhibit F**

| Customer Name | Current | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over | Total |
|---|---|---|---|---|---|---|
| CSE NYC | - | - | - | - | 58,031.45 | 58,031.45 |
| CSE NYC BOE Jul/Aug - 23 | | | | | 45,246.18 | 45,246.18 |
| CSE OPWDD | - | - | - | - | - | - |
| CSE Schoharie | - | - | - | - | 87,109.80 | 87,109.80 |
| CSE Scranton | - | - | - | - | - | - |
| Fee For Service - CFTSS & 29i | - | - | - | - | 931.51 | 931.51 |
| Health Homes | - | - | - | - | - | - |
| Nassau DSS | - | - | - | - | 1,612.00 | 1,612.00 |
| | $ - | $ - | $ - | $ - | $ 192,930.94 | $ 192,930.94 |

**St. Christopher's Inc.**
**Projected Weekly Cash Flow**
*AS OF SEPTEMBER 29, 2025*

| | Week Number: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Total Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week Ending: | 9/27/2025 | 10/4/2025 | 10/11/2025 | 10/18/2025 | 10/25/2025 | 11/1/2025 | 11/8/2025 | 11/15/2025 | 11/22/2025 | 11/29/2025 | 11/29/2025 |
| **Operating Receipts** | | | | | | | | | | | | |
| NYC, ACS & BOE | $ | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Gov Entities | | - | - | - | - | - | - | - | - | - | - | - |
| Medicaid (DOH) | | - | - | - | - | - | - | - | - | - | - | - |
| Fee for Service | | - | - | - | - | - | - | - | - | - | - | - |
| Other/Rent, Refunds and Miscellaneous * | | - | - | - | - | - | 1,144,271 | - | - | - | - | 1,144,271 |
| ORR Reimbursement | | - | - | - | - | - | - | - | - | - | - | - |
| Health Homes | | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Receipts** | | - | - | - | - | - | 1,144,271.1 | - | - | - | - | 1,144,271 |
| | | | | | | | | | | | | |
| **Operating Disbursements** | | | | | | | | | | | | |
| Payroll and taxes | | 10,183 | - | 10,183 | - | 10,183 | - | 10,183 | - | 10,183 | - | 50,915 |
| Insurance | | - | - | - | - | - | - | - | - | - | - | - |
| Benefits, including state unemployment insurance | | - | - | - | - | - | - | - | - | - | - | - |
| Other Operating Expenses ** | | 4,750 | 3,150 | 3,150 | 3,150 | 4,770 | 433,260 | 3,125 | 3,125 | 3,125 | 4,745 | 466,350 |
| Critical Vendor Catch Up | | - | - | - | - | - | - | - | - | - | - | - |
| GNC Expenses | | - | - | - | - | - | - | - | - | - | - | - |
| Capital Improvements/ Infrastructure remediation/Contingency *** | | - | - | - | 25,000 | - | - | - | 600,000 | - | - | 625,000 |
| Ordinary course professionals | | 15,000 | 20,000 | - | 25,000 | - | - | 20,000 | - | 25,000 | - | 105,000 |
| Settlement / Other Payments **** | | - | - | - | - | - | 315,000 | - | - | - | - | 315,000 |
| Administrative Services Agreement | | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 123,667 | 2,000 | 2,000 | 2,000 | 2,000 | 141,667 |
| **Total Operating Disbursements** | | 31,933 | 25,150 | 15,333 | 55,150 | 16,953 | 871,927 | 35,308 | 605,125 | 40,308 | 6,745 | 1,703,932 |
| | | | | | | | | | | | | |
| **Net Operating Cash Flow** | | (31,933) | (25,150.05) | (15,333.05) | (55,150.00) | (16,952.90) | 272,344.45 | (35,308) | (605,125) | (40,308) | (6,745) | (559,661) |
| | | | | | | | | | | | | |
| **Non-Operating Receipts/Disbursements** | | | | | | | | | | | | |
| Transfer from DIP Financing | | - | - | - | - | - | - | - | - | - | - | - |
| Plan Fund Payment ***** | | - | (1,000) | - | - | - | - | (1,000) | - | - | - | (2,000) |
| Proceeds from asset sale (net of closing costs) | | - | - | - | - | - | - | - | - | - | - | - |
| Non-Operating Cash Flows | | - | (1,000) | - | - | - | - | (1,000) | - | - | - | (2,000) |
| | | | | | | | | | | | | |
| **Restructuring Expenses ******** | | | | | | | | | | | | |
| Counsel | | - | - | - | - | - | - | - | - | - | - | - |
| Accountant | | - | - | - | - | - | - | - | - | - | - | - |
| Sub Chapter V Trustee | | - | - | - | - | - | - | - | - | - | - | - |
| **Restructuring Expenses** | | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | |
| **Net Non-Operating Cash Flow** | | - | (1,000) | - | - | - | - | (1,000) | - | - | - | (2,000) |
| | | | | | | | | | | | | |
| **Valley - Opening Balance** | | 584,402 | 552,469 | 526,319 | 510,986 | 455,836 | 438,883 | 711,228 | 674,919 | 69,794 | 29,486 | 584,402 |
| Net Operating Cash Flows | | (31,933) | (25,150) | (15,333) | (55,150) | (16,953) | 272,344 | (35,308) | (605,125) | (40,308) | (6,745) | (559,661) |
| Non-Operating Cash Flows | | - | (1,000) | - | - | - | - | (1,000) | - | - | - | (2,000) |
| **Ending Cash Balance ********* | | 552,469 | 526,319 | 510,986 | 455,836 | 438,883 | 711,228 | 674,919 | 69,794 | 29,486 | 22,742 | 22,742 |
| | | | | | | | | | | | | |
| **Proposed DIP Financing  - Beginning Balance** | | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 |
| Drawdown | | - | - | - | - | - | - | - | - | - | - | - |
| Paydown | | - | - | - | - | - | - | - | - | - | - | - |
| **Proposed DIP Financing  - Ending Balance** | | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 | 2,959,288 |
| | | | | | | | | | | | | |
| **Total Liquidity ********* | $ | 552,469 | $ 526,319 | $ 510,986 | $ 455,836 | $ 438,883 | $ 711,228 | $ 674,919 | $ 69,794 | $ 29,486 | $ 22,742 | $ 22,742 |

