Hearing Date: January 7, 2026 at 11:00 a.m. (prevailing Eastern Time)
Objection Deadline: December 31, 2025 at 4:00 p.m. (prevailing Eastern Time)
Reply Deadline: January 5, 2026 at 4:00 p.m. (prevailing Eastern Time)

**BARCLAY DAMON LLP**
Janice B. Grubin
Ilan Markus
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Telephone: (212) 784-5800
jgrubin@barclaydamon.com
imarkus@barclaydamon.com

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11, Subchapter V |
| | : | |
| ST. CHRISTOPHER'S, INC., *et al.*,[1] | : | Case No. 24-22373 (shl) |
| | : | Main Case |
| Debtors. | : | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARINGS ON (1) DEBTORS' MOTION, PURSUANT TO 11 U.S.C. §§ 105(a) AND 363, FOR AUTHORITY TO SELL AT PRIVATE SALE CERTAIN AUTOMOBILES AND EQUIPMENT AND (2) DEBTORS' MOTION FOR AN ORDER APPROVING SETLEMENT AND COMPROMISE BETWEEN DEBTORS AND DE LAGE LANDEN FINANCIAL SERVICES, INC. AND REJECTION OF LEASES PURSUANT TO BANKRUPTCY CODE SECTION 365 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

**PLEASE TAKE NOTICE** that the hearings on (1) *Debtors' Motion, Pursuant to 11 U.S.C. §§ 105(a) and 363, for Authority to Sell at Private Sale Certain Automobiles and Equipment* [Docket No. 279] and (2) *Debtors' Motion for an Order Approving Settlement and Compromise Between Debtors and De Lage Landen Financial Services, Inc. and Rejection of Leases Pursuant to Bankruptcy Code Section 365 and Federal Rule of Bankruptcy Procedure 9019* [Docket No.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

278] (collectively, the "Motions") scheduled for December 16, 2025 at 11:00 a.m. (EST) have been adjourned to **January 7, 2026 at 10:00 a.m. (EST)** (the "Hearings") before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that participants can attend the Hearings in person or via the Zoom for Government platform. Participants in the Hearings are required to register their appearance before the Hearings utilizing the e-Court Appearances tool at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motions may be obtained free of charge by contacting the undersigned counsel. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Hearings may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearings or a later hearing.

**PLEASE TAKE FURTHER NOTICE** that any response or objection (together, the "Objections") to the Motions shall be in writing, shall comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at https://www.nysb.uscourts.gov), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 so as to be received by: the Bankruptcy Court, US

32869662.1

Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408; the Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, New York 10004-1408, Attn: Paul Schwartzberg, Esq., Paul.Schwartzberg@usdoj.gov; the Subchapter V Trustee, Heidi J. Sorvino, Esq., White and Williams LLP, 810 Seventh Avenue, Suite 500, New York, New York 10019, Sorvinoh@whiteandwilliams.com; and the undersigned counsel no later than **4:00 p.m. (EST) on December 31, 2025**.

**PLEASE TAKE FURTHER NOTICE** that any replies in further support of the Motions and the relief requested (the "Replies") shall be in writing, shall comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at https://www.nysb.uscourts.gov), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 so as to be received by: the Bankruptcy Court, US Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408; the Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, New York 10004-1408, Attn: Paul Schwartzberg, Esq., Paul.Schwartzberg@usdoj.gov; the Subchapter V Trustee, Heidi J. Sorvino, Esq., White and Williams LLP, 810 Seventh Avenue, Suite 500, New York, New York 10019, Sorvinoh@whiteandwilliams.com; the objecting parties, if any, and the undersigned counsel no later than **4:00 p.m. (EST) on January 5, 2026**.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearings, and failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motions, the Debtors may, after the Hearings, submit to the Bankruptcy Court orders substantially in the form of the proposed orders annexed to the Motions, which orders may be entered without further notice or opportunity to be heard.

Dated:   December 4, 2025
        New York, New York

                                 **BARCLAY DAMON LLP**

                                 By:   */s/ Ilan Markus*
                                 Janice B. Grubin
                                 Ilan Markus
                                 1270 Avenue of the Americas, Suite 2310
                                 New York, New York 10020
                                 Telephone:  (212) 784-5800
                                 jgrubin@barclaydamon.com
                                 imarkus@barlcaydamon.com

                                 *Counsel to Debtors and Debtors-in-Possession*

32869662.1