**BARCLAY DAMON LLP**
Janice B. Grubin
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Telephone: (212) 784-5800
jgrubin@barclaydamon.com

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11, Subchapter V |
| | : | |
| ST. CHRISTOPHER'S, INC., *et al.*,[1] | : | Case No. 24-22373 (shl) |
| | : | Main Case |
| Debtors. | : | Jointly Administered |

## NOTICE OF RATE INCREASE BY BARCLAY DAMON LLP

On July 31, 2024, this Court entered an order authorizing the retention of Barclay Damon LLP ("Barclay Damon") as counsel to St. Christopher's, Inc. and The McQuade Foundation, debtors and debtors-in-possession, (the "Retention Order") [Docket No. 130].

This notice is provided pursuant to the sixth decretal paragraph of the Retention Order, which requires Barclay Damon to provide ten (10) days' notice to Debtors, the Office of the United States Trustee, and the Subchapter V Trustee prior to implementing any increases in the rates set forth in Barclay Damon's retention application [Docket No. 108].

**PLEASE TAKE NOTICE** that, effective January 1, 2026, Barclay Damon shall be implementing a five percent (5%) rate increase on its current discounted rates in these cases for all professionals and paraprofessionals.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

1

32822998.1

**PLEASE TAKE FURTHER NOTICE** that all parties in interest retain all rights to object to such rate increase on all grounds, including, but not limited to, the reasonableness standard provided for in § 330 of the Bankruptcy Code.

Dated:  December 11, 2025
         New York, New York                **BARCLAY DAMON LLP**

By*:*   */s/Janice B. Grubin*
Janice B. Grubin
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Telephone:  (212) 784-5808
Email:  jgrubin@barclaydamon.com

*Counsel to Debtors and Debtors-in-Possession*