**BARCLAY DAMON LLP**
Janice B. Grubin
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Telephone: (212) 784-5808
jgrubin@barclaydamon.com

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11, Subchapter V |
| | : | |
| ST. CHRISTOPHER'S, INC., *et al.*,[1] | : | Case No. 24-22373 (shl) |
| | : | Main Case |
| Debtors. | : | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Audrey a. Vrooman, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am in the employ of Barclay Damon LLP, counsel for the Debtors and Debtors-in-Possession in the above-captioned bankruptcy cases.

2. On the 11th day of December, 2025, I electronically filed for Janice B. Grubin the *Notice of Rate Increase by Barclay Damon LLP* [Docket No. 288] with the United States Bankruptcy Court for the Southern District of New York using the CM/ECF system, which system sent notification to the parties set forth on the attached **Service List A**.

3. On the 11th day of December, 2025, I caused to be served the *Notice of Rate Increase by Barclay Damon LLP* [Docket No. 288] upon the parties set forth on the attached **Service List B** via first class mail by depositing copies of same in properly addressed postage prepaid envelopes in an official depository under the exclusive care and custody of the United States Postal Service in the City of Syracuse, New York, prior to the last pick up time for that day.

Dated:   December 11, 2025

                                               */s/Audrey A. Vrooman*
                                               AUDREY A. VROOMAN

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

1

## SERVICE LIST A

- **Stephenie Lannigan Bross**    sbross@sssfirm.com
- **Dante De Leo**    ddeleo@orangecountygov.com
- **Christopher M. Desiderio**    cdesiderio@nixonpeabody.com
- **Kelli M. Finnegan**    kfinnegan@reedsmith.com
- **Scott Fleischer**    sfleischer@barclaydamon.com
- **Janice Beth Grubin**    jgrubin@barclaydamon.com
- **Alan C. Hochheiser**    ahochheiser@mauricewutscher.com
- **Kenneth Kim**    kkim@hermanlaw.com
- **Greg M. Kohn**    gkohn@nagelrice.com
- **Michelle Ann Labayen**    mlabayen@hermanlaw.com, MLabayen@hermanlaw.com
- **Ilan Markus**    imarkus@barclaydamon.com, ilan-markus-4670@ecf.pacerpro.com
- **Jesse Mautner**    jmautner@mersonlaw.com
- **Stuart S. Mermelstein**    smermelstein@hermanlaw.com, docketing@hermanlaw.com
- **Jeffrey A. Reich**    reichlaw@reichpc.com
- **Holly Lynn Reinhardt**    hreinhardt@orangecountygov.com
- **David Michael Riley**    ronald.cappiello@morganlewis.com; julia.frost-davies@morganlewis.com; david.riley@morganlewis.com
- **Scott M. Salant**    ssalant@ddw-law.com
- **Ilan D. Scharf**    ischarf@pszjlaw.com, lcanty@pszjlaw.com
- **Eric J. Snyder**    esnyder@wilkauslander.com, jstauder@wilkauslander.com
- **Heidi J. Sorvino**    Sorvinoh@whiteandwilliams.com
- **Heidi J. Sorvino-Trustee**    sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com
- **James I. Stang**    jstang@pszjlaw.com
- **Allen J. Underwood II**    aunderwood@barlcaydamon.com
- **United States Trustee**    USTPRegion02.NYECF@USDOJ.GOV

## SERVICE LIST B

| | |
|---|---|
| St. Christopher's, Inc.<br>Attn: Dr. Sarah Ruback, CEO<br>P.O. Box 826<br>New City, NY 10956 | The McQuade Foundation<br>c/o St. Christopher's, Inc.<br>Attn: Dr. Sarah Ruback, CEO<br>P.O. Box 826<br>New City, NY 10956 |
| Office of the United States Trustee<br>Attn: Paul K. Schwartzberg, Trial Attorney<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1408 | Heidi J. Sorvino, Esq.<br>Subchapter V Trustee<br>White and Williams LLP<br>810 Seventh Avenue, Suite 500<br>New York, NY 10019 |