**Hearing Date: June 1, 2026 at 10:00 a.m. (prevailing Eastern Time)**
**Objection Deadline: May 22, 2026 at 4:00 p.m. (prevailing Eastern Time)**
**Reply Deadline: May 29, 2026 at 4:00 p.m. (prevailing Eastern Time)**

**BARCLAY DAMON LLP**
Janice B. Grubin
Ilan Markus
Allen J. Underwood II
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Telephone: (212) 784-5800
jgrubin@barclaydamon.com
imarkus@barclaydamon.com
aunderwood@barclaydamon.com

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ST. CHRISTOPHER'S, INC., *et al.*,[1] | : | Case No. 24-22373 |
| | : | Main Case |
| Debtors. | : | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Audrey A. Vrooman, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1.    I am in the employ of Barclay Damon LLP, counsel for the Debtors and Debtors-in-Possession in the above-captioned bankruptcy cases.

2.    On the 8th day of May, 2026, I electronically filed for Janice B. Grubin the *Notice of Hearing for* and *Debtors' Motion for Entry of Omnibus Order Authorizing the Debtors to Conduct Rule 2004 Examinations of Discovery Parties Including, But Not Limited to, Insurance Carriers Regarding Coverage as to CVA, Survivor, and Tort Claims, and Granting Related Relief* [Docket No. 306] with the United States Bankruptcy Court for the Southern District of New York using the CM/ECF system, which system sent notification to the parties set forth on the attached **Service List A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

1

3.        On the 8th day of May, 2026, I caused to be served *Notice of Hearing for* and *Debtors' Motion for Entry of Omnibus Order Authorizing the Debtors to Conduct Rule 2004 Examinations of Discovery Parties Including, But Not Limited to, Insurance Carriers Regarding Coverage as to CVA, Survivor, and Tort Claims, and Granting Related Relief* [Docket No. 306] upon the Hon. Sean H. Lane, United States Bankruptcy Judge for the Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140 via first class mail by depositing two (2) copies of same in a properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service in the City of Syracuse, New York, prior to the last pick up time for that day.

4.        On the 8th day of May, 2026, I caused to be served the *Notice of Hearing for* and *Debtors' Motion for Entry of Omnibus Order Authorizing the Debtors to Conduct Rule 2004 Examinations of Discovery Parties Including, But Not Limited to, Insurance Carriers Regarding Coverage as to CVA, Survivor, and Tort Claims, and Granting Related Relief* [Docket No. 306] upon the parties set forth on the attached **Service List B** via first class mail by depositing copies of same in properly addressed envelopes in an official depository under the exclusive care and custody of the United States Postal Service in the City of Syracuse, New York, prior to the last pick up time for that day.

Dated:   May 29, 2026
         Syracuse, New York              */s/Audrey A. Vrooman*
                                         AUDREY A. VROOMAN

2

## SERVICE LIST A

- **Stephenie Lannigan Bross**    sbross@sssfirm.com
- **Dante De Leo**    ddeleo@orangecountygov.com
- **Christopher M. Desiderio**    cdesiderio@nixonpeabody.com
- **Kelli M. Finnegan**    kfinnegan@reedsmith.com
- **Scott Fleischer**    sfleischer@barclaydamon.com
- **Janice Beth Grubin**    jgrubin@barclaydamon.com
- **Alan C. Hochheiser**    ahochheiser@mauricewutscher.com
- **Kenneth Kim**    kkim@hermanlaw.com
- **Greg M. Kohn**    gkohn@nagelrice.com
- **Michelle Ann Labayen**    mlabayen@hermanlaw.com, MLabayen@hermanlaw.com
- **Ilan Markus**    imarkus@barclaydamon.com, ilan-markus-4670@ecf.pacerpro.com
- **Jesse Mautner**    jmautner@mersonlaw.com
- **Stuart S. Mermelstein**    smermelstein@hermanlaw.com, docketing@hermanlaw.com
- **Jeffrey A. Reich**    reichlaw@reichpc.com
- **Holly Lynn Reinhardt**    hreinhardt@orangecountygov.com
- **David Michael Riley**    david.riley@us.dlpiper.com
- **Scott M. Salant**    ssalant@ddw-law.com
- **Ilan D. Scharf**    ischarf@pszjlaw.com, lcanty@pszjlaw.com
- **Eric J. Snyder**    esnyder@wilkauslander.com, jstauder@wilkauslander.com
- **Heidi J. Sorvino**    Sorvinoh@whiteandwilliams.com
- **Heidi J. Sorvino-Trustee**    sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com
- **James I. Stang**    jstang@pszjlaw.com
- **Allen Joseph Underwood, II**    aunderwood@barclaydamon.com
- **United States Trustee**    USTPRegion02.NYECF@USDOJ.GOV

