**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ST. CHRISTOPHERS, INC., *et al.*,[1] | : | Case No. 24-22373 (SHL) |
| | : | Main Case |
| Debtors. | : | Jointly Administered |

### ORDER AUTHORIZING DEBTORS TO ASSUME THE RELEASE, SETTLEMENT, AND CONFIDENTIALITY AGREEMENT WITH JANE DOE

Upon the motion (the "Motion")[2] of St. Christopher's, Inc. and The McQuade Foundation, debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), pursuant to sections 105(a) and 365(a) of the Bankruptcy Code, Bankruptcy Rule 6006, and Local Rule 6006-1, authorizing the assumption of the Release, Settlement, and Confidentiality Agreement (the "Agreement") as attached to the Motion as **Exhibit B**, all as set forth more fully in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided as set forth in the Motion, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion and considered the relief requested in the Motion; and the Court having determined that the legal and factual bases set forth in the Motion

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  St. Christopher's, Inc. (0485) and The McQuade Foundation (2652).

[2] Each capitalized term used herein but not otherwise defined herein shall have the meaning ascribed to it in the Motion.

establish just cause for the relief granted herein; and the Court having determined the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The relief requested in the Motion is hereby GRANTED as set forth herein.

2.      Pursuant to sections 365 and 105 of the Bankruptcy Code, Bankruptcy Rule 6006, and Local Rule 6006-1, and subject to the terms of this Order, the Agreement is hereby assumed as of the date of entry of this Order.

3.      To the extent necessary, the automatic stay provided by section 362 of the Bankruptcy Code is hereby modified as to the Debtors to allow the parties to effectuate the provisions of this Order.

4.      The notice set forth in the Motion is good and sufficient notice and satisfies Bankruptcy Rules 2002(a), 6006, and 9014 by providing parties in interest with notice and an opportunity to object and be heard at a hearing.

5.      The Debtors are authorized to take all such actions as are necessary or appropriate to implement the terms of this Order.

6.      Jane Doe is hereby directed to withdraw any and all claims filed against the Debtors in these Chapter 11 Cases.

7.      The Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated:    June 24, 2026
            White Plains, New York

                                        */s/ Sean H. Lane*
                                        Honorable Sean H. Lane
                                        United States Bankruptcy Judge

2