**Fill in this information to identify the case:**

Debtor Name: The McQuade Foundation

United States Bankruptcy Court for the: Southern District of New York

Case number: 7:24-bk-22374

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11 — 12/17

Month: 5/1 - 5/31/26

Date report filed: 08/21/2026 (MM / DD / YYYY)

Line of business: Managing of real estate

NAISC code: 5313

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Dr.Sarah Ruback (Chief Wind Down Officer)

Original signature of responsible party: [signature]

Printed name of responsible party: Dr.Sarah Ruback (Chief Wind Down Officer)

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☑ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☑ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☑ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name The McQuade Foundation Case number 7:24-bk-22374

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 6,640.35

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 0.06

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 0.01

22. **Net cash flow** + $ 0.05

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 6,640.40

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

*(Exhibit E)*

Debtor Name The McQuade Foundation Case number 7:24-bk-22374

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 0
27. What is the number of employees as of the date of this monthly report? 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 0.00 | – | $ 0.06 | = | $ -0.06 |
| 33. **Cash disbursements** | $ 0.00 | – | $ 0.01 | = | $ -0.01 |
| 34. **Net cash flow** | $ 0.00 | – | $ 0.05 | = | $ -0.05 |

35. Total projected cash receipts for the next month: $ 0.00
36. Total projected cash disbursements for the next month: - $ 0.00
37. Total projected net cash flow for the next month: = $ 0.00

Debtor Name The McQuade Foundation Case number 7:24-bk-22374

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☑ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

**EXHIBIT A**
**The McQuade Foundation**
**Case No: 24-22374**

1. Question 1: On November 21, 2025, The McQuade Foundation completed the sale of the New Windsor real estate to 621 Blooming Grove LLC for a total consideration of $9.0M.

2. Question 2: On November 21, 2025, The McQuade Foundation completed the sale of the New Windsor real estate to 621 Blooming Grove LLC for a total consideration of $9.0M.

**The McQuade Foundation**
**Case No: 24-22374**
**May Monthly Operating Support**
**May 1, 2026 - May 31, 2026**
**Total Cash Receipts**
**Exhibit C**

| Post Date | Customer Name | Amount | Account Number |
|---|---|---|---|
| 5/31/2026 | Valley Bank - Interest Credit | 0.06 | 0889 |
| | **Grand Total** | **$ 0.06** | |

**The McQuade Foundation**
**Case No: 24-22374**
**May Monthly Operating Support**
**May 1, 2026 - May 31, 2026**
**Total Cash Disbursements**
**Exhibit D**

| Date | Check # | Payee Name | Purpose | Amount | Account Number |
|---|---|---|---|---|---|
| 5/31/2026 | | Valley Bank | Federal Tax Withheld | 0.01 | 0889 |
| | | | Grand Total | $ 0.01 | |

**MCQUADE FOUNDATION**

**Statement of Financial Position**

| | | May 31, 2026 |
| --- | --- | --- |
| | | **McQuade** |
| **ASSETS** | | |
| Cash and cash equivalents | $ | 6,640 |
| Assets whose use is limited | | - |
| Funds Held in Trust by Escrow Agent | | |
| * Due from related party | | 8,396,967 |
| Property and equipment, net of accumulated depreciation | | - |
| Assets held for sale | | - |
| Total assets | **$** | **8,403,607** |
| **LIABILITIES AND NET ASSETS** | | |
| Liabilities: | | |
| Accounts payable and accrued expenses | $ | - |
| Loan payable, net of unamortized debt issuance costs | | - |
| Total liabilities | | **-** |
| Net Assets: | | |
| Net Assets - without donor restrictions | | **8,403,607** |
| Total liabilities and net assets | **$** | **8,403,607** |
| | | - |

**Note:**

* Includes proceeds from the sale of the New Windsor real estate. Funds held in trust with counsel (Barclay Damon).

**MCQUADE FOUNDATION**

**Statement of Activities**

| | for the Period from May 1, 2026, to May 31, 2026 |
|---|---|
| | **McQuade** |
| **Program service revenue:** | |
| Fee for service | $ - |
| Part I - Tuition revenue and other revenue | - |
| Total program service revenue | **-** |
| **Expenses:** | |
| Program services: | |
| Management and general | **-** |
| **Change in net assets** | **-** |
| Net assets, May 1, 2026 | 8,403,607 |
| **Net assets, May 31, 2026** | **$ 8,403,607** |
| | - |

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Last Statement:** April 30, 2026
**Statement Ending:** May 31, 2026
**Page:** 1 of 2

[redacted]

MCQUADE FOUNDATION
C-O ST CHRISTOPHERS INC
71 S BROADWAY
DOBBS FERRY NY 10522

Email: contactus@valley.com
Visit Us Online: www.valley.com
Mail To: 1720 Route 23, Wayne, NJ 07470

[redacted]

# Account Statement

## NON-PROFIT ORGANIZATIONAL CHK - [redacted]0889

SUMMARY FOR THE PERIOD: 05/01/26 - 05/31/26

*MCQUADE FOUNDATION*

| Beginning Balance | | Deposits & Other Credits | | Withdrawals & Other Debits | | Ending Balance |
|---|---|---|---|---|---|---|
| $6,640.35 | + | $0.06 | - | $0.01 | = | $6,640.40 |

TRANSACTIONS

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $6,640.35 |
| 05/31 | FED TAX WITHHELD | -$0.01 | | $6,640.34 |
| 05/31 | INTEREST CREDIT | | $0.06 | $6,640.40 |
| **Ending Balance** | | | | **$6,640.40** |

**INTEREST RATE CALCULATIONS**

| | | | |
|---|---|---|---|
| Avg. Stmt. Collected Balance | $6,640.00 | Annual % Yield Earned | 0.01% |
| Year-to-Date Interest Paid | $0.28 | Interest Paid | $0.06 |

OVERDRAFT FEES

| | Total This Period: | Total Year-To-Date: |
|---|---|---|
| **Total Overdraft Fees:** | $0.00 | $0.00 |
| **Total Return Fees** | $0.00 | $0.00 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

[redacted]

Valley

P.O. Box 558
Wayne, NJ 07474-0558



## To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

**Balance Reconciliation**

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

## Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

## In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**

If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**

If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

## In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.
[redacted]

McQuade Foundation C/O St. Christopher's Inc.

**0-000-0101-000 Hudson Valley Bank, Period Ending 05/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 06/09/2026

Reconciled by: Dinara Nesovski

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 6,640.35 |
| Checks and payments cleared (1) | -0.01 |
| Deposits and other credits cleared (1) | 0.06 |
| Statement ending balance | 6,640.40 |
| Register balance as of 05/31/2026 | 6,640.40 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/29/2026 | Expense | | | -0.01 |
| Total | | | | -0.01 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/29/2026 | Deposit | | | 0.06 |
| Total | | | | 0.06 |