* <u>Other receipts ($1,144,271.12)</u>:  Includes proceeds from sale of Dobbs Ferry currently held in trust with counsel (Barclay Damon).
** <u>Other operating expenses ($433,260)</u>:  Includes estimated amounts for transfer, storage and disposal of records, utilities and water usage costs.
*** <u>Capital improvements/infrastructure remediation/contingency ($225,000)</u>:  Includes estimated amounts for Jenny Clarkson soil remediation project and related professional fees.
**** <u>Settlements/Other Payments ($315,000)</u>:  Includes estimated amounts for prepetition settlement of CVA claim, fees and amounts related to the 2005 DASNY loan to The McQuade Foundation and other settlement amounts.
***** <u>Plan Fund Payment</u>: Per the Case Management Order, monthly deposit in the amount of $1,000 for the purpose of paying accruing administrative expenses
****** <u>Not included</u>:  Monthly estimated professional fees, subject to Court approval, are estimated in the following amounts: Counsel - $100,000, Financial Advisor - $75,000 and Sub Chapter V Trustee - $10,000, Special Counsel - $65,000.
****** <u>Not included</u>:  Net proceeds from the sale of the Debtors' real properties (Jenny Clarkson and New Windsor) or insurance premium refunds.

**ST. CHRISTOPHER'S, INC.**

**Statement of Financial Position**

|  | September 30, 2025 |
|---|---|
|  | St. Christopher's |
| **ASSETS** |  |
| Cash and cash equivalents | $ 576,189 |
| Sale proceeds held in trust | 1,144,271 |
| Accounts receivable, net | 2,544 |
| Interest reserve | 34,558 |
| Prepaid expenses | 162,125 |
| Security deposit | 6,966 |
| Property and equipment, net of accumulated depreciation | 575,677 |
| Assets held for sale | 367,918 |
| Total assets | $ 2,870,248 |
| **LIABILITIES AND NET ASSETS** |  |
| Liabilities: |  |
| Accounts payable and accrued expenses | $ 4,583,038 |
| Accrued payroll and related benefits | 24,355 |
| Unearned revenue - rent | 49,342 |
| Due to related parties | 766,651 |
| Loan payable, net of unamortized debt issuance costs | 993,515 |
| Total liabilities | 6,416,901 |
| Net Assets: |  |
| Net Assets - without donor restrictions | (3,546,653) |
| Total liabilities and net assets | $ 2,870,248 |
|  | - |