3

## SERVICE LIST B

Office of the United States Trustee
Attn: Paul K. Schwartzberg, Trial Attorney
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Heidi J. Sorvino, Esq.
Subchapter V Trustee
White and Williams LLP
810 Seventh Avenue, Suite 500
New York, NY 10019

NYS Attorney General Office
Westchester Regional Office
44 South Broadway
White Plains, NY 10601

NYS Attorney General Office
Poughkeepsie Regional Office
One Civic Center Plaza, Suite 401
Poughkeepsie, NY 12601-3157

Letitia James, New York Attorney General
Office of the Attorney General
The Capitol
Albany, NY 12224-0341

Nixon Peabody LLP
Attn: Christopher M. Desiderio, Esq.
55 West 46th Street
New York, NY 10036-4120

Reich Reich & Reich, P.C.
Attn: Jeffrey A. Reich, Esq.
235 Main Street, Suite 450
White Plains, NY 10601

Reed Smith LLP
Attn: Kelli M. Finnegan, Esq. and
Brian M. Schenker, Esq.
599 Lexington Avenue
New York, NY 10022

Maurice Wutscher LLP
Attn:  Alan C. Hochheiser, Esq.
23611 Chagrin Boulevard, Suite 207
Beachwood, OH 44122

Pachulski Stang Ziehl & Jones LLP
Attn:  Ilan D. Scharf, Esq. and
Hayley R. Winrad, Esq.
1700 Broadway, 36th Floor
New York, NY 10019

Pachulski Stang Ziehl & Jones LLP
Attn:  James I. Stang, Esq.
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

Orange County Attorney's Office
Attn: Holly L. Reinhardt, Esq. and
Dante D. De Leo, Esq.
Orange County Government Center
255-275 Main Street, Second Floor
Goshen, NY 10924

Nagel Rice, LLP
Attn: Greg M. Kohn, Esq.
103 Eisenhower Parkway
Roseland, NJ 07068

DelBello Donnellan Weingarten
Wise & Wiederkehr LLP
Attn:  Scott M. Salant, Esq.
One North Lexington Avenue, 11th Floor
White Plains, NY 10601

Herman Law
Attn:  Stuart S. Mermelstein, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

Herman Law
Attn:  Kenneth Kim, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

Herman Law
Attn:  Michelle Labayen, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

Slater Slater Schulman LLP
Attn: Stephenie Lannigan Bross, Esq. and
Arielle Feldshon, Esq.
445 Broad Hollow Road, Suite 419
Melville, NY 11747

Merson Law, PLLC
Attn: Jesse R. Mautner, Esq.
950 Third Avenue, 18th Floor
New York, NY 10022-2705

DLA Piper LLP (US)
Attn: David Michael Riley, Esq.
1251 Avenue of the Americas
New York, NY 10020-1104

DLA Piper LLC (US)
Attn: John Canoni, Esq.
1900 North Pearl Street, Suite 2200
Dallas, TX 75201

Arcina Risk Group LLC
Attn: Mark Hatley, Senior Managing Consultant
835 Wilshire Boulevard, Suite 400
Los Angeles, CA 90017

Universal Underwriters
c/o Allianz
Attn: Office of Counsel
5701 Golden Hills Drive
Minneapolis, MN 55416-1297

Universal Underwriters
c/o Zurich North America
Attn: Office of Counsel
1299 Zurich Way
Schaumburg, IL 60196-1056

4

American Casualty
c/o CNA
Attn: Office of Counsel
151 North Franklin Street
Chicago, IL 60606

Lexington Insurance
c/o AIG
Attn: Office of Counsel
99 High Street, 25th Floor
Boston, MA 02110-2378

The Hartford
Attn: Office of Counsel
200 Hopmeadow Street
Simsbury, CT 06070

Philadelphia Indemnity
Philadelphia Insurance
Attn: Office of Counsel
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004-1403

General Insurance
Liberty Mutual
Attn: Office of Counsel
175 Berkeley Street
Boston, MA 02116

Granite State Insurance
c/o American International Group
Attn: Office of Counsel
1271 Avenue of the Americas, 41st Floor
New York, NY 10020-1304

St. Paul Insurance
c/o Travelers
Attn: Office of Counsel
485 Lexington Avenue
New York, NY 10017