**ST. CHRISTOPHER'S, INC.**

**Statement of Activities**

| | for the Period from September 1, 2025, to September 30, 2025 |
| --- | --- |
| | **St. Christopher's** |
| **Program service revenue:** | |
| Fee for service | $ - |
| Grant | - |
| Part I - Tuition revenue and other revenue | - |
| Total program service revenue | **-** |
| **Expenses:** | |
| Program services: Residential and related programs | **124,202** |
| Management and general | **326,170** |
| Total expenses | **450,372** |
| **Support and non-operating revenue:** | |
| Contributions | **475** |
| Rental income | **(10,704)** |
| Interest income, net | **5** |
| Other income | **10,715** |
| Total support and non-operating revenue | **491** |
| **Change in net assets** | **(449,881)** |
| Net assets, September 1, 2025 | **(3,096,772)** |
| **Net assets, September 30, 2025** | $ **(3,546,653)** |
| | - |

# Valley

P.O. Box 558
Wayne, NJ 07474-0558

| | | |
|---|---|---|
| Last Statement: | | August 31, 2025 |
| Statement Ending: | | September 30, 2025 |
| Page: | | 1 of 4 |

ST CHRISTOPHERS INC
C/O BARCLAY DAMON
ATTN: JANICE GRUBIN ESQ.
1270 AVENUE OF THE AMERICAS SUITE 501
NEW YORK NY 10020

Email:          contactus@valley.com

Visit Us Online:     www.valley.com

Mail To:         1720 Route 23, Wayne, NJ 07470

# Account Statement

## NON-PROFIT ORGANIZATIONAL CHK  - XXXXXX0913

SUMMARY FOR THE PERIOD: 09/01/25 - 09/30/25                *ST CHRISTOPHERS INC*

| Beginning Balance $654,531.25 | + | Deposits & Other Credits $11,195.15 | − | Withdrawals & Other Debits $96,941.50 | = | Ending Balance $568,784.90 |
|---|---|---|---|---|---|---|

## TRANSACTIONS

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $654,531.25 |
| 09/05 | PHONE/INTERNET TRNFR REF ███203L FUNDS TRANSFER TO DEP XXXXXX0404 FROM FUNDS TRANSFER VIA ONLINE | -$1,000.00 | | $653,531.25 |
| 09/08 | WIRE OUT ███9667 PVEDI  INV 5 | -$12,334.35 | | $641,196.90 |
| 09/08 | WIRE OUT ███5252 STAGG GROUP  JULY 12 - 31ST REN T | -$10,704.46 | | $630,492.44 |
| 09/08 | WIRE OUT ███9494 CASTRO AND BROTHER S INV 1661 | -$2,500.00 | | $627,992.44 |
| 09/08 | WIRE OUT ███9610 THE CHILDRENS VILL AGE INC INV 159 | -$1,190.00 | | $626,802.44 |
| 09/08 | WIRE OUT ███9562 CEMCO  INV 9001 | -$750.00 | | $626,052.44 |
| 09/08 | ACH DEBIT WASTE CONNECTION WEB_PAY 250908 | -$652.72 | | $625,399.72 |
| 09/11 | WIRE OUT ███4491 PAYCOM CLIENT TRUS T PAYCOM PAYROLL PD 9/12/25 | -$10,183.05 | | $615,216.67 |
| 09/12 | ACH DEBIT CENTRALHUDSON UTILITY 250912 | -$66.65 | | $615,150.02 |
| 09/12 | ACH DEBIT | -$371.38 | | $614,778.64 |