Travelers Insurance
Attn: Office of Counsel
One Tower Square
Hartford, CT 06183

Safeco Insurance
c/o Liberty Mutual Insurance
Attn: Office of Counsel
175 Berkeley Street
Boston, MA 02116

Seeger Weiss LLP
Attn: Michael L. Rosenberg, Esq.
and Carlos A. Rivera, Esq.
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07760

Harnick and Harnick P.C.
Attn:  Robert M. Harnick, Esq.
305 Broadway
New York, NY 10007

Marsh Law Firm
Attn: Tatiana Akhund, Esq.
31 Hudson Yards, Eleventh Floor
New York, NY 10001

Merson Law, PLLC
Attn:  Matthew G. Merson, Esq.
950 Third Avenue
New York, NY 10022

Herman Law
Attn: Benjamin R. Silver, Esq.
475 5th Avenue, 17th Floor
New York, NY 10007

Herman Law
Attn: Ameer Benno, Esq.
475 5th Avenue, 17th Floor
New York, NY 10007

Herman Law
Attn: Cynthia A. Constantino, Esq.
475 5th Avenue, 17th Floor
New York, NY 10007

Herman Law
Attn: Melissa Gilbon Ferraro, Esq.
475 5th Avenue, 17th Floor
New York, NY 10007

Greenstein & Milbauer, LLP
Attn: Michael Barnett, Esq.
1825 Park Avenue, 9th Floor
New York, NY 10085

Herman Law
Attn: Yusaf Sattar, Esq.
475 5th Avenue, 17th Floor
New York, NY 10007

Matthews & Associates
Attn: David P. Matthews, Esq.
2905 Sackett Street
Houston, TX 77098

Herman Law
Attn: Wayne Williams, Esq.
475 5th Avenue, 17th Floor
New York, NY 10007

Silver & Kelmachter, LLP
Attn: Perry D. Silver, Esq.
11 Park Place, Suite 1503
New York, NY 10007

Levy Konigsberg, LLP
Attn; Shaunna D. Lazzaro, Esq.
605 Third Avenue
New York, NY 10158

Silver & Kelmachter, LLP
Attn: Samer Nath, Esq.
11 Park Place, Suite 1503
New York, NY 10007

McGivney, Kluger, Clark & Intoccia, P.C.
Attn: Michael R. Rawlinson, Esq.
80 Broad Street, 23rd Floor
New York, NY 10004

Marc W. Garbar, Esq.
CSI Group Law Firm, PC
1599 Highway 34 - Suite 2
Wall, NJ 07727

Walsh & Burke, LLP
Attn: Kelly A. Hodges, Esq.
55 Church Street, Suite 211
White Plains, NY 10601

Marsh Law Firm PLLC
Attn:  James R. Walsh, Esq. and
Mollie Cearley, Esq.
31 Hudson Yards, 11th Floor
New York, NY 10001-2170

Silver & Kelmachter LLP
Attn: Michael B. Duglow, Esq.
11 Park Place, Suite 1503
New York, NY 10007

Shaw, Perelson, May & Lambert, LLP
Attn: Steven M. Latino, Esq.
21 Van Wagner Road
Poughkeepsie, NY 12603

Michael Coviello
Assistant General Counsel
Legal Department
District Council 37, AFSCME, AFL-CIO
125 Barclay Street
New York, NY 10007

Hodges Walsh & Burke, LLP
Attn: Michael Burke, Esq.
55 Church Street, Suite 211
White Plains, NY 10601

Rivkin Radler LLP
Attn: Frank Raia, Esq. and
Mathew A. Lampert, Esq.
926 RXR Plaza
Uniondale, NY 11556-0926

Silver & Kelmachter LLP
Attn: Sharon A. Cheren, Esq.
11 Park Place, Suite 1503
New York, NY 10007

Hodges Walsh & Burke, LLP
Attn: John J. Walsh, Esq.
55 Church Street, Suite 211
White Plains, NY 10601

Williams Cedar, LLC
Attn: Gerald J. Williams, Esq., and
Shauna L. Friedman, Esq.
One South Broad Street, Suite 1510
Philadelphia, PA 19107

Harris Beach PLLC
Attn: Philip Spellane, Esq.
99 Garnsey Road
Pittsford, NY 14534

Sokoloff Stearn LLP
Attn: Brian Sokoloff, Esq.
179 Westbury Avenue
Carle Place, NY 11514

Rubin, Fiorella, Friedman & Mercante LLP
Attn: Leila Cardo, Esq.
630 Third Avenue, 3rd Floor
New York, NY 10017