# ▶ Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX0913
**Statement Date:** 09/30/2025
**Page :** 2 of 4

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|------|-------------|---------------------------:|-------------------------:|--------:|
| | CENTRALHUDSON UTILITY 250912 | | | |
| 09/12 | ACH DEBIT | -$428.10 | | $614,350.54 |
| | CENTRALHUDSON UTILITY 250912 | | | |
| 09/15 | DEBIT PURCHASE | -$107.86 | | $614,242.68 |
| | MERCHANT PURCHASE TERMINAL █9216 | | | |
| | VERIZONWRLSS RTCCR VB █2 0 FL | | | |
| | XXXXXXXXXXXX7709 | | | |
| 09/15 | WIRE OUT | -$5,700.00 | | $608,542.68 |
| | █2282 BONADIO  CO, LLP  INV | | | |
| | BN439583 AND I NV BN440148 | | | |
| 09/15 | WIRE OUT | -$4,730.00 | | $603,812.68 |
| | █2219 AZURE PLUMBING, HE | | | |
| | ATING AND AIR CON INVOICE 111 | | | |
| 09/15 | WIRE OUT | -$1,619.85 | | $602,192.83 |
| | █2244 ATLANTIC  TOMORROW S | | | |
| | OFFICE INVOICES █1908 A ND █1909 | | | |
| 09/17 | ACH CREDIT | | $599.45 | $602,792.28 |
| | WAGEWORKS FSA 09162025 █3228 | | | |
| 09/17 | DEPOSIT | | $10,590.67 | $613,382.95 |
| 09/17 | ACH DEBIT | -$1,009.56 | | $612,373.39 |
| | AMEX EPAYMENT ACH PMT 250917 | | | |
| 09/17 | CHECKING WITHDRAWAL | -$11,350.00 | | $601,023.39 |
| 09/24 | DEBIT PURCHASE | -$6.05 | | $601,017.34 |
| | MERCHANT PURCHASE TERMINAL █0 4TE | | | |
| | NEW WINDSOR PE RMITS NEW WINDS NY | | | |
| | XXXXXXXXXXXX7709 | | | |
| 09/24 | WIRE OUT | -$9,999.63 | | $591,017.71 |
| | █7813 PAYCOM CLIENT TRUS T | | | |
| | PAYROLL PAYMENT - 9/26 CHECK DATE | | | |
| 09/26 | WIRE OUT | -$6,000.00 | | $585,017.71 |
| | █7026 CONTROL POINT ASSO | | | |
| | CIATES INC RETAINER INVOICE P ROJECT █ | | | |
| | 054-0 | | | |
| 09/26 | WIRE OUT | -$1,989.76 | | $583,027.95 |
| | █7083 DOW JONES  COMPANY , | | | |
| | INC. ACCOUNTSRECEIVABLE | | | |
| | @DOWJONES.COM INVO | | | |
| 09/26 | WIRE OUT | -$340.00 | | $582,687.95 |
| | █7069 THE CHILDRENS VILL AGE | | | |
| | INC INV 160 | | | |
| 09/26 | A2A PMT DEBIT | -$46.11 | | $582,641.84 |
| | TERMINAL 002█XFEE TYL | | | |
| | NEWWINDSOR SER VFEE  PLANO    TX | | | |
| | XXXXXXXXXXXX7709 | | | |
| 09/26 | A2A PMT DEBIT | -$224.56 | | $582,417.28 |
| | TERMINAL 002█YFEE TYL | | | |
| | NEWWINDSOR SER VFEE  PLANO    TX | | | |
| | XXXXXXXXXXXX7709 | | | |
| 09/26 | A2A PMT DEBIT | -$1,167.40 | | $581,249.88 |
| | TERMINAL 002█HWGX TOWN OF NEW | | | |
| | WINDSO R    NEW WINDS NY | | | |
| | XXXXXXXXXXXX7709 | | | |





# Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX0913
**Statement Date:** 09/30/2025
**Page :** 3 of 4