Hodges Walsh & Burke, LLP
Attn: George S. Hodges, Esq.
55 Church Street, Suite 211
White Plains, NY 10601

Greenstein & Milbauer, LLP
Attn: Robert J. Greenstein, Esq.
1825 Park Avenue, 9th Floor
New York, NY 10035

Silberstein, Awad & Miklos, P.C.
Attn: Michael Lauterborn, Esq.
600 Old Country Road, Suite 505
Garden City, NY 11530

Scahill Law Group P.C.
Attn: Francis J. Scahill, Esq.
1065 Stewart Avenue, Suite 210
Bethpage, NY 11714

Bleakley Platt & Schmidt, LLP
Attn: John P. Hannigan, Esq.
One North Lexington Avenue
White Plains, NY 10602

New York City Law Department
Attn: Elizabeth G. Gallay Esq.
100 Church Street
New York, NY 10007

Dupee & Monroe, P.C.
Attn:  James E. Monroe, Esq.
211 Main Street
P.O. Box 470
Goshen, NY 10924

Seeger Weiss, LLP
Attn: Stephen A. Weiss, Esq., and
Philippa Ratzki, Esq.
100 Church Street, 8th Floor, Suite 835
New York, NY 10005

New York City Law Department
Attn: Georgia M. Pastana Esq.
100 Church Street
New York, NY 10007

Levy Konigsberg, LLP
Attn: Tal Z. Stanecky, Esq.
605 Third Avenue, 33rd Floor
New York, NY 10158

Leahey & Johnson, P.C.
Attn:  Joanne Filiberti, Esq. and
Peter J. Johnson, Jr., Esq.
120 Wall Street, Suite 2220
New York, NY 10005

New York City Law Department
Attn: John Orcutt, Esq.
100 Church Street
New York, NY 10007

Bond, Schoeneck & King PLLC
Attn: John F. McKay, III, Esq.
1010 Franklin Avenue, Suite 200
Garden City, NY 11530

Freese & Goss
Attn: Tim K. Goss, Esq., and
Peter de la Cerda, Esq.
3500 Maple Avenue, Suite 1100
Dallas, TX 75219

New York City Law Department
Attn: Kimberly A Lennard, Esq.
100 Church Street
New York, NY 10007

6

Cook, Netter, Cloonan, Kurtz & Murphy, P.C.
Attn: Eric M. Kurtz, Esq.
85 Main Street
P.O. Box 3939
Kingston, NY 12402

New York City Law Department
Attn: Christopher Mamone, Esq.
100 Church Street
New York, NY 10007

New York City Law Department
Attn: Phyllis Calistro, Esq.
100 Church Street
New York, NY 10007

Matthews & Associates
Attn: Liza L. Roys, Esq.
2905 Sackett Street
Houston, TX 77098

New York City Law Department
Attn: Erik Zissu, Esq.
100 Church Street
New York, NY 10007

Herman Law
Attn: Adam P. Scalice, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

New York City Law Department
Attn: Cathy J. Neustein, Esq.
100 Church Street
New York, NY 10007

New York City Law Department
Attn: James E. Johnson, Esq.
100 Church Street
New York, NY 10007

Herman Law
Attn: Jeff Herman, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

New York City Law Department
Attn: Elizabeth Gross, Esq.
100 Church Street
New York, NY 10007

New York City Law Department
Attn: Julie B Rubinstein, Esq.
100 Church Street
New York, NY 10007

Herman Law
Attn: Nicholas Macinnis, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

New York City Law Department
Attn: Howard Eison, Esq.
100 Church Street
New York, NY 10007

New York City Law Department
Attn: Paraskevi Migdalis, Esq.
100 Church Street
New York, NY 10007

Herman Law
Attn: Scott M. Duquin, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

New York City Law Department
Attn: Julie A. Ortiz, Esq.
100 Church Street
New York, NY 10007

New York City Law Department
Attn: Tricia Reddington, Esq.
100 Church Street
New York, NY 10007

Herman Law
Attn: Jesse Seiden, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

New York City Law Department
Attn: Lori A. Manning, Esq.
100 Church Street
New York, NY 10007

Herman Law
Attn: Marysa Linares, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017

New York City Law Department
Attn: Sylvia Hinds-Radix, Esq.
100 Church Street
New York, NY 10007

Herman Law
Attn: Suzanne M. Walsh, Esq.
475 Fifth Avenue, 17th Floor
New York, NY 10017