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|------|-------------|---------------------------|-------------------------|---------|
| 09/26 | A2A PMT DEBIT TERMINAL 002 ████FM6Y TOWN OF NEW WINDSO R   NEW WINDS NY XXXXXXXXXXXX7709 | -$5,684.95 | | $575,564.93 |
| 09/29 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL █9216 IN A AND A ALARM CO ████6437 NY XXXXXXXXXXXX7709 | -$135.00 | | $575,429.93 |
| 09/29 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL █9216 IN A AND A ALARM CO ████6437 NY XXXXXXXXXXXX7709 | -$135.00 | | $575,294.93 |
| 09/29 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL █9216 VERIZONWRLSS RTCCR ████2 0 FL XXXXXXXXXXXX7709 | -$123.00 | | $575,171.93 |
| 09/29 | WIRE OUT ████████6572 CONTROL POINT ASSO CIATES INC 2ND PORTION OF 50 RETAINER PAYMENT(6 | -$6,275.00 | | $568,896.93 |
| 09/29 | ACH DEBIT OPTIMUM 7803 CABLE PMNT 250929 | -$117.06 | | $568,779.87 |
| 09/30 | INTEREST CREDIT | | $5.03 | $568,784.90 |
| **Ending Balance** | | | | **$568,784.90** |

## INTEREST RATE CALCULATIONS

| | | | |
|---|---|---|---|
| Avg. Stmt. Collected Balance | $612,014.00 | Annual % Yield Earned | 0.01% |
| Year-to-Date Interest Paid | $198.53 | Interest Paid | $5.03 |

## OVERDRAFT FEES

| | Total This Period: | Total Year-To-Date: |
|---|---|---|
| **Total Overdraft Fees:** | $0.00 | $0.00 |







**Valley**

| | |
|---|---|
| **Account Number:** | XXXXXX0913 |
| **Statement Date:** | 09/30/2025 |
| **Page :** | 4 of 4 |

P.O. Box 558
Wayne, NJ 07474-0558

## To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

### Balance Reconciliation

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

## Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

## In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**
If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can,

why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**
If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

## In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**



St. Christopher's

**0-000-0101-000 Valley Bank - Westchester Bank, Period Ending 09/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 10/10/2025

Reconciled by  Dinara Nesovski

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                          USD

| | |
|---|---:|
| Statement beginning balance | 654,531.25 |
| Checks and payments cleared (33) | 96,941 50 |
| Deposits and other credits cleared (3) | 11,195.15 |
| Statement ending balance | 568,784.90 |
| | |
| Uncleared transactions as of 09/30/2025 | 9,600 07 |
| Register balance as of 09/30/2025 | 559,184.83 |
| Cleared transactions after 09/30/2025 | 0 00 |
| Uncleared transactions after 09/30/2025 | -10,265.01 |
| Register balance as of 10/10/2025 | 548,919 82 |

**Details**

Checks and payments cleared (33)

| DATE | TYPE | REF NO | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 09/05/2025 | E pense | | ESCROW | 1,000 00 |
| 09/08/2025 | Expense | | | -10,704.46 |
| 09/08/2025 | Bill Payment | | Castro & Brothers | 2,500 00 |
| 09/08/2025 | Bill Payment | | CEMCO WATER & WASTE W… | -750.00 |
| 09/08/2025 | Bill Payment | | County Waste   Evergreen | 652 72 |
| 09/08/2025 | Bill Payment | | CHILDREN'S VILLAGE | -1,190.00 |
| 09/08/2025 | Bill Payment | | PVE | 12,334 35 |
| 09/11/2025 | Expense | | Paycom | -10,183.05 |
| 09/12/2025 | Bill Payment | | CENTRAL HUDSON GAS & | 428 10 |
| 09/12/2025 | Bill Payment | | CENTRAL HUDSON GAS & … | -66.65 |
| 09/12/2025 | Bill Payment | | CENTRAL HUDSON GAS & | 371 38 |
| 09/15/2025 | Bill Payment | | ATLANTIC BUSINESS PROD… | -644.65 |
| 09/15/2025 | Bill Payment | | ATLANTIC BUSINESS PROD | 975 20 |
| 09/15/2025 | Bill Payment | | BONADIO & CO., LLP | -5,700.00 |
| 09/15/2025 | Bill Payment | | Azure Plumbing, Heating and | 4,730 00 |
| 09/15/2025 | Bill Payment | | VERIZON | -107.86 |
| 09/17/2025 | E pense | | | 11,350 00 |
| 09/17/2025 | Bill Payment | | AMERICAN EXPRESS | -1,009.56 |
| 09/24/2025 | E pense | | | 6 05 |
| 09/24/2025 | Expense | | Paycom | -9,999.63 |
| 09/26/2025 | Bill Payment | | Control Point Associates, Inc | 3,000 00 |
| 09/26/2025 | Bill Payment | | CHILDREN'S VILLAGE | -340.00 |
| 09/26/2025 | Bill Payment | | Dow Jones & Company, Inc | 1,989 76 |
| 09/26/2025 | Bill Payment | | TOWN OF NEW WINDSOR-R… | -224.56 |
| 09/26/2025 | Bill Payment | | TOWN OF NEW WINDSOR R | 1,167 40 |
| 09/26/2025 | Bill Payment | | TOWN OF NEW WINDSOR-R… | -46.11 |
| 09/26/2025 | Bill Payment | | TOWN OF NEW WINDSOR R | 5,684 95 |
| 09/26/2025 | Bill Payment | | Control Point Associates, Inc. | -3,000.00 |
| 09/29/2025 | Bill Payment | | AMERICAN ALARM CO  INC | 135 00 |
| 09/29/2025 | Bill Payment | | OPTIMUM | -117.06 |
| 09/29/2025 | Bill Payment | | Control Point Associates, Inc | 6,275 00 |
| 09/29/2025 | Bill Payment | | VERIZON | -123.00 |
| 09/29/2025 | Bill Payment | | AMERICAN ALARM CO  INC | 135 00 |

| | | | | |
|---|---|---|---|---:|
| Total | | | | -96,941.50 |

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/17/2025 | Deposit | | | 10,590 67 |
| 09/17/2025 | Deposit | | Wageworks | 599.45 |
| 09/30/2025 | Deposit | | Valley Bank | 5 03 |
| **Total** | | | | **11,195.15** |

**Additional Information**

Uncleared checks and payments as of 09/30/2025

| DATE | TYPE | REF NO | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/22/2024 | Check | 16882 | ███████████ | 17 60 |
| 01/24/2024 | Check | 16902 | CITY OF YONKERS RED LIG… | -25.00 |
| 02/28/2024 | Check | 16999 | █████████████ | 15 75 |
| 03/20/2024 | Check | 17077 | ██████ | -3.00 |
| 03/20/2024 | Check | 17074 | ██████ | 105 25 |
| 06/06/2024 | Check | 17254 | Clowns.com Inc | -462.00 |
| 06/25/2024 | Check | 17336 | RNR SYSTEMS INTEGRATO | 65 00 |
| 07/22/2024 | Bill Payment | 17438 | RNR SYSTEMS INTEGRATO… | -65.00 |
| 08/07/2024 | Bill Payment | 17495 | MUNICIPAL CREDIT UNION | 685 86 |
| 10/11/2024 | Bill Payment | 17702 | ██████████ | -418.25 |
| 10/11/2024 | Bill Payment | 17690 | ████ | 508 00 |
| 10/11/2024 | Bill Payment | 17710 | ███████ | -530.36 |
| 10/11/2024 | Bill Payment | 17688 | ████ | 578 00 |
| 10/11/2024 | Bill Payment | 17693 | █████ | -639.00 |
| 10/11/2024 | Bill Payment | 17684 | ████ | 726 00 |
| 10/11/2024 | Bill Payment | 17678 | █████████ | -878.75 |
| 10/11/2024 | Bill Payment | 17674 | ████ | 924 50 |
| 10/11/2024 | Bill Payment | 17668 | █████ | -1,003.00 |
| 10/11/2024 | Bill Payment | 17712 | ███ | 187 50 |
| 10/11/2024 | Bill Payment | 17685 | ███████ | -291.00 |
| 10/11/2024 | Bill Payment | 17691 | ████ | 341 50 |
| 10/11/2024 | Bill Payment | 17686 | █████ | -348.00 |
| 10/11/2024 | Bill Payment | 17689 | ██████ | 378 00 |
| 10/11/2024 | Bill Payment | 17675 | ███████ | -395.00 |
| 11/05/2024 | Journal | 435089 | | 7 28 |
| 11/15/2024 | Journal | 435230 | | -0.58 |
| 11/15/2024 | Journal | 435229 | | 0 89 |
| **Total** | | | | **-9,600.07** |

Uncleared checks and payments after 09/30/2025

| DATE | TYPE | REF NO | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/06/2025 | E pense | | Valley Bank | 1,000 00 |
| 10/07/2025 | Bill Payment | | CEMCO WATER & WASTE W… | -750.00 |
| 10/07/2025 | Bill Payment | | CHILDREN'S VILLAGE | 1,257 50 |
| 10/07/2025 | Bill Payment | | CHILDREN'S VILLAGE | -432.50 |
| 10/07/2025 | Bill Payment | | CHILDREN'S VILLAGE | 510 00 |
| 10/07/2025 | Expense | | Paycom | -10,077.64 |
| 10/08/2025 | Bill Payment | | County Waste  Evergreen | 652 72 |
| **Total** | | | | **-14,680.36** |

Uncleared deposits and other credits after 09/30/2025

| DATE | TYPE | REF NO | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/09/2025 | Deposit | | United Healthcare | 4,415 35 |
| **Total** | | | | **4,415.35** |

 Valley

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| Last Statement: | August 31, 2025 |
| Statement Ending: | September 30, 2025 |
| Page: | 1 of 2 |

ST CHRISTOPHERS INC
C/O BARCLAY DAMON
ATTN: JANICE GRUBIN ESQ.
1270 AVENUE OF THE AMERICAS SUITE 501
NEW YORK NY 10020



| | |  |
|---|---|---|
| Email: | contactus@valley.com |
| Visit Us Online: | www.valley.com |
| Mail To: | 1720 Route 23, Wayne, NJ 07470 |

# Account Statement

## NON-PROFIT ORGANIZATIONAL CHK  - XXXXXX0404

SUMMARY FOR THE PERIOD: 09/01/25 - 09/30/25                    *ST CHRISTOPHERS INC*

| Beginning Balance $16,003.56 | + | Deposits & Other Credits $1,000.14 | − | Withdrawals & Other Debits $0.00 | = | Ending Balance $17,003.70 |
|---|---|---|---|---|---|---|

### TRANSACTIONS

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $16,003.56 |
| 09/05 | PHONE/INTERNET TRNFR | | $1,000.00 | $17,003.56 |
| | REF ███ 203L FUNDS TRANSFER FRM DEP XXXX0913 FROM FUNDS TRANSFER VIA ONLINE | | | |
| 09/30 | INTEREST CREDIT | | $0.14 | $17,003.70 |
| **Ending Balance** | | | | **$17,003.70** |

### INTEREST RATE CALCULATIONS

| | | | |
|---|---|---|---|
| Avg. Stmt. Collected Balance | $16,870.00 | Annual % Yield Earned | 0.01% |
| Year-to-Date Interest Paid | $2.41 | Interest Paid | $0.14 |



### OVERDRAFT FEES

| | Total This Period: | Total Year-To-Date: |
|---|---|---|
| **Total Overdraft Fees:** | $0.00 | $0.00 |



**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| **Account Number:** | XXXXXX0404 |
| **Statement Date:** | 09/30/2025 |
| **Page :** | 2 of 2 |

### To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

**Balance Reconciliation**

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

### Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

### In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**

If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can,

why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**

If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

### In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**



St. Christopher's

**0-000-0113-000 Valley Bank - Escrow, Period Ending 09/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 10/10/2025

Reconciled by: Dinara Nesovski

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | 16,003.56 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (2) | 1,000.14 |
| Statement ending balance | 17,003.70 |
| | |
| Register balance as of 09/30/2025 | 17,003.70 |
| Cleared transactions after 09/30/2025 | 0.00 |
| Uncleared transactions after 09/30/2025 | 1,000.00 |
| Register balance as of 10/10/2025 | 18,003.70 |

### Details

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/05/2025 | Expense | | ESCROW | 1,000.00 |
| 09/30/2025 | Deposit | | | 0.14 |
| **Total** | | | | **1,000.14** |

### Additional Information

Uncleared deposits and other credits after 09/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/06/2025 | Expense | | Valley Bank | 1,000.00 |
| **Total** | | | | **1,000.00** |